**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE YASMIN® AND YAZ® ) | 3:09-md-02100-DRH-CJP |
| (DROSPIRENONE) MARKETING, ) | |
| SALES PRACTICE AND PRODUCTS ) | |
| LIABILITY LITIGATION ) | Honorable David R. Herndon |
| ) | |
| ) | |

## ENTRY OF APPEARANCE

COMES NOW Jerome J. Schlichter and enters his appearance on behalf of Plaintiffs Brenda Hill (Case No. 3:09-cv-00567), Tamra Hicks (Case No. 3:09-cv-602), Patricia Devine (Case No. 09-cv-628), Marilyn Mathes (Case No. 09-cv-630), Linda Franklin (Case No. 09-cv-625), Anaya Bluiett (Case No. 09-cv-626), Leslie Wood (Case No. 09-cv-627), and Rebecca Tyler (Case No. 09-cv-711), and in the instance MDL proceeding.

SCHLICHTER, BOGARD & DENTON

    /s/ Jerome J. Schlichter
Jerome J. Schlichter, Esquire
Roger C. Denton, Esquire
Kristine K. Kraft, Esquire
100 S. 4th Street, Suite 900
St. Louis, MO 63102
314-621-6115 (phone)
314-621-7151 (fax)
jschlichter@uselaws.com
rdenton@uselaws.com
kkraft@uselaws.com

Illinois Office:
120 W. Main Street, Ste. 208
Belleville, IL  62220

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of October, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Janet G. Abaray**
Burg, Simpson et al.-Cincinnati
312 Walnut Street
Suite 2090
Cincinnati, OH 45202-0330
jabaray@burgsimpson.com

**Denise E. Baker-Seal**
Brown & James - Belleville
Generally Admitted
120 West Main Street
Second Floor
Belleville, IL 62221
618-235-5590
dseal@bjpc.com

**Thomas P. Cartmell**
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
816-701-1100
816-531-2372 (fax)
tcartmell@wcllp.com

**Andrew J. Cross**
Carey & Danis LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-3786
314-725-7700
314-721-0905 (fax)
across@careydanis.com

**Michael E. Donelson**
Fox, Galvin LLC
Generally Admitted
One South Memorial Drive
12th Floor
St. Louis, MO 63102
314-588-7000
314-588-1965 (fax)
mdonelson@foxgalvin.com

**Lowell W. Finson**
Phillips & Associates
Qwest Building, 26th Floor
20 East Thomas Road
Suite 2600
Phoenix, AZ 85012
602-258-800
lowell@phillipslaw.ws

**Joseph H. Fowler**
Hartley, Rowe & Fowler
P.O. Box 489
6622 East Broad Street
Douglasville, GA 30133-0489
770-920-9119
jfowler@hrflegal.com

**David Anthony Gabianelli**
Squires, Sanders & Dempsey LLP-San Francisco
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3294
415-393-9843
dgabianelli@ssd.com

2

**David Anthony Gabianelli**
Squires, Sanders & Dempsey LLP-
San Francisco
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3294
415-393-9843
dgabianelli@ssd.com

**Daniel N. Gallucci**
Roda & Nast
801 Estelle Drive
Lancaster, PA 17601
717-892-3000
dgallucci@rodanast.com

**John E. Galvin**
Fox, Galvin LLC
Generally Admitted
One South Memorial Drive
12th Floor
St. Louis, MO 63102
314-588-7000
314-588-1965 (fax)
jgalvin@foxgalvin.com

**Adam L. Hoeflich**
Bartlit, Beck et al.
54 West Hubbard Street
Suite 300
Chicago, IL 60654
312-494-4400
adam.hoeflich@bartlit-beck.com

**Arnold Levin**
Levin, Fishbein et al.
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
215-592-1500
alevin@lfsblaw.com

**Terry Lueckenhoff**
Fox Galvin, LLC
Generally Admitted
One S. Memorial Drive
12th Floor
St. Louis, MO 63102
314-588-7000
tlueckenhoff@foxgalvin.com

**Christopher L. Schnieders**
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
816-701-1100
816-531-2372 (fax)
cschnieders@wagstaffcartmell.net

**Gene Joseph Stonebarger**
Lindsay & Stonebarger
620 Coolidge Drive
Suite 225
Folsom, CA 95630
916-294-0002
gstonebarger@lindstonelaw.com

|  |  |
|---|---|
| **Ralph Vallone, Jr.**<br>Ralph Vallone Jr. Law Office<br>Son Sid Cond, Suite 1<br>1319 Ashford Avenue<br>Santurce, PR 00907<br>787-723-9393<br>rv@rvallonelawoffice.com | **David W. Zoll**<br>Zoll, Kranz & Borgess LLC<br>6620 West Central Avenue<br>Suite 200<br>Toledo, OH 43617<br>419-841-9623<br>david@toledolaw.com |

   /s/ Jerome J. Schlichter
Jerome J. Schlichter