UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE YASMIN® AND YAZ® ) | | 3:09-md-02100-DRH-CJP |
| (DROSPIRENONE) MARKETING, ) | | |
| SALES PRACTICE AND PRODUCTS ) | | |
| LIABILITY LITIGATION ) | | Honorable David R. Herndon |
| ) | | |
| ) | | |

**SUPPLEMENTAL MOTION TO APPOINT INTERIM LIAISON COUNSEL FOR
PLAINTIFFS AND RESPONSE TO RELATED MOTIONS**

Comes now Schlichter, Bogard and Denton ("Schlichter Firm") and in support of this motion states:

1.     Appointment of interim counsel on behalf of all plaintiffs and the various firms that represent them in this MDL is an important first step in the coordination of this litigation. Interim appointment of liaison counsel is recognized in the *Manual for Complex Litigation* as a procedure that this Court can implement so that interim organization of the plaintiffs' group is created until this Court has the opportunity to consider its decision on the permanent structure of the Plaintiffs Steering Committee ("PSC"). See *Manual for Complex Litigation (Fourth)* § 10.221, p. 49.

2.     On October 6, 2009 the Schlichter Firm filed a Motion in the first filed Yasmin/Yaz products liability case requesting appointment of interim liaison counsel[1] and also filed the identical motion in the MDL proceeding.[2] However, it is unclear

---

[1] *See* Motion of Schlichter Bogard & Denton, LLP for Appointment of Interim Liaison Counsel for the Plaintiffs in the Yaz/Yasmin MDL 2100 filed in *Hill v. Bayer Corporation et al.* 3:09-cv-10001-DRH-CJP Document No. 41.

[2] *See* Motion of Schlichter Bogard & Denton, LLP for Appointment of Interim Liaison Counsel for the Plaintiffs in the Yaz/Yasmin, In Re: Yaz/Yasmin (Drospirenone) Marketing, Sales Practice and Products Liability Litigation, MDL Docket No. 2100.

whether this motion was actually filed by the Clerk in the MDL proceeding, because the electronic filing system may not have been available for the MDL at that time.[3] Therefore, to make the MDL record complete and to ensure that all interested parties are aware of this request for appointment of interim liaison counsel, this supplemental motion is now being filed in the Yaz/Yasmin (Drospirenone) Marketing, Sales Practice and Products Liability Litigation MDL.

3.     This request by the Schlichter Firm has drawn two separate responses. On October 12, 2009, Carey & Danis, L.L.C. filed a pleading, in which two other firms signed and several other firms were listed as "affiliated counsel" ("Carey and Danis Group") suggesting that it was "premature" and urging the Court to wait until it has an initial status conference to appoint interim liaison counsel. The second response came from Onder, Shelton, O'Leary & Peterson, LLC ("Onder Firm"), which clearly supports the need for interim liaison counsel and further stated that the Schlichter Firm was qualified to serve in this role, but additionally suggested that Mr. Mark Niemeyer be appointed as "co-liaison counsel."

4.     The purpose of interim liaison counsel is to coordinate the plaintiffs' group into a coordinated voice so that discussion can be had in an organized manner with defense counsel, various plaintiffs' counsel, as well as taking the responsibility for disseminating information from the Court to all plaintiffs' counsel. Waiting until the Court has an initial status conference, as suggested by the Carey and Danis Group, would not allow meaningful discussions with defense counsel which are commonly held before the status conference to set agenda items, to discuss the possibility of any protective orders, and to discuss related administrative matters because defense counsel

---

[3] The MDL docket does not currently contain the original motion that was filed.

2

would not know who had authority to temporarily speak on behalf of the various plaintiffs. Until this Court has an opportunity to consider which procedures it will implement to make a decision on a permanent PSC, use of interim liaison counsel is an appropriate manner to temporarily organize the plaintiffs and to avoid a process in which the Court is inundated with pleadings from uncoordinated counsel. Because the very purpose of this appointment on an interim basis is to bridge the time from the present to the point when a permanent decision is made by this Court, it is certainly not "premature" for the Court to appoint interim liaison counsel.

5. The motion filed by the Onder Firm recognizes the need for interim liaison counsel, but requests a "co-liaison counsel" position. However, the appointment of two interim liaison counsels is not an efficient structure in this case for managing this multidistrict litigation because it would not allow for complete organization and communication with defense counsel regarding preliminary matters. In complex litigation involving firms across the country, it is important that during these preliminary stages of organization that there be a single voice with authority to meet and confer with plaintiffs' counsel and then to communicate with defense counsel concerning case administration and to communicate with this Court until a status conference is held. A dual appointment of interim liaison counsel would likely create confusion and inefficiency in the communication structure. The appointment of a single interim liaison counsel is essential to coordination, scheduling, and efficiency, all of which are purposes served by an MDL proceeding. This is especially true here, where, as the Court can see from the list of firms already coordinated by undersigned counsel, a significant amount of communications and coordination has already been done.

6.      The Carey and Danis Group also argue that their cases represent a "plurality of cases" so far filed in the MDL.[4] In fact, there is a much larger number of clients-estimated at over 1,500-represented by the Schlichter Firm and the law firms listed, *supra,* who support the motion for appointment of the Schlichter Firm as interim counsel. These firms each represent Yaz/Yasmin clients and are engaged in a prudent screening process before filing.

7.      Moreover, the Schlichter Firm and its members have significant experience as counsel in other similar MDL cases involving defective drugs. *In re: NuvaRing Product Liability Litigation*, 4:08 MDL 1964 RWS (E.D. Mo)(liaison and co-lead counsel); *In re: Ortho Evra Products Liability Litigation*, 1:06-4000 MDL 1742 DAK (N.D. Ohio).

8.      Furthermore, within the last two years, the Schlichter Firm has been appointed sole lead counsel in nine national class actions and co-lead counsel in another on behalf of hundreds of thousands of plaintiffs involving Fortune 500 defendants, with some of these national class actions pending in this Court. *Spano v. The Boeing Co.,* No. 06-cv-0743-DHR, Doc. 193 (S.D. Ill. Sept. 29, 2008); *Beesley v. International Paper Co.,* No. 06-cv-00703-DRH, Doc. 240 (S.D.Ill. Sept. 30, 2008); *Abbott v. Lockheed Martin Corp.,* No. 06-cv-701-MJR, Doc. 239 (S.D. Ill. Apr. 3, 2009); *Kanawi v. Bechtel Corp.*, 254 F.R.D. 102 (N.D. Cal. 2008)(Judge Charles R. Breyer); *Tussey v. ABB Inc.,* No. 06-cv-04305, 2007 WL 4289694 (W.D. Mo. Dec. 3, 2007, pet'n for appeal denied, No. 07-8023, 8th Cir., Feb. 5, 2008)(Judge Nanette K. Laughrey); *Loomis v. Exelon Corp.,* No. 06-cv-0900 (N.D. Ill. June 26, 2007)(Judge John W.

---

[4] In their Motion, Carey & Danis list forty-five clients with file numbers, along with others without file numbers. Not one of the listed cases includes a plaintiff who resides within the Southern District of Illinois.

4

Darrah); *George v. Kraft Foods Global, Inc.*, 251 F.R.D. 338 (N.D. Ill. 2008)(Magistrate Judge Sidney I. Schenkier); *Taylor v. United Technologies Corp.*, No. 3:06-cv-1494 (D.Conn. June 2, 2008)(Judge Warren W. Eginton); and *Tibble v. Edison Int'l.*, No. 07-5359, Doc. 286 (C.D. Cal. June 30, 2009)(Judge Stephen V. Wilson); *Walker, et al., v. Monsanto et al.*, No. 04-cv-436-JPG Doc. 276 (S.D. Ill. May 22, 2008)(co-lead counsel).[5]  Moreover, the firm's work on major class actions has been noted by this Court:

The Honorable U.S. District Judge James Foreman of this District stated of Mr. Schlichter's efforts in a class action involving a group of African American job applicants:

> This Court is unaware of any comparable achievement of
> public good by a private lawyer in the face of such
> obstacles and enormous demand of resources and finance.

Order on Attorney's Fees, *Mister v. Illinois Central Gulf R.R.,* Case NO. 81-3006 (S.D.Ill. 1993).  The Honorable Judge David R. Herndon wrote, regarding the firm's results in *Wilfong,* a case involving a nationwide class action on behalf of women:

> Class counsel [Jerome J. Schlichter] has appeared in this
> court and has been known to this Court for approximately
> 20 years. This Court finds that Mr. Schlichter's experience,
> reputation and ability are of the highest caliber. Mr.
> Schlichter is known well to the District Court Judge and
> this Court agrees with Judge Foreman's review of Mr.
> Schlichter's experience, reputation and ability.

Order on Attorney's Fees, *Wilfong v. Rent-A-Center,* No. 0068-DRH (S.D. Ill. 2002).

---

[5] Counsel is aware of this Court's instruction regarding avoiding citations to other U.S. District Court cases as authority for a particular proposition of law. These citations are not cited as binding precedent on this Court, but as a reference to District Court cases in which Schlichter, Bogard & Denton has been appointed lead class counsel.

9. Neither the Carey and Danis Group, nor the Onder Firm challenges the qualifications of the Schlichter Firm to act as interim liaison counsel.

10. Furthermore, the Schlichter Firm has the support and consent of the following 35 firms, who together with the Schlichter Firm's clients collectively represent over 1,500 Yaz/Yasmin clients, (Declaration of Kristine Kraft, Exhibit A) to act as interim liaison counsel for the PSC:

| | |
|---|---|
| Mike Burg<br>Janet Abaray<br>Seth A. Katz<br>Calvin Trege<br>Burg, Simpson, Eldredge, Hersh, & Jardine, P.C.<br>40 Inverness Drive<br>Englewood, CO 80112 | Michael A. London<br>Gary Douglas<br>Douglas & London, P.C.<br>111 John Street, Suite 1400<br>New York, NY 10038 |
| Mark Robinson<br>Robinson Calcagnie & Robinson, Inc.<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, CA 92660 | Steven R. Maher<br>Maher Law Firm<br>631 West Morse Blvd, Suite 200<br>Winter Park, FL 32789 |
| Jerrold S. Parker<br>Andy Alonso<br>Parker Waichman Alonso LLP<br>3301 Bonita Beach Rd.<br>Bonita Springs, FL 34134 | Daniel E. Becnel, Jr.<br>Becnel Law Firm, L.L.C<br>P.O. Drawer H<br>106 W. 7th Street<br>Reserve, LA 70084 |
| Gregory N. McEwen<br>McEwen Law Firm Ltd.<br>5850 Blackshire Path<br>Inver Grove Heights, MN 55076 | Carmen Sessions Scott<br>Motley Rice L.L.C<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |

| | |
|---|---|
| Trent Miracle<br>Simmons Browder Gianaris Angelides & Barnard L.L.C<br>707 Berkshire Blvd.<br>East Alton, IL 62024 | Jayne Conroy<br>Paul J. Hanly, Jr.<br>Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP<br>112 Madison Avenue<br>New York, NY 10016 |
| Elizabeth Dudley<br>Hutton & Hutton Law Firm L.L.C<br>P.O. Box 638<br>Wichita, KS 67201 | Barry Hill and Sol Weiss<br>Anapol Schwartz Weiss Cohan Feldman Smalley, P.C.<br>89 12th Street<br>Wheeling, WV 26003 |
| Brian Nettles<br>Nettles Law Firm<br>1389 Galleria Drive, Suite 110<br>Henderson, NV 89014 | Gerald B. Taylor, Jr.<br>Paul Sizemore<br>Sizemore Taylor, LLP<br>316 Magnolia Avenue<br>Fairhope, AL 36532 |
| Gancedo & Nieves, L.L.C<br>144 West Colorado Blvd.<br>Pasadena, CA 91105 | Steven M. Goldberg<br>Steven M. Goldberg Co., L.P.A.<br>34055 Solon Road, Suite 103<br>Solon, OH 44139 |
| Alex Alvarez<br>The Alvarez Law Firm<br>355 Palermo Ave<br>Coral Gables, Florida 33134 | Mike Maxwell<br>Bernard Law Group, PL.L.C<br>900 Aurora Avenue North, Suite 100<br>Seattle, WA 98109 |

| | |
|---|---|
| Thomas P. Cartmell<br>Wagstaff & Cartmell, LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 | Peter Weinberger<br>Stuart Scott<br>Spangenberg, Shibley & Liber<br>1001 Lakeside Avenue E, Suite 1700<br>Cleveland, OH 44114 |
| Todd Harvey<br>Burke Harvey & Frankowski<br>One Highland Place<br>2151 Highland Avenue, Suite 120<br>Birmingham, AL 35205 | Richard W. Schulte<br>Behnke Martin & Schulte, L.L.C<br>131 North Ludlow Street, Suite 840<br>Dayton, OH 45402 |
| Nancy Mismash<br>Robert Debry & Associates<br>4252 South 700 East<br>Salt Lake City, UT 84107 | Mike Eiselein<br>Eiselein & Grubbs, PLLP<br>First Interstate Center, Ste. 950<br>401 North 31st Street<br>Billings, MT 59101 |
| Howard Nations<br>Lori Restaino<br>Law Offices of Howard L. Nations<br>4515 Yoakum Blvd<br>Houston, TX 77006 | Steve Skikos<br>Skikos, Crawford, Skikos, Joseph &<br>Millican, LLP<br>625 Market Street, 11th Floor<br>San Francisco, CA 94105 |
| Samuel Wendt<br>Wendt Goss P.C.<br>4510 Belleview, Suite 202<br>Kansas City, MO 64111 | Lori Andrus<br>Andrus Anderson<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |

| | |
|---|---|
| Brian Loncar<br>Loncar & Associates<br>424 South Central Expressway<br>Dallas, TX  75201 | Richard Honaker<br>Honaker Law Offices, LC<br>214 Winston Drive<br>Rock Springs, WY  82901 |
| Ronald B. Laba<br>Law Offices of Ronald B. Laba<br>2850 North Pio Pico, Ste. I<br>Carlsbad, CA   92008 | Tom Lamb<br>Law Offices of Thomas J. Lamb, P.A.<br>Lumina Station, Suite 225<br>1908 Eastwood Road<br>Wilmington, NC 28403 |
| Lowell W. Finson<br>Phillips & Associates<br>Qwest Building, 26th Floor<br>20 East Thomas Road, Suite 2600<br>Phoenix, AZ 85012 | Tor Hoerman<br>Tor Hoerman Law LLC<br>101 West Vandalia Street, Suite 350<br>Edwardsville, IL 62025 |
| Frank Eidson<br>P.O. Box 4908<br>Orlando, FL 32802 | |

Wherefore, for the foregoing reasons, it is respectfully suggested that it is appropriate for this Court to appoint Schlichter, Bogard & Denton as interim liaison counsel for plaintiffs until a status conference herein is set.

SCHLICHTER, BOGARD & DENTON

    /s/ Jerome J. Schlichter
Jerome J. Schlichter, Esquire
Roger C. Denton, Esquire
Kristine K. Kraft, Esquire
100 S. 4th Street, Suite 900
St. Louis, MO 63102
314-621-6115 (phone)
314-621-7151 (fax)
jschlichter@uselaws.com
rdenton@uselaws.com
kkraft@uselaws.com

Illinois Office:
120 W. Main Street, Ste. 208
Belleville, IL  62220

10

## CERTIFICATE OF SERVICE

  I hereby certify that on the 15th day of October, 2009 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Janet G. Abaray**
Burg, Simpson et al.-Cincinnati
312 Walnut Street
Suite 2090
Cincinnati, OH 45202-0330
jabaray@burgsimpson.com

**Denise E. Baker-Seal**
Brown & James - Belleville
Generally Admitted
120 West Main Street
Second Floor
Belleville, IL 62221
618-235-5590
dseal@bjpc.com

**Thomas P. Cartmell**
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
816-701-1100
816-531-2372 (fax)
tcartmell@wcllp.com

**Andrew J. Cross**
Carey & Danis LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105-3786
314-725-7700
314-721-0905 (fax)
across@careydanis.com

**Michael E. Donelson**
Fox, Galvin LLC
Generally Admitted
One South Memorial Drive
12th Floor
St. Louis, MO 63102
314-588-7000
314-588-1965 (fax)
mdonelson@foxgalvin.com

**Lowell W. Finson**
Phillips & Associates
Qwest Building, 26th Floor
20 East Thomas Road
Suite 2600
Phoenix, AZ 85012
602-258-800
lowell@phillipslaw.ws

**Joseph H. Fowler**
Hartley, Rowe & Fowler
P.O. Box 489
6622 East Broad Street
Douglasville, GA 30133-0489
770-920-9119
jfowler@hrflegal.com

**David Anthony Gabianelli**
Squires, Sanders & Dempsey LLP-San Francisco
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3294
415-393-9843
dgabianelli@ssd.com

**David Anthony Gabianelli**
Squires, Sanders & Dempsey LLP-San Francisco
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3294
415-393-9843
dgabianelli@ssd.com

**Daniel N. Gallucci**
Roda & Nast
801 Estelle Drive
Lancaster, PA 17601
717-892-3000
dgallucci@rodanast.com

**John E. Galvin**
Fox, Galvin LLC
Generally Admitted
One South Memorial Drive
12th Floor
St. Louis, MO 63102
314-588-7000
314-588-1965 (fax)
jgalvin@foxgalvin.com

**Adam L. Hoeflich**
Bartlit, Beck et al.
54 West Hubbard Street
Suite 300
Chicago, IL 60654
312-494-4400
adam.hoeflich@bartlit-beck.com

**Arnold Levin**
Levin, Fishbein et al.
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
215-592-1500
alevin@lfsblaw.com

**Terry Lueckenhoff**
Fox Galvin, LLC
Generally Admitted
One S. Memorial Drive
12th Floor
St. Louis, MO 63102
314-588-7000
tlueckenhoff@foxgalvin.com

| | |
|---|---|
| **Christopher L. Schnieders** <br> Wagstaff & Cartmell <br> 4740 Grand Avenue <br> Suite 300 <br> Kansas City, MO 64112 <br> 816-701-1100 <br> 816-531-2372 (fax) <br> cschnieders@wagstaffcartmell.net | **Gene Joseph Stonebarger** <br> Lindsay & Stonebarger <br> 620 Coolidge Drive <br> Suite 225 <br> Folsom, CA 95630 <br> 916-294-0002 <br> gstonebarger@lindstonelaw.com |
| **Ralph Vallone, Jr.** <br> Ralph Vallone Jr. Law Office <br> Son Sid Cond, Suite 1 <br> 1319 Ashford Avenue <br> Santurce, PR 00907 <br> 787-723-9393 <br> rv@rvallonelawoffice.com | **David W. Zoll** <br> Zoll, Kranz & Borgess LLC <br> 6620 West Central Avenue <br> Suite 200 <br> Toledo, OH 43617 <br> 419-841-9623 <br> david@toledolaw.com |

                                                                 /s/ Jerome J. Schlichter
                                                                  Jerome J. Schlichter