**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE** YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-CJP<br><br>MDL No. 2100 |

**This Document Relates to:**

**ALL CASES**

### BAYER DEFENDANTS' RESPONSE TO MOTIONS REGARDING INITIAL STATUS CONFERENCE AND PLAINTIFFS' LEADERSHIP

Defendants Bayer Corporation; Bayer HealthCare Pharmaceuticals Inc. (formerly known as Berlex, Inc., which was formerly known as Berlex Laboratories, Inc.), on its own behalf and as successor by merger to Bayer Pharmaceuticals Corporation; and Bayer HealthCare LLC ("Bayer") submit this response to motions regarding the initial status conference and plaintiffs' leadership.

Bayer agrees with plaintiffs that early organization is vital to a successful MDL. To that end, Bayer respectfully requests that this Court schedule a status conference at the Court's first convenience. To assist the Court, Bayer has submitted a proposed order setting an initial conference. *See generally* Section 40.1 of the Federal Judicial Center's *Manual for Complex Litigation, Fourth*. The proposed order has been submitted to the Court in electronic form pursuant to Local Rules.

Bayer takes no position with respect to appointment of Interim Liaison Counsel. Among other things, the draft proposed order addresses applications for lead and liaison counsel appointments. Bayer stands ready to work with whatever plaintiffs' leadership this Court selects.

Respectfully submitted,

*s/ Terry Lueckenhoff*
Terry Lueckenhoff, MO Bar # 27810
John E. Galvin, IL Bar #55768
Michael E. Donelson, IL Bar #06269655
Fox Galvin, LLC
One S. Memorial Drive, 12th Floor
St. Louis, MO 63102
314-588-7000
314-588-1965 (Facsimile)
tlueckenhoff@foxgalvin.com
jgalvin@foxgalvin.com
mdonelson@foxgalvin.com

*Attorneys for Defendants Bayer Corporation; Bayer HealthCare Pharmaceuticals Inc. (formerly known as Berlex, Inc., which was formerly known as Berlex Laboratories, Inc.) on its own behalf and as successor by merger to Bayer Pharmaceuticals Corporation; and Bayer HealthCare LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that on October 15 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and served the following attorneys of record via U.S. Mail and Electronic Mail:

Gilbert T. Adams, III
LAW OFFICES OF GILBERT T. ADAMS
1855 Calder Ave.
Beaumont, TX 77701
Telephone: (409) 835-3000
Facsimile: (409) 832-6162

Evan Buxner
LAW OFFICES OF EVAN BUXNER
Of Counsel to
WALTHER/GLENN LAW ASSOCIATES
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
Telephone: (314) 725-9595
Facsimile: (314) 725-9597

Eric D. Holland
Steven J. Stolze
HOLLAND GROVES SCHNELLER & STOLZE
300 North Tucker Blvd., Suite 801
St. Louis, MO 63101
Telephone: (314) 241-8111
Facsimile: (314) 241-5554

Marc J. Bern
NAPOLI BERN RIPKA, LLP
350 Fifth Avenue, Suite 7413
New York, NY 10118
Telephone: (212) 267-3700
Facsimile: (212) 587-0031

Robert N. Peirce, III
D. Aaron Rihn
ROBERT PEIRCE & ASSOCIATES, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
Telephone: (800) 543-9859
Facsimile: (412) 281-4229

Thomas C. Antoniou
LAW OFFICES OF THOMAS C. ANTONIOU
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-4747
Facsimile: (314) 725-1925

John J. Carey
Joseph P. Danis
Andrew J. Cross
Francis "Casey" Flynn
Sarah Hale Bauman
CAREY & DANIS, L.L.C.
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

Jeffrey J. Lowe
THE LOWE LAW FIRM
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 678-3400
Facsimile: (314) 678-3401

David A. Nester
NESTER & CONSTANCE PC
123 W Washington St.
Belleville, IL 62220-2021
Telephone: (618) 234-4440
Facsimile: (618) 234-4619

Roger C. Denton
Kristine K. Kraft
Elizabeth M. Wilkins
Sean Soyars
SCHLICHTER, BOGARD & DENTON, LLP
100 S. 4th Street, Suite 900
St. Louis, MO 63102

Christopher A. Seeger
SEEGER WEISS, LLP
One William Street
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

                *s/ Terry Lueckenhoff*