**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | 3:09-MD-02100-DRH-CJP<br><br>MDL No. 2100<br><br>Honorable David R. Herndon |
| **This Document Relates to:**<br><br>**ALL Cases** | | |

**MOTION OF COOPERATING PLAINTIFFS' COUNSEL**
**FOR APPOINTMENT OF AN ORGANIZATIONAL TEAM**

Plaintiffs respectfully request that this Honorable Court appoint counsel to act on behalf of Plaintiffs in this complex pharmaceutical litigation. The litigation presents several significant factual and legal issues in which Plaintiffs must prevail against a well financed and ably defended international corporation. As such, the timely appointment of experienced Plaintiff counsel who are well versed in pharmaceutical mass tort litigation in general, and in the science of hormonal contraceptives in particular, will serve the best interests of all plaintiffs in these multidistrict proceedings.

In addition, the undersigned counsel understand that successful pursuit of any pharmaceutical mass tort requires not only zealous advocacy, but also professionalism, cooperation and courtesy. As experienced Plaintiff Counsel, the Movants understand their obligation to this Court and to the Defendant to act in a manner which promotes the "just, speedy and inexpensive determination" of this action, to avoid needless controversy and confrontation, and to always place the clients' best interests at the forefront.

1

Movants therefore respectfully request that the Court appoint the proposed organizational team as soon as practicable as set forth in the Memorandum in Support of Motion of Cooperating Plaintiffs' for Appointment of an Organization Team, filed simultaneously herewith.

Respectfully Submitted,

| SCHLICHTER, BOGARD, & DENTON, LLP | BURG, SIMPSON, ELDREDGE, HERSH & JARDINE, PC |
|---|---|
| /s/ Jerome J. Schlichter | /s/ Janaet Abaray (with consent) |
| Jerome J. Schlichter | Janet Gilligan Abaray |
| Roger C. Denton | 312 Walnut Street |
| Kristine K. Kraft | Suite 2090 |
| 100 S. 4th Street, Suite 900 | Cincinnati, OH 45202-0330 |
| St. Louis, MO 63102 | jabaray@burgsimpson.com |
| 314-621-6115 (phone) | |
| 314-621-7151 (fax) | Michael S. Burg |
| jschlichter@uselaws.com | 40 Inverness Drive East |
| rdenton@uselaws.com | Denver, CO 80112 |
| kkraft@uselaws.com | 888-895-2080 (phone) |
| | mburg@burgsimpson.com |
| Illinois Office: | |
| 120 W. Main Street, Suite 208 | |
| Belleville, IL 62220 | |

| | |
|---|---|
| Mike Papantonio | Michael London |
| Timothy O'Brien | Gary Douglas |
| LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER, PROCTOR, P.A. | DOUGLAS & LONDON, LLP |
| 316 South Baylen Street, Ste. 600 | 111 John Street |
| Pensacola, FL 32502-5996 | 14th Floor |
| 850-435-7000 (phone) | New York, NY 10038 |
| 850-435-7020 (fax) | 212-566-7500 (phone) |
| mpapantonio@levinlaw.com | 212-566-7501 (fax) |
| tobrien@levinlaw.com | mlondon@douglasandlondon.com |
| | gdouglas@douglasandlondon.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**Attorneys for Defendants Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals, Bayer Pharmaceuticals Corporation, Bayer Schering Pharma AG, Belex Laboratories, Inc., and Berlex, Inc.:**

| | |
|---|---|
| Robert Alan Amicone, II<br>Squire Sanders & Dempsey<br>221 E. Fourth St.<br>Suite 2900<br>Cincinnati, OH 45202<br>513-361-1200<br>513-361-1201 (fax)<br>ramicone@ssd.com | Paul E Benson<br>Michael Best & Friedrich LLP<br>100 E Wisconsin Ave - Ste 3300<br>Milwaukee, WI 53202-4108<br>414-271-6560<br>414-277-0656 (fax)<br>pebenson@michaelbest.com |
| Albert G. Bixler<br>Eckert, Seamans et al-Philadelphia<br>Two Liberty Place<br>50 South 16th St, 22nd Floor<br>Philadelphia, PA 19102<br>215-851-8412<br>abixler@eckertseamans.com | Michael E. Donelson<br>Fox, Galvin LLC<br>Generally Admitted<br>One South Memorial Drive<br>12th Floor<br>St. Louis, MO 63102<br>314-588-7000<br>314-588-1965 (fax)<br>mdonelson@foxgalvin.com |
| Elizabeth S. Gallard<br>Eckert, Seamans et al-Philadelphia<br>Two Liberty Place<br>50 South 16th St, 22nd Floor<br>Philadelphia, PA 19102<br>215-851-8418<br>egallard@eckertseamans.com | John E. Galvin<br>Fox, Galvin LLC<br>Generally Admitted<br>One South Memorial Drive<br>12th Floor<br>St. Louis, MO 63102<br>314-588-7000<br>314-588-1965 (fax)<br>jgalvin@foxgalvin.com |

| | |
|---|---|
| Robert E. Haffke<br>Squire, Sanders & Dempsey - Cleveland<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>216-479-8500<br>216-479-8780 (fax)<br>rhaffke@ssd.com | Adam L. Hoeflich<br>Bartlit, Beck et al.<br>54 West Hubbard Street<br>Suite 300<br>Chicago, IL 60654<br>312-494-4400<br>adam.hoeflich@bartlit-beck.com |
| Terry Lueckenhoff<br>Fox Galvin, LLC<br>Generally Admitted<br>One S. Memorial Drive<br>12th Floor<br>St. Louis, MO 63102<br>314-588-7000<br>tlueckenhoff@foxgalvin.com | Sarah K. Rathke<br>Squire, Sanders & Dempsey - Cleveland<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>216-479-8379<br>216-479-8780 (fax)<br>srathke@ssd.com |
| Bernard Taylor<br>Alston & Bird<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>404-881-7000<br>btaylor@alston.com | Joseph C. Weinstein<br>Squire, Sanders et al. - Cleveland<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304<br>jweinstein@ssd.com |
| Shirli Fabbri Weiss<br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>SAN DIEGO, CA 92101<br>619-699-3650<br>619-699-2701 (fax)<br>shirli.weiss@dlapiper.com | Christopher Munro Young<br>DLA Piper, US LLP<br>4365 Executive Drive<br>Suite 1100<br>San Diego, CA 92101-2133<br>858-638-6818<br>chris.young@dlapiper.com |

| | |
|---|---|
| Scott Michael Zimmerman<br>Heidell, Pittoni, Murphy & Bach, LLP<br>99 Park Avenue<br>New York, NY 10016<br>212-826-8585<br>212-490-8966 (fax)<br>szimmerman@hpmb.com | |

**Attorney for Defendant Walgreens:**

| | |
|---|---|
| Denise E. Baker-Seal<br>Brown & James - Belleville<br>Generally Admitted<br>120 West Main Street<br>Second Floor<br>Belleville, IL 62221<br>618-235-5590<br>dseal@bjpc.com | |

**Attorneys for Plaintiffs:**

| | |
|---|---|
| Janet G. Abaray<br>Burg, Simpson et al.-Cincinnati<br>312 Walnut Street<br>Suite 2090<br>Cincinnati, OH 45202-0330<br>jabaray@burgsimpson.com | Rachel Beth Abrams<br>Levin Simes Kaiser & Gornick<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>415-646-7160<br>rabrams@lskg-law.com |
| Robert Frederick Arentz<br>Pacific Law Center<br>4225 Executive Square #1550<br>La Jolla, CA 92037 | Pamela A. Borgess<br>Zoll, Kranz & Borgess<br>Ste. 200<br>6620 Central Avenue<br>Toledo, OH 43617<br>419-841-9623<br>419-841-9719 (fax)<br>pamela@toledolaw.com |

| | |
|---|---|
| Evan D. Buxner<br>Walther Glenn Law Associates<br>Generally Admitted<br>10 South Brentwood Boulevard<br>Suite102<br>St. Louis, MO 63105<br>314-725-9595<br>BUXNER@WALTHER-GLENN.COM | Elizabeth J. Cabraser<br>Lieff, Cabraser et al. - San Francisco, CA<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111<br>415-956-1000<br>415-956-1008 (fax)<br>ecabraser@lchb.com |
| Thomas P. Cartmell<br>Wagstaff & Cartmell<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>816-701-1100<br>816-531-2372 (fax)<br>tcartmell@wcllp.com | Robert F. Clarke<br>Clarke Law Offices<br>2701 E. Camelback Rd.<br>Suite 140<br>Phoenix, AZ 85016<br>602-952-3232<br>602-952-3233 (fax)<br>BOB@CLARKELAW-AZ.COM |
| Andrew J. Cross<br>Carey & Danis LLC<br>Generally Admitted<br>8235 Forsyth Boulevard<br>Suite 1100<br>St. Louis, MO 63105-3786<br>314-725-7700<br>314-721-0905 (fax)<br>across@careydanis.com | .J. DeBartolomeo<br>Girard Gibbs LLP<br>601 California Street<br>Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>AJD@girardgibbs.com |
| Lowell W. Finson<br>Phillips & Associates<br>Qwest Building, 26th Floor<br>20 East Thomas Road<br>Suite 2600<br>Phoenix, AZ 85012<br>602-258-800<br>lowell@phillipslaw.ws | Joseph H. Fowler<br>Hartley, Rowe & Fowler<br>P.O. Box 489<br>6622 East Broad Street<br>Douglasville, GA 30133-0489<br>770-920-9119<br>jfowler@hrflegal.com |

| | |
|---|---|
| Steven D. Gacovino<br>Gacovino, Lake & Associates, P.C.<br>270 West Main Street<br>Sayville, NY 11782<br>(631)543-5400<br>(631)543-5450 (fax)<br>s.gacovino@gacovinolake.com | Daniel N. Gallucci<br>Roda & Nast<br>801 Estelle Drive<br>Lancaster, PA 17601<br>717-892-3000<br>dgallucci@rodanast.com |
| Steven M. Goldberg<br>Law Office of Steven M. Goldberg<br>Ste. 103<br>34055 Solon Road<br>Solon, OH 44139<br>440-519-9900<br>887-464-4652 (fax)<br>steven@smglegal.com | Mark Craig Goodman<br>Squire, Sanders & Dempsey L.L.P.<br>Litigation Dept.<br>One Maritime Plaza<br>Suite 300<br>San Francisco, CA 94111-3492<br>415-954-0289<br>415-393-9887 (fax)<br>mgoodman@ssd.com |
| Eric D. Holland<br>Holland, Groves et al.<br>Generally Admitted<br>300 North Tucker Boulevard<br>Suite 801<br>St. Louis, MO 63101<br>314-241-8111<br>ericdholland@yahoo.com | Michelle L. Kranz<br>Zoll, Kranz & Borgess<br>Ste. 200<br>6620 Central Avenue<br>Toledo, OH 43617<br>419-841-9623<br>419-841-9719 (fax)<br>michelle@toledolaw.com |
| Mitchell M. Kraus<br>Transportation Communications<br>International Union<br>Assistant General Counsel<br>Three Research Place<br>Rockville, MD 20850<br>301-840-8776<br>301-330-8776 (fax)<br>krausm@tcunion.org | Jeffrey M. Kuntz<br>Wagstaff & Cartmell<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>816-701-1100<br>816-531-2372 (fax)<br>jkuntz@wcllp.com |

| | |
|---|---|
| Richard David Lambert<br>Lindsay & Stonebarger<br>620 Coolidge Drive<br>Suite 225<br>Folsom, CA 95630<br>(916) 294-0002<br>(916) 294-0012 (fax)<br>rlambert@lindstonelaw.com | Arnold Levin<br>Levin, Fishbein et al.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106-3697<br>215-592-1500<br>alevin@lfsblaw.com |
| James M. Lindsay<br>815 Reba Place, #202<br>Evanston, IL 60202<br>916-294-0002<br>916-294-0012 (fax)<br>jlindsay@lindstonelaw.com | Brian K Matise<br>Burg Simpson Eldredge Hersh & Jardine PC<br>40 Inverness Dr E<br>Englewood, CO 80112<br>303-792-5595<br>303-708-0527 (fax)<br>bmatise@burgsimpson.com |
| Joanne E. Matusko<br>Roda & Nast<br>801 Estelle Drive<br>Lancaster, PA 17601<br>717-892-3000<br>717-892-1200 (fax)<br>jmatusko@rodanast.com | David A. Nester<br>Nester & Constance<br>Generally Admitted<br>123 West Washington Street<br>Belleville, IL 62220<br>618-234-4440<br>nesterconstance@sbcglobal.net |
| Mark R. Niemeyer<br>Onder, Shelton et al<br>110 East Lockwood, 2nd Floor<br>Webster Groves, MO 63119<br>niemeyer@onderlaw.com | Christopher L. Schnieders<br>Wagstaff & Cartmell<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>816-701-1100<br>816-531-2372 (fax)<br>cschnieders@wagstaffcartmell.net |

| | |
|---|---|
| Gene Joseph Stonebarger<br>Lindsay & Stonebarger<br>620 Coolidge Drive<br>Suite 225<br>Folsom, CA 95630<br>916-294-0002 | Gerald B. Taylor<br>The Taylor Law Firm<br>7208 Fairwoods Place<br>Montgomery, AL 36117<br>(334)775-1025<br>(334)775-1022 (fax) |
| Calvin S. Tregre, Jr.<br>Burg Simpson Eldredge Hersh Jardine - Cincinnati<br>Ste. 2090<br>312 Walnut Street<br>Cincinnati, OH 45202<br>513-852-5600<br>513-852-5611 (fax)<br>ctregre@burgsimpson.com | Ralph Vallone, Jr.<br>Ralph Vallone Jr. Law Office<br>Son Sid Cond, Suite 1<br>1319 Ashford Avenue<br>Santurce, PR 00907<br>787-723-9393<br>rv@rvallonelawoffice.com |
| David W. Zoll<br>Zoll, Kranz & Borgess LLC<br>6620 West Central Avenue<br>Suite 200<br>Toledo, OH 43617<br>419-841-9623<br>david@toledolaw.com | |

                                          /s/ Jerome J. Schlichter
                                        Jerome J. Schlichter