UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN® AND YAZ® (DROSPIRENONE) MARKETING, SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-CJP<br><br>**Honorable David R. Herndon** |
| **This Document Also Relates to:**<br><br>CANDIS COREY,<br><br>    Plaintiff,<br>  v.<br><br>BAYER CORPORATION, et al.,<br><br>    Defendants. | Case No.: 3:09-cv-01984-JGC |

**ENTRY OF APPEARANCE**

COMES NOW, Elizabeth J. Cabraser of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and enters her appearance on behalf of Plaintiff Candis Corey (Case No. 3:09-cv-01984-JGC) and in the MDL proceeding 3:09-md-02100-DRH-CJP.

Dated: November 6, 2009              Respectfully submitted,

                                     LIEFF, CABRASER, HEIMANN &
                                     BERNSTEIN, LLP

                                     By: */s/ Elizabeth J. Cabraser*
                                         Elizabeth J. Cabraser

                                     LIEFF, CABRASER, HEIMANN &
                                     BERNSTEIN, LLP
                                     275 Battery Street, 29th Floor
                                     San Francisco, CA 94111
                                     415-956-1000
                                     415-956-1008 (fax)
                                     ecabraser@lchb.com

                                     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| **Attorneys for Defendants Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals, Bayer Pharmaceuticals Corporation, Bayer Schering Pharma AG, Belex Laboratories, Inc., and Berlex, Inc.:** ||
|---|---|
| Robert Alan Amicone, II<br>Squire Sanders & Dempsey<br>221 E. Fourth St.<br>Suite 2900<br>Cincinnati, OH 45202<br>513-361-1200<br>513-361-1201 (fax)<br>ramicone@ssd.com | Paul E Benson<br>Michael Best & Friedrich LLP<br>100 E Wisconsin Ave - Ste 3300<br>Milwaukee, WI 53202-4108<br>414-271-6560<br>414-277-0656 (fax)<br>pebenson@michaelbest.com |
| Albert G. Bixler<br>Eckert, Seamans et al-Philadelphia<br>Two Liberty Place<br>50 South 16th St, 22nd Floor<br>Philadelphia, PA 19102<br>215-851-8412<br>abixler@eckertseamans.com | Michael E. Donelson<br>Fox, Galvin LLC<br>Generally Admitted<br>One South Memorial Drive<br>12th Floor<br>St. Louis, MO 63102<br>314-588-7000<br>314-588-1965 (fax)<br>mdonelson@foxgalvin.com |
| Elizabeth S. Gallard<br>Eckert, Seamans et al-Philadelphia<br>Two Liberty Place<br>50 South 16th St, 22nd Floor<br>Philadelphia, PA 19102<br>215-851-8418<br>egallard@eckertseamans.com | John E. Galvin<br>Fox, Galvin LLC<br>Generally Admitted<br>One South Memorial Drive<br>12th Floor<br>St. Louis, MO 63102<br>314-588-7000<br>314-588-1965 (fax)<br>igalvin@foxgalvin.com |

| | |
|---|---|
| Robert E. Haffke<br>Squire, Sanders & Dempsey - Cleveland<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>216-479-8500<br>216-479-8780 (fax)<br>rhaffke@ssd.com | Adam L. Hoeflich<br>Bartlit, Beck et al.<br>54 West Hubbard Street<br>Suite 300<br>Chicago, IL 60654<br>312-494-4400<br>adam.hoeflich@bartlit-beck.com |
| Terry Lueckenhoff<br>Fox Galvin, LLC<br>Generally Admitted<br>One S. Memorial Drive<br>12th Floor<br>St. Louis, MO 63102<br>314-588-7000<br>tlueckenhoff@foxgalvin.com | Sarah K. Rathke<br>Squire, Sanders & Dempsey - Cleveland<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>216-479-8379<br>216-479-8780 (fax)<br>srathke@ssd.com |
| Bernard Taylor<br>Alston & Bird<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>404-881-7000<br>btaylor@alston.com | Joseph C. Weinstein<br>Squire, Sanders et al. - Cleveland<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304<br>jweinstein@ssd.com |
| Shirli Fabbri Weiss<br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>619-699-3650<br>619-699-2701 (fax)<br>shirli.weiss@dlapiper.com | Christopher Munro Young<br>DLA Piper, US LLP<br>4365 Executive Drive<br>Suite 1100<br>San Diego, CA 92101-2133<br>858-638-6818<br>chris.young@dlapiper.com |
| Scott Michael Zimmerman<br>Heidell, Pittoni, Murphy & Bach, LLP<br>99 Park Avenue<br>New York, NY 10016<br>212-826-8585<br>212-490-8966 (fax)<br>szimmerman@hpmb.com | |

| **Attorney for Defendant Walgreens** ||
|---|---|
| Denise E. Baker-Seal<br>Brown & James - Belleville<br>Generally Admitted<br>120 West Main Street Second Floor<br>Belleville, IL 62221 618-235-5590<br>dseal@bjpc.com | |
| **Attorneys for Plaintiffs** ||
| Janet G. Abaray<br>Burg, Simpson et al.-Cincinnati<br>312 Walnut Street, Suite 2090<br>Cincinnati, OH 45202-0330<br>jabaray@burgsimpson.com | Rachel Beth Abrams<br>Levin Simes Kaiser & Gornick<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>415-646-7160<br>rabrams@lskg-law.com |
| Robert Frederick Arentz<br>Pacific Law Center<br>4225 Executive Square #1550<br>La Jolla, CA 92037 | Pamela A. Borgess<br>Zoll, Kranz & Borgess, Ste. 200<br>6620 Central Avenue<br>Toledo, OH 43617<br>419-841-9623<br>419-841-9719 (fax)<br>pamela@toledolaw.com |
| Evan D. Buxner<br>Walther Glenn Law Associates<br>Generally Admitted<br>10 South Brentwood Boulevard, Suite 102<br>St. Louis, MO 63105<br>314-725-9595<br>buxner@walther-glenn.com | Wendy R. Fleishman<br>Lieff, Cabraser et al. – New York, NY<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone:  (212) 355-9500<br>Facsimile:   (212) 355-9592<br>wfleishman@lchb.com |
| Thomas P. Cartmell<br>Wagstaff & Cartmell<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>816-701-1100<br>816-531-2372 (fax)<br>tcartmell@wellp.com | Robert F. Clarke<br>Clarke Law Offices<br>2701 E. Camelback Rd., Suite 140<br>Phoenix, AZ 85016<br>602-952-3232<br>602-952-3233 (fax)<br>bob@clarkelaw-az.com |

| | |
|---|---|
| Andrew J. Cross<br>Carey & Danis LLC<br>Generally Admitted<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105-3786<br>314-725-7700<br>314-721-0905 (fax)<br>across@careydanis.com | J. DeBartolomeo<br>Girard Gibbs LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800<br>AJD@girardgibbs.com |
| Lowell W. Finson<br>Phillips & Associates<br>Qwest Building, 26th Floor<br>20 East Thomas Road, Suite 2600<br>Phoenix, AZ 85012<br>602-258-800<br>lowell@phillipslaw.ws | Joseph H. Fowler<br>Hartley, Rowe & Fowler<br>P.O. Box 489<br>6622 East Broad Street<br>Douglasville, GA 30133-0489<br>770-920-9119<br>jfowler@hrflegal.com |
| Steven D. Gacovino<br>Gacovino, Lake & Associates, P.C.<br>270 West Main Street<br>Sayville, NY 11782<br>(631)543-5400<br>(631)543-5450 (fax)<br>s.gacovino@gacovinolake.com | Daniel N. Gallucci<br>Roda & Nast<br>801 Estelle Drive<br>Lancaster, PA 17601<br>717-892-3000<br>dgallucci@rodanast.com |
| Steven M. Goldberg<br>Law Office of Steven M. Goldberg<br>34055 Solon Road, Ste. 103<br>Solon, OH 44139<br>440-519-9900<br>887-464-4652 (fax)<br>steven@smglegal.com | Mark Craig Goodman<br>Squire, Sanders & Dempsey L.L.P.<br>Litigation Dept.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>415-954-0289<br>415-393-9887 (fax)<br>mgoodman@ssd.com |
| Eric D. Holland<br>Holland, Groves et al.<br>Generally Admitted<br>300 North Tucker Boulevard, Suite 801<br>St. Louis, MO 63101<br>314-241-8111<br>ericdholland@yahoo.com | Michelle L. Kranz<br>Zoll, Kranz & Borgess<br>6620 Central Avenue, Ste. 200<br>Toledo, OH 43617<br>419-841-9623<br>419-841-9719 (fax)<br>michelle@toledolaw.com |

| | |
|---|---|
| Mitchell M. Kraus<br>Transportation Communications International Union<br>Assistant General Counsel<br>Three Research Place<br>Rockville, MD 20850<br>301-840-8776<br>301-330-8776 (fax)<br>krausm@tcunion.org | Jeffrey M. Kuntz<br>Wagstaff & Cartmell<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>816-701-1100<br>816-531-2372 (fax)<br>jkuntz@wcllp.com |
| Richard David Lambert<br>Lindsay & Stonebarger<br>620 Coolidge Drive, Suite 225<br>Folsom, CA 95630<br>(916) 294-0002<br>(916) 294-0012 (fax)<br>rlambert@lindstonelaw.com | Arnold Levin<br>Levin, Fishbein et al.<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>215-592-1500<br>alevin@lfsblaw.com |
| James M. Lindsay<br>815 Reba Place, #202<br>Evanston, IL 60202<br>916-294-0002<br>916-294-0012 (fax)<br>jlindsay@lindstonelaw.com | Brian K Matise<br>Burg Simpson Eldredge Hersh & Jardine PC<br>40 Inverness Dr E<br>Englewood, CO 80112<br>303-792-5595<br>303-708-0527 (fax)<br>bmatise@burgsimpson.com |
| Joanne E. Matusko<br>Roda & Nast<br>801 Estelle Drive<br>Lancaster, PA 17601<br>717-892-3000<br>717-892-1200 (fax)<br>jmatusko@rodanast.com | David A. Nester<br>Nester & Constance<br>Generally Admitted<br>123 West Washington Street<br>Belleville, IL 62220<br>618-234-4440<br>nesterconstance@sbcglobal.net |
| Mark R. Niemeyer<br>Onder, Shelton et al<br>110 East Lockwood, 2nd Floor<br>Webster Groves, MO 63119<br>niemeyer@onderlaw.com | Christopher L. Schnieders<br>Wagstaff & Cartmell<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>816-701-1100<br>816-531-2372 (fax)<br>cschnieders@wagstaffcartmell.net |

| | |
|---|---|
| Gene Joseph Stonebarger<br>Lindsay & Stonebarger<br>620 Coolidge Drive, Suite 225<br>Folsom, CA 95630<br>916-294-0002 | Gerald B. Taylor<br>The Taylor Law Firm<br>7208 Fairwoods Place<br>Montgomery, AL 36117<br>(334)775-1025<br>(334)775-1022 (fax) |
| Calvin S. Tregre, Jr.<br>Burg Simpson Eldredge Hersh Jardine - Cincinnati<br>312 Walnut Street, Ste. 2090<br>Cincinnati, OH 45202<br>513-852-5600<br>513-852-5611 (fax)<br>ctregre@burgsimpson.com | Ralph Vallone, Jr.<br>Ralph Vallone Jr. Law Office<br>Son Sid Cond, Suite 1<br>1319 Ashford Avenue<br>Santurce, PR 00907<br>787-723-9393<br>rv@rvallonelawoffice.com |
| David W. Zoll<br>Zoll, Kranz & Borgess LLC<br>6620 West Central Avenue, Suite 200<br>Toledo, OH 43617<br>419-841-9623<br>david@toledolaw.com | Timothy M. O'Brien<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 South Baylen Street, Ste. 600<br>Pensacola, FL  32502-5996<br>Tel: (850) 435-7000<br>Fax: (850) 435-7020<br>tobrien@levinlaw.com |

*/s/ Cherry Bulosan*
Cherry Bulosan