**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

_____
                                                )
IN RE YASMIN AND YAZ (DROSPIRENONE)   )          3:09-md-02100-DRH-CJP
MARKETING, SALES PRACTICES AND        )
PRODUCTS LIABILITY LITIGATION         )          MDL No. 2100
_____)

This Document Relates To:

_____

KERRY SIMS,

          Plaintiff

v.                                               3:09-cv-10012-DRH-CJP

BAYER CORPORATION, BAYER HEALTHCARE
PHARMACEUTICALS INC., BAYER
HEALTHCARE LLC, WALGREEN CO. d/b/a
WALGREENS

          Defendants.

_____

**<u>ENTRY OF APPEARANCE</u>**

          Come now Kevin J. Adrian and Brown & James, P.C. and hereby enter their appearance

on behalf of Defendant, Walgreen Co., d/b/a Walgreens.

**DEFENDANT DEMANDS TRIAL BY JURY OF 12.**

Respectfully submitted,

/s/ Kevin J. Adrian
Kevin J. Adrian  #6257347
BROWN & JAMES, P.C.
1010 Market Street
20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 (fax)
Attorneys for Walgreen Co.

**AFFIDAVIT OF SERVICE**

I, the undersigned, on the 11th day of November, 2009, electronically filed this document with the United States District Court, Southern District of Illinois which will send electronic notification to each of the following:

**Copies Mailed To:**

Roger C. Denton
Kristine K. Kraft
Elizabeth M. Wilkins
Sean Soyars
SCHLICHTER, BOGARD & DENTON
100 S. 4th Street, Suite 900
St. Louis, MO 63102


Terry Lueckenhoff
John E. Galvin
Michael E. Donelson
FOX GALVIN, LLC
One S. Memorial Drive, 12th Floor
St. Louis, MO 63102

A copy of this document is available for viewing and downloading from the ECF system.

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ Kevin J. Adrian_____