IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

_____  )
                                     )
IN RE YASMIN AND YAZ (DROSPIRENONE)  )    3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND       )
PRODUCTS LIABILITY LITIGATION        )    MDL No. 2100
                                     )
_____  )

**This Document Relates to:**
_____

**KERRY SIMS,**

**Plaintiff,**

v.                                        3:09-cv-10012-DRH-PMF

**BAYER CORPORATION,**
**BAYER HEALTHCARE**
**PHARMACEUTICALS INC.,**
**BAYER HEALTHCARE, LLC,**
**WALGREEN CO. d/b/a WALGREENS**

    **Defendants.**

### ORDER GRANTING PLAINTIFF'S MOTION
### FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint, the Court hereby ORDERS as follows:

Plaintiff's Motion is GRANTED.  Further, the Court DIRECTS Plaintiff to file the amended complaint instanter.

SO ORDERED:

/s/ David R Herndon
Chief Judge
United States District Court          DATE: January 8, 2010