## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

————————————————————————— )

IN RE YASMIN AND YAZ (DROSPIRENONE) )　　3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND　　　）
PRODUCTS LIABILITY LITIGATION　　　　）　　MDL No. 2100

————————————————————————— )

**This Document Relates to:**

————————————————————————

CATHY M. WALTON,

　　　　**Plaintiff,**　　　　　　　　　Case No. 3:09-cv-10217-DRH -PMF

**v.**

BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER
PHARMACEUTICALS
CORPORATION, BAYER
HEALTHCARE PHARMACEUTICALS
INC., BERLEX LABORATORIES, INC.,
BERLEX, INC., JOHN DOE
MANUFACTURERS A-Z,
JOHN DOE DISTRIBUTORS A-Z,

　　　　**Defendants**

——————————————————————————————————————————————

## <u>ORDER</u>

**HERNDON, Chief Judge:**

　　　　　This matter comes before the Court on Niemann Foods Motion to Strike

Plaintiff's Response to Niemann Foods' Motion to Dismiss . (3:09-cv-10217 Doc. 25).

 On February 26, 2010 the Court Granted the Motion to Dismiss (3:09-cv-10217

Doc. 34).　　Thus, the Court **DENIES as moot** Niemann Foods Motion to Strike.

(3:09-cv-10217 Doc. 25).

**IT IS SO ORDERED**

DATE: March 1, 2010                          /s/  David R Herndon

                                             Chief Judge
                                             United States District for the
                                             Southern District of Illinois