UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

**ALL CASES**

### ORDER #8 (A)

### ORDER APPOINTING STATE-FEDERAL LIAISON COUNSEL

**HERNDON, Chief Judge:**

This Court **APPOINTS** the following State-Federal Liaison Counsel:

**Richard D. Meadow** as State-Federal Liaison Counsel to the consolidated New Jersey Litigation pending in Bergen County

The appointment of State Liaison Counsel is of a personal nature. Accordingly, the above appointee cannot be substituted by other attorneys, including attorneys of the appointee's law firm, to perform the State Liaison Counsel's functions, except with prior Court approval. It is expected that State Liaison Counsel will keep this Court informed of activities in their respective state court litigation to facilitate efficiency and cooperation with this litigation.

**IT IS SO ORDERED.**

Signed this 5th day of May, 2010.   /s/   *David R Herndon*
                                    **Chief Judge**
                                    **United States District Court**