UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

**ALL CASES**

## AMENDED ORDER #4

## AMENDED FILING PROCEDURES ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. When these consolidated proceedings were initiated, the Court issued Order Number 4 regarding filing procedures. The purpose of Order Number 4 was to reduce the number of unnecessary notifications circulated to counsel in individual cases and to reduce the burden on the ECF filing system.

Since the entry of Order Number 4, the number of member cases in this multidistrict litigation has grown considerably. To date, more than 1,500 member cases are included in these consolidated proceedings. The Court finds that an action involving such a large number of member cases presents unique issues.

In order to address these issues and to promote efficiency, the Court finds that Order Number 4 should be revised. Accordingly, **Order Number 4** is hereby **VACATED**. As of the date this order is docketed, the filing and notice procedures contained herein shall apply to these consolidated proceedings.

The Court **ORDERS** the following:

1. Documents relating to All Cases shall be filed in the Master Case file only. For example, this Order relates to All Cases and will be filed in the Master Case File only. With regard to filings related to All Cases, lead and liaison counsel will be responsible for service upon all other attorneys and parties.

2. Case-specific documents shall be filed in the relevant member action only and not in the Master Case file. For example, a motion to remand a member action to state court should be filed in the relevant member action only and not in the Master Case file. With regard to case-specific filings, all attorneys of record in the relevant member action will receive a Notice of Electronic Filing ("NEF") from the Court.

3. Pursuant to FRCP 5(d), all discovery, including discovery requests and responses, notices of depositions, etc., shall not be filed in either the Master Case file or the relevant member action.

4. New counsel for tag along cases or cases filed originally in the

Southern District of Illinois filed hereafter shall be responsible for checking the Master Case for all orders previously filed that may have relevance to such new cases filed.

**IT IS SO ORDERED.**

Signed this 12th day of May 2010.

/s/ David R Herndon
**Chief Judge
United States District Court**