**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

------------------------------------------------------------ X

**IN RE YASMIN AND YAZ**                    :    **3:09-md-02100-DRH-PMF**
**(DROSPIRENONE) MARKETING,**
**SALES PRACTICES AND RELEVANT**    :    **MDL No. 2100**
**PRODUCTS LIABILITY LITIGATION**       :

------------------------------------------------------------    :    Judge David R. Herndon

This Document Applies To All Actions    :

------------------------------------------------------------ X


**CASE MANAGEMENT ORDER NO. 16**

**(Notification to Clerk of Motions Pending in Transferred Actions)**

This Order applies to any and all actions hereafter transferred to

MDL No. 2100 from another district court of the United States.  Within fourteen

(14) days of the date on which a Transfer Order is entered on the docket for MDL

No. 2100, counsel for the Bayer Defendants will provide notice to the Clerk of

motions pending in cases subject to the transfer order.  Notice will be provided

via electronic mail to deana_brinkley@ilsd.uscourts.gov and

debra_ward@ilsd.uscourts.gov, with a copy to Plaintiffs' Liaison Counsel, Roger

Denton, at rdenton@uselaws.com.

**IT IS SO ORDERED.**

Dated:  May 20, 2010.


/s/     David R. Herndon

Chief Judge
United States District Court