UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

**ALL CASES**

## CASE MANAGEMENT ORDER NO. 20
### RE:  Supplemental Defense Fact Sheet

**THIS MATTER**, having been opened to the Court by counsel for the Parties, and the Parties having consented, stipulated and agreed to amend and supplement the provisions of *Case Management Order No. 18* pertaining to the Defense Fact Sheet ("DFS").

1. Defendants shall be obligated to provide a Supplemental Defense Fact Sheet ("SDFS"), in the form attached hereto as Exhibit A, where Defendants have an obligation to provide a DFS to a Plaintiff who has provided a Plaintiff Fact Sheet ("PFS") that contains the required "Core Criteria" as specified in the above-referenced order.

2. With respect to any plaintiff for whom the DFS is due 15 days after the date of this Order, or later, the SDFS shall be due simultaneously with the DFS.

3. With respect to any plaintiff for whom the DFS was provided and/or due on or before August 2, 2010, the SDFS shall be produced on or before **September 24, 2010**.

4. With respect to any plaintiff for whom the DFS was provided and/or due from August 3, 2010 through 14 days after the date of this Order, the SDFS shall be produced on or before **October 4, 2010.**

5. Defendants shall produce all documents responsive to the document requests set

2

forth in the SDFS *Section III* no later than **60 days** in advance of the deposition of the sales representative in question. The Parties shall cooperate in good-faith in scheduling a sales representative deposition upon receipt of a deposition notice, and such date shall not be noticed, delayed, cancelled or postponed by any party to expedite or delay the production of documents pertaining to that sales representative under *Section III* of the SDFS.

6. Upon entry of an Order governing an early trial case selection process, the Parties will meet and confer concerning any amendment of the deadlines that may be required for production of these documents in cases selected for inclusion in any early trial case discovery pool.

        **IT IS, ON THIS 3rd DAY OF SEPTEMBER, 2010
        SO ORDERED,**

/s/   *David R. Herndon*
**Hon.  David R. Herndon**