UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE YASMIN AND YAZ : | : | **3:09-md-02100-DRH-PMF** |
| (DROSPIRENONE) MARKETING, SALES | : | |
| PRACTICES AND RELEVANT PRODUCTS | : | **MDL No. 2100** |
| LIABILITY LITIGATION | : | |
| | : | Judge David R. Herndon |
| | : | |
| This Document Applies To All Actions | : | |

### CASE MANAGEMENT ORDER NO. 21
### AMENDMENTS TO CASE MANAGEMENT ORDER NO. 18

**(Defendant's Fact Sheet, Production of Sales Representative Custodial File, and the Production of Third-Party Data Relating to Plaintiff's Dispensing/Prescribing Health Care Provider Prescribing Practices)**

The parties having agreed to amend Case Management Order No. 18 (CMO-18) dated June 9, 2010, CMO-18 is hereby amended as follows.

1. In Section IV and VIII(5) of the Defendant's Fact Sheet ("DFS"), Defendants have agreed, without objection, to answer certain questions and provide certain data relating to the dispensing and prescribing practices of Plaintiffs' Dispensing/Prescribing Health Care Providers as it relates to Yaz, Yasmin, and Ocella if such data is within their possession, custody or control.

2. One or more of the Bayer defendants license information and data responsive to Section IV and VIII(5) of the DFS from Source Healthcare Analytics, Inc. ("SHA"). SHA has authorized Bayer to provide a copy of the responsive data to the Plaintiffs, with no fee, upon execution of the *Third-Party Data Use Agreement* attached hereto as Exhibit "1" by the individual

1

-2-

Plaintiff's counsel to whom the data will be produced.

       3.      Bayer shall, upon receipt of an executed *Third-Party Data Use Agreement* from Plaintiff's counsel (sent to Bayer's counsel by E-mail to aroy@eckertseamans.com with a cc: copy of the E-mail to SHA's representatives at Corey.Babington@source.wolterskluwer.com and Kent.Matsumoto@source.wolterskluwer.com):

       a)      supplement its response to Section IV and VIII(5) of any DFS already provided to Plaintiff and produce all responsive documents within fifteen (15) days of receiving the executed the *Third-Party Data Use Agreement*;

       b)      produce all responsive data and documents pursuant to Section IV and VIII(5) of the DFS pursuant to CMO-18 in cases where a DFS has not yet been provided to Plaintiff.

       4.      All provisions of CMO-18 other than those amended herein shall remain unchanged and in full force and effect.

**IT IS SO ORDERED.**

**September 14, 2010**

                                                                   /s/ *David R Herndon*
                                                                   **Honorable David R. Herndon**
                                                                    **Chief Judge, United States District Court**