**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

_____
                                                              )
IN RE YASMIN AND YAZ                     )        3:09-md-02100-DRH-PMF
(DROSPIRENONE) MARKETING, SALES   )
PRACTICES AND PRODUCTS LIABILITY )        MDL No. 2100
LITIGATION                                    )
_____)

**This Document Relates to:**

**ALL CASES**

_____

**CASE MANAGEMENT ORDER NO. 25**

At the status conference on October 12, 2010, the Court directed Plaintiffs to turn over medical records in the possession of Plaintiffs' counsel to Defendants. Accordingly, the Court hereby Orders as follows:

Unless there is an objection with regard to the relevancy of a particular record, Plaintiffs are ORDERED to turn over medical records, in the possession of Plaintiffs' counsel, to Defendants within 7 days of the date of this Order.

    **SO ORDERED:**

/s/    *David R Herndon*

Chief Judge
United States District Court                              DATE: October 13, 2010