UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                          )
IN RE YASMIN AND YAZ          )          3:09-md-02100-DRH-PMF
(DROSPIRENONE) MARKETING, SALES )
PRACTICES AND PRODUCTS LIABILITY )      MDL No. 2100
LITIGATION                         )
_____ )

**This Document Relates to:**

**ALL CASES**

_____

**AMENDED
CASE MANAGEMENT ORDER NO. 25**

At the status conference on October 12, 2010, the Court directed Plaintiffs to turn over medical records in the possession of Plaintiffs' counsel to Defendants. On October 13, 2010, the Court issued a written Order to that effect. The Order issued by the Court on October 13, 2010 requires clarification. Accordingly, the Court is hereby amends and vacates Case Management Order No. 25 (09-cv-2100 Doc. 1330) and ORDERS as follows:

In those member actions where a Plaintiff Fact Sheet has been served upon Defendants pursuant to Case Management Order Number 12, unless there is an objection with regard to the relevancy of a particular record, Plaintiffs are

ORDERED to turn over medical records, in the possession of Plaintiffs' counsel, to Defendants within 7 days of October 13, 2010.

Further, the duty to provide a Plaintiff Fact Sheet pursuant to Case Management Order Number 12 shall include a duty to turnover medical records in the possession of Plaintiff's counsel.  Accordingly, in member actions where (1) the duty to provide a Plaintiff Fact Sheet, pursuant to CMO is 12, is triggered subsequent to entry of this order or (2) the duty to provide a Plaintiff Fact Sheet , pursuant to CMO 12, has been triggered as of the date of this order but the Plaintiff Fact Sheet has not yet been served, Plaintiff s must provide medical records in the possession of Plaintiff's counsel (absent an objection based on relevance) to fulfill their obligations under Case Management Order Number 12.

**SO ORDERED:**

/s/    DavidRHerndon

Chief Judge
United States District Court                    DATE:  October 14, 2010