UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                          )
**IN RE YASMIN AND YAZ**              )         **3:09-md-02100-DRH-PMF**
**(DROSPIRENONE) MARKETING, SALES**   )
**PRACTICES AND PRODUCTS LIABILITY**  )         **MDL No. 2100**
**LITIGATION**                        )
_____)

**This Document Relates to:**

**ALL CASES**

_____

**CASE MANAGEMENT ORDER NO. 26**

      This matter comes before the Court on its own initiative. To date, the Court has allowed lead and liaison counsel to make informal requests regarding scheduling hearings or conferences in chambers or altering the scheduled time for hearings or conferences in chambers. It has become apparent that, at times, the parties are not sufficiently communicating prior to making such requests and/or there have been instances of miscommunication regarding the status of such requests. To avoid any further miscommunications and to ensure that both parties have equal knowledge with regard to the scheduling of conferences or hearings with the Court, the Court will no longer allow the parties to make such informal requests. The Court therefore ORDERS as follows:

      All requests for a hearing or informal matters with the Court or to in any way alter the time or substance of a scheduled hearing or conference with the Court

must be made in writing and submitted to the Court via electronic mail at DRHpd@ilsd.uscourts.gov.  The e-mail should (1) contain a brief description of the nature and purpose of the request; (2) provide the status of communications with and the position of opposing counsel regarding the request; (3) be titled "MDL 2100 Hearing Inquiry;" and (4) copy (i.e. "CC") lead and liaison counsel for all parties, the Courtroom Deputy Clerk, Sandy Pannier (sandy_pannier@ilsd.uscourts.gov), and Chambers Counsel, Debra Ward (debra_ward@ilsd.uscourts.gov ).

**SO ORDERED:**

/s/    David R. Herndon

Chief Judge
United States District Court                    DATE:  October 14, 2010