# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH-PMF ) ) MDL No. 2100 ) |

**This Document Relates to All Cases**

## CASE MANAGEMENT ORDER NO. 32

## TRIAL-POOL SELECTION AND CASE-SPECIFIC CORE-DISCOVERY

**HERNDON, Chief Judge:**

This matter, having been opened to the Court by counsel for the Parties, and good cause appearing;

Under Amended Case Management Order 24 (Bellwether Trial Selection Plan), the parties are to determine when to select trial-pool cases from the existing core-discovery pool. The parties have agreed, and **IT IS HEREBY ORDERED**, that:

1. The Parties shall exchange their pulmonary-embolism (PE) trial-pool selections, for the PE trial setting, on April 25, 2011. The Court shall not be included in this exchange.

2. Each side shall select four PE cases.

3. Each side shall exercise any veto (maximum of one, minimum of zero) on April 27, 2011, by notifying the other side on that date. The Court shall not be included in this exchange.

4. On May 2, 2011, after the exercise of any vetoes, the parties shall submit the names of the remaining PE cases to the Court without indicating which party picked which case. Also on May 2, each party shall provide to the Court and to the other party a factual summary concerning each case submitted to the Court for trial selection, so that the Court receives two submissions on each case. Each summary shall be no more than three double-spaced pages per case. The submissions shall be simultaneous and responses shall not be submitted. The submissions shall not indicate which party picked which case.

5. Upon receiving the information described in paragraph 4, the Court will select one PE case to be the first case to be tried and the requisite number of PE cases to be backups in case the first case cannot be tried for some reason. The Court will notify the parties of its selections on or before May 9, 2011.

6. In addition to one veto that each side may exercise with respect to the trial pool for the PE trial, each side will have one veto with respect to the trial pool for the Gallbladder trial, and one more veto with respect to the trial pool for the VTE trial.

7. Except as otherwise provided in this Order, Amended CMO 24 shall remain in full force and effect.

SO ORDERED

David R. Herndon
2011.04.13 04:54:32
-05'00'

**Chief Judge**                                                           **Date: April 13, 2011**
**United States District Court**