# Bellwether Trial Schedule

|  | PE | GB | VTE |
|---|---|---|---|
| **P generic reports** | 7/29/11 | 10/28/11 | Same as PE |
| **D generic reports** | 8/19/11 | 11/18/11 | Same as PE |
| **P generic rebuttals** | 9/2/11 | 12/5/11 | Same as PE |
| **Generic expert depos start** | 9/6/11 | 12/12/11 | Same as PE |
| **Generic expert depos end** | 10/14/11 | 1/20/12 | Same as PE |
| **Generic expert motions** | 10/24/11 | 1/30/12 | Same as PE |
| **Responses** | 11/14/11 | 2/20/12 | Same as PE |
| **Replies** | 11/30/11 | 3/5/12 | Same as PE |
| **Generic expert hearing** | Week of 12/5/11 | Week of 3/12/12 | Same as PE |
| **P case-specific expert reports** | MDL:  7/29/11<br>PA:      8/8/11 | MDL:  11/2/11<br>PA:  11/7/11 | 1/23/12 |
| **D case-specific expert reports** | MDL:  8/19/11<br>PA:      8/29/11 | 11/23/11 | 2/13/11 |
| **P case-specific rebuttal reports** | MDL:  9/2/11<br>PA:  9/8/11 | 12/12/11 | 2/27/12 |
| **Case-specific expert deps start** | 9/6/11 | 12/19/11 | 3/5/12 |
| **Case-specific expert depos end** | 10/14/11 | 1/27/12 | 4/13/12 |
| **Case-sp expert and dispositive motions** | 10/24/11 | 2/8/12 | 4/27/12 |
| **Responses** | 11/14/11 | 2/29/12 | 5/18/12 |
| **Replies** | 11/30/11 | 3/14/12 | 6/4/12 |
| **Case-sp expert and dispositive motion hearing** | Week of 12/5/11 | Week of 3/19/12 | Week of 6/11/12 |
| **MDL Trial** | 1/9/12 (Sims) | 4/2/12 (tbd) | 6/25/12 (tbd) |
| **PA Trial 1** | 1/23/12 (P pick tbd) | 4/23/12 (P pick tbd) | 7/23/12 (P pick tbd) |
| **PA Trial 2** | 2/21/12 (D pick tbd) | 5/21/12 (D pick tbd) | 8/20/12 (D pick tbd) |