# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ----------------------------------------------------------- X | |
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| ----------------------------------------------------------- | **Judge David R. Herndon** |

**This Document Relates to:**

**ALL CASES**

## CASE MANAGEMENT ORDER NUMBER 37.5
### Amending Deadlines Pertaining to trial picks for Gallbladder Cases

**Herndon, Chief Judge**

This matter is before the Court for case management. Plaintiffs have requested that the trial selection deadlines for the Gallbladder ("GB") cases in Case Management Order Number 37 ("CMO 37") (MDL 2100 Doc. 1917) be modified by one week. Defendants are not opposed to plaintiffs' request. Accordingly, the Court hereby modifies the deadlines for GB cases in CMO 37 by one week as follows:

1. The Parties shall exchange their GB trial-pool selections on September 14, 2011

2. The parties shall exercise any veto on September 16, 2011

3. The parties shall submit the names of the remaining GB cases to the Court and shall provide the Court (and each other) with a factual summary concerning each GB case submitted to the Court September 21, 2011

4. The Court will notify the parties of its GB trial selections on or before September 28, 2011.

**SO ORDERED**

Digitally signed by David R. Herndon
Date: 2011.08.30 14:24:54 -05'00'

**Chief Judge
United States District Court**                  **Date: August 30, 2011**