# EXHIBIT 1

# REDACTED

# EXHIBIT 1

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 3 of 62   Page ID #23357
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 2 of 61
Page ID #14423

# Report on Drospirenone Containing Combined Oral Contraceptives (COCs)

**Charles T. Stier, Ph.D.**
**Department of Pharmacology,**
**Basic Science Building**
**New York Medical College**
**Valhalla, New York 10595**

## Introduction

I have been asked to issue a report concerning the pharmacokinetic and pharmacodynamic properties of the brand of combined oral contraceptives (OCs or COCs) containing Drospirenone (DRSP) as the progestogenic agent in combination with ethinyl estradiol (EE), the synthetic estrogen component of both the Yasmin and Yaz products manufactured and sold by Bayer Healthcare Pharmaceuticals, Inc., or "Bayer".

This paper sets forth, among other things, my opinions concerning the nature and actions of DRSP when co-administered with EE in either one of two preparations (Yasmin/Yaz) that are currently marketed and sold for contraception. All of the opinions stated within this report are formulated and made with a reasonable degree of pharmacological and scientific certainty.

My opinions are based upon a combination of materials, including those that have been provided to me by counsel as well as materials that I have obtained during the course of my own research. The materials I have reviewed include multiple clinical study reports conducted of both the Yasmin and Yaz formulations during clinical trials, the relevant published literature, the product labeling, including the labeling for other hormonal contraceptive products, deposition testimony, and internal/external Bayer communications. In addition, I rely upon my own education, training and laboratory research in the relevant fields, including research that I have conducted with estrogens and with regard to the Renin-Aldosterone-Angiotensin System (RAAS), a subject on which I have been published. A reference and general bibliography of literature reviewed and considered by me in formulating my opinions are attached at the end of this report.

## Nature of Estrogens

An adverse effect of estrogens used as oral contraceptive agents is thrombosis, which is inclusive of venous thromboembolism (VTE; deep vein thrombosis and pulmonary embolism) and arterial thromboembolism (ATE; stroke and myocardial infarction). Estrogens, including EE, are known to result in liver activation resulting in increases in the plasma concentration of many proteins of hepatic origin, including: sex-hormone binding globulin (SHBG), corticosteroid binding globulin (CBG), thyroxin binding globulin and angiotensinogen (Goodman and Gilman textbook of Pharmacology). Estrogen has effects on the liver to not only stimulate the synthesis of coagulation (clotting) factors such as factors VII, VIII, X and fibrinogen, but also to lower the levels of anticoagulant factors such as antithrombin III, thus resulting in a net prothrombotic effect (Vandenbroucke, 2001).

## Relationship of Combined Oral Contraceptives to Thrombosis

The known action of estrogens to cause thrombosis has been reduced with the advent of combined oral contraceptives (COCs) possessing reduced doses of estrogens plus a progestogen. COCs containing a second generation progestogen (i.e., levonorgestrel) co-administered with

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 5 of 62   Page ID
#23959
Case 3:09-md-02100-DRH-PMF   Document 2087-1   *SEALED*   Filed 11/14/11   Page 4 of 61
Page ID #14425

lower doses of EE, (i.e., < 50μg EE), have reduced adverse events relative to first generation COCs. The COCs containing third generation progestogens (i.e., norgestimate, desogestrel) were developed in the hope of further lowering adverse cardiovascular effects. However, studies have shown that use of low-dose COCs with a third-generation progestogen carries a two-fold higher risk of venous thrombosis than the previous generation of COCs (Bloemenkamp, 1995; Jick, 1995; Kemmeren, 2001; Fleischer, 2009) (Table 1). Consistent with this, it has been found that COCs containing third generation progestogens cause higher activated protein C (APC) resistance (Rosing, 1997) and higher SHBG levels (Odlind, 2002; van Rooijen, 2004, Fleischer, 2009) than second generation COCs.   Based on these findings, the use of 3rd generation COCs has been the subject of much controversy and debate. In Europe the EMEA has adopted a "Position Statement" accepting the higher risk association with third-generation COCs. (Breitfeld Exhibit 1). In the United States, the label warns of an approximate two-fold increase in risk associated with desogestrel containing OCs, i.e., Mircette.[1]

## **Product Development and Description of DRSP-containing OCs**

Drospirenone is the progestogen found in two COC preparations: Yaz, which contains 20 μg EE and 3 mg drospirenone, and Yasmin, which contains 30 μg EE and 3 mg of drospirenone. Yasmin is administered in a regimen of 21 days on active pill followed by 7 days of placebo. In contrast, Yaz is administered on a 24/4 day regimen, meaning there are three additional days of exposure to hormones.

In addition to contraception, Yaz has been approved by Food and Drug Administration (FDA) for the treatment of premenstrual dysphoric disorder (PMDD). (See Yaz/Yasmin labels, April 2010; see also, Pearlstein, 2005; Yonkers, 2005) and acne vulgaris (Harper, 2009). Drospirenone has progestational, antimineralocorticoid, and antiandrogenic activity (Oelkers, 1991; Oelkers, 1995; Krattenmacher, 2000) (Table 2).   The antimineralocorticoid potency of drospirenone in rat and man is almost eight times as much as that of spironolactone (Muhn, 1995). Because drospirenone has antimineralocorticoid activity, it should not be used in patients who are receiving agents that may increase serum potassium concentration (i.e., ACE inhibitors, $AT_1$ receptor antagonists, potassium sparing diuretics, heparin, MR antagonists or NSAIDs).

Yasmin was first introduced in Europe in 2000 and was approved for sale by the FDA in 2001. (See Yasmin label, 4/2010). Yaz was approved first in the United States in 2006 and as stated above is also approved for acne and PMDD treatment. Shortly after the launch of Yasmin in Europe, reports of VTE in conjunction with ingestion of Yasmin surfaced and reports continued over the next several years about the safety of the DRSP containing OCs. Following the launch of Yasmin, Bayer was required by the regulatory authorities in both Europe and the U.S. to conduct post-marketing surveillance of the Yasmin product to assess its safety profile post-launch. In Europe, the study conducted was the European Active Surveillance (EURAS) study for which final results were published (Dinger, et al.) in 2007. The INGENIX study (Seeger, 2007) was initially designed to assess hyperkalemia events due to the potential for spironolactone analog to cause high levels of potassium. The latter study protocol was later

---

[1] In Europe, two different types of third-generation progestins are marketed in combination with EE: Desogestrel and Gestodene.. (See, e.g., Femodette label, a COC manufactured by Bayer at EMC website: http://www.medicines.org.uk/emc/medicine/2542/SPC/femodette/ )

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 6 of 62   Page ID
#23369
Case 3:09-md-02100-DRH-PMF   Document 2087-1   *SEALED*   Filed 11/14/11   Page 5 of 61
Page ID #14426

revised in accordance with FDA discussions so as to capture VTEs as well. The results of these earlier epidemiology studies for which final results were released in 2007, showed no increased risk of VTE with drospirenone-containing COCs compared with patients receiving 2nd generation COCs. However, subsequent reports appearing in the British Medical Journal indicated an increased risk of VTE with drospirenone-containing COCs when compared to 2nd generation COCs (Lidegaard, 2009; Van Hylckama Vlieg, 2009) (See also Table 1 attached).

More recently, two separate epidemiological studies looking at two different databases, one in the U.S. and the other in the United Kingdom, noted a respective 2-fold and 3-fold increase in VTE risk with drospirenone-containing COCs when compared with 2nd generation COCs (Jick, 2011; Parkin, 2011).

Although the epidemiology studies to date appear to have studied the Yasmin formulation (i.e., 30 µg EE/3mg DRSP) in comparing the risk of VTEs as against LNG-containing COCs, the present FDA-approved labels in the U.S. for each of these products references four epidemiology studies that were available when the label was revised (Lidegaard, 2009; Van Hylckama Vlieg, 2009; Dinger, 2007; and Seeger, 2007), without distinguishing between the two products. In addition, the Summary of Product Characteristics (SPC) in Europe for both Yaz and Yasmin reflect the current state of epidemiology and do not distinguish between these two DRSP-containing OCs.[2]

Findings as described previously after the launch of Yasmin and later Yaz, have prompted investigators to question the safety of COCs containing drospirenone compared to other available COCs. (Lidegaard, 2009; Vlieg, 2009; Jick, 2011; Parkin, 2011). In examining this issue from a pharmacologic perspective, three general mechanisms should be considered. First, drospirenone likely sensitizes target tissues to the effects of estrogen (a pharmacodynamic interaction). Secondly, drospirenone possesses an intrinsic effect to promote thrombosis independent of an interaction with EE. Thirdly, drospirenone appears to increase the magnitude and the duration over time of the interaction of estrogen with its receptor (a pharmacokinetic interaction), that may increase estrogenic exposure to the woman regardless of the actual dose administered in the product.

# 1. <u>Ability of Drospirenone to Sensitize the Effects of Estrogen:</u>

Drospirenone lacks estrogenic activity, but unlike most other progestogens possesses antiandrogenic activity. (Table 2). The progestational activity of drospirenone is four times that of progesterone and in addition to its progestational activity drospirenone has antimineralocorticoid activity. Unlike other progestogens, drospirenone has antiandrogenic activity rather than androgenic activity (Muhn, 1995). Drospirenone possesses eight to ten times the antiandrogenic activity of spironolactone. This may have important implications regarding the pharmacodynamic effects of ethinyl estradiol with which it is co-administered. Androgens, in general, have an antiestrogen effect and in the early days of breast cancer therapy, androgens were used to combat estrogen sensitive carcinoma. Dihydrotestosterone has been shown to down

---

[2] SPC Yaz: http://www.medicines.ie/medicine/13973/SPC/Yaz/ June 2011; and
http://www.medicines.org.uk/EMC/medicine/8777/SPC/Yasmin 13/06/2011.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   *SEALED*   Filed 11/14/11   Page 6 of 61
Page ID #14427

regulate estrogen receptors in the pig uterus, which may explain its ability to antagonize estrogenic effects at that site (Cardenas, 2003).[3] Although not approved by the FDA, spironolactone is widely prescribed by dermatologists for the treatment of acne due to its antiandrogenic activity. Yaz (20 μg EE and 3 mg drospirenone) was approved by the FDA for the treatment of moderate acne (Harper, 2009). Two other COCs have been approved by the FDA to treat acne, and although they contain progestins with androgen-like effects, their net effect is antiandrogenic as the added EE increases hepatic synthesis of SHBG, which binds free testosterone making it unavailable to be converted to dihydrotestosterone or to bind to the androgen receptor. In contrast, drospirenone not only decreases free testosterone levels but also has intrinsic anti-androgen activity independent of the presence of EE.

### a.  The Effects of Droserinone on Sex Hormone Binding Globulin

SHBG, also known as TeBG (testosterone-estrogen binding globulin), SSBG (sex steroid binding globulin), or SBP (sex steroid binding protein), is synthesized by liver cells and has a 7-day half-life in circulation. SHBG binds to both androgens and estrogens with a 10-fold higher affinity for dihydrotestosterone than estradiol.   Elevated testosterone levels cause SHBG synthesis to decrease, while estrogen stimulates SHBG production.   With regard to COCs, most progestogens possess androgenic potential and this may counteract the effect of estrogens to stimulate SHBG levels, such that COCs containing less androgenic progestogens may further enhance SHBG levels (Martinez, 2007).   In terms of the pharmacodynamic effects of drospirenone-containing COCs, it has been found that they produce marked increases in SHBG. During treatment with Yasmin there is a five-fold increase in the plasma concentration of SHBG from 70 nmol/L to 350 nmol/L (Yasmin SPC).   In some reports, the degree to which SHBG increases following drospirenone-containing COC dosage has been underestimated as the resulting levels of SHBG were off scale (e.g., AW06, where levels above 300 nmol/ml could not be measured on certain occasions for a majority of the study subjects).[4]  These changes in SHBG levels are much greater than those seen in second and even third generation progestin containing pills. [Odlind, et al., 2002]. As the androgenic nature of the progestin component decreases, a consequent rise in SHBG levels are seen, suggesting greater estrogenicity (independent of the dose administered) and the potential for greater thrombus formation. [Martinez, et al.; 2007]. In fact, some studies have found that the greater the degree of increase in SHBG levels, the greater the risk of VTE. [Odlind, et al. 2002].

Consonant with the ability of drospirenone-containing COCs to markedly increase SHBG levels is their known ability to decrease free testosterone levels. SHBG binds to testosterone with high affinity and thus increases in SHBG levels can decrease free testosterone levels due to the

---

[3]  Importantly, androgens are not exclusively present in males and estrogens are not exclusively present in females. Thus, females have some basal levels of androgens and males have some basal levels of estrogens. It has been shown that androgen levels are increased in postmenopausal women and in women with polycystic ovary syndrome, the incidence for which may be as high as 7% in women at reproductive age.

[4]  According to researchers out of the Leiden University, SHBG increases with estrogen exposure, such as with COCs, and is also associated with increased resistance to Activated Protein C (APCr), which in turn is indicative of a prothrombotic effect. [van Vliet HA, Frolich M, Christena M, Rosing, J. et al.; 2005] I defer to the hematology experts who may be asked to comment on the significance of APCr in users of COCs, in particular DRSP-containing OCs for which this data have been reported. [See also, Tchaikovski, SN, Rosing, J., 2010.]

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 8 of 62   Page ID
#23864
Case 3:09-md-02100-DRH-PMF   Document 2087-1   *SEALED*   Filed 11/14/11   Page 7 of 61
Page ID #14428

avidity with which it binds to testosterone. Thus, not only does drospirenone have antiandrogenic (androgen receptor blocking) activity but, in addition, it lowers free testosterone levels. This is the rationale behind combining androgenic progestins, such as DRSP and CPA, with EE for the treatment of acne vulgaris. Indeed, Bayer acknowledges in study Report No. A40196 (p. 161) that DRSP has effects in the body (4-5 fold increase in SHBG levels) that are similar to CPA, a progestin that is not sold in the United States.[5]

CPA like drospirenone-containing COCs, is considered a fourth generation progestogen and is also being used for the treatment of acne vulgaris (Tchaikovski, S.N., et al. 2010). As mentioned above, CPA also markedly increases SHBG levels, decreases free testosterone levels and has antiandrogen (androgen receptor blocking) activity (Table 2).   Although the effects of drospirenone plateau with time, the levels of SHBG continue to increase. Changes in SHBG have been reported to indicate the balance between estrogenic and androgenic activities and thus reflect net estrogenicity (Martinez, 1999). SHBG is not only found in the circulating plasma but may also bind at cellular sites, another potential mechanism for increasing the total "estrogenicity" seen with lower androgenic progestins, and even more so with anti-androgenic progestins such as DRSP.   What is clear is that there is a greater increase in SHBG with drospirenone-containing COCs as reflected in Bayer's own internal studies for both the Yasmin product (e.g., Study Report Nos. AW06, 9274), as well as for Yaz (e.g., A40196, A25083),[6] and reported in the medical literature.

## 2.   Intrinsic Effects of Progestogen to promote Thrombosis independent of Estrogen

With regard to intrinsic effects, drospirenone is unique among progestogens in that it possesses antimineralocorticoid activity which can cause a diuretic/natriuretic effect and activation of the renin-angiotensin-aldosterone system. An effect of drospirenone on body weight was reported in three studies (Carranza-Lira, 2009). In subjects receiving 0.5 to 2 mg of drospirenone there was no change or a decrease in body weight, in a second study no change in body weight was observed among groups receiving drospirenone and EE. However, in a third study, significant decreases in body weight from baseline were observed with doses of drospirenone of 2 and 3 mg per day. The weight loss is likely due to the antimineralocorticoid effect of drospirenone and thus reflects its diuretic/natriuretic ability. (Oelkers, 1991; Oelkers, 1995). In addition, it is known that drospirenone can increase renin release (Oelkers, 1991; Oelkers, 1995) which promotes the formation of angiotensin II. The medical literature supports that angiotensin II has toxic effects on blood vessels, and like cigarette smoking and advancing age, act in concert with the prothrombotic effects of estrogen to cause venous thromboembolism.

---

[5]  Bayer manufactures Diane-35, a COC containing CPA, that is sold in Europe and is used for the treatment of acne.

[6]  For example, in Study Report No. A40196 at Page 161 of that report, it states that the 400-500% increase in SHBG levels seen in the Yaz study subjects is similar to that seen with women exposed to OCs containing "other non-androgenic progestins" such as DRSP.   CPA is a non-androgenic progestin which has been found to have the highest VTE risk according to epidemiological studies. (Lidegaard, 2009; Vlieg, 2009; See also Table 1).

Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 8 of 61
Page ID #14429

### 3. Drospirenone Appears to Alter the Pharmacokinetics of EE

#### a. Drospirenone Pharmacokinetics

With regard to the pharmacokinetics of drospirenone-containing COCs, the results regarding drospirenone levels have been fairly consistent whereas the reported EE levels have been inconsistent and variable. Following oral administration, the bioavailability of drospirenone is about 76%. The mean peak serum concentration of drospirenone following a single-oral dose of 3 mg is 36.9 ng/ml at about 1.7 hours, and mean peak steady state concentrations are 78.7 to 87.5 ng/ml. Drospirenone concentrations in women with moderate renal impairment are about 37% higher. Drospirenone is about 97% bound to serum albumin (Krattenmacher, 2000) but does not bind to SHBG (Krattenmacher, 2000). The elimination half-life is about 30 hours for drospirenone which exceeds the dosing interval which is every 24 hours. Some preclinical reports have indicated that drospirenone, like EE, undergoes enterohepatic recirculation. This mechanism allows drugs to re-enter the body after they have been released into the bile and can lead to protracted drug effects both with respect to DRSP itself as well as the EE with which it is co-administered. This effect would be expected to be more pronounced with the Yaz formulation which, although it contains 10µg less of EE, is administered over 24 days with only 3 days of placebo.[7] Two major metabolites are formed from drospirenone in the body and both are pharmacologically inactive. At least twenty metabolites of drospirenone have been detected in the urine or feces (Krattenmacher, 2000).

#### b. Ethinyl Estradiol Pharmacokinetics

Studies to investigate the effects of EE on drospirenone levels have found no effect. However, there have been no studies to investigate the effect of drospirenone on the plasma levels of EE that are achieved when it is co-administered with EE. Likewise, there is no information on whether metabolites of drospirenone affect EE levels that are achieved either with acute dosing, or more importantly, under chronic dosing conditions. As noted above, while Bayer tested the bioavailability of DRSP as affected by EE, it did not do the reverse testing relying instead on the "established, general scientific literature" on the absolute bioavailability of EE in COCs.[8]



---

[7] Dr. Joachim Marr, the core medical clinician at Bayer has testified that because of the long half life of DRSP coupled with the 24/4 regimen, the woman is never completely free of the influence of hormones from the Yaz Product. (See Deposition of Joachim Marr, 1/11/11, Tr. At 164-167).

[8] The Therapeutic Goods Administration (TGA) noted in its overview of Yasmin that this was a "significant deficiency" viz. product testing. [See Yasmin-Overview dated February 2001; Deposition of Joachim Marr, 4/18/11 Tr. At 60-61; Marr Exhibit W]

Case 3:09-md-02100-DRH-PMF    Document 2087-1    Filed 11/14/11    Page 10 of 62    Page ID
#23364
Case 3:09-md-02100-DRH-PMF    Document 2087-1  *SEALED*    Filed 11/14/11    Page 9 of 61
Page ID #14430



Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 10 of 61
Page ID #14431



## Conclusion and Opinion

Based on the above it is clear that Yaz and Yasmin behave differently from other COCs due the intrinsic differences in the property of the progestin that is combined with EE in the two formulations (Yasmin and Yaz) as described in detail above. Pharmacodynamically they exhibit effects consistent with increased estrogenicity as they lead to further enhancement of SHBG levels. There is a well-known association between increased SHBG levels and increased APC resistance, which is considered by some researchers to be predictive of VTE risk. [Van Vliet, 2005; Odlind, 2002]. This effect is also observed with CPA which, like drospirenone, possesses antiandrogenic activity. The measurement of EE levels in patients receiving drospirenone has yielded values that are highly variable and that can result in very high levels of estrogen exposure. With regard to the Yaz label, the levels of EE recorded in the label would be inconsistent with preventing pregnancy, and is in fact inconsistent with Bayer's own clinical studies reporting much higher levels of EE in the subjects tested. Together, these observations are consistent with epidemiological findings that indicate a high incidence of venous thromboembolism with the DRSP containing COCs over that of other preparations. (Table 1).

Given the totality of the available evidence, including the data from clinical trials, the product literature, the published medical literature, and the epidemiological evidence, it is my opinion with a reasonable degree of scientific and pharmacologic certainty that drospirenone-containing COCs produce a risk of VTE that is at least as high, and likely greater than the so-called third generation COCs or at least double that of Levonorgestrel containing products.

Attached to this Report is my curriculum vitae which sets forth my background, qualifications, education and training as well as articles published by me in the last ten years and prior. In a separate attachment, I disclose prior testimony at deposition and/or trial in the last four years as well as my schedule of professional fees.

I reserve my right to supplement these opinions further and to respond to any contrary opinion reports that may be submitted in this case.

Charles T. Stier, Jr., Ph.D.

Date: 7/28/2011

Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 12 of 61
Page ID #14433

TABLES

**Table 1**      **Relative Risk of Combined Oral Contraceptives**

| | MEGA Study [1] | Danish Cohort Study [2] |
|---|---|---|
| **First Generation** | | |
| Norethisterone | 3.9 (1.4-10.6) | |
| **Second Generation** | | |
| Levonorgestrel | 3.6 (2.9-4.6) | 2.0 (1.75-2.34) |
| **Third Generation** | | |
| Desogestrel | 7.3 (5.3-10.0) | 3.55 (3.30-3.83) |
| Gestodene | 5.6 (3.7-3.8) | |
| Norgestimate | 5.9 (1.7-21.0) | |
| **Fourth Generation** | | |
| Drospirenone | 6.3 (2.9-13.7) | 4.00 (3.26-4.91) |
| Cyproterone Acetate | 6.8 (4.7-10.0) | |

[1]    van Hylckama Vlieg, 2009

[2]    Lidegaard, 2009

**Table 2          Receptor Effects of Various Progestagens**

| Progestagen | Generation | Progesterone Receptor | Estrogen Receptor | Androgen Receptor | Mineralocorticoid Receptor |
|---|---|---|---|---|---|
| Drospirenone | IV | (+) | 0 | (-) | (-) |
| Cyproterone Acetate | IV | (+) | 0 | (-) | 0 |
| Desogestrel | III | (+) | 0 | 0/(+) | 0 |
| Gestodene | III | (+) | 0 | 0/(+) | 0 |
| Norgestimate | III | (+) | 0 | 0/(+) | 0 |
| Levonorgestrel | II | (+) | 0 | 0/(+) | 0 |

(+) = angonist          0 = no effect          (-) = antagonist

**Table 3   Pharmacokinetic Comparisons**

|  |  | LoLoestrin (1) 10 µg | Yaz (2) 20 µg | Yasmin (3) 30 µg |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
| Cycle 1 | Cmax | 50.9 (27) | 32.8 (45) | 53.5 (27) |
| Day 1 | AUC 0-24 | 389.9 (27) | 108 (52) | 280.3 (87) |
|  |  |  |  |  |
| Cycle 1 | Cmax | 71.3 (33) | 45.1 (35) | 92.1 (35) |
| Day 21 | AUC 0-24 | 621.3 (41) | 220 (57) | 461.3 (94) |
|  |  |  |  |  |

(%CV) = percent coefficient of variation = standard deviation divided by the mean

    (1)       LoLoestrin Package Insert

    (2)       Yaz Package Insert

    (3)       Yasmin Package Insert

**TABLE 4      Mean AUC(0-24)\***

| Study Subject # | Occasion 1 (BB level-in) | Study Subject # | Occasion 2 (BB level) |
|---|---|---|---|
| 4155 | 320.3 | 3720 | 367.17 |
| 3699 | 330.85 | 3691 | 437.48 |
| 3454 | 340.96 | 3854 | 442.33 |
| 3996 | 359.5 | 4244 | 445.43 |
| 3026 | 406.52 | 3056 | 456.24 |
| | | | |
| 3829 | 2007.4 | 3414 | 2068.4 |
| 4271 | 2080.5 | 4112 | 2156.5 |
| 4342 | 2245.8 | 4291 | 2389.1 |
| 4345 | 2321.9 | 4317 | 2394.9 |
| 3953 | 2509.9 | 3254 | 3203.6 |

\* Blode Exhibit 18 (Study Report No. A47605 (Protocol No. 308683)).

Case 3:09-md-02100-DRH-PMF   Document 2087-1   *SEALED*   Filed 11/14/11   Page 16 of 61
                                Page ID #14437

**Reference and Bibliography**

Alesse Label.

Bloemenkamp, KWM, Rosendaal, FR, Helmerhorst, FM, Buller, HR and Vandenbroucke, JP. Enhancement by factor V Leiden mutation of risk of deep-vein thrombosis associated with oral contraceptives containing a third-generation progestagen. Lancet 346: 1593-1596, 1995.

Brown DA, Vartan CM.   Risk of venous thromboembolism with drospirenone-containing oral contraceptives.   Am J Health-System Pharm 68: 1003-1010, 2011.

Cardenas, H, Pope, WF. Attenuation of estrogenic effects by dihydrotestosterone in the pig uterus is associated with downregulation of the estrogen receptors. Biol Reproduction 70: 297-302, 2004.

Carranza-Lira, S. Safety, efficacy and patient acceptability of drospirenone and estradiol in the treatment of menopausal vasomotor symptoms: a review. Clin Interventions in Aging 4: 59-62, 2009.

Chapdelaine A, Desmarais J-L, Derman RJ.   Clinical evidence of the minimal androgenic activity of norgestimate.   Int J Fertil 34: 347-352, 1989.

Deviveni D, Skee D, Vaccaro N, Massarella J, Lanssens L, LaGuardia KD, Leung AT. Pharmacokinetics and pharmacodynamics of a transdermal contraceptive patch and an oral contraceptive. J Clin Pharmacol   47: 497-509, 2007.

Dinger JC, Heinemann LAJ, Kuhl-Habich D.   The safety of a drospirenone-containing oral contraceptive: final results from the European Active Surveillance study on Oral Contraceptives based on 143, 475 women-years of observation.   Contraception 75: 344-354, 2007.

Dinger J, Assman A, Mohner S   Risk of venous thromboembolism and the use of dienogest- and drospirenone- containing oral contractives: results from a German case control study.   J Fam Plann Reprod Health Care.   36: 123-129, 2010.

Estrosep Package Insert (current Label)

Femodette Summary of Product Characteristics; European Medicines Commission (EMC): http://www.medicines.org.uk/emc/medicine/2542/SPC/femodette/

Fleischer K, van Vliet HA, Rosendaal FR, Rosing J, Tchaikovski S, Helmerhorst FM. Effects of the contraceptive patch, the vaginal ring and an oral contraceptive on APC resistance and SHBG: a cross-over study. Thrombosis Research 123:429-435, 2009.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 18 of 62   Page ID
#23372
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 17 of 61
Page ID #14438

Goodman and Gilman.   The Pharmacological Basis of Therapeutics.   Eighth Edition, 1990.

Harper, JC. Should dermatologists prescribe hormonal contraceptives for acne. Dermatologic
Therapy 22: 452-457, 2009.

Jick, H, Jick SS, Gurewich V, Myers MW, Vasilakis C. Risk of idiopathic cardiovascular death
and nonfatal venous thromboembolism in women using oral contraceptives with differing
progestogen components. Lancet 346: 1589-1593, 1995.

Jick SS, Hernandez RK. Risk of non-fatal venous thromboembolism in women using oral contraceptives
containing drospirenone compared with women using oral contraceptives containing levonorgestrel:
case-control study using United States claims data. Brit Med J 340: 2151-2159, 2011.

Jick S, Parkin L, Hernandez R, Sharples K. The pill and thrombosis: Author's reply
Brit Med J 342: d3347, 2011.

Kariva Package Insert (current label).

Kemmeren JM, Algra A, Grobbee DE. Third generation oral contraceptives and risk of venous
thrombosis: meta-analysis. Brit Med J 323: 131-134, 2001.

Kim JM, Algra A, Grobbee DE. Third generation oral contraceptives and risk of venous
thrombosis: meta-analysis. Brit Med J 323: 131-134, 2001.

Kuhnz W, Al-Yacoub G, Fuhmeister A. Pharmacokinetics of levonorgestrel and ethinylestradiol in 9
women who received a low-dose oral contraceptive over a treatment period of 3 months and, after a
wash-out phase, a single oral administration of the same contraceptive formulation.   Contraception 46:
455-469, 1992.

Krattenmacher R. Drospirenone: pharmacology and pharmacokinetics of a unique progestogen.
Contraception 62:29-38, 2000.

Lidegaard O, Lokkegaard E, Svendsen AL, Agger C. Hormonal contraception and risk of venous
thromboembolism: national follow-up study.   Brit Med J 339:2890-2897, 2009.

Levlite Package Insert (current label)

Loestrin and LoLoestrin Package Inserts   (current label)

Martinez F, Avecilla A.   Combined hormonal contraception and venous thromboembolism. The
European Journal of Contraception and reproductive Health Care 12: 97-106, 2007.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 19 of 62   Page ID
#23373
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 18 of 61
Page ID #14439

Microgynon package insert (current label)

Mircette package insert (current label)

Middeldorp, S, Meinardi JR, Koopman MMW, van Pampus ECM, Hamulyak K, van der Mer J, Prins MH, Buller HR. A prospective study of asymptomatic carriers of the factor V Leiden mutation to determine the incidence of venous thromboembolism. Ann Intern Med 135: 322-327, 2001.

Prins MH, Buller HR. A prospective study of asymptomatic carriers of the factor V Leiden mutation to determine the incidence of venous thromboembolism. Ann Intern Med 135: 322-327, 2001.

Muhn P, Fuhrmann U, Fritzemeier H, Krattenmacher R, Schillinger E. Drospirenone: a novel progestogen with antimineralocorticoid and antiadrogenic activity. Ann NY Acad Sci 761: 311-335, 1995.

Odlind V, Milsom I, Persson I, Victor A. Can changes in sex hormone binding globulin predict the risk of venous thromboembolism with combined oral contraceptive pills? Acta Obstet Gynecol Scand 81: 482-490, 2002.

Oelkers WKH, Foidart JM, Dombrovicz M, Welter A, Heithecker R.   Effects of a new oral contraceptive containing an antimineralocorticoid progestogen, drospirenone, on the renin-aldosterone system, body weight, blood pressure, glucose tolerance and lipid metabolism.   J Clin Endocrinol Metab 73:837-842, 1991.

Oelkers WKH, Foidart JM, Dombrovicz M, Welter A, Heithecker R.   Effects of a new oral contraceptive containing an antimineralocorticoid progestogen, drospirenone, on the renin-aldosterone system, body weight, blood pressure, glucose tolerance and lipid metabolism.   J Clin Endocrinol Metab 80:1816-1821, 1995.

Oelkers WKH. Effects of estrogens and progestogens on the renin-aldosterone system and blood pressure.   Steroids 61:166-171, 1996.

Oelkers W, Helmerhorst FM, Wuttke W, Heithecker R.   Effects of an oral contraceptive containing drospirenone on the renin-angiotensin-aldosterone system in healthy female volunteers.   Gynecol Endocrinol 14:204-213, 2000.

Oelkers W.   Drospirenone, a progestogen with antimineralocorticoid properties: a short review. Molec Cell Endocrinol   217:255-261, 2004.

Ortho Tricyclen package insert (current label)

Ortho Tricyclen Lo package insert (current label)

Case 3:09-md-02100-DRH-PMF    Document 2087-1    Filed 11/14/11    Page 20 of 62    Page ID
#20374
Case 3:09-md-02100-DRH-PMF    Document 2087-1 *SEALED*    Filed 11/14/11    Page 19 of 61
Page ID #14440

Parkin L, Sharples K, Hernandez RK, Jick SS.   Risk of venous thromboembolism in users of oral contraceptives containing drospirenone or levonorgestrel: nested case-control study based on UK General Practice Research Database.    Brit Med J: 340:2139-2145, 2011.

Pearlstein TB, Bachmann GA, Zacur HA, Yonkers KA. Treatment of premenstrual dysphoric disorder with a new drospirenone-containing oral contraceptive formulation.    Contraception: 72:414-421, 2005.

Rosendall FR, Helmerhorst FM, Vandenbroucke JP. Female hormones and thrombosis.
Arteriosclerosis, Thrombosis, and Vascular Biology 22: 201-210, 2002.

Rosing J, Tans G, Nicolaes, GAF, Thomassen MCLGD, van Oerlr R, van der Ploeg PMEN, Heijnen P, Hanulyak K, Hemker HC.   Oral contraceptives and venous thrombosis: different sensitivities to activated protein C in women using second and third generation oral contraceptives.    Brit J Haematol 97: 233-238, 1997.

Seeger   JD,   Loughlin   J,   Eng   PM,   .   Risk   of   thromboembolism   in   women   taking ethinylestradiol/drospirenone and other oral contraceptives.
Obstet Gynecol. 110: 587-593, 2007.

Sheldon T. Dutch GPs warned against new contraceptive pill.    Brit Med J.    324:869, 2002.

Svensson PJ, Dahlback B. Resistance to activated protein C as a basis for venous thrombosis.
New Engl J Medicine 330: 517-522, 1994.

Tchaikovski SN, Rosing J.    Mechanisms of estrogen-induced venous thromboembolism.
Thrombosis Research.   126: 5-11, 2010.

Van Hylckama Vlieg A, Helmerhorst FM, Vandenbroucke JP, Doggen CJM, Rosendaal FR.    The venous thrombotic risk of oral contraceptives, effects of oestrogen dose and progestogen type: results of the MEGA case-control study.    Brit Med J 339:2921-2928, 2009.

Van Rooijen M, Silveira A, Hamsten A, Bremme K. Sex hormone-binding globulin - A surrogate marker for the prothrombotic effects of combined oral contraceptives.    Am J Obstet Gynecol 190: 332-337, 2004.

Van Vliet HAAM, Winkel TA, Noort J, Rosing J, Rosendaal FR.    Prothrombotic changes in users of combined oral contraceptives containing drospirenone and cyproterone acetate.    J Thromb Haemost 2: 2060-2062, 2004.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 21 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 20 of 61
#23375
Page ID #14441

Vandenbroucke JP, Rosing J, Bloemenkamp KWM, Middeldorp S, Helmerhorst FM, Bouma BN, Rosendaal FR.   Oral contraceptives and the risk of venous thrombosis.   N Engl J Med 344:1527-1535, 2001.

Yasmin (drospirenone and ethinyl estradiol) package insert (2001) Wayne, NJ: Bayer Health-Care Pharmaceuticals Inc.;

Yaz Drosperinone and ethinyl estradiol) package insert (2006) Wayne, NJ: Bayer Health-Care Pharmaceuticals Inc.;

Yaz (drospirenone and ethinyl estradiol) package insert.   Wayne, NJ: Bayer Health-Care Pharmaceuticals Inc.; 2010 Apr.
Yasmin (drospirenone and ethinyl estradiol) package insert.   Wayne, NJ: Bayer Health-Care Pharmaceuticals Inc.; 2010 Apr.

Yaz (drospirenone and ethinyl estradiol) package insert: Wayne, N.J.: Bayer Health Care Pharmaceuticals, Incl: 2011 Mar
Yasmin SPC (Summary of Product Characteristics).     June 8, 2011.

Yonkers KA, Brown C, Pearlstein TB, Foegh M, Sampson-Landers C, Rapkin A.   Efficacy of a new low-dose oral contraceptive with drospirenone in premenstrual dysphoric disorder.   Obstet Gynecol 106: 492-501, 2005.

Zhang H, Cui D, Wang B, Han Y-H, Balimane P, Yang Z, Sinz M, Rodrigues AD. Pharmacokinetic drug interactions involving 17α-ethinylestrandiol: A new look at an old drug. Clin Pharmacokinet 46: 133-157, 2007.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 22 of 62   Page ID
#23376
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 21 of 61
Page ID #14442

## Materials Provided to Expert Dr. Charles Stier

In addition to the materials specifically referenced in my report, the other materials I have considered are:

### Litigation Documents/Responses:

1. Interrogatory Responses designating clinical and pre-clinical (animal) study reports
2. YAZ – Amended ATTACHMENT A – MDL-PA INTERRS SET 1 – CLINICAL.xls
3. YAZ – ATTACHEMENT A (Spreadsheet)– INDEX TO APPENDICES TO CLINICAL STUDIES.xls
4. YAZ – AMENDED ATTACHMENT A (Spreadsheet) – MDL-PA INTERRS SET 1 – PRECLIN.xls
5. Bayer "Lunch and Learn" DVD

### FDA Filings:

6. Yasmin NDA 21-098 and Approval Package
7. YAZ 21-676 NDA and Approval Package
8. YAZ 21-873 NDA and Approval Package
9. YAZ 22-045 NDA and Approval Package
10. Clinical Study Reports:
11. Clinical Study 4417
12. Clinical Study 5824
13. Clinical Study 6737
14. Clinical Study 6961
15. Clinical Study 7214
16. Clinical Study 7215
17. Clinical Study 8036
18. Clinical Study 8235
19. Clinical Study 8256
20. Clinical Study 8644
21. Clinical Study 9274, with corresponding appendices, tables, and graphs
22. Clinical Study 9370, with corresponding appendices, tables, and graphs
23. Clinical Study 9371
24. Clinical Study 9482
25. Clinical Study 9692
26. Clinical Study 9693, with corresponding appendices, tables, and graphs
27. Clinical Study 9776, with corresponding appendices, tables, and graphs
28. Clinical Study 98180
29. Clinical Study 9970

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 23 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 22 of 61
Page ID #14443

30. Clinical Study A00824
31. Clinical Study A01222
32. Clinical Study A01438
33. Clinical Study A03161
34. Clinical Study A03328, with corresponding appendices, tables, and graphs
35. Clinical Study A03773
36. Clinical Study A06872
37. Clinical Study A07051
38. Clinical Study A07148
39. Clinical Study A07545
40. Clinical Study A07735
41. Clinical Study A09151, with corresponding appendices, tables, and graphs
42. Clinical Study A09372
43. Clinical Study A09653
44. Clinical Study A11401
45. Clinical Study A11620
46. Clinical Study A12007
47. Clinical Study A15129
48. Clinical Study A166
49. Clinical Study A187
50. Clinical Study A20856
51. Clinical Study A21077
52. Clinical Study A21566
53. Clinical Study A25083, with corresponding appendices, tables, and graphs
54. Clinical Study A25152
55. Clinical Study A25848
56. Clinical Study A25966, with corresponding appendices, tables, and graphs
57. Clinical Study A26560
58. Clinical Study A28575
59. Clinical Study A29551
60. Clinical Study A30713
61. Clinical Study A32276
62. Clinical Study A32630
63. Clinical Study A40196, with corresponding appendices, tables, and graphs
64. Clinical Study A41540
65. Clinical Study A41541
66. Clinical Study A43598
67. Clinical Study A470, with corresponding appendices, tables, and graphs
68. Clinical Study A48046
69. Clinical Study A49202

Case 3:09-md-02100-DRH-PMF  Document 2087-1  Filed 11/14/11  Page 24 of 62  Page ID
#23378
Case 3:09-md-02100-DRH-PMF  Document 2087-1 *SEALED*  Filed 11/14/11  Page 23 of 61
Page ID #14444

70. Clinical Study A733
71. Clinical Study A892, with corresponding appendices, tables, and graphs
72. Clinical Study A951, with corresponding appendices, tables, and graphs
73. Clinical Study AE91
74. Clinical Study AG44
75. Clinical Study AH37
76. Clinical Study AI51
77. Clinical Study AI98
78. Clinical Study AI99
79. Clinical Study AJ06
80. Clinical Study AL84
81. Clinical Study AM80
82. Clinical Study AM90
83. Clinical Study AM91
84. Clinical Study AV29, with corresponding appendices, tables, and graphs
85. Clinical Study AW06, with corresponding appendices, tables, and graphs
86. Clinical Study AW45
87. Clinical Study B277
88. Clinical Study B283
89. Clinical Study B601
90. Clinical Study B682
91. Clinical Study B862
92. Clinical Study B990
93. Clinical Study BD09

**Spreadsheet: Clinical Study Reports/Corresponding Published Articles**

**Published Articles related to clinical study reports:**

94. Anttila L, Marr J, Kunz M. Bleeding pattern with drospirenone 3 mg + ethinylestradiol
20 mcg 24/4 combined oral contraceptive compared with desogestrel 150 mcg +
ethinylestradiol 20 mcg 21/7 combined oral contraceptive. Contraception 2009;80(5):
445–51.
95. Anttila L et al. Contraceptive efficacy of a combined oral contraceptive containing
ethinylestradiol 20mcg/drospirenone 3mg administered in 24/4 regimen: a pooled
analysis of four, open-label studies. Int J of Gynaecol and Obstet 2009;107 Suppl 2:
S622 ABSTR P735, XIX FIGO.
96. Apter D, et al. Effect of an oral contraceptive containing drospirenone and
ethinylestradiol on general well-being and fluid related symptoms. Eur J of
Contraception and Reproductive Health Care 2003;8(1):37-51.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 25 of 62   Page ID #20379
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 24 of 61
Page ID #14445

97. Bachmann G et al. A historical cycle control comparison of two drospirenone-containing combined oral contraceptives: ethinylestradiol 30mcg/drospirenone 3mg administered in a 21/7 regimen versus ethinylestradiol 20mcg/drospirenone 3mg administered in a 24/4, Int J of Gynecol and Obstet 2009;107 Suppl 2: S622 ABSTR P734, XIX FIGO.

98. Bachmann G, et al. Efficacy and safety of a low-dose 24-day combined oral contraceptive containing 20 micrograms ethinylestradiol and 3 mg drospirenone. Contraception 2004;70(3):191–98.

99. Blode H, Foidart J-M, Heithecker R. Transfer of drospirenone to breast milk after a single oral administration of 3 mg drospirenone + 30 µg ethinylestradiol to healthy lactating women. The European Journal of Contraception and Reproductive Health Care 2001; 6:167-71.

100. Blode H. Pharmacokinetics of drospirenone. Gynaecology Forum 2002;7(1):18-22.

101. Blode H, et al. A 1-year pharmacokinetic investigation of a novel oral contraceptive containing drospirenone in healthy female volunteers. The Europ J of Contraception and Reproductive Health Care 2000;5(4):256-64.

102. Blode H, Schürmann R, Benda N. Novel ethinyl estradiol-beta-cyclodextrin clathrate formulation does not influence the relative bioavailability of ethinyl estradiol or coadministered drospirenone .Contraception 2008;77(3):171-76.

103. Borges E, Andrade R, Aldrighi JM, et al. Effect of a combination of ethinylestradiol 30µg and drospirenone 3 mg on tolerance, cycle control, general well-being and fluid-related symptoms in women with premenstrual disorders requesting contraception. Contraception 2006(74):446-50.

104. Boschitsch E, Skarabis H, Wuttke W, et al. The acceptability of a novel oral contraceptive containing drospironene and its effect on well-being. Europ J of Contraception and Reproductive Health Care 2000;5 Suppl 3:34-40.

105. Cibula D, Karck U, Weidenhammer HG, et al. Efficacy and safety of a low-dose 21-day combined oral contraceptive containing ethinylestradiol 20 mu g and drospirenone 3mg. Clin Drug Invest 2006;26(3):143-50.

106. Dinger JC, Heinemann LA, Kuhl-Habich O. The safety of a drospirenone-containing oral contraceptive: final results from the European Active Surveillance Study on Oral Contraceptives based on 142,475 women-years of observation. Contraception 2007;75:344- 54.

107. Dinger J, Cronin M, Mohner S, et al. Oral contraceptive effectiveness according to body mass index, weight, age, and other factors. Am J Obstet Gynecol 2009;201 (3), 263.e1-9.

108. Dinger J, et al. Drospirenone and the risk of arrhythmia: results from the EURAS study. Climacteric 2008;11 Suppl. 1:ABSTR OR 7-03, 12th World Congress on the Menopause (pg. 99)

109. Dinger J, et al. First Results From the International Active Surveillance Study on Oral Contraception, Obstet and Gynecol 2007;109 Suppl 4:58S-59S.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 26 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 25 of 61
#23380
Page ID #14446

110. INAS OC real world effectiveness in USA - submitted to Obstet & Gynecol in April 2010.

111. Endrikat J, Sandri M, Gerlinger C, et al. A Canadian multicentre prospective study on the effects of an oral contraceptive containing 3mg drospirenone and 30μg ethinyl estradiol on somatic and psychological symptoms related to water retention and on body weight. European J Contraception and Reprod Health Care 2007;12(3):220-28.

112. Fan Guang-Sheng et al. Efficacy and safety of the combined oral contraceptive ethinylestradiol/drospirenone (yasmin(r)) in healthy chinese women: a randomized, open-label, controlled, multicentre trial Clin Drug Investig 2010; 30 (6): 387-396

113. Foidart JM. Clinical experiences with Yasmin. Gynecology Forum 2002;7(1):27-30.

114. Foidart JM, Dombrowicz N, Heithecker. Clinical tolerance and impacts on blood pressure (BP), the renin-aldosterone system (RAS), glucose and lipid metabolism of a new oral contraceptive (OC) containing a anti-mineralcorticoid progestogen-drospirenone (DRSP). Int. J. Gynecol Obstet 1994;46(S3):11.

115. Foidart JM, et al; A comparative investigation of contraceptive reliability, cycle control and tolerance of two monophasic oral contraceptives containing either drospirenone or desogestrel. Eur J Contracept Reprod Health Care 2000;5(2):124-34.

116. Foidart JM, et al. The use of an oral contraceptive containing ethinylestradiol and drospirenone in an extended regimen over 126 days. Contraception 2006;73:34-40.

117. Freeman EW, Kroll R, Rapkin A, et al. Evaluation of a Unique Oral Contraceptive in the Treatment of Premenstrual Dysphoric Disorder. Journal of Women's Health and Gender-based Medicine 2001;10(6):561-69.

118. Gaspard U, Scheen A, Endrikat J, et al. A randomized study on the influence of oral contraceptives containing ethinylestradiol combined with drospirenone or desogestrel on lipid and lipoprotein metabolism over a period of 13 cycles. Contraception 2004;69:271-78.

119. Gruber DM, Huber JC, Melis GB, et al. A comparison of the cycle control, safety, and efficacy profile of a 21-day regimen of ethinylestradiol 20mug and drospirenone 3mg with a 21-day regimen of ethinylestradiol 20mug and desogestrel 150mug. Treat Endocrinol 2006;5(2):115-21.

120. Hernádi L, Marr J, Trummer D, et al. Efficacy and safety of a low-dose combined oral contraceptive containing drospirenone 3 mg and ethinylestradiol 20 mcg in a 24/4-day regimen. Contraception 2009;80(1):18–24.

121. Huber J, Foidart JM, Wuttke W, et al. Efficacy and tolerability of a monophasic oral contraceptive containing ethinylestradiol and drospirenone. Europ J of Contraception and Reproductive Health Care 2000;5(1):25-34.

122. Kelly S, Davies E, Fearns S, et al. Effects of oral contraceptives containing ethinylestradiol with either drospirenone or levonorgestrel on various parameters associated with well-being in healthy women: A randomized, single-blind study. Clinical Drug Investigation 2010;30(5):325-36.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 27 of 62   Page ID
#23381
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 26 of 61
Page ID #14447

123. Klipping C, Duijkers I, Trummer D, et al. Suppression of ovarian activity with a
     drospirenone-containing oral contraceptives in a 24/4 regimen. Contraception 2008;
     78(1):16–25.
124. Klipping C, Marr J et al. Effects of two combined oral contraceptives containing ethinyl
     estradiol 20 mcg combined with either drospirenone or desogestrel on lipids,
     hemostatic parameters and carbohydrate metabolism, Contraception 71, 6: 409-416
     (2005).
125. Kluft C, Endrikat J, Mulder SM, et al. A prospective study on the effects on hemostasis
     of two oral contraceptives containing drospirenone in combination with either 30 or 20
     microgram ethinyl estradiol and a reference containing desogestrel and 30 microgram
     ethinyl estradiol. Contraception 2006;73(4):336-43.
126. Koltun JW, Maloney J, Marr J, et al. A pooled analysis of two randomized, placebo-
     controlled studies investigating an oral contraceptive containing ethinylestradiol
     20mcg/drospirenone 3mg in a 24/4 regimen in the treatment of acne: lesion counts and
     investigator&subject assessments. Int J of Gyn and Obstet 2009;107 Suppl 2:S620
     ABSTR P727, XIX FIGO.
127. Koltun JW, Maloney JM, Marr J, et al. Ethinylestradiol 20mcg/drospirenone 3mg oral
     contraceptive administered in 24/4 regimen in the treatment of moderate acne vulgaris:
     a pooled analysis of two randomized, double-blind,  placebo-controlled studies. Int J of
     Gyn and Obstet 2009;107 Suppl 2: S620 ABSTR P728, XIX FIGO.
128. Koltun W, Lucky AW, Thiboutot D, Niknian M, Sampson-Landers C, Korner P, Marr
     J. Efficacy and safety of 3 mg drospirenone/20 mcg ethinylestradiol oral contraceptive
     administered in 24/4 regimen in the treatment of acne vulgaris: a randomized, double-
     blind, placebo-controlled trial. Contraception 2008;77(4):249–56.
129. Kuhnz W, Al-Yacoub G, Fuhrmeister A, et al. Pharmacokinetics of levonorgestrel and
     ethinylestradiol in 9 women who received a low-dose oral contraceptive over a
     treatment period of 3 months, and after a wash-out phase, a single oral administration
     of the same contraceptive formulation. Contraception 1992;46(5):455-69.
130. Lopez LM, Kaptein A,Helmerhorst FM.Oral contraceptives containingdrospirenone for
     premenstrual syndrome. Cochrane Database SystRev 2009;(2):CD006586.
131. Lucky AW, Koltun W, Thiboutot D, Niknian M, Sampson-Landers C, Korner P, Marr
     J. A combined oral contraceptive containing 3-mg drospirenone/ 20-microg ethinyl
     estradiol in the treatment of acne vulgaris: a randomized, double-blind, placebo-
     controlled study evaluating lesion counts and participant self-assessment. Cutis 2008;
     82(2):143–50.
132. Lüdicke, F et al; Effect of a combined oral contraceptive containing 3mg of
     drospirenone and 30μg of ethinyl estradiol on the human endometrium; Fertility and
     Sterility 2001;76: 101-07.
133. Maloney JM, Dietze P, Watson D, Niknian M, Lee-Rugh S, Sampson-Landers C,
     Korner P. Treatment of acne using 3-milligram drospirenone/20-microgram

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 28 of 62   Page ID
#23382
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 27 of 61
Page ID #14448

ethinylestradiol oral contraceptive administered in a 24/4 regimen: a randomized
controlled trial. Obstet Gynecol 2008;112(4):773–81.

134. Maloney JM, Dietze P, Watson D, Niknian M, Lee-Rugh S, Sampson-Landers C,
Korner P. A randomized controlled trial of a low dose combined oral contraceptive
containing 3 mg drospirenone plus 20 ug ethinylestradiol in the treatment of acne
vulgaris: lesion counts, investigator ratings, and subject self-assessment. Journal of
Drugs in Dermatology 2009;8(9):837–44.

135. Marr J,  Diefenbach K, Trummer D, Sampson-Landers C, Bart S, Blode H. Folate
status and homocysteine levels during a 24-week oral administration of a folate-
containing oral contraceptive: a randomized, double-blind, active-controlled, parallel-
group, US-based, multicenter study. Poster at ESC. Eur J Contracept Reprod Health
Care 2010;15 Suppl 1.

136. Marr J et al. Ethinylestradiol 20mcg/drospirenone 3mg combined oral contraceptive
administered in a 24/4 regimen in the treatment of premenstrual dysphoric disorder-
related symptoms and functional impairment: a randomized, multicenter, double-blind,
parallel study. Int J of Gyn and Obstet 2009;107 Suppl 2: S619 ABSTR P723, XIX
FIGO.

137. Momoeda M, et al. Treatment of functional and organic dysmenorrhea - investigation
of the efficacy and safety of drospirenone/ethinylestradiol combination tablet (YAZ).
submitted to Japanese Journal of  Obstet and Gynecol April 2010.

138. Oelkers W. Effect of an oral contraceptive containing drospirenone on the renin-
angiotensin-aldosterone system in healthy female volunteers. Gynecol Endocrinol
2000; 14(3):204-213.

139. Oelkers, W. et al: Dihydrospirorenone, a New Progestogen with Antimineralocorticoid
Activity: Effects on Ovulation, Electrolyte Excretion, and the Renin-Aldosterone
System in Normal Women. Journal of Clinical Endocrinology and Metabolism. Vol.
73, No. 4, 1991, 837-842.

140. Parsey, et al. An open-label, multicenter study to evaluate Yasmin, a low-dose
combination oral contraceptive containing drospirenone, a new progestogen.
Contraception 2000;61(2):105-11.

141. Pearlstein TB, et al. Treatment of premenstrual dysphoric disorder with a new
drospirenone-containing oral contraceptive formulation. Contraception
2005;72(6):414–21.

142. Rosenbaum P, et al. Inhibition of ovulation by a novel progestogen (drospirenone)
alone or in combination with ethinylestradiol. Eur J Contracept Reprod Health Care
2000;5:16-24.

143. Schürmann R, al. Effect of drospirenone on serum potassium and drospirenone
pharmacokinetics in women with normal or impaired renal function. Journal of Clinical
Pharmacology 2006;46(8):867-875

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 29 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 28 of 61
#23383
Page ID #14449

144. Seeger JD, Loughlin J, Eng PM.  Risk of thromboembolism in women taking
ethinylestradiol/drospirenone and other oral contraceptives.  Obstet Gynecol
2007;110(3):587-93.

145. Taneepanichskul S, et al. Efficacy of Yasmin in premenstrual symptoms. Arch Gynecol
Obstet 2007;275:433-438.

146. Thorneycroft IH. Superiority of a combined contraceptive containing drospirenone to a
triphasic preparation containing norgestimate in acne treatment. Cutis 2004;74:123-
130.

147. Van Vloten; et al: The effect of 2 combined oral contraceptives containing either
drospirenone or cyproterone acetate on acne and seborrhea. Cutis 2002;69(4):2-15.

148. Voigt Kristina et al. Results from the European Active Surveillance Study in Italy.
Pharmacoepidemiol and Drug Safety 2009, 18: S160.

149. Yonkers KA, Brown C, Pearlstein TB, Foegh M, Sampson-Landers C, Rapkin A.
Efficacy of a new low-dose oral contraceptive with drospirenone in premenstrual
dysphoric disorder. Obstet Gynecol 2005; 106(3): 492–501.

**Medical Literature:**

150. Back & Orme. "Pharmacokinetic Drug Interactions with Oral Contraceptives." 1990.

151. Bloemenkamp, KWM, Rosendaal, FR, Helmerhorst, FM, Buller, HR and
Vandenbroucke, JP.

152. Enhancement by factor V Leiden mutation of risk of deep-vein thrombosis associated
with oral contraceptives containing a third-generation progestagen. Lancet 346: 1593-
1596, 1995.

153. Brown, D. & Vartan, C. "Risk of venous thromboembolism with drospirenone-
containing oral contraceptives." (2011)

154. Burkman, et al. "The evolution of combined oral contraception: improving the risk-to-
benefit ratio." (2010)

155. Deviveni D. Skee D, Vaccaro N. et al. Pharmacokinetics and pharmacodynamics of a
transdermal contraceptive patch and an oral contraceptive. J Clin Pharmacal
2007;47:497-509.

156. Dibbelt, et al. "Group comparison of serum ethinyl estradiol, SHBG and CBG levels in
83 women using two low-dose combination oral contraceptives for three months."
(1991)

157. Dinger JC, Heinemann LAJ, Kuhl-Habich D.  The safety of a drospirenone-containing
oral contraceptive: final results from the European Active Surveillance study on Oral
Contraceptives based on 143, 475 women-years of observation.  Contraception 75: 344-
354, 2007.

158. Etminan, et al. "Oral contraceptives and the risk of gallbladder disease: a comparative
safety study". (2011)

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 30 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 29 of 61
Page ID #14450
#23384

159. Fleischer K, van Vliet HA, Rosendaal FR, Rosing J, Tchaikovski S, Helmerhorst FM. Effects of the contraceptive patch, the vaginal ring and an oral contraceptive on APC resistance and SHBG: a cross-over study. Thrombosis Research 123:429-435, 2009.

160. Hammerstein, et al. "Influence of gestodene and desogestrel as components of low-dose oral contraceptives on the pharmacokinetics of ethinyl estradiol (EE2), on serum CBG and on urinary cortisol and hydroxycortisol." (1993)

161. Harper, JC. Should dermatologists prescribe hormonal contraceptives for acne. Dermatologic Therapy 22: 452-457, 2009.

162. Jick, SS, Jick, H. Cerebral venous sinus thrombosis in users of four hormonal contraceptives: levonorgestrel-containing oral contraceptives, norgestimate-containing oral contraceptives, desogestrel-containing oral contraceptives and the contraceptive patch. Contraception 2006;74:290-292.

163. Jick et al 2011 – "Risk of venous thromboembolism in users of oral contraceptives containing drospirenone or levonorgestrel: nested case-control study based on UK General Practice Research Database"

164. Jick SS, Hernandez RK. Risk of non-fatal venous thromboembolism in women using oral contraceptives containing drospirenone compared with women using oral contraceptives containing levonorgestrel: case-control study using United States claims data. Br Med J. 2011; 342: d2151.

165. Jick S, Parkin L, Hernandez R, Sharples K. The pill and thrombosis: Author's reply Brit Med J 342: d3347, 2011.

166. Kaunitz. "Enhancing oral contraceptive success: The potential of new formulations." (2004)

167. Lawrie, et al. "Types of progestogens in combined oral contraception: effectiveness and side-effects (Review)." 2011.

168. Lidegaard , Lokkegaard E, Svendsen AL, Agger C. Hormonal contraception and risk of venous thromboembolism: national follow-up study. Br Med J. 2009; 339: b2890.

169. LoLoestrin Package Insert, November, 2010.

170. Lopez et al 2009: "Yasmin and venous thromboembolism: New case reports"

171. Martinez F, Avecilla A.   Combined hormonal contraception and venous thromboembolism. The European Journal of Contraception and reproductive Health Care 12: 97-106, 2007.

172. Martinez and Avecilla 2007 – "Combined hormonal contraception and venous thromboembolism" BHCPYAZ014845826

173. Odlind V, Milsom I, Persson I, Victor A. Can changes in sex hormone binding globulin predict the risk of venous thromboembolism with combined oral contraceptive pills? Acta Obstet Gynecol Scand 81: 482-490, 2002.

174. Parkin L, Sharples K, Hernandez RK, Jick SS. Risk of venous thromboembolism in users of oral contraceptives containing drospirenone or levonorgestrel: nested case-

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 31 of 62   Page ID #20385
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 30 of 61
Page ID #14451

control study based on UK General Practice Research Database. Br Med J. 2011; 342: d2139.

175. Pearlstein TB, Bachmann GA, Zacur HA, Yonkers KA. Treatment of premenstrual dysphoric disorder with a new drospirenone-containing oral contraceptive formulation. Contraception: 72:414-421, 2005.

176. Rosenbaum. "Inhibition of Ovulation by a novel progestogen (DRSP)" (2000)

177. Rosendaal FR. Venous thrombosis: a multicausal disease. Lancet 1999; 353: 1167-1173.

178. Rosing J, Tans G, Nicolaes, GAF, Thomassen MCLGD, van Oerlr R, van der Ploeg PMEN, Heijnen P, Hanulyak K, Hemker HC. Oral contraceptives and venous thrombosis: different sensitivities to activated protein C in women using second and third generation oral contraceptives. Brit J Haematol 97: 233-238, 1997.

179. Rosing & Tchaikovski 2010 -"Mechanisms of Estrogen-Induced Venous Thromboembolism"

180. Rosing et al (2007) – " Mechanism of hormonal therapy related thrombosis"

181. Rowlands. "Newer Progestogens" (2003) {BHPYAZ013601580}

182. Schindler, et al. "Classification and pharmacology of progestins." (2008)

183. Seeger JD, Loughlin J, Eng PM, Clifford CR, Cutone J, Walker AM. Risk of thromboembolism in women taking ethinylestradiol/drospirenone and other oral contraceptives. Obstet Gynecol. 2007; 110: 587-593.

184. Sonnevi, et al. "High Thrombin Generation Measured In the Presence of Activated Protein C Is Associated with An Increased Risk of Recurrence Among Women 18-64 Years After a First Event of VTE" (2010)

185. Stanczyk et al (2006) – "Effects of transdermal and oral contraceptives on estrogen-sensitive hepatic proteins" – Contraception 74

186. Tchaikovski SN, Rosing J. Mechanisms of estrogen-induced venous thromboembolism. Thrombosis Research. 126: 5-11, 2010.

187. Thorneycroft. "Evolution of Progestins: Focus on the novel progestin drospirone." (BHCPYAZ013601607)

188. van Hykkama Vlieg A. Helmerhorst FM. Vandenbroucke JP, et al. The venous thrombotic risk of oral contraceptives. effects of oestrogen dose and progestogen type: results of the MEGA case-control study. Bmj 2009;339:b2921.

189. Van Rooijen M, Silveira A, Hamsten A, Bremme K. Sex hormone-binding globulin – A surrogate marker for the prothrombotic effects of combined oral contraceptives. Am J Obstet Gynecol 190: 332-337, 2004.

190. van Vliet HA, Frolich M, Christena M, Rosing, J. et al. Association between sex hormone-binding globulin levels and activated protein C resistance in explaining the risk of thrombosis in users of oral contraceptives containing different progestogens. Hum Reprod 2005; 20: 563-568.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 32 of 62   Page ID
#23386
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 31 of 61
Page ID #14452

191. Vandenbroucke JP, Rosing J, Bloemenkamp KWM, Middeldorp S, Helmerhorst FM, Bouma BN, Rosendaal FR.  Oral contraceptives and the risk of venous thrombosis.  N Engl J Med 344:1527-1535, 2001.

192. Wiegratz and Kuhl. "Progestogen therapies: differences in clinical effects?" (2004)

193. Yonkers KA, Brown C, Pearlstein TB, Foegh M, Sampson-Landers C, Rapkin A. Efficacy of a new low-dose oral contraceptive with drospirenone in premenstrual dysphoric disorder.  Obstet Gynecol 106: 492-501, 2005.

194. Yuzpe. "Oral contraception: Trends Over Time" (2002) (BHCPYAZ013601687)

## Deposition Exhibits & Deposition Testimony and Related Materials:

195. Declaration of Hartmut Blode (BSPYAZ020380583)
196. Deposition testimony of Dr. Joachim Marr
197. Deposition testimony of  Dr. Ilka Schellschmidt
198. Deposition testimony of Hartmut Blode
199. Deposition testimony of Brietfeld
200. Dr. Blode Exhibits 1 – 31 (PERSONAL DEPOSITION)
201. Dr. BLode Exhibits 1- 5 (Rule 30(b)(6) deposition
202. Fiedler Exhibit 5
203. Foegh Exhibit 11
204. Lynen Exhibit 15
205. Lynen Exhibit 16
206. Plaintiffs 655

## Other Materials:

207. TGA Clinical Evaluation Report- Yasmin (2000) (BSPYAZ010891319*[11])
208. Grimes et al (2010) Editors Corner-Surrogate End Points – "Surrogate End Points in Womens health research: science, protoscience, and pseudoscience" (BHCPYAZ016434134)
209. Email re published articles (BHCPYAZ016434128)
210. Grimes Surrogate Endpoints Article (BHCPYAZ016434129) – "Surrogate End Points in Clinical Research: Hazardous to your health".
211. "Sex hormone-binding globulin: an adequate surrogate marker for venous thromboembolism in women using new hormonal contraceptives"– Letter to Editor, Contraception 79 (2009)
212. Shakir (DSRU) Letter to British Regulatory authorities re: Preliminary results of PEM study; Feb. 19, 2004 (BHCPYAZ00283354 – 28pgs)

---

[1] References to Bates stamped documents are to the first page of each complete document,  if not otherwise identified by title or exhibit number.

Case 3:09-md-02100-DRH-PMF    Document 2087-1 *SEALED*    Filed 11/14/11    Page 32 of 61
Page ID #14453

213. YAZ Clinical Pharmacology Label – BHCPYAZ013324558
214. Yasmin Original Label (2001)
215. YAZ 24/4 (2006 Original Label)
216. Yasmin Revised label (April 2010)
217. YAZ Revised Label (April 2010)
218. EU Press Release March 26, 2010 re: Label Change
219. YAZ Revised Label March 2011
220. Mircette Label
221. Desogen Label
222. Cyclessa label
223. Lidegaard Re-Analysis Report and tables dated March 29th 2011.
224. Shapiro Appraisal – BSPYAZ020502208
225. Shapiro Comment – BSPYAZ020502218
226. BSPYAZ010891487 ADEC Meeting
227. TGA Overview of Yasmin – BSPYAZ010891389
228. EMA – PhVWP Monthly Report (May 2011)
229. FDA.com article – "FDA Drug Safety Communication: Safety Review of possible increased risk of blood clots with birth control pills containing drospirenone" - http://www.fda.gov/Drugs/DrugSafety/ucm257164.htm
230. Estrogen & Progestin PK Interaction Powerpoint June 2010 – BSPYAZ004065576
231. Summary Product Characteristics (EU) Yasmin 6/2011
232. Summary Product Characteristics (EU) Yaz 6/2011

# CURRICULUM VITAE

Charles T. Stier, Jr., Ph.D.

Work Address

Department of Pharmacology,
Basic Science Building
New York Medical College
Valhalla, New York 10595
Telephone: (914) 594-4138
Fax: (914) 594-4273
Email: charles_stier@NYMC.edu

Home Address

66 Stone House Road
Somers, New York 10589
Telephone: (914) 277-3977

Personal

Born July 27, 1951 - Long Island, New York
Married, Two children

Education and Academic Honors

B.S.    State University of New York, Stony Brook, New York, 1973, Chemistry, New York State
Regents Scholarship 1969-1973

Ph.D.   College of Physicians and Surgeons of Columbia University, New York, New York, 1978,
Pharmacology, Advisor: Dr. Wilbur H. Sawyer
Columbia University Fellowship, 1973-1978

Post Graduate Training

NIH Postdoctoral Fellowship
Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill, North
Carolina, 1978-1981. Specialty: Renal Physiology. Advisors: Carl W. Gottschalk, M.D. and
William J. Arendshorst, Ph.D.

Academic Appointments

1990-present    Associate Professor, Department of Pharmacology, New York Medical College, Valhalla,
New York

1981-1990       Assistant Professor, Department of Pharmacology, New York Medical College, Valhalla,
New York

1981-1990       Adjunct Assistant Professor, Department of Medicine, New York Medical College,
Valhalla, New York

1981            Instructor, Department of Physiology, University of North Carolina, Chapel Hill, North
Carolina

Professional Society Memberships

Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 34 of 61
Page ID #14455

American Society of Nephrology (9/1/80-present)
American Heart Association, Council on Kidney in Cardiovascular Disease (7/1/82-present)
Eastern Hypertension Society (9/1/82-present)
The New York Society of Nephrology (9/1/84-present)
American Federation for Clinical Research (7/1/86-6/30/1994)
American Society of Hypertension (11/1/89-present)
American Heart Association, Council on High Blood Pressure (9/1/90-present)
American Society of Pharmacology and Experimental Therapeutics (1/1/91-present)
Fellow, American Heart Association Council for High Blood Pressure Research (1998-present)

Extramural Activities

SBIR Study Section Neurodegenerative Diseases,
July 28-29, 1997, Silver Springs, Washington D.C.
Special Emphasis Panel for review of NIH grant applications  (April, 2000)
Editorial Board: Cardiovascular Drug Reviews  (1999-present)
Editorial Board: American Journal of Hypertension  (2000-2005)
Editorial Board: Current Hypertension Reviews  (2004-present)
Co-Executive Editor: American Journal of Hypertension  (2005-present)
AHA Northeast One Study Group (Integrated Cardiovascular Biology  (2007-2008)

Intramural Administrative Activities

Member, Medical School Admissions Committee (1982-1985)
Member, Graduate Faculty Council (1984-present)
Member, Radioisotope Committee (1985-1992)
Director of the Graduate Course in Cardiovascular Pharmacology (Pharmacology 562.2) (1985-1986,
1987-1988, 1989-1990, 1992-1993, 1994, 1996, 1998, 2000, 2002)
Member, Graduate Program Directors Committee (1986-present)
Co-Director of the Graduate Program in Pharmacology (1986-present)
Enrollment Committee (1990-present)
Graduate Program Director for the Masters Program (1990-present)
Course Director, Pharmacology 521.4 Fall and Spring (1990-present)
Course Director, Pharmacology 590.1 Masters Seminar and Thesis (1990-present)
New York Medical College Faculty Senate (1990-present)
Library Search Committee, Medical Library Director (1991-1992)
Chairman, Ad hoc Committee on Graduate School Policy and Procedure (1993)
NYMC Task Force on Outcomes and Institutional Effectiveness (1994)
Course Director, Pharmacology 500.2 Fundamentals of Pharmacology (1994-present)
Member, Alternate Pathways Committee (1994-present)
Member, Academic Standards and Credentials Committee (1994-2006)
Member, Course Evaluation Committee (1996)
Member, Pre-professional M.S. Program Advisory Committee (1996-present)
Member, Curriculum Committee (1996-present)
Member, Intellectual Property Committee (1998-present)
Graduate School of Basic Medical Science Self Study Task Force (2001-2002)
Basic Medical Sciences Program Advisory Committee (2002-present)
Executive Committee, New York Medical College Faculty Senate (2002-2006)
Outstanding Faculty Award in the Graduate School of Basic Medical Sciences (2004)
Medical School Admissions Committee, New York Medical College (2004-present)

Case 3:09-md-02100-DRH-PMF    Document 2087-1 *SEALED*    Filed 11/14/11    Page 35 of 61
Page ID #14456

Chairman, Academic Standards and Credentials Committee (2006-present)
Executive Committee, New York Medical College Faculty Senate (2009-present)

**Grants Held:  Charles T. Stier, Jr./Principal Investigator**

1.  American Heart Association, North Carolina Affiliate Grant-in-Aid.  Effect of dopamine on glomerular ultrafiltration dynamics. 7/1/81-6/30/82.

2.  New York Medical College Grant-in-Aid.  Intrarenal Formation of Serotonin from its Amino Acid Precursors. 8/1/82-7/31/83.

3.  Pharmaceutical Manufacturers Association Foundation Research Starter Grant.  Role of thromboxane in water balance, renal hemodynamics and development of hypertension spontaneously hypertensive rats (SHR). 1/1/83-12/31/84.

4.  American Heart Association, National Center.  Thromboxane, fluid balance and renal function in hypertension.

5.  National Institutes of Health. Role of eicosanoids in renin release and renal function.

6.  National Institutes of Health.  Thromboxane in severe hypertension.  12/1/85-11/30/88.

7.  E.R. Squibb & Sons, Inc.  SQ 29,852: Protective action in salt-loaded stroke-prone SHR.  1/1/89-12/31/89.

8.  American Heart Association, National Center.  Stroke prevention and reversal of renal dysfunction in SHRSP. 7/1/89-6/30/92.

9.  National Institutes of Health (NHLBI).  Prevention of stroke and kidney dysfunction by ACE inhibition. 7/1/89-6/30/92.

10.  Merck Sharp and Dohme Research Laboratories.  Medical Grants Program. 10/1/89-6/30/90.

11.  Marion Laboratories.  Beraprost sodium studies in stroke-prone SHR.  12/1/90-6/30/91.

12.  DuPont.  DuP-753 studies in stroke-prone SHR.  7/1/91-12/1/91.

13.  UpJohn Laboratories.  Study of 21-aminosteroids in stroke-prone SHR.  12/1/91-11/30/92.

14.  American Heart Association, New York State Affiliate, Inc. Angiotensin and vascular damage in stroke-prone spontaneously hypertensive rats. 7/1/92-6/30/95.

15.  HBI Henri Beaufour Institute, USA, Inc.  Effect of lanreotide on diuresis and other renal functions in rats. 4/1/93-9/30/93.

16.  New York Medical College Special Initiative Research Grant. Vascular Protection by Estrogen in Female Stroke-Prone Rats 7/1/93-6/30/94.

17.  Merck Sharp and Dohme Research Laboratories. Medical Grants Program. Simvastatin in stroke-prone SHR. 9/1/93 - 8/31/94.

18.  National Institutes of Health (NHLBI) Prevention of stroke and kidney dysfunction by ACE inhibition. 12/1/93 - 11/30/97.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 37 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 36 of 61
Page ID #14457

19.   ASPET Committee on Educational Affairs.   Individual Fellowship Program for Terence Litavec
6/1/94 - 8/15/94.

20.   HBI Henri Beaufour Institute, USA, Inc.   Effect of lanreotide on diuresis and other renal functions
in rats 1995-1995. (SUPPLEMENT).

21.   G.D. Searle & Co.  Epoxymexrenone (Eplerenone) studies in stroke-prone SHR. 10/1/97 - 6/30/98.

22.   American Heart Association, New York State Affiliate, Inc.   Role of mineralocorticoids in the
vascular pathology of stroke-prone hypertensive rats.  7/1/98-6/30/01.

23.   National Institutes of Health (NHLBI) Prevention of stroke and kidney dysfunction by ACE
inhibition. 9/30/99 - 8/31/03.

24.   G.D. Searle & Co.   Studies with eplerenone in rats with cyclosporin-induced nephrotoxicity.
3/01/2000 - 2/28/2001.

25.   G.D. Searle & Co.  Studies with eplerenone in rats with 5/6 nephrectomy. 3/01/2000 - 2/28/2001.

26.   Bristol-Meyers Squibb  Studies with omapatrilat in stroke-prone spontaneously hypertensive rats.
7/01/2000 - 6/30/2001.

27.   BioNebraska.  Studies with glucagon-like peptide-1 in stroke-prone spontaneously hypertensive
rats. 10/01/2000 - 9/30/2001.

28.   Pharmacia.  Eplerenone and reactive oxygen species. 01/01/2001 - 12/31/2001.

29.   National Institutes of Health (NHLBI) Prevention of stroke and kidney dysfunction by ACE
inhibition. Minority Postdoctoral Supplement for Dr. Alafuro Ourene 01/01/2001 - 8/31/2003.

30.   Novartis.  Impact of aldosterone synthase inhibition on the development of vascular pathology in
stroke-prone spontaneously hypertensive rats.  10/01/2002 - 12/31/2003.

31.   Charles River Laboratories.   Studies on Charles River stroke-prone spontaneously hypertensive
rats. 07/01/2004 - 06/30/2005.

32.   Novartis. Reversal of end-organ damage by Diovan. 10/01/2004 - 12/31/2006.

33.   New York Medical College Intramural Research Support Program.   EETs in salt-sensitive end-
organ damage in stroke-prone spontaneously hypertensive rats.  12/01/2005 - 11/30/2006.

34.   Charles River Laboratories.   Studies on Charles River obese spontaneously hypertensive rats
(SHROB).  07/01/2008 - 06/30/2009 (Submitted).

35.   National Institutes of Health (NHLBI).   Salt-sensitive end-organ damage in severe hypertension.
04/01/2009 - 03/31/2014 (Submitted).

36.   American Heart Association Founders Affiliate Grant-in-Aid.  Protective role of EETs against salt-
sensitive target-organ damage.  07/01/2009 - 06/30/2012 (Submitted).

37.   New York Medical College Intramural Research Support Program.  Niacin treatment for metabolic

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 38 of 62   Page ID #20392
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 37 of 61
Page ID #14458

syndrome in rats.  2/01/2009 - 01/31/2010.

**Publications**

1.   Eakins, K.E., C. Stier, P. Bhattacherjee and L.M. Greenbaum.   Actions and interactions of bradykinin, prostaglandins and nonsteroidal anti-inflammatory agents on the eye.  Inflammation 1:117-125, 1975.

2.   Manning, M., J. Lowbridge, C.T. Stier, Jr., J. Haldar and W.H. Sawyer.  [1-Deaminopenicillamine, 4-valine]-8-D-arginine-vasopressin, a highly potent inhibitor of the vasopressor response to arginine-vasopressin. J. Med. Chem. 20:1228-1230, 1977.

3.   Stier, C.T., Jr., M. Manning and W.H. Sawyer.   Natriuretic effect of [7-glycine]-oxytocin in the presence of diuretic agents in conscious rats. J. Pharmacol. Exp. Ther. 212:412-417, 1980.

4.   Stier, C.T., Jr., M. Manning and W.H. Sawyer.   Effects of structural changes on the natriuretic activity of oxytocin analogs in conscious rats. Proc. Soc. Exp. Biol. Med. 164:167-172, 1980.

5.   Stier, C.T., Jr., E.A. Cowden and M.E.M. Allison.   Effects of bromocriptine on single nephron and whole kidney function in rats.  J. Pharmacol. Exp. Ther. 220:366-370, 1982.

6.   Stier, C.T., Jr., G. McKendall and H.D. Itskovitz.   Serotonin formation in non-blood-perfused rat kidneys. J. Pharmacol. Exp. Ther. 228:53-56, 1984.

7.   Dilley, J.R., C.T. Stier, Jr. and W.J. Arendshorst.   Abnormalities in glomerular function in rats developing spontaneous hypertension.  Am. J. Physiol. 246:F12-F20, 1984.

8.   Stier, C.T., Jr., E.A. Cowden, H.G. Friesen and M.E.M. Allison.   Prolactin and the rat kidney:  a clearance and micropuncture study.  Endocrinology 115:362-367, 1984.

9.   Stier, C.T., Jr. and H.D. Itskovitz.   Formation of serotonin by rat kidneys in vivo.  Proc. Soc. Exp. Biol. Med. 180:550-557, 1985.

10.   Lam, B.K., C.T. Stier, Jr., N.C. Wynn and H.D. Itskovitz.   Dopamine and L-dopa potentiation of renal pressor responses to norepinephrine in isolated perfused rat kidneys. J. Cardiovasc. Pharmacol. 8:554-558, 1986.

11.   Stier, C.T., Jr. and H.D. Itskovitz.   Renal calcium metabolism and diuretics.  Ann. Rev. Pharmacol. Toxicol. 26:101-116, 1986.

12.   Stier, C.T., Jr., T.F. Brewer, L. Dick, N.C. Wynn and H.D. Itskovitz.   Formation of biogenic amines by isolated kidneys of spontaneously hypertensive rats. Life Sciences 38:7-14, 1986.

13.   Stier, C.T., Jr., L.J. Roberts, II and P.Y-K. Wong.   Renal response to $9\alpha,11\beta$-prostaglandin $F_2$ in the rat.  J. Pharmacol. Exp. Ther. 243:487-491, 1987.

14.   Stier, C.T., Jr. and H.D. Itskovitz.   Thromboxane $A_2$ and the development of hypertension in spontaneously hypertensive rats. Eur. J. Pharmacol. 146:129-135, 1988.

15.   Stier, C.T., Jr. and E.G. Spokas.   Thromboxane $A_2$ involvement in hypertension.  Cardiovascular Reviews and Reports 9:32-38, 1988.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 39 of 62   Page ID
#20393
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 38 of 61
Page ID #14459

16.   Stier, C.T., Jr., I.F. Benter and S. Levine.  Thromboxane  $A_2$  in severe hypertension and stroke in stroke-prone spontaneously hypertensive rats. Stroke 19:1145-1150, 1988.

17.   Itskovitz, H.D., Y-H Chen and C.T. Stier, Jr.   Reciprocal renal effects of dopamine and 5-hydroxytryptamine formed within the rat kidney. Clin. Sci. 75:503-507, 1988.

18.   Stier, C.T., Jr., I.F. Benter, S. Ahmad, H. Zuo, N. Selig, S. Roethel, S. Levine and H.D. Itskovitz. Enalapril prevents stroke and kidney dysfunction in salt-loaded stroke-prone spontaneously hypertensive rats. Hypertension 13:115-121, 1989.

19.   Itskovitz, H.D., J.L. Werber, A.M. Sheridan, T.F. Brewer and C.T. Stier, Jr.  5-Hydroxytryptophan and carbidopa in spontaneously hypertensive rats. J. Hypertension 7:311-315, 1989.

20.   Ding, X.R., C.T. Stier, Jr. and H.D. Itskovitz.   Serotonin and 5-hydroxytryptophan on blood pressure and renal blood flow in anesthetized rats. The American Journal of the Medical Sciences 297:290-293, 1989.

21.   Ding, X.R., C.T. Stier, Jr. and H.D. Itskovitz.   Hemodynamic effect of norepinephrine and serotonin with and without indomethacin. Chinese Medical Journal 102:461-463, 1989.

22.   Lin, L., M. Mistry, C.T. Stier, Jr. and A. Nasjletti.  Role of prostanoids in renin-dependent and renin-independent hypertension. Hypertension 17:517-525, 1991.

23.   Stier, C.T., Jr., G.J. Sim and S. Levine.  Dietary arginine fails to protect against cerebrovascular damage in stroke-prone hypertensive rats. Brain Research 549:354-356, 1991.

24.   Stier, C.T., Jr., P. Chander, W.H. Gutstein, S. Levine and H.D. Itskovitz.  Therapeutic benefit of captopril in salt-loaded stroke-prone spontaneously hypertensive rats is independent of hypotensive effect. Am. J. Hypertens. 4:680-687, 1991.

25.   Stier, C.T., Jr., G.J. Sim, K. Mahboubi, W. Shen, S. Levine and P.N. Chander.  Prevention of stroke and hypertensive renal disease by the angiotensin II receptor antagonist DuP 753 in salt-loaded stroke-prone SHR.  In: Current Advances in ACE Inhibition 2, ed. by G.A. MacGregor and P.S. Sever,  Churchill Livingstone, London, pp. 252-256, 1991.

26.   Stier, C.T., Jr., N. Selig and H.D. Itskovitz.  Enhanced vasodilatory responses to bradykinin in stroke-prone spontaneously hypertensive rats. European J. Pharmacol. 210:217-219, 1992.

27.   Munsiff, A.V., P.N. Chander, S. Levine and C.T. Stier, Jr.  The lipoxygenase inhibitor phenidone protects against proteinuria and stroke in stroke-prone spontaneously hypertensive rats.  Am. J. Hypertens. 5:56-63, 1992.

28.   Stier, C.T., Jr., K. Mahboubi, V.A. DiPippo, S. Levine and P.N. Chander.  The antiproteinuric action of enalapril in stroke-prone spontaneously hypertensive rats is unrelated to alterations in urinary prostaglandins. J. Pharmacol. Exp. Ther. 260:1410-1415, 1992.

29.   Stier, C.T., Jr., P.Y-K. Wong and H.D. Itskovitz.  Enhanced thromboxane formation by blood but not whole platelets from spontaneously hypertensive rats. Prostaglandins 43:533-544, 1992.

30.   Stier, C.T., Jr., C.P. Quilley and J.C. McGiff.  Endothelin-3 effects on renal function and prostanoid

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 40 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 39 of 61
#23394
Page ID #14460

release in the rat isolated kidney.  J. Pharmacol. Exp. Ther. 262:252-256, 1992.

31.   Stier, C.T., Jr., P.E. Ward and S. Ahmad.  Hyperresponsiveness to bradykinin in stroke-prone
      spontaneously hypertensive rats in vivo.  Pharmacology Communications 1:353-359, 1992.

32.   Stier, C.T., Jr., L.A. Adler, S. Levine and P.N. Chander.  Stroke prevention by losartan in stroke-
      prone spontaneously hypertensive rats.  J. Hypertension 11 (suppl 3):S37-42, 1993.

33.   Stier, C.T., Jr., H.D. Itskovitz and Y-H Chen.  Urinary dopamine and sodium excretion in
      spontaneously hypertensive rats.  Clin. and Exper. Hypertension 15:105-123, 1993.

34.   Hernandez, N.E., J.S. MacDonall, C.T. Stier, Jr., A. Belmonte and S.E. Karpiak.  GM1 ganglioside
      treatment of spontaneously hypertensive stroke prone rats.  Experimental Neurology 126:95-100,
      1994.

35.   Stier, C. T., Jr.  Diuretics  In: Basic Pharmacology in Medicine, ed. by J.R. DiPalma, G.J.
      DiGregorio, E.J., Barbieri and A.P., Ferko, Medical Surveillance Inc., West Chester, New York,
      Chapter 31, pp. 445-467, 1994.

36.   Chander, P.N. and C.T. Stier, Jr.  Stroke-prone spontaneously hypertensive rats: role of the renin
      angiotensin system and nitric oxide.  Proceedings of the Fifth Asian Pacific Congress of
      Nephrology 32:299-310, 1995.

37.   Johnson, R.A., A. Belmonte, N. Fan, M. Levesa, A. Nasjletti and C.T. Stier, Jr.  Effect of ifetroban,
      a thromboxane receptor antagonist, in stroke-prone spontaneously hypertensive rats.  Clin. and
      Exper. Hypertension 18:171-188, 1996.

38.   Fan, N., C.A. Powers and C.T. Stier, Jr. Lack of antidiuretic activity of lanreotide in the diabetes
      insipidus rat.  J. Pharmacol. Exp. Ther. 276:875-881, 1996.

39.   Stier, C.T., Jr., P.N. Chander, A. Belmonte, R.S. Inamdar and M. Mistry.  Beneficical action of
      beraprost sodium, a prostacyclin analog, in stroke-prone rats.  J. Cardiovasc. Pharmacol. 30:285-
      293, 1997.

40.   Zuckerman, A., P.N. Chander, G.A. Zeballos and C.T. Stier, Jr.  Regional renal nitric oxide release
      in stroke-prone spontaneously hypertensive rats.  Hypertension. 30:1479-1486, 1997.

41.   Rocha, R., P.N Chander, K. Khanna, A. Zuckerman and C.T. Stier, Jr.  Mineralocorticoid blockade
      reduces vascular injury in stroke-prone hypertensive rats.  Hypertension. 31:451-458, 1998.

42.   Fink, J., N. Y-T. Fan, L. Rosenfeld and C.T. Stier, Jr.  Contribution of endothelin to the acute
      pressor response of L-NAME in stroke-prone spontaneously hypertensive rats.  J. Cardiovasc.
      Pharmacol. 31:618-622, 1998.

43.   Stier, C.T., Jr., P.N. Chander, A. Zuckerman and R. Rocha.  Non-epithelial effects of aldosterone.
      Current Opinion in Endocrinology and Diabetes.  5(3):211-216, 1998.

44.   Rocha, R., P.N. Chander, A. Zuckerman and C.T. Stier, Jr.  Role of aldosterone in renal vascular
      injury in stroke-prone hypertensive rats.  Hypertension. 33:232-237, 1999.

45.   Mathew, R., N. Y-T. Fan, N. Yuan, P.N. Chander, M.H. Gewitz and C.T. Stier, Jr.  Inhibition of

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 41 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 40 of 61
#28395
Page ID #14461

NOS enhances pulmonary vascular changes in stroke-prone spontaneously hypertensive rats.  Am. J. Physiol. Lung Cell Mol. Physiol. 278: L81-89, 2000.

46.   Rocha, R., C.T. Stier, Jr, I. Kifor, M.R. Ochoa-Maya, H.G. Rennke and G.H. Williams, G.K. Adler. Aldosterone: A mediator of myocardial necrosis and renal arteriopathy. Endocrinology. 141:3871-3878, 2000.

47.   Rosenfeld, L. G. Grover and C.T. Stier, Jr.  Ifetroban sodium: an effective TxA$_2$/PGH$_2$ receptor antagonist. Cardiovascular Drug Reviews. 19(12):97-115, 2001.

48.   Rocha, R. and C.T. Stier, Jr.  Pathophysiological effects of aldosterone in cardiovascular tissues. Trends in Endocrinology & Metabolism. 12(7):308-314, 2001.

49.   Stier, C.T., Jr., P.N. Chander and R. Rocha.  Aldosterone as a mediator of cardiovascular injury. Cardiology in Review. 10(2):97-106, 2002.

50.   Stier, C.T., Jr.  Microarray analysis of gene expression in vascular smooth muscle cells from spontaneously hypertensive rats at an early age. J Hypertension. 20(7):1259-1261, 2002.

51.   Sepehrdad, R., P.N. Chander, A. Oruene, L. Rosenfeld, S. Levine and C.T. Stier, Jr.  Amiloride reduces stroke and renal injury in stroke-prone hypertensive rats.  American Journal of Hypertension. 16(4):312-318, 2003.

52.   Stier, C.T., Jr., S. Koenig, D. Lee, M. Chowla and W.H. Frishman.  Aldosterone and aldosterone antagonism in cardiovascular disease: focus on eplerenone (INSPRA).  Heart Disease. 5(2):102-118, 2003.

53.   Stier, C.T., Jr., P.N. Chander, L. Rosenfeld and C.A. Powers.  Estrogen promotes microvascular pathology in female stroke-prone spontaneously hypertensive rats.  Am J Physiol Endocrinol Metab. 285(1):E232-E239, 2003.

54.   Chander, P.N., R. Rocha, J. Ranaudo, G. Singh, A. Zuckerman and C.T. Stier, Jr.  Aldosterone plays a pivotal role in the pathogenesis of thrombotic microangiopathy in SHRSP. Journal of the American Society of Nephrology. 14(8):1990-1997, 2003.

55.   Stier, C.T., Jr.  Eplerenone: a selective aldosterone blocker.  Cardiovascular Drug Reviews. 21(3):169-184, 2003.

56.   Pitt, B., C.T. Stier, Jr. and S. Rajagopalan.  Mineralocorticoid receptor blockade: new insights into the mechanism of action in patients with cardiovascular disease. J Renin Angiotensin Aldosterone System. 4(3):164-168, 2003.

57.   Manger, W.M., S. Simchon, C.T. Stier, Jr., J. Loscalzo, K-M. Jan, R. Jan and F. Haddy.  Protective effects of dietary potassium chloride on hemodynamics of Dahl salt-sensitive rats in response to chronic administration of sodium chloride. J Hypertension. 21(12):2305-2314, 2003.

58.   Sepehrdad, R., P.N. Chander, G. Singh and C.T. Stier, Jr.  Sodium transport antagonism reduces thrombotic microangiopathy in stroke-prone spontaneously hypertensive rats. Am J Physiol Renal Physiol. 286:F1185-F1192, 2004.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 42 of 62   Page ID
#23396
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 41 of 61
Page ID #14462

59.  Frishman, W.H. and C.T. Stier, Jr.  Aldosterone and aldosterone antagonism in systemic hypertension.  Curr Hypertens Rep 6(3):195-200, 2004.

60.  Stier, C.T., Jr., L.I. Servoa, G. Singh and E.I. Sabban.  Stress triggered rise in plasma aldosterone is lessened by chronic nicotine infusion.  European Journal Pharmacology 495(2-3):167-170, 2004.

61.  Stier, C.T., Jr., P.N. Chander and R. Rocha.  Effect of aldosterone and MR blockade on the brain and the kidney.  Heart Failure Reviews. 10:53-62, 2005.

62.  Masineni, S.N., P.N. Chander, G.D. Singh, C.A. Powers and C.T. Stier, Jr. Male gender and not the severity of hypertension is associated with end-organ damage in aged stroke-prone SHR.  American Journal of Hypertension. 18:878-884, 2005.

63.  Stier, C.T., Jr.  Commentary: Eplerenone appears cost-effect for people with heart failure after acute myocardial infarction.  Evidence-based Cardiovascular Medicine. 9:227, 2005.

64.  Botros, F.T., M.L. Schwartzman, C.T. Stier, Jr., A.I. Goodman and N. Abraham.  Increase in heme oxygenase-1 levels ameliorates renovascular hypertension.  Kidney International 68(6):2745-2755, 2005.

65.  Stier, C.T., Jr.  Osteopontin in patients with primary aldosteronism.  American Journal of Hypertension. 19(3):298-299, 2006.

66.  Sepehrdad, R., W.H. Frishman, C.T. Stier, Jr. and D.A. Sica.  Direct inhibition of renin as a cardiovascular pharmacotherapy: Focus on Aliskiren.  Cardiology in Review. 15(5):242-256, 2007.

67.  Li, J., M.A. Carroll, P.N. Chander, J.R. Falck, B. Sangras and C.T. Stier, Jr.  Soluble epoxide hydrolase inhibitor, AUDA, prevents early salt-sensitive hypertension.  Frontiers in Bioscience. 13:3480-3487, 2008.

68.  Chun, T-Y., P.N. Chander, J-W. Kim, J.H. Pratt and C.T. Stier, Jr.  Aldosterone, but not angiotensin II, increases profibrotic factors in kidney of adrenalectomized stroke-prone spontaneously hypertensive rats.  Am J Physiol Endocrinol Metab. 295(2):E305-E312, 2008.

69.  Sabban, E.L., N. Schilt, L.I. Serova, S.N. Masineni and C.T. Stier, Jr.  Kinetics and persistence of cardiovascular and locomotor effects of immobilization stress and influence of ACTH treatment.  Neuroendocrinology. 89(1):98-108, 2009.

70.  Stier, C.T., Jr.  Mineralocorticoid receptors in myocardial infarction.  Hypertension. 54(6):1211-1212, 2009.

71.  Liclican, E.L., A.B. Doumad, J. Wang, J. Li, J.R. Falck, C.T. Stier, Jr. and M.A. Carroll.  Inhibition of the adenosine $_{2A}$ receptor-epoxyeicosatrienoic acid pathway renders Dahl salt-resistant rats hypertensive.  Hypertension. 54(6):1284-1290, 2009.

72.  Stier, C.T., Jr.  Aldosterone and angiogenesis.  American Journal of Hypertension.  23(9):940, 2010.

73.  Chen, C.C., P.L. Pedraza, S. Hao C.T. Stier and N.R. Ferreri.  TNFR1 deficient mice display altered blood pressure and renal responses to Ang II infusion.  American Journal of Physiology – Renal Physiology  2010 Aug 25 [Epub ahead of print].

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 43 of 62   Page ID
#23397
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 42 of 61
Page ID #14463

74.  Battula, S., S. Hao, P.L. Pedraza, C.T. Stier and N.R. Ferreri.  Tumor necrosis factor-alpha is an endogenous inhibitor of the $Na^+$-$K^+$-2Cl$^-$ cotransporter (NKCC2) in the thick ascending limb. American Journal of Physiology – Renal Physiology.  (Submitted for publication on 11/03/2010).

75.  Carroll, M.A., J. Quilley, A.B. Doumad, A.G. Zhu, J.R. Falck, B.D. Hammock, C.T. Stier, J.C. McGiff and H. Jiang.  Increases in plasma trans-EETs are associated with blood pressure reduction in spontaneously hypertensive rats.  Hypertension 2010 (Submitted for publication on 11/02/2010.

## Abstracts

1.  Stier, C.T., Jr., M. Manning and W.H. Sawyer.  Characterization of the natriuretic response to [7-glycine]-oxytocin in rats.  Fed. Proc. 37:921, 1978.

2.  Stier, C.T., Jr. and W.J. Arendshorst.  Renal hemodynamics in young spontaneously hypertensive rats. Kidney Int. 19:175, 1981.

3.  Stier, C.T., Jr., E.A. Cowden and M.E.M. Allison (Spon:  P. Munson).  Bromocriptine effects on single nephron and whole kidney function in rats. Fed. Proc. 40:648, 1981.

4.  Arendshorst, W.J. and C.T. Stier, Jr.  Single nephron glomerular filtration rate and proximal tubular reabsorption in young spontaneously hypertensive rats. Fed. Proc. 40:531, 1981.

5.  Allison, M.E.M., C.T. Stier, Jr., E.A. Cowden, H.G. Friesen and C.W. Gottschalk.  Lack of evidence for a proximal tubular action of ovine prolactin (oPRL) in the rat kidney.  In:  Abstracts of the VIIIth International Congress of Nephrology, Athens, Greece, 177, 1981.

6.  Arendshorst, W.J. and C.T. Stier, Jr.  Intrarenal hydrostatic pressures in six-week-old spontaneously hypertensive rats (SHR).  In Abstracts of the VIIIth International Congress of Nephrology, Athens, Greece, 1977, 1981.

7.  Stier, C.T., Jr., J.R. Dilley and W.J. Arendshorst.  Tubuloglomerular feedback in young spontaneously hypertensive rats with reduced glomerular filtration rate. Kidney Int. 21:248, 1982.

8.  Meggs, L.G., N. Wynn, N. Mitchell, C. Stier and H.D. Itskovitz.  Enhancement of renal pressor responses to angiotensin II, following aspirin in isolated blood-perfused canine kidneys. Clin. Res. 30:459A, 1982.

9.  Stier, C.T., Jr. and H.D. Itskovitz.  Diuretics and calcium excretion by the isolated canine kidney. The Pharmacologist 24:175, 1982.

10.  McKendall, G., C.T. Stier, Jr. and H.D. Itskovitz.  Intrarenal formation of serotonin from its amino acid precursor, 5-hydroxytryptophan (5-HTP). Kidney Int. 23:225, 1983.

11.  Stier, C.T., Jr. and H.D. Itskovitz.  Stereospecific intrarenal conversion of 5-hydroxytryptophan (5-HTP) to serotonin. Fed. Proc. 42:1133, 1983.

12.  Stier, C.T., Jr., N. Flanagan, D. Manwaring and H.D. Itskovitz.  Formation of serotonin by rat kidneys in vivo. Kidney Int. 25:317, 1984.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 44 of 62   Page ID
#20398
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 43 of 61
Page ID #14464

13.  Stier, C.T., Jr., K. Lin and H.D. Itskovitz.  Blood and urinary thromboxane in spontaneously hypertensive rats (SHR). Fed. Proc. 43:933, 1984.

14.  Lam, B., C.T. Stier, Jr. and H.D. Itskovitz.  L-dopa and dopamine potentiation of pressor responses to norepinephrine (NE) in isolated-perfused rat kidney. Fed. Proc. 43:456, 1984.

15.  Stier, C.T., Jr., A. Sheridan and H.D. Itskovitz.  Blood pressure in spontaneously hypertensive rats: central versus peripheral serotonin formation. Clin. Res. 32:339A, 1984.

16.  Wynn, N., H. Hoffman, A.I. Goodman, C.T. Stier, Jr. and H.D. Itskovitz.  Biogenic amine precursors and renal failure. Clin. Res. 32:461A, 1984.

17.  Stier, C.T., Jr., N. Wynn, N. Flanagan and H.D. Itskovitz.  Dopamine and serotonin as reciprocal intrarenal hormones. Clin. Res. 32:536A, 1984.

18.  Stier, C.T., Jr., J.L. Werber, T.F. Brewer and H.D. Itskovitz.  Peripheral versus brain serotonin and water metabolism in spontaneously hypertensive rats. Clin. Res. 33:555A, 1985.

19.  Stier, C.T., Jr., T.F. Brewer, L.B. Dick, N.C. Wynn and H.D. Itskovitz.  Enhanced formation of dopamine by isolated kidneys of spontaneously hypertensive rats. Clin. Res. 33:369A, 1985.

20.  Stier, C.T., Jr., C. Venturini and H.D. Itskovitz.  Thromboxane and the development of hypertension in spontaneously hypertensive rats (SHR). The Pharmacologist 27:193, 1985.

21.  Stier, C.T., Jr., C. Dietrich, N.C. Wynn, L.B. Dick and H.D. Itskovitz.  Reduced dopamine formation in spontaneous hypertensive rats. Clin. Res. 34:667A, 1986.

22.  Stier, C.T., Jr., P.Y-K Wong, C. Venturini and H.D. Itskovitz. Enhanced thromboxane formation by blood but not whole platelets from spontaneously hypertensive rats. Clin. Res. 34:487A, 1986.

23.  Stier, C.T., Jr., L.J. Roberts, II, P.Y-K Wong.  Natriuretic effect of $9\alpha,11\beta$ PGF$_2$ in the rat.  In: Proceedings of the 6th International Conference on Prostaglandins and Related Compounds. Florence, Italy, 1986, page 68.

24.  Stier, C.T., Jr. and I. Benter (SPON: H.D. Itskovitz).  Thromboxane in severe hypertension in stroke prone spontaneously hypertensive rats (SHRSP). The Pharmacologist 28:153, 1986.

25.  Stier, C.T., Jr. and I. Benter.  Combined inhibition of thromboxane synthase and converting enzyme in stroke-prone spontaneously hypertensive rats (SHRSP). Kidney Int. 31:310, 1987.

26.  Ding, X., C.T. Stier, Jr., H.D. Itskovitz.  Serotonin (5-HT) and 5-hydroxytryptophan (5-HTP) on blood pressure and renal blood flow (RBF) in anesthetized rats. Fed. Proc. 46:637, 1987.

27.  Stier, C.T., Jr., S. Aicher, H.D. Itskovitz, I. Benter, and S. Roethal.  Preservation of kidney function and increased survival in stroke-prone spontaneously hypertensive rats (SHRSP) treated with enalapril. Fed. Proc. 46:1290, 1987.

28.  Ahmad, S., C.T. Stier, Jr. and P.E. Ward.  Enhanced hypotensive responsiveness to bradykinin in stroke-prone spontaneously hypertensive rats. The FASEB Journal 2:A1381, 1988.

29.  Stier, C.T., Jr., H. Zuo and H.D. Itskovitz.  Increased survival and reduced proteinuria in salt-loaded

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 45 of 62   Page ID
#20399
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 44 of 61
Page ID #14465

stroke-prone spontaneously hypertensive rats (SHRSP) treated with captopril. The FASEB Journal
2:A1382, 1988.

30.   Chen, Y-H., C.T. Stier, Jr. and H.D. Itskovitz.   Enhanced renal dopamine formation in
spontaneously hypertensive rats on high-salt diet. The FASEB Journal 2:A1792, 1988.

31.   Lin, L., C.T. Stier, Jr. and A. Nasjletti.   Role of pressor prostanoids in aortic coarctation
hypertension. The FASEB Journal 3:A1187, 1989.

32.   Stier, C.T., Jr., N. Selig and H.D. Itskovitz. Enhanced renal vasodilatory responses to bradykinin in
stroke-prone spontaneously hypertensive rats. Clin. Res. 37:502A, 1989.

33.   Stier, C.T., Jr., F. Lin and P. Chander.   Dose-dependent protective effects of SQ-29852 against
stroke and hypertensive renal disease in stroke-prone SHR. Kidney Int. 37:394, 1990.

34.   DiPippo, V., K. Mahboubi, S. Levine, P. Chander and C.T. Stier, Jr. (SPON: A. Nasjletti).
Comparison of SQ-29852 and hydralazine in stroke-prone SHR (SHRSP) with severe hypertension
and proteinuria. The FASEB Journal 4:A1003, 1990.

35.   Stier, C.T., Jr., F. Lin, S. Levine and P. Chander.  Loss of protection against stroke on withdrawal
of ACE inhibitor therapy with SQ-29852 in salt-loaded stroke-prone SHR (SHRSP).     J
Hypertension 8 (suppl 3):S93, 1990.

36.   Stier, C.T., Jr., F. Lin and P. Chander. Dose-dependent protective effects of the ACE inhibitor SQ-
29852 against stroke and hypertensive renal disease in stroke-prone SHR (SHRSP).     J.
Hypertension 8 (suppl 3):S25, 1990.

37.   Sim, G., K. Mahboubi, W. Shen, P. Chander and C.T. Stier, Jr.  Angiotensin II receptor antagonist
DuP-753 prevents stroke and hypertensive renal disease in salt-loaded stroke-prone SHR.  Journal
of the American Society of Nephrology 1:500, 1990.

38.   Stier, C.T., Jr., G. Sim, K. Mahboubi, W. Shen, S. Levine and P. Chander.  Angiotensin II receptor
antagonist DuP-753 prevents stroke and hypertensive renal disease in salt-loaded stroke-prone
SHR. The Second International Symposium on ACE Inhibition, 1991.

39.   Mahboubi, K., V. DiPippo, P. Chander and C.T. Stier, Jr. (SPON: A. Nasjletti). The antiproteinuric
action of enalapril in stroke-prone SHR is unrelated to alterations in urinary prostaglandin
excretion. The FASEB Journal 5:A1767, 1991.

40.   Munsiff, A.V., S. Levine, P. Chander and C.T. Stier, Jr.  The lipoxygenase inhibitor phenidone
protects against proteinuria and stroke in stroke-prone SHR.  American Journal of Hypertension
4:15A, 1991.

41.   Stier, C.T., Jr., K. Mahboubi, P. Chander and A. Nasjletti.  Role of the renin-angiotensin system in
the pathology of salt-loaded stroke-prone SHR. Hypertension 18:410, 1991.

42.   Stier, C.T., Jr., A. Munsiff, P. O'Brien, M. Mistry and P. Chander.  Calcium channel blocker (CCB)
clentiazem prevents stroke and kidney dysfunction in SHRSP. J. Am. Soc. Nephrol. 2:483, 1991.

43.   Chander, P.N., P. O'Brien and C.T. Stier, Jr. N$^{\omega}$-Nitro-L-arginine (L-NNA) markedly accelerates

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 46 of 62   Page ID
#23400
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 45 of 61
Page ID #14466

the development of malignant nephrosclerosis in stroke prone SHR (SHRSP).   J. Am. Soc. Nephrol. 2:501, 1991.

44.   Ahmed, A., Y.M. Choi, P.N. Chander and C.T. Stier, Jr. N$^{(\omega)}$-Nitro-L-arginine (L-NNA) induced vascular damage in stroke-prone SHR (SHRSP) is not prevented by ACE inhibitor therapy.   The FASEB Journal 6:A1873, 1992.

45.   Hernandez, N., C. Stier, J. MacDonall, R. Fernandez and S.E. Karpiak.   Genetic model for ischemia: female stroke-prone spontaneously hypertensive rats (SHRSP); GM 1 treatment effects. Abstracts Soc. Neuroscience 18:1255, 1992.

46.   Chander, P.N., P. O'Brien and C.T. Stier, Jr.  Development of microangiopathic lesions (MAL) in Wistar Kyoto rats (WKY) upon chronic inhibition of nitric oxide (NO) synthesis by N (omega) nitro-L-arginine (L-NNA).   J. Am. Soc. Nephrol. 3:578, 1992.

47.   Balazy, M., D. Fulton, J.R. Falck, C.T. Stier and J.C. McGiff.  A cytochrome P450 arachidonic acid epoxide (5,6-EET) is a potent inhibitor of thromboxane formation.  The FASEB Journal 7:A45, 1993.

48.   Stier, C.T., Jr., P.N. Chander, A. Belmonte, R. Inamdar and M. Mistry.   Protective action of beraprost sodium in stroke-prone SHR.  Am. J. Hypertension 6(5) Part II:103A, 1993.

49.   Bhattacharya, S., C.A. Powers, N. Fan, C. Eisenberg and C.T. Stier, Jr. Protection against stroke by ovariectomy in female stroke-prone SHR is reversed by estrogen replacement therapy.   The FASEB Journal 8:A331, 1994.

50.   Stier, C.T., Jr., C.A., Powers, S. Bhattacharya and P.N. Chander.   Estrogen promotes the development of thrombotic microangiopathy (TMA) in female stroke-prone spontaneously hypertensive rats. J. Am. Soc. Nephrol. 5:552, 1994.

51.   Fan, N.Y-T, C.A. Powers and C.T. Stier, Jr.,   Lack of antidiuretic activity of lanreotide in the diabetes insipidus rat. The FASEB Journal 9:A686, 1995.

52.   Scholer, M.J., T. Litavec, N.Y-T Fan, D. Longhitano and C.T. Stier, Jr.  The effect of chronic administration of BMS-182874, a selective non-peptide endothelin A (ET$_A$) receptor antagonist, on blood pressure and proteinuria in stroke-prone spontaneously hypertensive rats (SHRSP).   The FASEB Journal 9:A926, 1995.

53.   Stier, C.T., Jr., M.J. Scholer and N.Y-T Fan.  Pressor responsiveness to big-endothelin (Big-ET) in stroke-prone spontaneously hypertensive rats (SHRSP). The FASEB Journal 9:A51, 1995.

54.   Zuckerman, A., N. Y-T Fan, P.N. Chander and C.T. Stier, Jr.  Malignant nephrosclerosis in stroke-prone hypertensive rats (SHRSP) is not due to a deficiency in renal nitric oxide (NO) production. J. Am. Soc. Nephrol. 6:676, 1995.

55.   Fink, J., N.Y-T. Fan and C.T. Stier, Jr.  Contribution of endothelin (ET) to the acute pressor response of L-NAME in stroke-prone spontaneously hypertensive rats (SHRSP).  The FASEB Journal 10:A568, 1996.

56.   Mathew, R., N.Y-T. Fan, P.N. Chander, M.H. Gewitz and C.T. Stier, Jr.  Nitric oxide synthase

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 47 of 62   Page ID
#23401
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 46 of 61
Page ID #14467

(NOS) inhibition results in pulmonary hypertensive changes in stroke-prone rats.  The FASEB Journal 10:A95, 1996.

57.   Khanna, K., P.N. Chander, A. Zuckerman and C.T. Stier, Jr.  Captopril prevents increased urinary and renal cortical osteopontin in stroke-prone spontaneously hypertensive rats (SHRSP).  J. Am. Soc. Nephrol. 7:A2452, 1996.

58.   Rocha, R., J. Fink, J. Burstein, A. Zuckerman, K. Khanna and C.T. Stier, Jr.  Role of aldosterone in the development of proteinuria and stroke in stroke-prone spontaneously hypertensive rats.  4th International Symposium on Multiple Risk Factors in Cardiovascular Disease. 1997.

59.   Zuckerman, A., P.N. Chander and C.T. Stier, Jr.  Regional renal nitric oxide release in stroke-prone hypertensive rats.  Hypertension 30:490, 1997.

60.   Rocha, R., J. Cho, J. Burstein, A. Zuckerman, K. Khanna, P.N. Chander and C.T. Stier, Jr.  Spironolactone, a mineralocorticoid receptor antagonist, protects stroke-prone spontaneously hypertensive rats against vascular injury.  Hypertension 30:479, 1997.

61.   Zuckerman, A., C.T. Stier, Jr. and P.N. Chander.  DeNovo cortical nNOS immunostaining in stroke-prone SHR (SHRSP) with malignant nephrosclerosis.  J. Am. Soc. Nephrol. 8:A1439, 1997.

62.   Rocha, R., K. Khanna, J. Burstein, J. Cho, A. Zuckerman, P.N. Chander and C.T. Stier, Jr.  Aldosterone reverses the renal protective effect of ACE inhibition in stroke-prone hypertensive rats.  J. Am. Soc. Nephrol. 8:A1407, 1997.

63.   Rocha, R., P.N. Chander, A. Zuckerman and C.T. Stier, Jr.  Mineralocorticoid antagonism reduces Ang II-induced renal injury in stroke-prone hypertensive rats. Am. J. Hypertension 6(5) Part II:103A, 1998.

64.   Rocha, R., P.N. Chander, A. Zuckerman and C.T. Stier, Jr.  Role of mineralocorticoids in renal injury in stroke-prone hypertensive rats.  Hypertension 32:598, 1998.

65.   Rocha, R., A. Zuckerman, P.N. Chander and C.T. Stier, Jr.  Adrenalectomy prevents vascular injury in stroke-prone spontaneously hypertensive rats (SHRSP).  J. Am. Soc. Nephrol. 9:A2065, 1998.

66.   Stier, C.T., Jr., P.N. Chander, D. Mullen, G. Lesnik and R. Rocha.  Eplerenone lessens blood pressure elevation in non-salt-loaded stroke-prone hypertensive rats.  Am. J. Hypertension 12(4) Part II:113A, 1999.

67.   Rocha, R., P.N. Chander, A. Zuckerman and C.T. Stier, Jr.  Aldosterone reverses the protective effects of adrenalectomy against end-organ damage in stroke-prone spontaneously hypertensive rats. Am. J. Hypertension 12(4) Part II:76A, 1999.

68.   Rocha, R., C.T. Stier, Jr., G.K. Adler, I. Kifor, D. Mullen and G.H. Williams.  Selective aldosterone antagonist or adrenalectomy prevents L-Name/Ang II-induced renal injury in rats.  Am. J. Hypertension 12(4) Part II:15A, 1999.

69.   Stier, C.T., Jr., P.N. Chander, A. Zuckerman and R. Rocha.  Vascular protective effect of a selective aldosterone receptor antagonist in stroke-prone hypertensive rats. 25th Annual International Aldosterone Conference, San Diego, June 10 & 11, page 22, 1999.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 48 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 47 of 61
#28402
Page ID #14468

70.   Rocha, R., C.T. Stier, Jr., G.K. Adler, M.R. Ochoa-Maya, D. Mullen, I. Kifor, H. Rennke and G.H. Williams. Aldosterone antagonism and adrenalectomy prevent myocardial necrosis in hypertensive rats. ENDO '99 Meeting. June 12-16, 1999.

71.   Rocha, R., P.N. Chander, A. Zuckerman and C.T. Stier, Jr. Role of mineralocorticoids in renal injury in stroke-prone hypertensive rats. International ALDO '99 Meeting. August 15-18, 1999.

72.   Rocha, R., C.T. Stier, Jr., G.K. Adler, M.R. Ochoa-Maya, D. Mullen, I. Kifor, H. Rennke and G.H. Williams. Selective aldosterone antagonist or adrenalectomy prevents L-Name/Ang II-induced renal injury in rats. Internat. ALDO '99 Meeting. Aug 15-18, 1999.

73.   Rocha, R., C.T. Stier, Jr., H. Rennke, I. Kifor, M. Ochoa-Maya, G.K. Adler and G.H. Williams. Aldosterone and cardiovascular injury in L-NAME/Ang II hypertensive rats. Hypertension 34:342, 1999.

74.   Stier, C.T., Jr., A. Zuckerman, H. Harashima and P.N. Chander. Antioxidants reduce aldosterone-induced renal vascular injury in stroke-prone SHR. J. Am. Soc. Nephrol. 10:A2019, 1999.

75.   Akinsanmi, L., A. Zuckerman, P.N. Chander, H. Harashima and C.T. Stier, Jr. Reactive oxygen species mediate proteinuria induced by inhibition of nitric oxide formation in stroke-prone SHR). J. Am. Soc. Nephrol. 10:A1979, 1999.

76.   Stier, C.T., Jr., A. Zuckerman, H. Harashima and P.N. Chander. Antioxidants reduce aldosterone-induced renal vascular injury in stroke-prone SHR. International Society of Hypertension Abstract Book page S75: Chicago, Illinois, August 20-24, 2000.

77.   Stier, C.T., Jr., F.T. Botros, J. Maki, L. Akinsamni and P.N. Chander. Potassium chloride intake provokes increases in plasma aldosterone and renal injury in non-sodium loaded stroke-prone spontaneously hypertensive rats (SHRSP). J Am. Soc. Nephrol. 11:A1944, 2000.

78.   Manger, W.M., S. Simchon, K-M. Jan, F. Haddy, C.T. Stier, Jr. J. Loscalzo and R. Jan. Beneficial or detrimental effects on hemodynamics depends on dose of dietary potassium in Rapp Dahl salt-sensitive (DS) rats. Hypertension 36:711, 2000.

79.   Sepehrdad, R., A. Oruene, P.N. Chander and C.T. Stier, Jr. Amiloride reduces stroke and renal injury in stroke-prone hypertensive rats. American Journal of Hypertension. 14(4) Part 2, 2A, 2001.

80.   Stier, C.T., Jr., A.T. Oruene, R. Sepehrdad and P.N. Chander. Protection against stroke and renal injury by amiloride in stroke-prone hypertensive rats. 27th Annual International Aldosterone Conference, Denver, Colorado, June 18 & 19, page 57, 2001.

81.   Stier, C.T., Jr., P.N. Chander, S. Bhattacharya and C.A. Powers. Estrogen promotes stroke and renal injury in stroke-prone hypertensive rats. ENDO 2001 The Endocrine Society's 83rd Annual Meeting: Denver, Colorado, June 20th -23rd, 2001.

82.   Oruene, A.T., P.N. Chander, R. Sepehrdad and C.T. Stier, Jr. Reduction of stroke and renal injury by amiloride in stroke-prone hypertensive rats. Ethnicity & Disease. Official Journal of the International Society on Hypertension in Blacks, 11(2) Spring/Summer:340, 2001.

83.   Oruene, A.T., P.N. Chander, R. Sepehrdad and C.T. Stier, Jr. Vascular protective effect of

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 49 of 62   Page ID
#28403
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 48 of 61
Page ID #14469

amiloride in stroke-prone hypertensive rats.  Hypertension <u>37</u>:39, 2001.

84.   Chander, P.N., R. Rocha and C.T. Stier, Jr.  Aldosterone (ALDO) and not angiotensin II (Ang II) is associated with malignant nephrosclerosis (MNx) and upregulation of renal osteopontin (OPN) in stroke-prone hypertensive rats (SHRSP). J Am. Soc. Nephrol. <u>12</u>:A3504, 2001.

85.   Rocha, R. and C.T. Stier, Jr.  Role of aldosterone in the development of stroke in genetically hypertensive rats.  Circulation J.  66(Suppl I) 520, 2002.  presented at The 66th Annual Scientific Meeting of the Japanese Circulation Society, April 24-26, 2002, Sapporo, Japan

86.   Singh, G., R. Sepehrdad and C.T. Stier, Jr.  Antihypertensive responses to omapatrilat (OMA) are enhanced relative to fosinopril (FOS) in stroke-prone spontaneously hypertensive rats (SHRSP) independent of effects on renal sodium excretion.  The FASEB Journal. 16(4) Part 1, A189, 2002.

87.   Sepehrdad, R., P.N. Chander, G. Singh and C.T. Stier, Jr.  Sodium transport antagonism reduces thrombotic microangiopathy in stroke-prone hypertensive rats (SHRSP) through a non-diuretic mechanism.  The FASEB Journal. 16(4) Part 1, A570-A571, 2002

88.   Singh, G., R. Sepehrdad and C.T. Stier, Jr.  Enhanced antihypertensive responses to omapatrilat (OMA) relative to fosinopril (FOS) in stroke-prone spontaneously hypertensive rats (SHRSP) are independent of effects on renal sodium excretion. American Journal of Hypertension. 15(4) Part 2, 51A, 2002.

89.   Sepehrdad, R., P.N. Chander, G. Singh and C.T. Stier, Jr.  Vascular protective effects of selective sodium transport inhibition in stroke-prone hypertensive rats.  American Journal of Hypertension. 15(4) Part 2, 7A, 2002.

90.   Manger, W.M., S. Simchon, K.J. Jan, C.T. Stier, Jr., J. Loscalzo, R. Jan and F. Haddy.  Effects of varying dietary potassium chloride on NaCl-dependent hemodynamics in Rapp/ Dahl rats.  Journal of Hypertension. 20(Suppl.4), June 2002, page S293.

91.   Stier, C.T., Jr., R. Sepehrdad, G. Singh and P.N. Chander.  Sodium transport antagonism reduces thrombotic microangiopathy in stroke-prone hypertensive rats through a non-diuretic mechanism. Journal of Hypertension. 20(Suppl.4), June 2002, page S196.

92.   Stier, C.T., Jr., R. Sepehrdad, G. Singh and P.N. Chander.  Sodium transport antagonism reduces thrombotic microangiopathy in stroke-prone hypertensive rats (SHRSP) through a non-diuretic mechanism.  4th Scientific Meeting of the International Society of Pathophysiology, Budapest, Hungary, June 29-July 5, 2002.

93.   Stier, C.T., Jr., P.N. Chander and R. Rocha.  Aldosterone-induced renal osteopontin expression in stroke-prone hypertensive rats. 28th Annual International Aldosterone Conference, San Francisco, California, June 17 & 18, page 35, 2002.

94.   Singh, G., P.N. Chander, R. Sepehrdad and C.T. Stier, Jr.  Vasopeptidase inhibition affords greater renal protection than ACE inhibition at a low dose in saline-drinking SHRSP.  Journal of the American Society of Nephrology. <u>13</u>:A147, 2002.

95.   Sepehrdad, R., P.N. Chander, G. Singh and C.T. Stier, Jr.  Sodium transport antagonism reduces thrombotic microangiopathy in stroke-prone hypertensive rats (SHRSP) through a non-diuretic mechanism. Journal of the American Society of Nephrology. <u>13</u>:A338, 2002.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 50 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 49 of 61
#23404
Page ID #14470

96.  Singh, G., P.N. Chander, R. Sepehrdad and C.T. Stier, Jr.  Vasopeptidase inhibition affords greater renal protection and lowers plasma osteopontin levels at a low dose than ACE inhibition in saline-drinking SHRSP.  The FASEB Journal.  17(4) Part 1, A100, 2003.

97.  Stier, C.T., Jr., R. Rocha and P.N. Chander.  Aldosterone and not Ang II is associated with malignant nephrosclerosis and increase in-vivo expression of renal osteopontin in stroke-prone hypertensive rats.  ALDO '03 International Symposium on Aldosterone, London, England, April 27 & 30, 2003.

98.  Stier, C.T., Jr., P.N. Chander, L. Rosenfeld and C.A. Powers.  Estrogen promotes microvascular pathology in female stroke-prone spontaneously hypertensive rats (SHRSP).  American Journal of Hypertension.  16(5) Part 2, 7A, 2003.

99.  Ranaudo, J.M., G. Singh, P.N. Chander and C.T. Stier, Jr.  Osteopontin expression is linked to aldosterone and renal vascular damage in stroke-prone SHR.  Hypertension.  42(3):84, 2003.

100.  Sepehrdad, R., P.N. Chander, G. Singh and C.T. Stier, Jr.  Vascular protective effects of selective sodium transport inhibition in stroke-prone hypertensive rats.  Aldosterone and ENaC: From Genetics to Physiology.  Banff Centre for Conferences, Banff, Canada September 10-14, 2003.

101.  Stier, C.T., Jr., R. Sepehrdad, G. Singh and P.N. Chander.  Sodium transport antagonism reduces thrombotic microangiopathy in stroke-prone hypertensive rats (SHRSP) through a non-diuretic mechanism.  Aldosterone and ENaC: From Genetics to Physiology.  Banff Centre for Conferences, Banff, Canada, September 10-14, 2003.

102.  Singh, G., P.N. Chander, I.R. Hassan, J.M. Ranaudo and C.T. Stier, Jr. Hypokalemia in the absence of elevated aldosterone ameliorates renal damage in stroke-prone spontaneously hypertensive rats (SHRSP).  Circulation.  108(17):IV-91, 2003.

103.  Chander, P.N., J.M. Ranaudo, G.D. Singh and C.T. Stier, Jr.  Aldosterone induces PCNA expression as an early marker of vascular injury.  Journal of the American Society of Nephrology.  13:622A, 2003.

104.  Singh, G., P.N. Chander, I.R. Hassan, J.M. Ranaudo and C.T. Stier, Jr.  Hypokalemia in the absence of elevated aldosterone ameliorates renal damage in stroke-prone spontaneously hypertensive rats (SHRSP).  American Journal of Hypertension.  17(5) Part 2, 12A, 2004.

105.  Singh, G., S.N. Masineni, P.N. Chander, I.R., J.M. Ranaudo, I.R. Hassan and C.T. Stier, Jr.  Gender differences in proteinuria in aged stroke-prone hypertensive rats are independent of blood pressure.  American Journal of Hypertension.  17(5) Part 2, 76A, 2004.

106.  Hassan, I.R., P.N. Chander, G.D. Singh and C.T. Stier, Jr.  Cardiovascular consequences of early initiation of long-term therapy with an aldosterone antagonist in hypertensive rats.  Hypertension. 44(4):P64, 2004.

107.  Cheng, S., D.V. Glazkova, L.I. Serova, C.T. Stier, Jr., G. Singh and E.L. Sabban.  Effect of prolonged nicotine infusion on responses to restraint and cold stress in male rats. Neuroscience Meeting 2004.

108.  Chander, P.N., G.D. Singh, S.N. Masineni, C.C.A. Chen and C.T. Stier, Jr.  Importance of salt in the pathogenesis of glomerular hypertrophy and thrombotic microangiopathy (TMA) in stroke-

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 51 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 50 of 61
#20340-5
Page ID #14471

prone hypertensive rats (SHRSP). J Am Soc Nephrol. 15:49A, 2004.

109.  Chander, P.N., S.N. Masineni, G.D. Singh, C.C.A. Chen and C.T. Stier, Jr.  Male gender in aged hypertensive rats (SHRSP) is associated with glomerular and cardiac myocyte hypertrophy unrelated to severity of hypertension. J Am Soc Nephrol. 15:697A, 2004.

110.  Masineni, S.N., C.A. Powers, P.N. Chander and C.T. Stier, Jr.  Ovariectomy results in modest proteinuria in aged female stroke-prone spontaneously hypertensive rats on regular sodium diet. The FASEB Journal. 19(4) Part 1, A1599, 2005.

111.  Stier, C.T., Jr., G. Singh, R. Sepehrdad and P.N. Chander. Enhanced end-organ protection in the absence of increased plasma potassium with combined mineralocorticoid receptor (MR) antagonist and amiloride therapy. The FASEB Journal. 19(4) Part 1: A1188, 2005.

112.  Chander, P.N., C.C.A. Chen, S.N. Masineni, C.A. Powers and C.T. Stier, Jr.  Ovarian hormones partially protect against thrombotic angiopathy in aged female SHRSP independent of blood pressure. J Am Soc Nephrol. 16:697A, 2005.

113.  Li, J., M.A. Carroll, S.N. Masineni and C.T. Stier, Jr.  EETs excretion is decreased in response to high salt intake in stroke-prone spontaneously hypertensive rats.  The 8th Annual Winter Eicosanoid Conference. Baltimore, Maryland, March 12-15, 2006.

114. Li, J., M.A. Carroll, S.N. Masineni and C.T. Stier, Jr.  High salt intake decreases EET excretion in stroke-prone spontaneously hypertensive rats (SHRSP).  FASEB J. 2006;20LB39-LB40.

115. Stier, C.T., C.C. Chen, C.B. Clifford, D.R. Owens and S.N. Masineni.  High salt intake conditions stroke-prone spontaneously hypertensive rats to early stroke and renal damage as compared with their hypertensive and normotensive progenitor strains. J Clin Hypertens. 8(5): A39, 2006.

116. Stier, C.T., Jr., I.R. Hassan, S.N. Masineni, G.D. Singh, T.Y. Chun, J.H. Pratt and P.N. Chander. Cardiovascular consequences of long-term therapy with eplerenone in non-salt loaded stroke-prone hypertensive rats. 32nd Annual International Aldosterone Conference, Boston, Massachusetts, June 22 & 23, 2006.  (Podium Presentation).

117.  Schilt, N., C.T. Stier, Jr., L.I. Serova, S.N. Masineni and E.L. Sabban.  Modulation of rat blood pressure, heart rate and locomotion during and subsequent to single and repeated immobilization stress: telemetric measurements.  Neuroscience Meeting, 2006.

118. Stier, C.T., Jr., C.C.A. Chen, C.B. Clifford, D.R. Owens, S.N. Masineni.  High-salt intake conditions Charles River stroke-prone spontaneously hypertensive rats to early stroke and renal damage. International Society of Hypertension, Abstract Book page 102, Fukuoka, Japan, October 15-19, 2006.

119. Stier, C.T., Jr., I.R. Hassan, S.N. Masineni, G.D. Singh, C.C.A. Chen and P.N. Chander  Eplerenone therapy in the absence of high-salt intake affords cardiac protection in stroke-prone SHR. International Society of Hypertension Abstract Book page 406, Fukuoka, Japan, October 15-19, 2006.

120. Li, J., D. Karel, J.R. Falck, M.A. Carroll and C.T. Stier, Jr.  The soluble epoxide hydrolase (sEH) inhibitor, AUDA, prevents the early salt-sensitive component of hypertension in stroke-prone spontaneously hypertensive rats (SHRSP). The FASEB Journal. 21(4) Part 1: A2222, 2007.

121.   Sabban, E.L., N. Schilt, L.I. Serova and C.T. Stier, Jr.  Acute and chronic cardiovascular and locomotive actions of ACTH and immobilization stress in rats: a telemetric study.  Neuroscience Meeting 2007.

122.   Li, J., M.A. Carroll, J.R. Falck and C.T. Stier, Jr.  Prevention of the salt-sensitive component of hypertension and proteinuria in SHRSP with AUDA, a soluble epoxide hydrolase (sEH) inhibitor.  61st Annual High Blood Pressure Research Conference.  Tucson Arizona, September 26-29, 2007.  Accepted for oral presentation.

123.   Li, J., M.A. Carroll, P.N. Chander, J.R. Falck, B. Hammock and C.T. Stier, Jr.  A soluble epoxide hydrolase (sEH) inhibitor, AUDA, ameliorates end-organ damage in stroke-prone hypertensive rats (SHRSP).  J. Hypertension  26 (suppl 1): S26, 2008.

124.   Liclican, E., A.B. Doumad, J. Wang, J.C. McGiff, C.T. Stier, Jr. and M.A. Carroll.  In vivo inhibition of the adenosine$_{2A}$ receptor-epoxyeicosatrienoic acids (A$_{2A}$R-EET) pathway renders Dahl salt-resistant rats salt-sensitive.  62st Annual High Blood Pressure Research Conference.  Atlanta, Georgia, September 17-20, 2008.  Accepted for late-breaking poster session.

125.   Li, J., C.T. Stier, Jr., P.N. Chander, A.B. Doumad and M.A. Carroll, J.R.  Protective role of epoxyeicosatrienoic acids (EETs) against renal damage in salt-loaded stroke-prone SHR (SHRSP).  63rd Annual High Blood Pressure Research Conference.  Chicago, Illinois, September 23-26, 2009.  Submitted for presentation.

126.   Li, J., P.N. Chander, C.T. Stier and M.A. Carroll.  Renal epoxygenase up-regulation ameliorates salt-sensitive hypertension and renal damage in SHRSP.  American Society of Nephrology Renal Week 2009, San Diego, CA, October 27 – November 01, 2009.  Accepted for poster presentation.

127.   Chander, P.N., J. Li, M.A. Carroll and C.T. Stier.  Soluble epoxide hydrolase (sEH) inhibitor, AUDA, markedly reduces thrombotic microangiopathy (TMA) in SHRSP.  American Society of Nephrology Renal Week 2009, San Diego, CA, October 27 – November 01, 2009.  Accepted for podium presentation.

128.   Stier, C.T., Y-J. Kang, T. Manero and P.N. Chander.  Niacin treatment markedly reduces proteinuria and glomerulosclerosis in rats with the metabolic syndrome.  American Society of Nephrology Renal Week 2009, San Diego, CA, October 27 – November 01, 2009.  Accepted for poster presentation.

129.   Kang, Y-J., T. Manero, S. Levine, D. Owens, P.N. Chander and C.T. Stier, Jr.  Niacin reduces renal damage and insulin insensitivity in Charles River Obese SHR (SHROB/cp): a model of the metabolic syndrome.  Experimental Biology 2010, Anaheim, CA, April 24 – April 28, 2010.  Accepted for poster presentation.

130.   Battula, S., S. Hao, P.L. Pedraza, C.T. Stier, Jr. and N.R. Ferreri.  Tumor necrosis factor-alpha (TNF) is an endogenous inhibitor of Na$^+$-K$^+$-2Cl$^-$ cotransporter (NKCC2) in the medullary thick ascending limb (mTAL).  64th Annual High Blood Pressure Research Conference.  Washington, D.C., September 23-26, 2010.  Submitted for presentation.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 53 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 52 of 61
#28407
Page ID #14473

National and International Presentations and Scientific Exhibitions
Charles T. Stier, Jr., Ph.D.

<u>1978</u>   Characterization of the natriuretic response to [7-glycine]-oxytocin in rats.   Federation of American Societies for Experimental Biology meeting.  Atlantic City, New Jersey.

<u>1981</u>   Bromocriptine effects on single nephron and whole kidney function in rats.   Federation of American Societies for Experimental Biology meeting. Atlanta, Georgia.

<u>1982</u>   Diuretics and calcium excretion by the isolated canine kidney.   American Society of Pharmacology and Experimental Therapeutics meeting. Louisville, Kentucky.

<u>1983</u>   Stereospecific intrarenal conversion of 5-hydroxytryptophan (5-HTP) to serotonin.  Federation of American Societies for Experimental Biology meeting.  Chicago, Illinois.

<u>1984</u>   Blood and urinary thromboxane in spontaneously hypertensive rats (SHR). Federation of American Societies for Experimental Biology meeting. St. Louis, Missouri.

Dopamine and serotonin as reciprocal intrarenal hormones.  American Federation for Clinical Research meeting. Washington, D.C. (POSTER PRESENTATION).

<u>1985</u>   Thromboxane and the development of hypertension in spontaneously hypertensive rats (SHR). American Society of Pharmacology and Experimental Therapeutics meeting.    Boston, Massachusetts. (POSTER PRESENTATION).

<u>1986</u>   Reduced dopamine formation in spontaneous hypertensive rats. American Federation for Clinical Research meeting.  Washington, D.C.

Enhanced thromboxane formation by blood but not whole platelets from spontaneously hypertensive rats. American Federation for Clinical Research meeting.    Washington, D.C. (POSTER PRESENTATION).

Natriuretic effect of $9\alpha$, $11\beta$ PGF in the rat. 6th International Conference on Prostaglandins and Related Compounds. Florence, Italy. (POSTER PRESENTATION).

Thromboxane in severe hypertension in stroke prone spontaneously hypertensive rats (SHRSP). American Society of Pharmacology and Experimental Therapeutics meeting.    Baltimore, Maryland. (POSTER PRESENTATION).

<u>1987</u>   Preservation of kidney function and increased survival in stroke-prone SHR treated with enalapril.  Federation of American Societies for Experimental Biology meeting. Washington, D.C.

<u>1988</u>   Increased survival and reduced proteinuria in salt-loaded stroke-prone spontaneously hypertensive rats (SHRSP) treated with captopril.   Federation of American Societies for Experimental Biology meeting. Las Vagas, Nevada.

<u>1989</u>   Dose-dependent protective effects of SQ-29852 against stroke and hypertensive renal disease in stroke-prone SHR.  American Society of Nephrology meeting.  Washington, D.C. (POSTER PRESENTATION).

#23408

1990    Comparison of SQ-29852 and hydralazine in stroke-prone SHR (SHRSP) with severe hypertension and proteinuria.  Federation of American Societies for Experimental Biology meeting. Washington, D.C. (POSTER PRESENTATION).

Loss of protection against stroke on withdrawal of ACE inhibitor therapy with SQ-29852 in salt-loaded stroke-prone SHR (SHRSP).  June 28, 1990. 13th Scientific Meeting of the International Society of Hypertension. Montreal, Canada.

Dose-dependent protective effects of the ACE inhibitor SQ-29852 against stroke and hypertensive renal disease in stroke-prone SHR (SHRSP).  13th Scientific Meeting of the International Society of Hypertension. Montreal, Canada. (POSTER PRESENTATION).

Invited Seminar Speaker
Lederle Laboratories, Pearl River, New York. September 26, 1990 "ACE Inhibitors in the Prevention of Stroke".

Angiotensin II receptor antagonist DuP-753 prevents stroke and hypertensive renal disease in salt-loaded stroke-prone SHR.  American Society of Nephrology meeting. Washington, D.C.

Invited Speaker
Eastern Hypertension Society, New York, New York. December 12, 1990. "Vascular Protection with ACE Inhibitors in Stroke-Prone SHR."

1991    Angiotensin II receptor antagonist DuP-753 prevents stroke and hypertensive renal disease in salt-loaded stroke-prone SHR.   The Second International Symposium on ACE Inhibition. February 20, 1991. London, England.

Invited Seminar Speaker
St. George's University School of Medicine. Grenada, West Indies
March 15, 1991 "Stroke Prevention".

Visiting Professor of Pharmacology
St. George's Medical School, Grenada, West Indies
March 9, 1991 - March 16, 1991.

Role of the renin-angiotensin system in the pathology of salt-loaded stroke-prone SHR. American Heart Association High Blood Pressure Research Council Chicago, Illinois. (POSTER PRESENTATION).

1992    Role of the renin-angiotensin system in the pathology of stroke-prone SHR.  Federation of American Societies for Experimental Biology Meeting.  Symposium honoring Wilbur H. Sawyer at his retirement.  Anaheim, California.

Cerebral vascular consequences (Stroke). Invited Speaker.  Symposium, "Losartan: The First Angiotensin II Antagonist".  St. Paul de Vence, France.

1993    Development of microangiopathic lesions (MAL) in Wistar Kyoto rats (WKY) upon chronic inhibition of nitric oxide (NO) synthesis by N (omega) nitro-L-arginine (L-NNA).  American Society of Nephrology Meeting.  Baltimore MD (POSTER PRESENTATION).

Case 3:09-md-02100-DRH-PMF Document 2087-1 *SEALED* Filed 11/14/11 Page 54 of 61
Page ID #14475

Protective action of beraprost sodium in stroke-prone SHR. American Society of Hypertension Meeting. New York, New York (POSTER PRESENTATION).

Endothelin receptor antagonism in stroke-prone SHR. Bristol-Myers Squibb. October 17, 1993. Princeton, New Jersey.

Role of the renin/angiotensin system and nitric oxide in the vascular pathology of stroke-prone SHR. Ciba-Geigy Corporation. December 1, 1993. Summit, New Jersey.

1994    Role of the renin-angiotensin system and nitric oxide in the vascular pathology of stroke-prone SHR. Invited Speaker. Pediatric Cardiology. March 23, 1994 Valhalla, New York.

Role of estrogen in the development of vascular pathology in female stroke-prone spontaneously hypertensive rats. Zeneca Pharmaceuticals Inc. May 9, 1994. Wilmington, Delaware.

Estrogen promotes the development of thrombotic microangiopathy (TMA) in female stroke-prone spontaneously hypertensive rats. American Society of Nephrology Meeting. October 25, 1994. Orlando, Florida (POSTER PRESENTATION).

1995    Role of renin-angiotensin system in the vascular pathology of stroke-prone SHR. Festschrift for Carl Gottschalk. April 6, 1995. Charlottesville, Virginia.

Pressor responsiveness to big-endothelin (Big-ET) in stroke-prone spontaneously hypertensive rats (SHRSP). Experimental Biology, Atlanta, GA (POSTER PRESENTATION).

Role of the renin-angiotensin system in the vascular pathology of stroke-prone SHR. Invited Speaker. Southern College of Optometry. November 16, 1995, Memphis, Tennessee.

Role of NO and endothelin in the vascular pathology of stroke-prone SHR. Invited Speaker. Departments of Physiology and Pharmacology, University of Tennessee. November 17, 1995. Memphis, Tennessee.

Role of NO and endothelin in the vascular pathology of stroke-prone SHR. Invited Speaker. UMDNJ School of Osteopathic Medicine. November 20, 1995, Stratford, New Jersey.

1996    Role of NO and endothelin in the vascular pathology of stroke-prone SHR. Invited Speaker. Department of Pathology. March 6, 1996 Valhalla, New York.

Angiotensin II in cardiovascular damage of SHRsp and its prevention by CEI. Laragh Day: All About Renin, The New York Hospital-Cornell Medical Center, May 14, 1996, New York, New York.

1998    Role of the renin-angiotensin aldosterone system in the development to stroke and renal vascular pathology. G.D. Searle & Co. March 18, 1998. Skokie, Illinois.

Aldosterone in renal and cerebrovascular disease. Invited Speaker. Neonatal Research Unit. March 25, 1998. Valhalla, New York.

Aldosterone Involvement in Stroke and Renal Disease. International Society of Hypertension. Selective Aldosterone Receptor Antagonists (SARAs) Symposium, June 7, 1998, Amsterdam, The Netherlands.

Case 3:09-md-02100-DRH-PMF    Document 2087-1  *SEALED*    Filed 11/14/11    Page 55 of 61
Page ID #14476

1999    Vascular protective effect of a selective aldosterone receptor antagonist in stroke-prone hypertensive rats. 25th Annual International Aldosterone Conference, San Diego, June 10 & 11, 1999.

Renal mechanisms and pathophysiology. Continuing Education Seminar on Renal Functional Disorders & Drug Therapy sponsored by the Empire State Pharmaceutical Society, Queens, New York, July 11, 1999.

Reactive oxygen species mediate proteinuria induced by inhibition of nitric oxide formation in stroke-prone SHR. American Society of Nephrology meeting. Miami Beach, Florida, November 5, 1999.

2000    Role of the renin-angiotensin-aldosterone system in renal microvascular injury in stroke-prone spontaneously hypertensive rats.   Invited Lecture.   University of Louisville, Department of Physiology and Biophysics, Louisville, KY, March 28th and 29th, 2000.

Diuretic Therapy and the Management of Renal Failure. Continuing Education Seminar on Renal Functional Disorders & Drug Therapy sponsored by Drug Experts, LaGuardia Crowne Plaza Hotel, New York, New York, June 11th, 2000.

Clues to the Vasculotoxic Action of Aldosterone. Pharmacia. Skokie, Illinois with videocast to St. Louis, Missouri, June 28th, 2000.

The role of aldosterone in models of vascular injury.  Symposium 5 - Aldosterone: A new appreciation of its role in cardiac and vascular risk. Invited Speaker. 15th Annual International Interdisciplinary Conference on Hypertension and Related Risk Factors in Ethnic Populations (ISHIB-2000) El Conquestador Hotel and Resort, Las Croabas, Puerto Rico, July 15th to 18th, 2000.

Antioxidants reduce aldosterone-induced renal vascular injury in stroke-prone SHR.   Poster Presentation at the International Society of Hypertension Meeting (ISH-2000): Chicago, Illinois, August 23-24th, 2000.

The role of aldosterone in cardiovascular end-organ damage.  Heart Failure Society of America Special Symposium "SARA's in Heart Failure"  Invited Speaker.  4th Annual Scientific Meeting of the Heart Failure Society of America, Boca Raton, Florida, September 11th, 2000.

Nitric oxide: historical perspectives, physiological functions and its connection with sildenafil (Viagra).    Continuing Education Symposium for Pharmacists and Other Health Care Professionals sponsored by Drug Experts, Inc. "Erectile Dysfunction: The Sildenadil (Viagra) Experience and New Developments", Holiday Inn, JFK Airport, New York, New York, October 8th, 2000.

Potassium chloride intake provokes increases in plasma aldosterone and renal injury in non-sodium loaded stroke-prone spontaneously hypertensive rats (SHR).  Oral Presentation at the American Society of Nephrology's 2000 Annual Meeting: Toronto, Canada, October 13th, 2000.

The role of aldosterone in stroke and renal damage in stroke-prone SHR.  State-of-the-Art Lecture, American Heart Association Council for High Blood Pressure Research. Symposium "New Concepts on the Role of Aldosterone in Hypertension and Cardiovascular Disease"  Invited

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 57 of 62   Page ID
#28411
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 56 of 61
Page ID #14477

Speaker. 54th Annual Fall Conference and Scientific Sessions of the Council for High Blood Pressure Research, Omni Shoreham Hotel, Washington,D.C., October 27th, 2000.

2001   The Scientific Basis for Aldosterone as a Vascular Risk Hormone: Data From the Hypertensive Animal Model.   Invited Lecture at the American Society of Hypertension symposium, "Aldosterone- A Common Link in Cardiac & Vascular Diseases".   American Society of Hypertension, 16th Scientific Meeting and Exposition: San Francisco, California, May 15th -19th, 2001.

Estrogen promotes stroke and renal injury in stroke-prone hypertensive rats.  Poster Presentation at The Endocrine Society's 83rd Annual Meeting (ENDO-2001): Denver, Colorado, June 20 th - 23rd, 2001.

Aldosterone-The Forgotten "A" in the RAAS.  Symposium: Clinical Implications of Aldosterone. Chairman and Invited Speaker.   16th Annual International Interdisciplinary Conference on Hypertension and Related Risk Factors in Ethnic Populations (ISHIB-2001) The Mandalay Bay Resort & Casino, Las Vegas, Nevada, July 7th to 12th, 2001.

2002   Role of aldosterone in the development of stroke in genetically hypertensive rats.  Circulation J. 66(Suppl I) 520, 2002.   presented at The 66th Annual Scientific Meeting of the Japanese Circulation Society, Sapporo, Japan, April 24-26, 2002.

Aldosterone-induced renal osteopontin expression in stroke-prone hypertensive rats. Podium presentation at the 28th Annual International Aldosterone Conference, San Francisco, California, June 17 & 18, 2002.

Sodium transport antagonism reduces thrombotic microangiopathy in stroke-prone hypertensive rats (SHRSP) through a non-diuretic mechanism.  Poster Presentation at the International Society of Hypertension Meeting (ISH-2002): Prague, Czech Republic, June 23-27th, 2002.

Sodium transport antagonism reduces thrombotic microangiopathy in stroke-prone hypertensive rats (SHRSP) through a non-diuretic mechanism.  Podium Presentation at the 4th International Congress of Pathophysiology: Budapest, Hungary, June 30th, 2002.

The emerging role of aldosterone in cardiorenal disease.   A Scientific Forum: The potential benefits of aldosterone blockade in preclinical and animal models.  Chicago, Illinois, October 2nd, 2002.

The harmful effects of aldosterone in cardiorenal disease.  Expert Forum: The emerging role of selective aldosterone blockade in the management of cardiorenal disease. American Society of Nephrology, Philadelphia, Pennsylvania, November 2nd, 2002.

Aldosterone as a mediator of end organ damage.  Nephrology Grand Rounds.   College of Physicians & Surgeons of Columbia University Renal Division.  New York, New York, December 16th, 2002.

2003   "Aldosterone in cardiovascular disease".  Cardiology Grand Rounds.  Saint Vincent Catholic Medical Centers. Comprehensive Cardiology Institute: New York, New York, March 20th, 2003.

Renal Pathology and Toxicology, Poster Session: San Diego Convention Center. "Vasopeptidase inhibition affords greater renal protection and lowers plasma osteopontin levels at a low dose that

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 58 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 57 of 61
#28412
Page ID #14478

ACE inhibition in saline-drinking SHRSP". Experimental Biology 2003: San Diego, California, April 12[th], 2003.

Aldosterone and not Ang II is associated with malignant nephrosclerosis and increase in-vivo expression of renal osteopontin in stroke-prone hypertensive rats. ALDO '03 International Symposium on Aldosterone, London, England, April 28th, 2003.

Inflammation and Cardiovascular Disease, Free Communication Session: New York Marriott Marquis. "Estrogen promotes microvascular pathology in female stroke-prone spontaneously hypertensive rats (SHRSP)". American Society of Hypertension, 18th Annual Scientific Meeting: New York, New York, May 13th, 2003.

"Aldosterone plays a pivotal role in the microvascular pathology of stroke-prone hypertensive rats". Endocrinology Rounds. SUNY Downstate Medical Center. Division of Endocrine, Diabetes and Heart: Brooklyn, New York, July 21st, 2003.

2004   Aldosterone and Cardiovascular Disease State of the Art Session, "Aldosterone and Cardiovascular Disease – Relationship to Blood Pressure". The American Society of Hypertension Nineteenth Annual Scientific Meeting and Exposition, New York Marriott Marquis, New York, New York, May 18-22, 2004.

"High potassium chloride intake provokes aldosterone-mediated proteinuria and renal injury in non-sodium-loaded stroke-prone spontaneously hypertensive rats (SHRSP)". Podium presentation at the 30th Annual International Aldosterone Conference, New Orleans, Louisiana, June 14 & 15, 2004.

"Review of anti-aldosterone cardiovascular and blood pressure effects". Expert Forum & Aldosterone Meeting, New York, New York, June 23, 2004.

2005   IUPS Renin-Angiotensin-Aldosterone (Endocrinology, Metabolism and Reproduction) Poster Session: San Diego Convention Center. "Enhanced end-organ protection in the absence of increased plasma potassium with combined mineralocorticoid receptor (MR) antagonist and amiloride therapy". Experimental Biology 2005: San Diego, California, April 2-6, 2005.

"Blood pressure independent effects of aldosterone". Session entitled, Breaking the Renin Angiotensin Aldosterone Axis. The National Kidney Foundation 2005 Spring Clinical Meetings, Marriott Wardman, Washington, DC, May 4-8, 2005.

"Cardiovascular benefits of mineralocorticoid receptor blockade beyond blood pressure lowering", Truman Memorial Veteran's Hospital and "Role of aldosterone in the end-organ damage of stroke-prone spontaneously hypertensive rats", University of Missouri, St. Louis, Missouri, July 12, 2005.

"End-organ benefits of mineralocorticoid receptor antagonism beyond blood pressure lowering", 16th Annual Vascular Biology and Hypertension Symposium, Destin, Florida, October 08, 2005.

2006   "Pharmacotherapy of hypertension and congestive heart failure". Continuing Education Symposium for Pharmacists and Other Health Care Professionals, sponsored by Drug Experts, Inc., Adria Hotel, New York, New York, March 19th, 2006.

"Cardiovascular consequences of long-term therapy with eplerenone in non-salt loaded stroke-

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 59 of 62   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2087-8 *SEALED*   Filed 11/14/11   Page 58 of 61
Page ID #14479

prone hypertensive rats". Podium presentation at the 32th Annual International Aldosterone Conference, Boston, Massachusetts, June 22 & 23, 2006.

2007    "Prevention of the salt-sensitive component of hypertension and proteinuria in stroke-prone SHR with the soluble epoxide hydrolase inhibitor AUDA". Renal Hemodynamics: Biomolecular Control Mechanisms Integrating Vascular & Tubular Function, sponsored by FASEB Summer Research Conferences, Vermont Academy, Vermont, July 7th - 12th, 2007.

2008    "A soluble epoxide hydrolase (sEH) inhibitor, AUDA, ameliorates end-organ damage in stroke-prone hypertensive rats (SHRSP)". OS23/2  International Society of Hypertension Meeting, Berlin Convention Center, Berlin, Germany, June 14-19, 2008.

American Heart Association Scientific Sessions 2008, Oral Abstract Session Moderator,  Session Title: "Hypertension: Experimental – Diabetes, Renal Sodium Retention, Angiotensin II and Cardiovascular Responses", 9:00AM – 12:00 noon, New Orleans Convention Center, New Orleans, Louisiana, November 8-12, 2008.

2009    "The    effectors    modulating    the    effects    of    the    pro-fibrotic    and pro-inflammatory effects of aldosterone: A pathophysiological Update-2009". Session entitled, Aldosterone Axis. Inter-American Society of Hypertension, Belo Horizonte, Brazil, August 4-8, 2009.

"Comparative pathologic studies of WKY, SHR, SHRSP and SHROB". Charles River Laboratories Research Investigators Symposium, Chicago, Illinois, September 22, 2009.

"Use of radiotelemetry in hypertension research". Data Sciences Users Group Meeting, Harvard School of Public Health, Boston, Massachusetts, September 30, 2009.

"Protection against renal damage in spontaneously hypertensive rats that are either stroke-prone (SHRSP) or Obese (SHROB)". Boehringer Ingelheim Pharmaceuticals, Ridgefield, Connecticut, October 21, 2009.

"Renal epoxygenase up-regulation ameliorates salt-sensitive hypertension and renal damage in SHRSP". American Society of Nephrology Renal Week 2009, San Diego, California, October 29, 2009.

"Niacin treatment markedly reduces proteinuria and glomerulosclerosis in rats with the metabolic syndrome". American Society of Nephrology Renal Week 2009, San Diego, California, October 30, 2009.

"Soluble epoxide hydrolase (sEH) inhibitor, AUDA, markedly reduces thrombotic microangiopathy (TMA) in SHRSP". American Society of Nephrology Renal Week 2009, San Diego, California, October 30, 2009.

Case 3:09-md-02100-DRH-PMF   Document 2087-1   Filed 11/14/11   Page 60 of 62   Page ID
#23414
Case 3:09-md-02100-DRH-PMF   Document 2087-1 *SEALED*   Filed 11/14/11   Page 59 of 61
Page ID #14480

## Ph.D. Thesis Committees

Mary Ann Hatala (1989)
Saleem Ahmad (1991)
Vincent DiPippo (1994)
Todd Bourcier (1995)
Hui Guan (1997)
Elimor Brand-Schieber (1999)
James Fitts (1999)
Osama Ibrahim (2000)
Patil Sai (2006)
Harpreet Singh (2007)
Stacey Brown (2007)
Elvira L. Liclican (2008)
Jing Li (2008)
Sailaja Bhattula (2010)

**Master's Thesis Advisor**
Ann Goodrich Edgerton (1986)
Thomas DiCiccio (1989)
Hailiu Zuo (1989)
John Pak (1991)
Randolph Diamond (1992)
Gerald Lambert (1993)
Jason Isaac Rubin (1997)
Newton Fan (1998)
Tricia Kwiatkowski (2001)
Reza Sepehrdad  (2002)
Gagan Singh  (2004)
Jeffrey Ranaudo (2004)
Sreeharsha Masineni (2007)
Neeraj Singh (2008)
Juan DesLoges (2010)
Anand Lokhkar (2010)
**Postdoctoral Fellows**
Ricardo Rocha (1996-1998)
Alafuro Oruene (2000-2001)
**Ph.D. Student Rotation Advisor**
Lang Lin (1988)
Saleem Ahmad (1988)
Fanming Lin (1989)
Vincent DiPippo (1990)
Keyvan Mahboubi (1991)
Amar Munsiff  (1992)
Sraboni Bhattacharya (1993)
Matthew Scholer (1994-1995)
Lawrence Akinsanmi (1998-1999)
Fady Botros (1999-2000)
Brian Lamon (2002)
Iram Hassan (2003-2004)
Nitin Kumar (2008)
**Supervised Laboratory Research of MS Students**

Ibrahim Benter (1988)
Hailuo Zuo (1989)
Geoffrey Sim (1989)
Weiqun Shen (1990)
Lawrence Adler (1993)
Newton Fan (1995)
Douglas Longhitano (1995)
James Fink (1995)
Jessica Burstein (1996)
Gregory Lesnik (1998)
David Mullen  (1998-9)
Hideyoshi Harashimo  (1998-1999)
Reza Sepehrdad  (2000-2002)
Gagan Singh  (2000-2004)
Jeffrey Ranaudo (2001-2004)
Andrew Chen (2004-2005)
Sreeharsha Masineni (2003-2006)
Youn-Jung Kang (2008-2009)
Tabitha Manero (2008-2009)
Juan DesLoges (2009-2010)
**<u>Editorial: Ad Hoc Reviewer</u>**
American Journal of Kidney Disease
American Journal of Hypertension
American Journal of Physiology
Archives of Medical Research
Biochimica et Biophysica Acta
Canadian Journal of Physiology & Pharmacology
Cardiovascular Research
Cardiovascular Drug Reviews
Clinical Nephrology
Clinical Science
Current Medicinal Chemistry-Cardiovascular and Hematological Agents
Drugs
Endocrinology
European Journal of Pharmacology
Experimental Nephrology
Heart
Hypertension
Journal of the American Society of Nephrology
Journal of Cardiovascular Pharmacology
Journal of Clinical Endocrinology and Metabolism
Journal of Clinical Investigation
Journal of Hypertension
Journal of Neuroendocrinology
Kidney International
Lancet
Molecular and Cellular Endocrinology
Pharmacological Research
Prostaglandins
Science
Stroke

# Expert Fee Schedule &  Prior Testimony

## Fee Schedule

Dr. Stier charges $300 per hour for record review, drafting of reports, preparation of and giving deposition testimony. He charges $3,000 for testimony at trial.

## Prior Testimony

| Date | Name of Case | Court No. | Docket No.: |
|---|---|---|---|
| 08/31/09 | Composto vs Chandler et al. (Trial testimony) | Ulster County. New York State Supreme Court | 3030/04 |