# EXHIBIT 1
# 2 OF 3

# REDACTED

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 2 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-10 *SEALED*   Filed 11/14/11   Page 41 of 119
                                                    #36636
Page ID #16584



149.    I am not the only scientist to object to this methodology. Bayer's method of averaging in zeroes was also criticized by FDA. In a letter to Bayer (then Berlex), dated 2 June 1998, FDA reviewed the label for a COC product now called *Levlite*®, and specifically objected to the inclusion of zeroes. The FDA official wrote "Figure for EE concentrations (in Figure 1) should be removed or altered so that concentration points below the lower limit of quantitation for the assay are not included." The sponsor apparently argued that adding to the label the fact that zeroes were averaged in was an adequate response to this point, and the *Levlite*® label since 1998 includes:

> In calculating the mean concentration for ethinyl estradiol, any individual subject value below the quantifiable limit (i.e., 20 pg/mL) was converted to 0; and the 0 values were included for calculation of the mean concentration.

Such a statement does not appear in the *Yasmin*® or *Yaz*® labels. Perhaps the FDA examiners did not explore the Appendices of the various DRSP studies closely enough to realize that zeroes were being averaged in. FDA also noted concern about the assays themselves in the same 2 June 1998 letter, stating that the methods "were less than desirable," as "more sensitive assays can be used for the determination of EE2 and LNG in serum."

150.    I am at a loss to understand why Bayer staff would have adopted this inaccurate method (averaging in zeroes) in the first place, and why they continued with it, and why they did not state it in their COC labels (except in the case above, when required by FDA). Clearly Bayer's technique gives systematically lower values of AUC for contraceptive steroids such as ethinyl estradiol, and the less sensitive the assay (*i.e.*, the higher the LLOQ), the lower the value for this key pharmacokinetic ("PK") parameter. Recall that the AUC for a drug reflects total exposure to that drug.

151.    I am unable to find a scientific justification for averaging in zeroes. Looking back through papers describing the radioimmunoassay the organization was using for measurements of contraceptive steroid concentrations, I found an older review article (Kuhnz *et al.*, *Drug Res.* 43: 16-21, 1993) on EE radioimmunoassay methods by Bayer (then Schering) staff that explained but failed to justify the methodology. The following appears on the last page of the paper.

> "The contribution of a variable blank is of course most crucial in the sample ... where $EE_2$ concentrations are close to the limit of quantitation. Our common practice is to determine a lower limit of quantitation and to set all values below that limit to zero. If the individually measured blank value is above the quantitation limit, the actually determined concentration value is used for further calculations, like AUC. This is a somewhat arbitrary procedure. ... It

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 3 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 42 of 119
Page ID #16585

would of course be equally justified to set these values equal to the
limit of quantitation instead of zero."

152.     I agree with Kuhnz *et al.* (1993) that averaging in zeroes "is a somewhat arbitrary
procedure". It is my opinion that Bayer's "common practice" is scientifically invalid and gives
systematically low values for concentrations "used for further calculations, like AUC." It
would lead to drug labels stating AUC values lower than AUCs calculated properly.

# XVIII.          AUCs from COC labels

153.     Since AUC (total drug exposure) is calculated from concentrations at various time
points, systematically lower concentrations lead to systematically lower AUCs. For $AUC_{0-24h}$
for EE on Day 21 of Cycle 1, Bayer reports in AI98 and in the *Yasmin*® label, a value of 461 ±
433 pg-h/ml, or 461 pg-h/ml (CV=94%). Two things struck me about this AUC for EE from
Bayer Study AI98.

154.     The first was that 461 pg-hr/ml was very low for this parameter (EE $AUC_{0-24h}$) vs. other
COCs containing 30 µg/d EE. The second was that the variability (as expressed by sd or %CV)
was very high vs. that of other COCs. From labels (accessed at fda.gov or drugs.com) and
from the scientific literature (Kuhnz *et al.*, *Contraception* <u>46</u>: 455-469, 1992; Sidhu *et al.*, *Brit.
J. Clin. Pharmacol.* <u>61</u>: 191-199, 2005; Muirhead *et al.*, *Brit. J. Pharmacol.* <u>49</u>Suppl1: 45S-
49S, 2000; Ragueneau-Majlessi *et al.*, *Epilepsia* <u>43</u>: 697-702, 2002), I found 13 values for EE
$AUC_{0-24h}$ for contraceptives between containing 30 µg/d EE. The EE $AUC_{0-24h}$ values for
Cycle 1, Day 21 (or a nearby day after steady-state had been reached) for those other 30 µg/d
EE COCs ranged from 728 to 1117 pg-hr/ml. The average of these values was 932 (N=10,
after some duplicates removed), with an average %CV of 27% (N=7, not all sd were reported).
The EE $AUC_{24}$ from the *Yasmin*® label was the lowest of all the EE $AUC_{24}$ values I could find.
The EE $AUC_{24}$ values for six commercial products are compared in the figure below with the
corresponding value from the *Yasmin*® label and from the Bayer A470 study (discussed in
detail below). Clearly the *Yasmin*® label (red) is the outlier. It is an outlier both because its EE
$AUC_{24}$ is very low compared with the same parameter for the other 30 µg/d EE COCs, and
because it %CV (variability) is very high compared with the same parameter for the other 30
µg/d EE COCs.



Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 4 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-P *SEALED*   Filed 11/14/11   Page 43 of 119
Page ID #16586

155.

### *Yasmin®* label (Bayer Study AI98) EE AUC$_{24}$ is less than other 30 µg/d EE COCs and less than Bayer Study A470

### EE AUC$_{0-24h}$ in some 30 µg/d EE COCs[1]

| | | | |
|---|---|---|---|
| *Apri®* | 1117±34% | *Estrostep ®* | 973±30% |
| *Microgynon®* | 778±41% | *Microgynon®* | 785±34% |
| *Ovranette®* | 794±28% | *Trivora®* | 1072±16% |

| | |
|---|---|
| **Average of six products above** | **929±31%** |
| **Bayer Study AI98 & *Yasmin®* label** | **461±94%** |
| **Bayer Study A470** | **1175±52%** |

[1] AUCs from drugs.com; fda.gov; Kuhnz et al., *Contraception* 46: 455-469, 1992; Sidhu et al., *J. Clin. Pharmacol.* 61: 191-199, 2006

156.     Thus there was good reason for Dr. Loock to write that the EE levels in AI98 were "remarkably low" (Blode deposition of 3 May 2011 at page 137). In fact, the Bayer Study AI98 EE AUC$_{24}$ values, which are the ones on the *Yasmin®* label, are lower than this same parameter from several COCs containing less than 30 µg/d EE. The following COCs containing 20 µg/d EE have AUC$_{24}$ values higher than the *Yasmin®* (30 µg/d EE) label: *Mircette®* (597±127), *Lybrel®* (717±351), *Levlite®* (596±494), *Loestrin 24 FE®* (701±196), *Estrostep FE®* (661±190), *Alesse®* (776±308), all in pg-hr/ml. [Even the 10 µg/d EE COC *Lo LoEstrin FE®* has a higher EE AUC$_{24}$ (621±254) than that indicated for *Yasmin®* on its label.] Given that AUC$_{24}$ is first order with respect to EE dose (well-established; Blode deposition of 3 May 2011 at page 52), the finding that *Yasmin®* (30 µg/d EE) has a lower EE AUC$_{24}$ than several COCs containing ≤20 µg/d EE is very difficult to explain. One potential explanation would be that *Yasmin®* has lower EE bioavailability than the other products. Another potential explanation, and the explanation I consider most likely, would be that the *Yasmin®* label gives an EE AUC$_{24}$ lower than the real value of that parameter.



Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 44 of 119
Page ID #16587



Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 6 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 45 of 119
Page ID #16588
#22640



Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 7 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2086-1 *SEALED*   Filed 11/14/11   Page 46 of 119
Page ID #16589



Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 8 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-11 *SEALED*   Filed 11/14/11   Page 47 of 119
Page ID #16590



167.    I wondered whether part of the explanation for the low mean value for EE $AUC_{24}$ and/or the high variability in Bayer Study AI98 might be explained by some interference with the EE radioimmunoassay by drospirenone or a metabolite of drospirenone.  In the article I

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 9 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-11 *SEALED*   Filed 11/14/11   Page 48 of 119
Page ID #16591

have discussed above (Kuhnz *et al.*, 1993, *op. cit.*), the authors clearly considered the possibility that the co-administered progestin (here gestodene or desogestrel) could affect the measurement of EE, and did experiments to test that. Further, other groups (Orme *et al.*, *Contraception* 43: 305-316, 1991; Jung-Hoffmann & Kuhl, *Contraception* 40: 299-312, 1989) had worried about such an interaction. When I looked in the documents available to me for some study showing that DRSP (or a DRSP metabolite) does or does not cross-react in the EE assay (RIA), I was unable to locate such a measurement. Consistent with my conclusion that such a study was never done is the testimony of Dr. Blode of Bayer, in his deposition of 3 May 2011 at page 19-28. The EE RIA which was used in several Bayer studies to measure EE in the presence of DRSP should have been tested in the presence of DRSP to determine whether the EE measurements were or were not valid in the presence of this progestin. But no such validation studies were ever conducted. This is an important and obvious omission.



169.    When selected results of AI98 were published (Blode *et al.*, *Eur. J. Contracept. Reproduct. Health* 5: 256-264, 2000), the fact that EE values <LLOQ were set to zero and the zeroes averaged with real values was not mentioned. I am skeptical that the manuscript would have survived peer review if this point had been included. Manipulation of data of this sort is arbitrary (as stated by Bayer staff, see ¶ 151 above) and, in my opinion, unacceptable. Values below the measuring range of an assay should be left out of calculations; one cannot assume, as Dr. Blode and his colleagues did, that no drug was present in patients whose values were below the sensitivity of the drug assays in use.

170.    There are several reasons why, after reviewing Bayer Studies AI98 and A470, I consider the latter more reliable than the former for determination of the pharmacokinetic parameters for EE in the medication that would later be named *Yasmin®*. First, the PK parameters (*e.g.*, EE $AUC_{0-24h}$) for Study A470 are similar to those for other COCs containing 30 μg/d EE, while those for AI98 are not (see Figure 155 above); instead the values from AI98 are "remarkably low". Second, Study A470 shows a lower variation (CV=52%) from patient to patient than Study AI98 (CV=94%). Third, the Study A470 %CV is in line with studies of other COCs, while the Study AI98 %CV is a good deal larger than that seen with other COCs. Fourth, the A470 study had a significantly larger number of subjects (27 completed) than AI98 (11 completed), and so is more likely to reflect the population who would eventually use the drug. But when faced with a choice about which Study (AI98 or A470) to include in the label, and which study to publish, Dr. Blode (3 May 2011 deposition at page 160-165) chose AI98 for publication and for the label. The EE AUC data from Bayer Study A470 were never published (Blode deposition of 3 May 2011 at page 165-166).

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 10 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-11 *SEALED*   Filed 11/14/11   Page 49 of 119
Page ID #16592

171.     As issues concerning the rate of VTEs associated with use of *Yasmin*® began to arise, soon after the product was introduced in the United States, the impact that the "remarkably low" EE levels quoted in the *Yasmin*® label may have had upon FDA's analysts must be considered. With other contraceptive products (*e.g.*, the contraceptive patch *Ortho Evra*®), a concern over high serum levels of EE prompted a label change even before epidemiology studies indicating an increased risk of VTE were published. With *Yasmin*®, although Bayer did provide the information from all studies during initial labeling submissions, the question remains whether the decision to include only the "remarkably low" EE serum levels on the label created a false sense of comfort among FDA medical officers responsible for reviewing ongoing safety information concerning *Yasmin*®.

172.     A prescribing physician needs to rely on the EE $AUC_{24}$ values reported in a COC label. It is my opinion that the *Yasmin*® label values for EE $AUC_{24}$ would mislead prescribing physicians into believing that this COC delivers less EE than other COCs containing 30 µg/d EE. They would consider such a low EE exposure attractive from the safety standpoint. They would be less likely to prescribe *Yasmin*® if the label featured EE $AUC_{24}$ values from Bayer Study A470 or EE $AUC_{24}$ values comparable to those of other 30 µg/d EE COCs. If the *Yasmin*® label EE $AUC_{24}$ values were similar to those of other 30 µg/d EE COCs, prescribers would be less likely to prefer *Yasmin*® over other 30 µg/d EE products.

173.     A prescribing physician needs to rely on the EE $AUC_{24}$ values reported in a COC label. It is my opinion that the *Yaz*® label values for EE $AUC_{24}$ would mislead prescribing physicians into believing that this COC delivers less EE than other COCs containing 20 µg/d EE. They would consider such a low EE exposure attractive from the safety standpoint. They would be less likely to prescribe *Yaz*® if the label featured EE $AUC_{24}$ values from Bayer Study A49202 or Bayer Study A40196, or values comparable to those of other 20 µg/d EE COCs. If the *Yaz*® label EE $AUC_{24}$ values were similar to those of other 20 µg/d EE COCs, prescribers would be less likely to prefer *Yaz*® over other 20 µg/d EE products.

174.     Thus EE exposure from DRSP-containing COCs appears to be higher than EE exposure from COCs containing other progestins at the same EE dose. Several explanations for this observation may be considered.

175.     One possibility is that the bioavailability of EE in the DRSP-containing COCs is higher than in COCs containing other progestins. Formulation of the tablets could affect EE bioavailability. Remarkably, Bayer staff never tested EE bioavailability in the DRSP-containing COCs tested in clinical trials (Blode deposition of 3 May 2011, pages 80-90), and Dr. Blode did not know whether or not the EE used in various COCs from Bayer or other vendors was micronized (*op. cit.*). Another curiosity is that the US label and the European label quote different values for EE bioavailability, 40% for the former and 60% for the latter.

176.     There is reason to expect that micronization would affect the bioavailability of contraceptive steroids. In Study A15704, Bayer compared the pharmacokinetics of micronized DRSP vs. sieved DRSP (each given as a 3 mg dose to 14 subjects in a randomized crossover design) and found the two not at all bioequivalent, as shown in the Table below.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 11 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-P*SEALED*   Filed 11/14/11   Page 50 of 119
Page ID #16593

TT 1:        Mean[1] pharmacokinetic parameters of DRSP

| Treatment | $C_{max}$ [ng/mL] | $t_{max}$ [h] | $t_{1/2}$ [h] | AUC(0-$t_{last}$) [ngxh/mL] | AUC [ngxh/mL] |
|---|---|---|---|---|---|
| SH T00470R (micronized) | 34.1 (19.9%) | 1 (1-1.5) | 39.5 (22.6%) | 485 (18.9%) | 526 (17.9%) |
| SH T00470RA (sieved) | 8.55 (33.1%) | 2.5 (1.5-6) | 41.0 (21.5%) | 337 (24.9%) | 376 (23.1%) |

$C_{max}$              = maximum concentration
$t_{max}$              = time to reach $C_{max}$
$t_{1/2}$              = terminal half-life
AUC(0-$t_{last}$)      = area under the curve up to the last data point above the lower limit of quantitation
AUC                    = area under the curve up to infinity

Furthermore, the subjects taking the micronized DRSP reported more side effects than the same subjects when taking the sieved DRSP. For example, more than 10% of the volunteers reported hot flashes and nausea while taking the micronized DRSP, but none of these same volunteers reported these symptoms while taking the sieved DRSP.

The Study A15704 investigators concluded:

**Conclusions:**

The results clearly demonstrate that the particle size distribution of the drug substance has a high impact on the rate and extent of absorption of DRSP in vivo. Considering the large difference in $C_{max}$ and AUC values between Test and Standard formulation on the one hand and the particle size distributions in these formulations on the other hand, the demonstration of bioequivalence between formulations containing micronized and non-micronized DRSP is highly unlikely.

Since the differences between micronized and sieved DRSP in Bayer Study A15704 were significant, both in pharmacokinetics and adverse events, it puzzles me that an investigation of micronized vs. sieved EE was never conducted. Perhaps a higher bioavailability of EE in DRSP-containing COCs may partially explain their higher risk (discussed in Section XIII of this report).

177.     Remarkably, Bayer never determined the half-life ($t_{1/2}$) of EE in DRSP-containing COCs, instead choosing to rely on historical data. While that practice could have been acceptable for a traditional formulation, I do not consider it acceptable for a novel formulation (micronized or clathrated) or with a novel progestin (as in *Yasmin*®, *Yaz*® or another DRSP-containing COC), much less both. While I understand that this measurement would have been difficult using Bayer's insensitive radioimmunoassay for EE, it would certainly have been feasible using GC/MS. [Gas chromatography coupled with mass spectrometry is the "more sensitive" method that FDA recommended to Bayer in its letter of 2 June 1998 (see ¶ 149) when noting that Bayer's RIA method for determining EE concentrations was "less than desirable".] A table of pharmacokinetic parameters in a drug label which does not include a value for the half-life of an active component is very unusual, but that is what one finds in the labels of *Yasmin*® and *Yaz*®. If EE had a longer $t_{1/2}$ in DRSP-containing COCs than in other COCs, other factors being equal, users of the former products would have a greater EE exposure and a higher EE $AUC_{24}$ than users of the latter products.

178.     Another possible explanation for the higher EE levels seen with the *Yasmin*® family of COCs is that DRSP affects EE metabolism. There are several compounds that are known to affect the metabolism of EE by the liver (*e.g.*, Back & Orme, *Clin. Pharmacokinet.* 18: 472-



Case 3:09-md-02100-DRH-PMF  Document 2096-10  Filed 11/14/11  Page 12 of 45  Page ID
Case 3:09-md-02100-DRH-PMF  Document 2006-6 *SEALED*  Filed 11/14/11  Page 51 of 119
Page ID #16594

484, 1990). Although Bayer staff were careful to verify that the presence of EE did not affect DRSP bioavailability or metabolism, they never tested whether DRSP would have any effect on EE bioavailability or metabolism (Blode deposition of 3 May 2011, pages 80-100). However, some data suggesting that EE $AUC_{24}$ is in fact affected by DRSP dose are available in Bayer Study 9274. In this study, 30 µg EE was given to volunteers along with two different doses of DRSP, 2 mg or 4 mg. This single dose study is shown in the figure below. At the higher (4 mg) DRSP dose, EE $AUC_{24}$ was significantly higher than at the lower (2 mg) DRSP dose. My conclusion from these results is that EE bioavailability or metabolism is affected by DRSP, and that it was poor practice not to look into that possibility further.

179.

# EE AUC is affected by DRSP

### EE AUC$_{24}$ for 30 µg EE + 2 or 4 mg DRSP
**Single dose      Bayer Study 9274      Each spot = 1 patient**



The groups had 7 (2 mg DRSP) and 8 (4 mg DRSP) volunteers, with the means and standard deviations shown beside each spots column. A dotted line at 1065 pg-hr/ml indicates the single dose EE $AUC_{24}$ for a 50 µg/d EE COC. COCs containing >50 µg/d EE were banned by FDA in 1988. The position of the dotted line was determined by averaging the EE $AUC_{24}$ values for single doses of three commercial products and one experimental formulation each containing 50 µg EE, all of which gave identical results within experimental uncertainty (Back *et al.*, *Contraception* 20: 263-273, 1979; Crawford *et al.*, *Brit. J. Clin. Pharmacol.* 30: 892-896, 1990). The experimental formulation ($AUC_{24}$=1048±247) contained no progestin, *Minovlar*® ($AUC_{24}$=948±212) contained 1 mg norethindrone, *Eugynol*® ($AUC_{24}$=882±436) contained 0.25 mg levonorgestrel, and *Gynlovar*® ($AUC_{24}$=1200±87) contained 3 mg norethindrone. The difference of the means of the 2 mg and 4 mg DRSP groups was highly statistically significant at p < 0.002. None of the 2 mg DRSP group, but more than half of the 4 mg DRSP group, had EE $AUC_{24}$ higher than the mean of a 50 µg/d EE COC.

## XIX.      Clinical Studies of *Yasmin*® or *Yaz*®

180.      What follows is a summary and overview of the some of the clinical pharmacology studies (*i.e.*, human subjects trials) of *Yasmin*® family (drospirenone-containing) COCs. Some

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 13 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 52 of 119
Page ID #16595

studies were performed during the years leading up to launch as a commercial product, while others were performed after the products were on the market. I will focus primarily on the multiple dose (rather than single dose) studies, since COCs are used chronically.

181. The studies are arranged below in chronological order. At the time some of these studies were performed, the sponsor was noted as "Berlex" or "Schering". Both the latter are now part of Bayer Schering AG, which I refer to as "Bayer". Some studies have both a protocol number and a report number. Medications used in these clinical studies are referred to by designations other than the proprietary names. Thus SH T 470 F (3 mg/d DRSP + 30 µg/d EE) in Bayer Study A470 is essentially the same medication sold under the proprietary name *Yasmin®*.

182. **Bayer Study 9274.** Protocol 89097. "Controlled study on pharmacodynamics and pharmacokinetics of the combination drospirenone / ethinylestradiol over 3 months with Microgynon as a reference." Final Report January 1993. Study dates September 1989 to April 1990. 27 volunteers completed. One group had 2 mg/d DRSP, a second 4 mg/d DRSP, each with 30 µg/d EE; the third group used a commercial COC with 30 µg/d EE. Neither experimental preparation matches the DRSP content of *Yaz®* and *Yasmin®* (3 mg/d DRSP). The pharmacokinetics of DRSP was clearly first order (dose-proportional), reaching steady-state at about 7d. The diuretic activity of DRSP was clear, and dose-dependent. Volunteers taking 4 mg DRSP produced more urine with than those taking 2 mg. The EE PK results were published for *Microgynon®* only, and for multiple dose only (Kuhnz *et al.*, *Contraception* 46: 455-469, 1992).

183. Multiple dose only. EE $AUC_{0-24h}$ only, all 30 µg/d EE.

| Cycle | 2 mg DRSP | 4 mg DRSP | *Microgynon®* 0.15 mg LNG |
|---|---|---|---|
| 1 | 542 ± 421 (N=9) 542 (%CV=78) | 793 ± 266 (N=9) 793 (%CV=34) | 729 ± 314 (N=9) 729 (%CV=43) |
| 3 | 796 ± 579 (N=9) 796 (%CV=73) | 1050 ± 408 (N=9) 1050 (%CV=39) | 778 ± 318 (N=9) 778 (%CV=41) |

No statistically significant differences here (sample sizes too small).

184. Single administration only:

| | 601 ± 291 (N=7) 601 (%CV=48) | 1275 ± 343 (N=8) 1275 (%CV=27) | not reported |
|---|---|---|---|

This difference of the means is very statistically significant, to p=0.0013 on a two-tailed t-test. So for the single administration, 4 mg DRSP give a higher EE concentration than 2 mg DRSP at same EE dose. Results are consistent with DRSP affecting something about EE pharmacokinetics, whether going in (bioavailability) or out (metabolism).



Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 14 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 53 of 119
Page ID #16596



Case 3:09-md-02100-DRH-PMF    Document 2096-10    Filed 11/14/11    Page 15 of 45    Page ID
Case 3:09-md-02100-DRH-PMF    Document 2096-1 *SEALED*    Filed 11/14/11    Page 54 of 119
Page ID #16597



Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 16 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 55 of 119
Page ID #16598



Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 17 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 56 of 119
Page ID #16599



Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 18 of 45   Page ID
#33652
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 57 of 119
Page ID #16600



Case 3:09-md-02100-DRH-PMF  Document 2096-10  Filed 11/14/11  Page 19 of 45  Page ID
Case 3:09-md-02100-DRH-PMF  Document 2096-P *SEALED*  Filed 11/14/11  Page 58 of 119
Page ID #16601



## XX.        Summary

208.    In this report I have discussed several reasons why I am concerned about the safety of drospirenone-containing combination oral contraceptives. First, there are compelling epidemiology studies that establish a higher risk of venous thromboembolism (about two-fold) for users of DRSP-containing COCs than for users of older COCs containing a second-generation progestin (*e.g.*, levonorgestrel). The DRSP-containing COCs thus show evidence of higher risk of a serious adverse effect without evidence for any significant new benefit over older products in this class. See Section XIII above.

209.    Second, it is my opinion that Bayer did not adequately study the pharmacokinetics of the other component of the DRSP-containing COCs, ethinyl estradiol. Instead they chose to rely on historical data from other preparations. Within the clinical studies I examined was evidence that DRSP could affect the PK of EE. Since VTE risk is a function of EE dose, it was a serious oversight to not test the effects of DRSP on EE bioavailability, half-life, etc. See ¶ 178-179 above.

210.    Third, it is my opinion that the actual EE exposure to patients using the DRSP-containing COCs is considerably higher than indicated on the product labels for *Yasmin*® and *Yaz*®. The labels should be revised to inform potential prescribers and patients of accurate EE PK values, particularly $AUC_{24}$, so that they can make an informed decision about use of these products. The current US product labels also do not contain recent (2011) epidemiology results, making it difficult for a potential prescriber or patient to evaluate risks. See Sections XIII and XVIII above.

211.    Fourth, because the reported patient to patient variability in EE exposure for DRSP-containing COCs is high, a significant percent of patients using them will be exposed to the high levels of EE seen with COCs containing >50 µg/d of ethinyl estradiol. COCs containing this much EE were banned by FDA in 1988. See Section XIX above.

212.    Fifth, the DRSP-containing COCs induce very high levels of expression for the hepatic protein sex hormone binding globulin (SHBG). Considering the correlation between COCs that induce high SHBG expression and COCs associated with high VTE risk, the very high SHBG levels induced by DRSP-containing COCs is a significant cause for concern. See Sections X and XIX above.



Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 20 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 59 of 119
Page ID #16602

## XXI.       Conclusion

213.     Therefore, it is my opinion, to a reasonable degree of scientific certainty, that
combination oral contraceptives containing drospirenone increase the risk of venous
thromboembolism approximately two fold, without any therapeutic advantage, in comparison
to COCs containing second-generation progestins and a comparable dose of ethinyl estradiol.
Further, it is my opinion that the current product labels for drospirenone-containing COCs
provide inadequate or inaccurate information concerning EE content and product risks.

## XXII.       Disclosures

214.     In the last four years, I have testified in deposition in the following cases related to the
contraceptive patch *Ortho Evra*®:  Lewis vs. Johnson & Johnson, *et al.* (2007), *Ortho Evra*®
Multi-District Litigation (2008).

215.     My compensation is $425/hour.

216.     My *Curriculum Vitae*, listing my publications, accompanies this report as a separate
document.  An updated version of my CV is available on request.


Yours sincerely,


John E. Maggio, Ph.D.
van Maanen Professor of Pharmacology
        and Experimental Therapeutics

Dated 1 August 2011

Case 3:09-md-02100-DRH-PMF   Document 2096-P *SEALED*   Filed 11/14/11   Page 60 of 119
Page ID #16603

## Appendix I.        Selected Abbreviations Used

| | |
|---|---|
| $\mu g$ | microgram ($10^{-6}$ g) |
| $\mu M$ | micromolar ($10^{-6}$ M or $10^{-6}$ mol/l) |
| $\tau$ | dosing interval, typically in hours |
| %CV | coefficient of variation (sd/mean) expressed as a percentage |
| [X] | concentration of X |
| APC | activated protein C |
| APCres | resistance to activated protein C |
| APCsr | activated protein C sensitivity ratio |
| AUC | area under the curve of a plot of concentration vs. time |
| $AUC_{t1\text{-}t2}$ | AUC from time t1 to time t2 |
| $AUC_{0\text{-}\infty}$ | AUC from time zero extrapolated to infinity |
| $AUC_{0\text{-}\tau}$ | AUC from time zero to time $\tau$ |
| $AUC_\tau$ | AUC from time zero to time $\tau$ |
| BMI | body mass index |
| *BMJ* | *Brit. Med. J.* or *British Medical Journal* |
| $C_{avg}$ | average concentration |
| CDER | Center for Drug Evaluation and Research |
| $C_{max}$ | maximum concentration |
| $C_{min}$ | minimum concentration |
| $C_{ss}$ | steady-state concentration |
| $C_\infty$ | concentration at time infinity |
| CBG | corticosteroid-binding globulin |
| CI | confidence interval |
| Cl | clearance |
| Cl/F | oral clearance = clearance/bioavailability |
| CV | coefficient of variation = sd/mean (usually as a percentage) |
| COC | combination oral contraceptive |
| CPA | cyproterone acetate |
| D | dose |
| d | day |

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 22 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-5 *SEALED*   Filed 11/14/11   Page 61 of 119
#20656
Page ID #16604

| DRSP | drospirenone |
| DVT | deep vein thrombosis |
| e | base of natural logarithms, about 2.72 |
| $E_2$ | 17β-estradiol |
| EE | ethinyl estradiol |
| $EE_2$ | ethinyl estradiol |
| *e.g.* | for example |
| EMA | European Medicines Agency (formerly EMEA) |
| equiv | equivalent |
| *et al.* | and others |
| EURAS | European Active Surveillance Study |
| F | oral bioavailability |
| FDA | US Food and Drug Administration |
| FI | fluctuation index |
| g | gram |
| GC | gas chromatography |
| GC/MS | gas chromatography coupled with mass spectrometry |
| GnRH | gonadotropin releasing hormone |
| h, hr | hour |
| hCG | human chorionic gonatotropin |
| HPLC | high performance liquid chromatography |
| HPO | hypothalamus pituitary ovary |
| hr, h | hour |
| *i.e.* | that is |
| IND | Investigational New Drug Application |
| IUD | intrauterine device |
| IV | intravenous |
| k | elimination rate constant |
| $k_0$ | rate of drug delivery |
| kg | kilogram |
| l, L | liter |
| LAP&P | Leiden Experts on Advanced Pharmacokinetics & Pharmacodynamics |

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 23 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 62 of 119
                            #33657
Page ID #16605

| | |
|---|---|
| LC | liquid chromatography |
| LLOQ | lower limit of quantitation |
| LNG | levonorgestrel |
| ln | natural logarithm |
| m | meter |
| mg | milligram ($10^{-3}$ g) |
| ml | milliliter ($10^{-3}$ l) |
| M | molar or mol/l. |
| MAAC | Medicines Assessment Advisory Committee |
| MEGA | Multiple Environmental and Genetic Assessment |
| min | minute |
| MS | mass spectrometry |
| MSTFA | N-methyl-N-trimethylsilyl-trifluoroacetamide |
| NDA | New Drug Application |
| ng | nanogram ($10^{-9}$ g) |
| nM | nanomolar ($10^{-9}$ M or $10^{-9}$ mol/l) |
| NG | norgestrel |
| NGM | norgestimate |
| NME | new molecular entity |
| OBJF | objective function |
| OC | oral contraceptive |
| op. cit. | work previously cited |
| PE | pulmonary embolism |
| PEM | prescription event monitoring |
| PFBCl | pentafluorobenzoyl chloride |
| pg | picogram ($10^{-12}$ g) |
| PK | pharmacokinetics |
| pM | picomolar ($10^{-12}$ M or $10^{-12}$ mol/l) |
| PMDD | premenstrual dysphoric disorder |
| q.v. | which see |
| RIA | radioimmunoassay |
| sd | standard deviation |

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 24 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-9 *SEALED*   Filed 11/14/11   Page 63 of 119
Page ID #16606

| SH T00186D | 3 mg/d DRSP + 20 µg/d EE (Studies A03328 and A41549); same doses as *Yaz*® |
| SH T 470 E | 2 mg/d DRSP + 30 µg/d EE (Studies A470 and 9274) |
| SH T 470 F | 3 mg/d DRSP + 30 µg/d EE (Study A470); same doses as *Yasmin*® |
| SH T 470 FA | 3 mg/d DRSP + 30 µg/d EE (Study AI98); same doses as *Yasmin*® |
| SH T 470 G | 4 mg/d DRSP + 30 µg/d EE (Study 9274) |
| SHBG | sex hormone binding globulin |
| $t_{\frac{1}{2}}$ | terminal half-life |
| $t_{max}$ | time to maximum concentration |
| $V_d$ | volume of distribution |
| VTE | venous thromboembolism |
| *vide infra* | see below |
| *vide supra* | see above |
| UK | United Kingdom |
| US | United States |
| v., vs. | versus |
| wk | week |
| y | year |

## Appendix II.            Materials Available for My Review

In addition to the original publications, textbooks, websites, and Bayer documents specifically cited above, I had access during the preparation of this report to other materials which are not specifically cited. I had access to the depositions of several Bayer employees and former employees. I had access to numerous documents from the Bayer document production which are not specifically cited here. A list of the materials available for my review accompanies this report as a separate document.

## Appendix III.            Timetable of Selected Events

| October 1996 | IND 51,693 for *Yasmin*® and contraception submitted to FDA |
| August 1997 | IND 53,905 for *Yasmin*® and PMDD submitted to FDA (never approved) |
| May 1999 | NDA 21,098 for *Yasmin*® submitted to FDA |
| August 2000 | IND 60,738 for *Yaz*® and contraception submitted to FDA |

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 25 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-P *SEALED*   Filed 11/14/11   Page 64 of 119
Page ID #16607

| May 2001 | *Yasmin*® approved by FDA for contraception (approved in Europe 2000, approved in UK 2002) |
| May 2001 | *Yasmin*® first label |
| November 2001 | IND for *Yaz*® and PMDD submitted to FDA |
| April 2002 | Sheldon, "Dutch GPs warned against new contraceptive pill" *Brit. Med. J.* <u>324</u>: 869 (2002). |
| October 2002 | IND 65,370 for *Yaz*® and acne submitted to FDA |
| February 2003 | *Brit. Med. J.* "Thromboembolism associated with new contraceptive Yasmin" |
| July 2003 | Berlex warned about misleading TV ads for *Yasmin*® |
| October 2003 | NDA 21,676 for *Yaz*® and contraception submitted to FDA |
| 2004-2006 | Meetings with FDA to discuss concerns surrounding VTE/ATE issues throughout approval process for *Yaz*® |
| December 2004 | NDA 21,873 for *Yaz*® and PMDD submitted to FDA |
| July 2005 | PEM study published (online March 2005) |
| February 2006 | Ingenix Final Study Report (later published as Seeger *et al.*, *Obstet. Gynecol.* <u>110</u>: 587-593, 2007). |
| March 2006 | *Yaz*® approved by FDA for contraception |
| March 2006 | First *Yaz*® label |
| March 2006 | NDA 22,045 for *Yaz*® and acne submitted to FDA |
| April 2006 | EURAS Final Study Report |
| October 2006 | *Yaz*® approved by FDA for PMDD |
| January 2007 | *Yaz*® approved by FDA for acne |
| January 2007 | *Yaz*® label change |
| May 2007 | Dinger *et al.*, *Contraception* <u>75</u>: 344-354, 2007, publishes EURAS Final Results (online in February 2007). |
| September 2007 | Ingenix study published (Seeger *et al.*, "Risk of thromboembolism in women taking ethinylestradiol/drospirenone and other oral contraceptives", *Obstet. Gynecol.* <u>110</u>: 587-593, 2007). |
| October 2008 | Bayer warned about misleading TV ads for *Yaz*® |
| February 2009 | Jenapharm Postmarketing Surveilance Study A32276 including adverse reactions |
| March 2009 | Bayer warned about misleading internet links for *Yaz*® |
| August 2009 | Lidegaard *et al.*, *Brit. Med. J.* <u>339</u>: b2890, 2009 (Danish study) published online |

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 26 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-P *SEALED*   Filed 11/14/11   Page 65 of 119
Page ID #16608

| | |
|---|---|
| August 2009 | Bayer warned about Bergkamen facility |
| August 2009 | van Hylckama Vlieg *et al., Brit. Med. J.* <u>339</u>: b2921, 2009 (MEGA study) published online. |
| September 2009 | Leiden Report A41096 (Study Report November 2009) |
| March 2010 | *Yaz*® and *Yasmin*® label change in Europe |
| April 2010 | *Yaz*® and *Yasmin*® label change in US (epidemiology) |
| May 2010 | Second Dinger article published.  "Risk of venous thromboembolism and the use of dienogest- and drospirenone-containing oral contraceptives: results from a German case-control study" (Dinger *et al., J. Fam. Plann. Reprod. Health Care* <u>36</u>: 123-129, 2010). |
| March 2011 | *Yasmin*® and *Yaz*® label change in US, noting that risk is highest in new users. |
| April 2011 | Two epidemiology studies published in *BMJ*.  (Parkin *et al., Brit. Med. J.* <u>340</u>: d2139, 2011; Jick & Hernandez, *Brit. Med. J.* <u>340</u>: d2151, 2011). |
| May 2011 | EMA announces label update regarding thromboembolism risk |
| May 2011 | FDA Drug Safety Communication |

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 27 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 209661 *SEALED*   Filed 11/14/11   Page 66 of 119
Page ID #16609

# CURRICULUM VITAE

NAME:          **John E. Maggio**

ADDRESS:       Department of Pharmacology & Cell Biophysics
               University of Cincinnati College of Medicine
               2120 East Galbraith Road, Room A237
               P.O. Box 670505
               Cincinnati, OH  45237-0505
               tel:    (513) 558-2354
               fax:    (513) 558-0646
               email: john.maggio@uc.edu

BORN:          6 November 1952  (Houston, TX)

## EDUCATION

| 1975 | A.B. (Chemistry) | Harvard College, Cambridge, MA |
| 1975 | A.M. (Chemistry) | Harvard University, Cambridge, MA |
| 1981 | Ph.D. (Organic Chemistry) | Harvard University, Cambridge, MA |

## POSTDOCTORAL TRAINING

| 1981-1983 | Postdoctoral Research Associate, University Chemical Laboratory and Medical Research Council Neurochemical Pharmacology Unit, Cambridge, UK |
| 1984-1985 | Postdoctoral Fellow, Neuropsychopharmacology Research Unit, Yale University School of Medicine, New Haven, CT |

## ACADEMIC APPOINTMENTS

| 1985-1987 | Assistant Professor of Pharmacology, Harvard Medical School, Boston, MA |
| 1987-1991 | Assistant Professor of Biological Chemistry and Molecular Pharmacology, Harvard Medical School, Boston, MA |
| 1991-1997 | Associate Professor of Biological Chemistry and Molecular Pharmacology, Harvard Medical School, Boston, MA |
| 1997-2007 | Director (Chair) of the Department of Pharmacology and Cell Biophysics, University of Cincinnati College of Medicine, Cincinnati, OH |
| 1997- | Flor van Maanen Professor of Pharmacology and Experimental Therapeutics, University of Cincinnati College of Medicine, Cincinnati, OH |
| 2007- | Visiting Professor of Neurology, Harvard Medical School, Harvard Institutes of Medicine, Boston, MA |

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 28 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 67 of 119
Page ID #16610

## AWARDS and HONORS

| | |
|---|---|
| 1971-1975 | Dean's List, Harvard College Scholarship for Outstanding Academic Achievement, National Merit Scholar (Harvard College, Cambridge, MA) |
| 1975 | A.B. *magna cum laude* with Highest Honors (Harvard College, Cambridge, MA) |
| 1976-1978 | National Science Foundation Graduate Fellow (Harvard University, Cambridge, MA) |
| 1981-1982 | Member of the High Table, King's College (University of Cambridge, Cambridge, UK) |
| 1981-1982 | North Atlantic Treaty Organization / National Science Foundation Postdoctoral Fellow (University Chemical Laboratory and Medical Research Council, Cambridge, UK) |
| 1983-1984 | Muscular Dystrophy Association Postdoctoral Fellow (University of Cambridge, Cambridge, UK, and Yale University School of Medicine, New Haven, CT) |
| 1999-2002 | Zenith Investigator of the National Alzheimer's Association (University of Cincinnati College of Medicine, Cincinnati, OH) |
| 2005 | President's Award of the Alzheimer's Association, Greater Cincinnati Chapter (Cincinnati, OH) |

## ORIGINAL PUBLICATIONS

1.  Maggio, J.E.:  Structure of a mycobacterial polysaccharide - fatty acyl-CoA complex: Nuclear magnetic resonance studies.  Proc. Natl. Acad. Sci. USA 77: 2582-2586, 1980.

2.  Simmons III, H.E., and Maggio, J.E.:  Synthesis of the first topologically nonplanar molecule.  Tetrahedr. Lett. 22: 287-290, 1981.  [>50 citations]

3.  Maggio, J.E., Simmons III, H.E., and Kouba, J.K.:  Trispiro[tricyclo[3.3.3.0$^{1,5}$]undecane-2,1':8,1'':9,1'''-tris[cyclopropane]], a chiral fluxional hydrocarbon.  J. Am. Chem. Soc. 103: 1579-1581, 1981.

4.  Benner, S.A., Maggio, J.E., and Simmons III, H.E.:  Rearrangement of a geometrically restricted triepoxide to the first topologically nonplanar molecule: A reaction path elucidated by using oxygen isotope effects on carbon-13 chemical shifts.  J. Am. Chem. Soc. 103: 1581-1582, 1981.

5.  Maggio, J.E.:  Nuclear magnetic resonance studies of mycobacterial polysaccharide - fatty acyl-CoA interactions in the control of fatty acid biosynthesis in *Mycobacterium smegmatis*.  Ph.D. Thesis, Harvard University, 1981.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 29 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-P*SEALED*   Filed 11/14/11   Page 68 of 119
#20668
Page ID #16611

6.   Welzel, P., Wietfeld, B., Kunisch, F., Schubert, T., Hobert, K., Duddeck, H., Muller, D., Huber, G., Maggio, J.E., and Williams, D.H.:  Moenomycin A: Further structural studies and preparation of simple derivatives.  Tetrahedr. Lett. <u>39</u>: 1583-1591, 1983.

7.   Sandberg, B.E.B., Maggio, J.E., Bishai, W.R., and Hannah, P.A.:  A conformational approach to structure-activity studies of substance P.  In: <u>Substance P - Dublin 1983</u> (Skrabanek, P., and Powell, D., Eds.), Boole Press, Dublin, pp. 18-19, 1983.

8.   Maggio, J.E., Sandberg, B.E.B., Bradley, C.V., Iversen, L.L., Santikarn, S., Williams, D.H., Hunter, J.C., and Hanley, M.R.:  Substance K: A novel tachykinin in mammalian spinal cord.  In: <u>Substance P - Dublin 1983</u> (Skrabanek, P., and Powell, D., Eds.), Boole Press, Dublin, pp. 20-21, 1983.

9.   Hunter, J.C., and Maggio, J.E.:  Pharmacological characterization of a novel tachykinin isolated from mammalian spinal cord.  Eur. J. Pharmacol. <u>97</u>: 159-160, 1984.  [>50 citations]

10.  Hunter, J.C., Maggio, J.E., and Mantyh, P.W.:  Evidence for vasoactive intestinal polypeptide as a neurotransmitter in smooth muscle of the urogenital tract.  Brain Res. <u>305</u>: 221-229, 1984.

11.  Mantyh, P.W., Hunt, S.P., and Maggio, J.E.:  Substance P receptors:  Localization by light microscopic autoradiography in rat brain using [3]H-SP as the radioligand.  Brain Res. <u>307</u>: 147-166, 1984.  [>150 citations]

12.  Mantyh, P.W., Maggio, J.E., and Hunt, S.P.:  The autoradiographic distribution of kassinin and substance K binding sites is different from the distribution of substance P binding sites in rat brain.  Eur. J. Pharmacol. <u>102</u>: 361-364, 1984.  [>100 citations]

13.  Maggio, J.E. and Hunter, J.C.:  Regional distribution of kassinin-like immunoreactivity in rat central and peripheral tissues and the effect of capsaicin.  Brain Res. <u>307</u>: 370-373, 1984.  [>100 citations]

14.  Hunter, J.C. and Maggio, J.E.:  A pharmacological study with substance K: Evidence for multiple types of tachykinin receptors.  Eur. J. Pharmacol. <u>105</u>: 149-153, 1984.

15.  Hanley, M.R., Sandberg, B.E.B., Watson, S.P., Downes, C.P., Maggio, J.E., and Iversen, L.L.:  Biochemical pharmacology of substance P receptors.  Methodol. Surv. Biochem. Anal. <u>13</u>: 499-501, 1984.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 30 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 69 of 119
Page ID #16612

16.    Mock, W.L., Manimaran, T., Freeman, W.A., Kuksuk, M., Maggio, J.E., and
       Williams, D.H.:  A novel hexacyclic ring system from glycoluril.  J. Org.
       Chem. 50: 60-62, 1985.

17.    Hunter, J.C., Hannah, P.A., and Maggio, J.E.:  The regional distribution of kassinin-
       like immunoreactivity in central and peripheral tissues of the cat.  Brain Res.
       341: 228-233, 1985.

18.    Kalivas, P.W., Deutch, A.Y., Maggio, J.E., Mantyh, P.W., and Roth, R.H.:
       Substance K and substance P in the ventral tegmental area.  Neurosci. Lett.
       57: 241-246, 1985.

19.    Deutch, A.Y., Maggio, J.E., Bannon, M.J., Kalivas, P.W., Tam, S.-Y., Goldstein, M.,
       and Roth, R.H.:  Substance K and substance P differentially modulate
       mesolimbic and mesocortical systems.  Peptides 6(Suppl. 2): 113-122, 1985.
       [>50 citations]

20.    Lee, J.-M., McLean, S., Maggio, J.E., Zamir, N., Roth, R.H., Eskay, R.L., and
       Bannon, M.J.:  The localization and characterization of substance P and
       substance K in striatonigral neurons.  Brain Res. 371: 152-154, 1986.  [>50
       citations]

21.    Gibson, B.W., Poulter, L., Williams, D.H., and Maggio, J.E.:  Novel peptide
       fragments originating from the caerulein, xenopsin, and PGL$^a$ precursors
       from Xenopus laevis.  J. Biol. Chem. 261: 5341-5349, 1986.  [>100 citations]

22.    Bannon, M.J., Deutch, A.Y., Tam, S.-Y., Zamir, N., Eskay, R.L., Lee, J.-M., Maggio,
       J.E., and Roth, R.H.:  Mild footshock stress dissociates substance P from
       substance K and dynorphin from Met- and Leu-enkephalin.  Brain Res. 381:
       393-396, 1986.

23.    Mantyh, P.W., Maggio, J.E., and Mantyh, C.R.:  Heterogeneity of central and
       peripheral tachykinin binding sites.  In: Substance P and Neurokinins (Henry,
       J.L., et al., Eds.), Springer-Verlag, New York, pp. 366-371, 1987.

24.    Welzel, P., Kunisch, F., Kruggel, F., Stein, H., Scherkenbeck, J., Hiltman, A.,
       Duddeck, H., Müller, D., Maggio, J.E., Fehlhaber, H.-W., Seibert, G., van
       Heijenoort, Y., and van Heijenoort, J.:  Moenomycin A: Minimum  structural
       requirements for biological activity.  Tetrahedron 43: 585-598, 1987.

25.    Jones, E.G., Defelipe, J., Hendry, S.H.C., and Maggio, J.E.:  A study of tachykinin
       immunoreactive neurons in monkey cerebral cortex.  J. Neurosci. 8: 1206-
       1224, 1988.  [>50 citations]

26.    Mantyh, P.W., Mantyh, C.R., Gates, T.S., Vigna, S.R., and Maggio, J.E.:  Receptor
       binding sites for substance P and substance K in the canine gastrointestinal

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 31 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-P *SEALED*   Filed 11/14/11   Page 70 of 119
Page ID #16613

John E. Maggio, Ph.D.
Curriculum Vitae

tract and their possible role in inflammatory bowel disease.  Neuroscience
25: 817-838, 1988.  [>50 citations]

27.   Popper, P., Mantyh, C.R., Vigna, S.R., Maggio, J.E., and Mantyh, P.W.:  The
localization of sensory nerve fibers and receptor binding sites for sensory
neuropeptides in canine mesenteric lymph nodes.  Peptides 9: 257-267,
1988.  [>50 citations]

28.   Mantyh, C.R., Gates, T.S., Zimmerman, R.P., Welton, M.L., Passaro Jr., E.P.,
Vigna, S.R., Maggio, J.E., Kruger, L., and Mantyh, P.W.:  Receptor binding
sites for substance P, but not substance K or neuromedin K, are expressed
in high concentrations by arterioles, venules and lymph nodules in surgical
specimens obtained from patients with ulcerative colitis and Crohn disease.
Proc. Natl. Acad. Sci. USA 85: 3235-3239, 1988.  [>200 citations]

29.   Gates, T.S., Zimmerman, R.P., Mantyh, C.R., Vigna, S.R., Too, H.P., Maggio, J.E.,
Welton, M.L., Passaro Jr., E. P., and Mantyh, P.W.:  Substance P and
substance K receptor binding sites in the human gastrointestinal tract:
Localization by autoradiography.  Peptides 9: 1207-1220, 1988.

30.   Mantyh, C.R., Gates, T., Zimmerman, R.P., Kruger, L., Maggio, J.E., Vigna, S.R.,
Basbaum, A.I., Levine, J., and Mantyh, P.W.:  Alterations in the density of
receptor binding sites for sensory neuropeptides in the spinal cord of arthritic
rats.  In: The Arthritic Rat as a Model of Clinical Pain? (Besson, J.-M., and
Guilbaud, G., Eds.), Excerpta Medica International Congress Series 837,
Elsevier Science Publishers, Amsterdam, pp. 139-152, 1988.

31.   Mantyh, P.W., Gates, T.S., Mantyh, C.R., and Maggio, J.E.:  Autoradiographic
localization and characterization of tachykinin receptor binding sites in the rat
brain and peripheral tissues.  J. Neurosci. 9: 258-279, 1989.  [>250 citations]

32.   Too, H.P., Cordova, J.L., and Maggio, J.E.:  Heterogeneity of tachykinin peptides in
the rat spinal cord and dorsal root ganglia.  Peptides 10: 25-30, 1989.

33.   Mantyh, P.W., Johnson, D.J., Boehmer, C.G., Catton, M.D., Vinters, H.V., Maggio,
J.E., Too, H.P., and Vigna, S.R.:  Substance P receptor binding sites are
expressed by glia in vivo after neuronal injury.  Proc. Natl. Acad. Sci. USA
86: 5193-5197, 1989.  [>100 citations]

34.   Mantyh, P.W., Catton, M.D., Boehmer, C.G., Welton, M.L., Passaro Jr., E.P.,
Maggio, J.E., and Vigna, S.R.:  Receptors for sensory neuropeptides in
human inflammatory diseases: Implications for the effector role of sensory
neurons.  Peptides 10: 627-645, 1989.  [>100 citations]

35.   Vigna, S.R., Mantyh, C.R., Soll, A.H., Maggio, J.E., and Mantyh, P.W.:  Substance
P receptors on canine chief cells: Localization, characterization, and function.
J. Neurosci. 9: 2878-2886, 1989.

Case 3:09-md-02100-DRH-PMF  Document 2096-10  Filed 11/14/11  Page 32 of 45  Page ID
Case 3:09-md-02100-DRH-PMF  Document 2096-6 *SEALED*  Filed 11/14/11  Page 71 of 119
#20866
Page ID #16614

36.    Too, H.P., Cordova, J.L., and Maggio, J.E.:  A novel radioimmunoassay for
       neuromedin K.  I. Absence of neuromedin K-like immunoreactivity in guinea-
       pig ileum and urinary bladder. II. Heterogeneity of tachykinins in guinea pig
       tissues.  Regul. Peptides 26: 93-105, 1989.

37.    Guard, S., Watson, S.P., Maggio, J.E., Too, H.P., and Watling, K.J.:
       Pharmacological analysis of [$^3$H]-senktide binding to NK$_3$ tachykinin receptors
       in guinea-pig ileum longitudinal muscle-myenteric plexus and cerebral cortex
       membranes.  Brit. J. Pharmacol. 99: 767-773, 1990.  [>50 citations]

38.    Too, H.P., and Maggio, J.E.:  Immunocytochemical localization of neuromedin K
       (neurokinin B) in rat spinal cord and ganglia.  Peptides 12: 431-443, 1991.

39.    Mantyh, P.W., Catton, M., Maggio, J. E., and Vigna, S.R.:  Alterations in receptors
       for sensory neuropeptides in human inflammatory bowel disease.  Adv. Exptl.
       Medicine Biol. 298: 253-283, 1991.

40.    Mantyh, P.W., Catton, M.D., Allen, C.J., Labenski, M.E., Maggio, J.E., and Vigna,
       S.R.:  Receptor binding sites for cholestokinin, galanin, somatostatin,
       substance P and vasoactive intestinal polypeptide in sympathetic ganglia.
       Neuroscience 46: 739-754, 1992.

41.    Maggio, J.E., Stimson, E.R., Ghilardi, J.R., Allen, C.J., Dahl, C.E., Whitcomb, D.C.,
       Vigna, S.R., Vinters, H.V., Labenski, M.E., Mantyh, P.W.:  Reversible in vitro
       growth of Alzheimer disease beta-amyloid plaques by deposition of labeled
       amyloid peptide.  Proc. Natl. Acad. Sci. USA 89: 5462-5466, 1992.  [>150
       citations]

42.    DeBin, J.A., Maggio, J.E., Strichartz, G.R.:  Purification and characterization of
       chlorotoxin, a chloride channel ligand from the venom of the scorpion.  Amer.
       J. Physiol. 264: C361-C369, 1992.  [>100 citations]

43.    Mantyh, P.W., Stimson, E.R., Ghilardi, J.R., Allen, C.J., Dahl, C.E., Whitcomb, D.C.,
       Vigna, S.R., Vinters, H.V., Labenski, M.E., Maggio, J.E.:  Reversible in vitro
       growth of Alzheimer disease β-amyloid plaques.  Bull. Clin. Neurosci. 56: 73-
       85, 1992.

44.    Allen, C.J., Ghilardi, J.R., Vigna, S.R., Mannon, P.J., Taylor, I.L., McVey, D.C.,
       Maggio, J.E., Mantyh, P.W.:  Neuropeptide Y/Peptide YY receptor binding
       sites in the heart: Localization and pharmacological characterization.
       Neuroscience 53: 889-898, 1993.

45.    Mantyh, P.W., Ghilardi, J.R., Rogers, S., DeMaster, E., Allen, C.J., Stimson, E.R.,
       and Maggio, J.E.:  Aluminum, iron, and zinc ions promote aggregation of
       physiological concentrations of β-amyloid peptide.  J. Neurochem. 61: 1171-
       1174, 1993.  [>200 citations]

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 33 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document #20967 *SEALED*   Filed 11/14/11   Page 72 of 119
Page ID #16615

46.   Liu, H., Brown, J.L., Jasmin, L., Maggio, J.E., Vigna, S.R., Mantyh, P.W., and
        Basbaum, A.I.:  Synaptic relationship between substance P and substance P
        receptor:  Light and electron microscopic characterization of the mismatch
        between neuropeptides and their receptors.  Proc. Natl. Acad. Sci. USA 91:
        1009-1013, 1994.  [>200 citations]

47.   Pappenheimer, J.R., Dahl, C.E., Karnovsky, M.L., and Maggio, J.E.:  Intestinal
        absorption and excretion of octapeptides composed of D-amino acids.  Proc.
        Natl. Acad. Sci. USA 91: 1942-1945, 1994.  [>50 citations]

48.   Mantyh, C.R., Vigna, S.R., Maggio, J.E., Mantyh, P.W., Bollinger, R.R., and
        Pappas, T.N.:  Substance P binding sites on intestinal lymphoid aggregates
        and blood vessels in inflammatory bowel disease correspond to authentic
        NK-1 receptors.  Neurosci. Lett. 178: 255-259, 1994.

49.   Blanton, M.P., Li, Y.-M., Stimson, E.R., Maggio, J.E., and Cohen, J.B.:  Agonist-
        induced photoincorporation of a p-benzoylphenylalanine derivative of
        substance P into the M2 region of the Torpedo nicotinic acetylcholine
        receptor $\delta$-subunit.  Molec. Pharmacol. 46: 1048-1055, 1994.

50.   Li, Y.-M., Wingrove, D.E., Too, H.P., Marnerakis, M., Stimson, E.R., Strichartz,
        G.R., and Maggio, J.E.:  Local anesthetics inhibit substance P binding and
        evoked increases in intracellular $Ca^{2+}$.  Anesthesiology 82: 166-173, 1995.
        [>50 citations]

51.   Li, Y.-M., Marnerakis, M., Stimson, E.R., and Maggio, J.E.:  Mapping peptide
        binding domains of the substance P (NK-1) receptor from $P388D_1$ cells with
        photolabile agonists.  J. Biol. Chem. 270: 1213-1220, 1995.  [>50 citations]

52.   Mantyh, P.W., Rogers, S.D., Allen, C.J., Catton, M.D., Ghilardi, J.R., Levin, L.A.,
        Maggio, J.E., and Vigna, S.R.:  $\beta_2$-Adrenergic receptors are expressed by
        glia in vivo in the normal and injured central nervous system in the rat, rabbit,
        and human.  J. Neurosci. 15: 152-164, 1995.

53.   Too, H.P., and Maggio, J.E.:  Simultaneous extraction of RNA and peptides from
        tissues: Application to tachykinins.  Peptides 16: 45-53, 1995.

54.   Brown, J.L., Liu, H.T., Maggio, J.E., Vigna, S.R., Mantyh, P.W., and Basbaum, A.I.:
        Morphological characterization of substance P receptor-immunoreactive
        neurons in the rat spinal cord and trigeminal nucleus caudalis.  J. Comp.
        Neurol. 356: 327-344, 1995.  [>150 citations]

55.   Lee, J.P., Stimson, E.R., Ghilardi, J.R., Mantyh, P.W., Lu, Y.-A., Felix, A.M., Llanos,
        W., Behbin, A., Cummings, M., Van Criekinge, M., Timms, W., and Maggio,
        J.E.:  [1]H-NMR of A$\beta$ amyloid peptide congeners in water solution.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 34 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-8 *SEALED*   Filed 11/14/11   Page 73 of 119
Page ID #16616

Conformational changes correlate with plaque competence. Biochemistry 34: 5191-5200, 1995. [>100 citations]

56. Mantyh, P.W., Allen, C.J., Ghilardi, J.R., Rogers, S., Mantyh, C.R., Liu, H., Basbaum, A.I., Vigna, S.R., and Maggio, J.E.: Rapid endocytosis of a G protein-coupled receptor: Substance P evoked internalization of its receptor in the rat striatum *in vivo*. Proc. Natl. Acad. Sci. USA 92: 2622-2626, 1995. [>150 citations]

57. Mantyh, C.R., Vigna, S.R., Bollinger, R.R., Mantyh, P.W., Maggio, J.E., and Pappas, T.N.: Differential expression of substance P receptors in patients with Crohns disease and ulcerative colitis. Gastroenterology 109: 850-860, 1995. [>50 citations]

58. Mantyh, P.W., Demaster, E., Ghilardi, J.R., Rogers, S., Mantyh, C.R., Basbaum, A.I., Vigna, S.R., Maggio, J.E., and Simone, D.: Receptor endocytosis and dendrite reshaping in spinal neurons after somatosensory stimulation. Science 268: 1629-1632, 1995. [>300 citations]

59. Malherbe, P., Richards, J.G., Martin, J.R., Blüthmann, H., Maggio, J.E., and Huber, G.: Lack of β-amyloidosis in transgenic mice expressing low levels of familial Alzheimer's Disease missense mutations. Neurobiol. Aging 17: 205-214, 1996.

60. Esler, W.P., Stimson, E.R., Jennings, J.M., Ghilardi, J.R., Mantyh, P.W., and Maggio, J.E.: Zinc-induced aggregation of human and rat β-amyloid peptides *in vitro*. J. Neurochem. 66: 723-732, 1996. [>50 citations]

61. Esler, W.P., Stimson, E.R., Ghilardi, J.R., Vinters, H.V., Lee, J.P., Mantyh, P.W., and Maggio, J.E.: *In vitro* growth of Alzheimer's disease β-amyloid plaques displays first order kinetics. Biochemistry 35: 749-757, 1996. [>50 citations]

62. Mantyh, P.W., Rogers, S.D., Ghilardi, J.R., Maggio, J.E., Mantyh, C.R., and Vigna, S.R.: Differential expression of two isoforms of the neurokinin-1 (substance P) receptor *in vivo*. Brain Res. 719: 8-13, 1996.

63. Biere, A.L., Ostaszewski, B., Stimson, E.R., Hyman, B.T., Maggio, J.E., and Selkoe, D.J.: Amyloid β-peptide (Aβ) is transported on lipoproteins and albumin in human plasma. J. Biol. Chem. 271: 32916-32922, 1996. [>50 citations]

64. Esler, W.P., Stimson, E.R., Ghilardi, J.R., Lu, Y.-A., Felix, A.M., Vinters, H.V., Mantyh, P.W., Lee, J.P., and Maggio, J.E.: Point substitution in the central hydrophobic cluster of a human β-amyloid congener disrupts peptide folding and abolishes plaque competence. Biochemistry 35: 13914-13921, 1996. [>50 citations]

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 35 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 74 of 119
#22660
Page ID #16617

65.   Mantyh, C.R., Maggio, J.E, Mantyh, P.W., Vigna, S.R., and Pappas, T.N.:
Increased substance P receptor expression by blood vessels and lymphoid
aggregates in *Clostridium difficile*-induced pseudomembranous colitis (Case
Review).  Digest. Dis. Sci. <u>41</u>: 614-620, 1996.

66.   Ghilardi, J.R., Catton, M., Stimson, E.R., Rogers, S., Walker, L.C., Maggio, J.E.,
and Mantyh, P.W.:  Intra-arterial infusion of $^{125}$I-A$\beta^{1-40}$ labels amyloid deposits
in the aged primate brain *in vivo*.  NeuroReport <u>7</u>: 2607-2611, 1996.

67.   Pappenheimer, J.R., Karnovsky, M.L., and Maggio, J.E.:  Absorption and excretion
of undegradable peptides: Role of lipid solubility and net charge.  J.
Pharmacol. Exptl. Therap. <u>280</u>: 292-300, 1997.

68.   Wilson, C.J., Husain, S.S., Stimson, E.R., Dangott, L.J., Miller, K.W., and Maggio,
J.E.:  *p*-(4-Hydroxybenzoyl)phenylalanine:  A photoreactive amino acid
analog amenable to radioiodination for elucidation of peptide-protein
interaction.  Biochemistry <u>36</u>: 4542-4551, 1997.

69.   Esler, W.P., Stimson, E.R., Ghilardi, J.R., Felix, A.M., Lu, Y.-A., Vinters, H.V.,
Mantyh, P.W., and Maggio, J.E.:  A$\beta$ deposition inhibitor screen using
synthetic amyloid.  Nature Biotechnol. <u>15</u>: 258-263, 1997.  [>50 citations]

70.   Rogers, S.D., Demaster, E., Catton, M., Ghilardi, J.R., Levin, L.A., Maggio, J.E.,
and Mantyh, P.W.:  Expression of endothelin-B receptors by glia *in vivo* is
increased after CNS injury in rats, rabbits, and humans.  Exp. Neurol. <u>145</u>:
180-195, 1997.

71.   Podlisny, M.B., Walsh, D.M., Amarante, P., Ostaszewski, B.L., Stimson, E.R.,
Maggio, J.E., Teplow, D.B. and Selkoe, D.J.:  Oligomerization of
endogenous and synthetic amyloid beta-protein at nanomolar levels in cell
culture and stabilization of monomer by Congo Red.  Biochemistry <u>37</u>:
3602-3611, 1998.  [>50 citations]

72.   Weldon, D.T., Rogers, S.D., Ghilardi, J.R., Finke, M.P., Cleary, J.P., O'Hare, E.,
Esler, W.P., Maggio, J.E., and Mantyh, P.W.:  Fibrillar beta-amyloid induces
microglial phagocytosis, expression of inducible nitric oxide synthase, and
loss of a select population of neurons in the rat CNS *in vivo*.  J. Neurosci.
<u>18</u>: 2161-2173, 1998.  [>150 citations]

73.   O'Hare, E., Weldon, D.T., Mantyh, P.W., Ghilardi, J.R., Finke, M.P., Kuskowski,
M.A., Maggio, J.E., Shephard, R.A., and Cleary, J.:  Delayed behavioral
effects following intrahippocampal injection of aggregated A$\beta$(1-42).  Brain
Res. <u>815</u>: 1-10, 1999.

74.   Esler, W.P., Stimson, E.R., Fishman, J.B., Ghilardi, J.R., Vinters, H.V., Mantyh,
P.W. and Maggio, J.E.:  Stereochemical specificity of Alzheimer's disease
$\beta$-peptide assembly.  Biopolymers <u>49</u>: 505-514, 1999.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 36 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-10 *SEALED*   Filed 11/14/11   Page 75 of 119
#26670
Page ID #16618

75. Tseng, B.P., Esler, W.P., Clish, C.B., Stimson, E.R., Ghilardi, J.R., Vinters, H.V., Mantyh, P.W., and Maggio, J.E.:  Deposition of monomeric, not oligomeric, A$\beta$ mediates growth of Alzheimer's disease amyloid plaques in human brain preparations.  Biochemistry 38: 10424-10431, 1999.  [>50 citations]

76. Zhang, S.S., Iwata, K., Lachenmann, M.J., Peng, J.W., Li, S., Stimson, E.R., Lu, Y.-A., Felix, A.M., Maggio, J.E., and Lee, J.P.:  The Alzheimer's peptide A$\beta$ adopts a collapsed coil structure in water.  J. Struct. Biol. 130: 130-141, 2000.  [>100 citations]

77. Esler, W.P., Felix, A.M., Stimson, E.R., Lachenmann, M.J., Ghilardi, J.R., Lu, Y.-A., Vinters, H.V., Mantyh, P.W., Lee, J.P., and Maggio, J.E.:  Activation barriers to structural transition determine deposition rates of Alzheimer's disease A$\beta$ amyloid.  J. Struct. Biol. 130: 174-183, 2000.

78. Esler, W.P., Stimson, E.R., Jennings, J.M., Vinters, H.V., Ghilardi, J.R., Lee, J.P., Mantyh, P.W., and Maggio, J.E.:  Alzheimer's disease amyloid propagation by a template-dependent dock-lock mechanism.  Biochemistry 39: 6288-6295, 2000.  [>50 citations]

79. Egnaczyk, G.F., Greis, K.D., Stimson, E.R., and Maggio, J.E.:  Photoaffinity cross-linking of Alzheimer's disease amyloid fibrils reveals interstrand contact regions between assembled beta-amyloid peptide subunits.  Biochemistry 40: 11706-11714, 2001.

80. Cogswell, L.P., III, Mok, W.M., Raines, D.E., Parekh, S., Maggio, J.E., and Strichartz, G.R.:  Development of a novel probe for measuring drug binding to the F1*s variant of human alpha 1-acid glycoprotein.  J. Pharmaceut. Sci. 90: 1407-1421, 2001.

81. Esler, W.P., Marshall, J.R., Stimson, E.R., Ghilardi, J.R., Vinters, H.V., Mantyh, P.W., and Maggio, J.E.:  Apolipoprotein E affects amyloid formation but not amyloid growth in vitro: Mechanistic implications for ApoE4 enhanced amyloid burden and risk for Alzheimer's disease.  Amyloid J. Protein Folding Disord. 9: 1-12, 2002.

82. Marshall, J.R., Stimson, E.R., Ghilardi, J.R., Vinters, H.V., Mantyh, P.W., and Maggio, J.E.:  Non-invasive imaging of peripherally injected Alzheimer's disease type synthetic A$\beta$ amyloid in vivo.  Bioconj. Chem. 13: 276-284, 2002.

83. Peters, C.M., Rogers, S.D., Pomonis, J.D., Egnaczyk, G.F., Keyser, C.P., Schmidt, J.A., Ghilardi, J.R., Maggio, J.E., and Mantyh, P.W.:  Endothelin receptor expression in the normal and injured spinal cord: Potential involvement in injury-induced ischemia and gliosis.  Exp. Neurol. 180: 1-13, 2003.  [Erratum Exp. Neurol. 182: 518, 2003]

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 37 of 45   Page ID
#23671
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 76 of 119
Page ID #16619

84.     Egnaczyk, G.F., Pomonis, J.D., Schmidt, J.A., Rogers, S.D., Peters, C., Ghilardi,
J.R., Mantyh, P.W., and Maggio, J.E.:  Proteomic analysis of the reactive
phenotype of astrocytes following endothelin-1 exposure.  Proteomics 3: 689-
98, 2003.

85.     Chu, G., Egnaczyk, G.F., Zhao, W., Jo, S.H., Fan, G.C., Maggio, J.E., Xiao, R.P.,
and Kranias, E.G.:  Phosphoproteome analysis of cardiomyocytes subjected
to $\beta$-adrenergic stimulation: Identification and characterization of a cardiac
heat shock protein p20.  Circ. Res. 94: 184-193, 2004.  [Accompanying
editorial commentary by J.E. van Eyk:  Lessons from Old and New Kinases.
Circ. Res. 94: 135-137, 2004.]

86.     Chu, G., Kerr, J.P., Mitton, B., Egnaczyk, G.F., Vazquez, J.A., Shen, M., Kilby,
G.W., Stevenson, T.I., Maggio, J.E., Vockley, J., Rapundalo, S.T., and
Kranias, E.G.:  Proteomic analysis of hyperdynamic mouse hearts with
enhanced sarcoplasmic reticulum calcium cycling.  FASEB J. 18: 1725-1727,
2004.

87.     Zhang, J., Moseley, A., Jegga, A.G., Gupta, A., Witte, D.P., Sartor, M., Medvedovic,
M., Williams, S.S., Ley-Ebert, C., Coolen, L.M., Egnaczyk, G.F., Genter,
M.B., Lehman, M., Lingrel, J.B., Maggio, J.E., Parysek, L., Walsh, R., Xu, M.,
and Aronow, B.J.:  Neural system-enriched gene expression: Relationship to
biological pathways and neurological diseases.  Physiol. Genomics 18: 167-
183, 2004.

88.     Sevcik, M.A. Jonas, B.M., Lindsay, T.H., Halvorson, K.G., Ghilardi, J.R., Kuskowski,
M.A., Mukherjee, P., Maggio, J.E., and Mantyh, P.W.:  Endogenous opioids
inhibit pancreatic pain in a mouse model of pancreatic cancer.
Gastroenterology 131: 900-910, 2006.

Average citations per publication:  66

## SELECTED REVIEWS, CHAPTERS, COMMENTARIES, ETC.

R1.     Sandberg, B.E.B., Hanley, M.R., Iversen, L.L., Maggio, J.E., Pinnock, R.R.D., and
Watson, S.P.:  Substance P:  Inactivation in CNS, enzymatically resistant
analogue and development of 'brain-selective' agonist.  In: Peptides 1982.
Edited by K. Bláha and P. Malôn, Walter de Gruyter, Berlin, pp. 535-542,
1983.

R2.     Iversen, L.L., Watson, S.P., Sandberg, B.E.B., Hunter, J.C., and Maggio, J.E.:
Biochemical pharmacology of substance P.  In: Perspectives of
Neuroscience: From Molecule to Mind. Edited by Y. Tsukada, University of
Tokyo Press, Tokyo, pp. 3-17, 1985.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 38 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 77 of 119
Page ID #16620

John E. Maggio, Ph.D.
Curriculum Vitae

R3.     Maggio, J.E.: "Kassinin" in mammals: The newest tachykinins. Peptides 6(Suppl. 3): 237-243, 1985.

R4.     Maggio, J.E.: Tachykinins. Annu. Rev. Neurosci. 11: 13-28, 1988. In: Annual Review of Neuroscience, Vol. 11. Edited by W.M. Cowan, Annual Reviews, Palo Alto, 1988. [>500 citations]

R5.     Welton, M.L., Mantyh, C.R., Gates, T., Popper, P., Vigna, S.R., Maggio, J.E., Passaro Jr, E.P., and Mantyh, P.W.: Localization of bombesin receptors in the human gastrointestinal tract using quantitative receptor autoradiography. In: Bombesin-like Peptides in Health and Disease, New York Academy of Sciences, Ann. NY Acad. Sci. 547: 468-470, 1988.

R6.     Maggio, J.E., and Mantyh, P.W.: Gut tachykinins. In: Handbook of Physiology, Section 6: The Gastrointestinal System, Volume II. Neural and Endocrine Biology. Edited by G. Makhlouf, American Physiological Society, Bethesda, pp. 661-690, 1989.

R7.     Gates, T., Zimmerman, R., Mantyh, C., Vigna, S., Welton, M., Passaro, Jr., E., Maggio, J.E., Kruger, L., and Mantyh, P.W.: Receptor binding sites for substance P are ectopically expressed in high concentrations by arterioles, venules, and lymph nodules in surgical specimens obtained from patients with inflammatory bowel disease. In: Inflammatory Bowel Disease: Current Status and Future Approach. Edited by R.P. MacDermott, Elsevier, Amsterdam, pp. 37-42, 1989.

R8.     Mantyh, P.W., Vigna, S.R., and Maggio, J.E.: Assays for substance P and tachykinin receptors. Meth. Neurosci. 5: 404-425, 1991. In: Methods in Neuroscience, Volume 5. Neuropeptide Technology. Edited by P.M. Conn, Academic Press, Orlando, pp. 404-425, 1991.

R9.     Too, H.P., and Maggio, J.E.: Radioimmunoassay of tachykinins. Meth. Neurosci. 6: 232-247, 1991. In: Methods in Neuroscience, Volume 6. Neuropeptide Technology. Edited by P.M. Conn, Academic Press, Orlando, pp. 232-247, 1991.

R10.    Mantyh, P.W., Vigna, S.R., and Maggio, J.E.: Tachykinin receptor involvement in pathology and disease. In: The Tachykinin Receptors. Edited by S.H. Buck, Humana Press, Totowa, pp. 581-610, 1994.

R11.    Maggio, J.E., and Mantyh, P.W.: History of tachykinins. In: The Tachykinin Receptors. Edited by S.H. Buck, Humana Press, Totowa, pp. 1-21, 1994.

R12.    Maggio, J.E., Esler, W.P., Stimson, E.R., and Jennings, J.M.: Zinc and Alzheimer's disease (Technical Comment). Science 268: 1920-1921, 1995.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 39 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-P *SEALED*   Filed 11/14/11   Page 78 of 119
#16678
Page ID #16621

R13.   Maggio, J.E., and Mantyh, P.W.:  Brain Amyloid - A physicochemical perspective.
        Brain Pathol. <u>6</u>: 147-162, 1996.  [>50 citations]

R14.   Weldon, D.T., Maggio, J.E., Mantyh, P.W.:  New insights into the neuropathology
        and cell biology of Alzheimer's disease.  Geriatrics <u>52</u>: S13-S16, 1997.

R15.   Maggio, J.E., and Mantyh, P.W.:  Autoradiography of reversible ligands.  In:
        <u>Receptor Localization: Laboratory Methods and Procedures</u>.  Edited by M.A.
        Ariano, Wiley-Liss, Inc., New York, pp. 17-29, 1998.

R16.   Maggio, J.E.:  Physicochemical features of CNS amyloids and mechanisms to test
        'anti-amyloidogenic' drugs.  In: <u>Alzheimer's Disease (Third Hermann
        Boerhaave Symposium)</u>.  Edited by R.A.C. Roos, Leiden University Press,
        Leiden, Chapter 9, 1998.

R17.   Lee, J.P., Zhang, S., Clish, C., Casey, N., Hassell, D.R., Stimson, E.R., Esler, W.,
        Maggio, J.E., Lu, Y., Felix, A.M., and Peng, J.W.:  Protein folding
        intermediates and Alzheimer's disease.  In: <u>Peptide Science: Present and
        Future</u>.  Edited by Y. Shinomishi, Kluwer Academic Press, London, pp. 326-
        328, 1998.

R18.   Esler, W.P., Stimson, E.R., Mantyh, P.W., Maggio, J.E.:  Deposition of soluble A$\beta$
        onto amyloid templates with application for the identification of amyloid fibril
        extension inhibitors.  Meth. Enzymol. <u>309</u>: 350-374.  In: <u>Methods in
        Enzymology, Volume 309.  Amyloid, Prions and Other Protein Aggregates</u>.
        Edited by R. Wetzel, Academic Press, pp. 350-374, 1999.

R19.   Sia, G.M., Maggio, J.E., and Too, H.-P.:  *Gallus gallus* (chicken) substance P
        receptor (ASPR) mRNA sequence, 411 aa.  Accession Number NP_990199
        (REFSEQ Accession Number NM 204868.1, derived from AF131057.1).
        NCBI Protein Sequence Database, 2000.


## PATENTS

P1.    Maggio, J.E., and Mantyh, P.W.:  Labeled beta-amyloid peptides and methods of
        screening for Alzheimer's disease.  U.S. Patent #5,434,050 (issued July
        1995).

P2.    Maggio, J.E., and Mantyh, P.W.:  *In vitro* method for screening $\beta$-amyloid
        deposition.  U.S. Patent #5,721,106 (issued February 1998).

P3.    Maggio, J.E., and Mantyh, P.W.:  Methods of screening for agents affecting the
        deposition of $\beta$-amyloid peptides on amyloid plaques in human tissue.  U.S.
        Patent #5,837,473 (issued November 1998).

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 40 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 79 of 119
#20674
Page ID #16622

John E. Maggio, Ph.D.
Curriculum Vitae

P4.   Maggio, J.E.:  New Photolabeling Reagent.  U.S. Patent #5,986,136 (issued
      November 1999).


## SELECTED PUBLISHED ABSTRACTS, SYMPOSIA, INVITED TALKS, ETC.

A1.   Maggio, J.E., Sandberg, B.E.B., Bradley, C.V., Iversen, L.L., Santikarn, S.,
      Williams, D.H., Hunter, J.C., and Hanley, M.R.:  A novel tachykinin in
      mammalian spinal cord [Invited Talk].  Irish J. Med. Sci. 152(Suppl. 1): 45,
      1983.

A2.   Sandberg, B.E.B., Maggio, J.E., and Bishai, W.R.:  A conformational approach to
      structure-activity studies of substance P.  Irish J. Med. Sci. 152(Suppl. 1): 54,
      1983.

A3.   Maggio, J.E., and Hunter, J.C.:  Kassinin-like immunoreactivity in mammalian CNS.
      Neurosci. Lett. 14: S230, 1983.

A4.   Maggio, J.E., Hunter, J.C., Sandberg, B.E.B., Iversen, L.L., and Hanley, M.R.:
      Substance K:  A novel tachykinin in mammalian CNS.  Soc. Neurosci. Abst.
      9: 17, 1983.

A5.   Maggio, J.E., Deutch, A.Y., Bannon, M.J., Tam, S.-Y., Zamir, N., and Roth, R.H.:
      Stress affects DOPAC, substance P and substance K in the A10 but not A9
      regions.  Soc. Neurosci. Abst. 10: 1123, 1984.

A6.   Hunter, J.C., and Maggio, J.E.:  Kassinin-like immunoreactivity in central and
      peripheral tissues of the rat and cat.  In:  Substance P: Metabolism and
      Biological Actions (Jordan, C.C., and Oehme, P., Eds.), Taylor and Francis,
      London, p. 206, 1984.

A7.   Maggio, J.E., Mantyh, C.R., and Mantyh, P.W.:  Tachykinin receptors in mammals.
      Soc. Neurosci. Abst. 11: 415, 1985.

A8.   Mantyh, C.R., Brecha, N.C, Maggio, J.E., and Mantyh, P.W.:  Localization of
      specific binding sites for atrial natriuretic factor in the guinea pig periphery
      and central nervous system.  Intl. Symp. Neural Endocrine Peptides
      Receptors 5: 99, 1985.

A9.   Lee, J.-M., Maggio, J.E., McLean, S., and Bannon, M.J.:  The localization,
      characterization and pharmacological responsiveness of substance P and
      substance K in striatonigral neurons.  New Engl. Pharmacol. 14: 39, 1985.

A10.  Welton, M.L., Mantyh, C.R., Passaro, E., Vigna, S.R., Maggio, J.E., and Mantyh,
      P.W.:  The distribution of substance P and substance K receptors in the
      human colon and antrum.  Am. Coll. Surg., 1987.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 41 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 80 of 119
#32675
Page ID #16623

A11.  Welton, M.L., Mantyh, C.R., Passaro, E., Vigna, S.R., Maggio, J.E., and Mantyh,
P.W.: Tachykinin receptors in the human gastrointestinal tract: Use of
surgical specimens to probe the pathophysiology of inflammatory diseases of
the bowel. Gastroenterology 92: 1690, 1987.

A12.  Vigna, S.R., Mantyh, C.R., Soll, A.H., Maggio, J.E., and Mantyh, P.W.:
Characterization of substance P receptors on chief cells. Center Ulcer Res.
Educ., UCLA Symp. GI Tract, 1987.

A13.  Welton, M.L., Mantyh, C.R., Passaro Jr., E., Gates, T., Popper, P., Vigna, S.R.,
Maggio, J.E., and Mantyh, P.W.: Localization of bombesin receptors in
human gastrointestinal tract using quantitative receptor autoradiography.
Regul. Peptides 19: 144, 1987.

A14.  Mantyh, C.R., Vigna, S.R., Popper, P., Maggio, J.E., Welton, M.L., Passaro, E.P.,
Jr., and Mantyh, P.W.: Substance P receptors may be involved in the
pathophysiology of inflammatory bowel disease. Soc. Neurosci. Abst. 13:
1476, 1987.

A15.  Popper, P., Mantyh, S.R., Maggio, J.E., and Mantyh, P.W.: The localization of
receptor binding sites for sensory neuropeptides and sensory nerve fibers in
lymph nodes. Soc. Neurosci. Abst. 13: 1379, 1987.

A16.  Mantyh, P.W., Mantyh, C.R., Popper, P., Vigna, S.R., Kruger, L., Basbaum, A.I.,
Levine, J.D., and Maggio, J.E.: Receptors for sensory neuropeptides may be
involved in the pathophysiology of rheumatoid arthritis. Soc. Neurosci. Abst.
13: 563, 1987.

A17.  Berde, C.B., Chang, H.M., Steward, G.E., Holz, G.G., Maggio, J.E., and Kream,
R.M.: Sufentanil and D-Ala$^2$-Met$^5$-enkephalinamide inhibit substance K
release from cultured embryonic chicken sensory neurons. Intl. Anesth. Res.
Soc. Abst., 1987.

A18.  Gates, T., Zimmerman, R., Mantyh, C., Vigna, S., Welton, M., Passaro Jr., E.,
Maggio, J., Kruger, L., and Mantyh, P.: Receptor binding sites for substance
P are ectopically expressed in high concentrations by arterioles, venules and
lymph nodules in surgical specimens obtained from patients with
inflammatory bowel disease. Natl. Found. Ileitis Colitis, 1987.

A19.  Basbaum, A.I., Mantyh, P.W., McDonald, D.M., and Maggio, J.E. Contribution of
the nervous system to inflammation and inflammatory disease. Winter Conf.
Brain Res. 21: 55, 1988.

A20.  Vigna, S.R., Mantyh, C.R., Gates, T.S., Soll, A.H., Maggio, J.E., and Mantyh, P.W.:
Substance-P receptors on canine chief cells. Gastroenterology 94: A480,
1988.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 42 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-10 *SEALED*   Filed 11/14/11   Page 81 of 119
Page ID #16624

A21.   Gates, T.S., Zimmerman, R.P., Boehmer, C.G., Vigna, S.R., Maggio, J.E., and
Mantyh, P.W.:  Sympathetic neurons express high levels of receptors for
sensory neuropeptides.  Soc. Neurosci. Abst. 14: 981, 1988.

A22.   Mantyh, P.W., Maggio, J.E., and Vigna, S.R.:  Receptors for sensory
neurotransmitters in human inflammatory diseases: Implications for the
effector role of sensory neurons.  Sensory nerves and neuropeptides in
gastroenterology: From basic science to clinical perspectives 1: 47, 1989.

A23.   Spill, W.F., Too, H.P., Lippe, I.Th., and Maggio, J.E.:  Distribution of tachykinin-like
immunoreactivities in central and peripheral tissues of the rabbit.
Gastroenterology 98: A327, 1990.

A24.   Too, H.P., and Maggio, J.E.:  Neurokinin B is not found in peripheral tissues.
Substance P and related peptides: Cellular and molecular physiology 1: 20-
18, 1990.

A25.   Maggio, J.E., Krause, J.E., Kage, R., and Mantyh, P.W.:  Tachykinin receptors -
molecular biology, biochemistry, pharmacology, function.  Winter Conf. Brain
Res. 25: 4, 1991.

A26.   Allen, C.J., Labenski, M.E., Ghilardi, J.R., Catton, M.D., Mannon, P.J., Taylor, I.L.,
Vigna, S.R., Maggio, J.E., and Mantyh, P.W.:  Localization of neuropeptide Y
binding sites to small arterioles of the heart, dorsal root ganglia neurons, and
post-ganglionic sympathetic neurons suggests possible NPY actions on all
three cell types during myocardial ischemia.  Soc. Neurosci. Abst. 17: 800,
1991.

A27.   Mantyh, P.W., Labenski, M.E., Allen, C.J., Ghilardi, J.R., Whitcomb, D.C., Vigna,
S.R., Vintars, H.V., Stimson, E.R., Dahl, C.E., and Maggio, J.E.:  Distribution
and characterization of amyloid β-protein deposition in normal human and
Alzheimer diseased cerebral cortex using $^{125}I$-$\beta AP^{1-40}$ as the radioligand.
Soc. Neurosci. Abst. 17: 912, 1991.

A28.   Mantyh, P.W., Allen, C.J., Labenski, M.E., Maggio, J.E., and Vigna, S.R.:
Neuropeptide and glutamate receptors expressed by trigeminal sensory
neurons.  Chemical Senses, 1991.

A29.   Greeno, E.W., Vercellotti, G.M., Mantyh, P.W., Maggio, J.E., Jacob, H.S., and
Moldow, C.F.:  Substance P receptors on human endothelium: Role in
endothelial cell activation.  Clin. Res. 39: A756, 1991.

A30.   Greeno, E.W., Vercelloti, G.M., Mantyh, P.W., Maggio, J.E., Allen, C.W., Moldow,
C.P:  Substance P receptors on human endothelium: Role in cell activation.
Amer. Soc. Hematol., 1991.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 43 of 45   Page ID
#20677
Case 3:09-md-02100-DRH-PMF   Document 2096-7 *SEALED*   Filed 11/14/11   Page 82 of 119
Page ID #16625

A31. Ghilardi, J.R., Allen, C.J., Stimson, E.R., Vinters, H.V., Maggio, J.E., Mantyh, P.W.: Specific metals and salts promote or inhibit β-amyloid deposition onto existing plaques in Alzheimer disease brain.  Soc. Neurosci. Abst. <u>18</u>: 732, 1992.

A32. Allen, C.J., Ghilardi, J.R., Stimson, E.R., Vinters, H.V., Dysken, M.W.,  Maggio, J.E., Mantyh, P.W.: Specificity, sensitivity and ability to quantify amyloid deposits in Alzheimer disease brain using either radioiodinated βA4, Thioflavin S, Congo Red or anti-A4 antibodies.  Soc. Neurosci. Abst. <u>18</u>: 732, 1992.

A33. Mantyh, P.W., Ghilardi, J.R., Allen, C.J., Stimson, E.R., Maggio, J.E.:  High concentrations of aluminum or iron promote aggregation of human β-amyloid peptide.  Soc. Neurosci. Abst. <u>18</u>: 765, 1992.

A34. Mantyh, P.W., and Maggio, J.E.:  Substance P and the response to tissue injury. Regul. Peptides <u>1992 (Supp. 1)</u>: S19, 1992.

A35. Maggio, J.E., Mantyh, P.W., Perry, G., Schenk, D.:  β-Amyloid peptides: Deposition, aggregation, neurotoxicity, biological effects.  Winter Conf. Brain Res. <u>26</u>: 67, 1993.

A36. Mantyh, P.W., Ghilardi, J.R., Rogers, S.D., Stimson, E.R., Allen, C.J., Vinters, H.V., Dysken, M.W., and Maggio, J.E.:  Low concentrations of $^{125}$I-βA4 deposit onto both plaques and a non-plaque component in Alzheimer disease cerebral cortex.  Soc. Neurosci. Abst. <u>19</u>: 1038, 1993.

A37. Rogers, S.D., Allen, C.J. Ghilardi, J.R., Stimson, E.R., Vigna, S.R., Maggio, J.E., and Mantyh, P.W.:  *In vivo* time course of NK-1 receptor expression in astrocytes after neuronal injury.   Soc. Neurosci. Abst. <u>19</u>: 723, 1993.

A38. Ghilardi, J.R., Allen, C.J., Rogers, S.D., Stimson, E.R., Maletta, G.J., Vigna, S.R., Maggio, J.E., and Mantyh, P.W.:  Endothelin receptors are up-regulated in glia *in vivo* after neuronal injury.  Soc. Neurosci. Abst. <u>19</u>: 447, 1993.

A39. Allen, C.J., Ghilardi, J.R., Rogers, S.D., Liu, H., Brown, J., Jasmin, L., Basbaum, A.I., Vigna, S.R., Maggio, J.E., and Mantyh, P.W.:  Antibodies to the C-terminus of the NK-1 (substance P) receptor stain a specific and discrete population of neurons in the cerebral cortex and striatum.  Soc. Neurosci. Abst. <u>19</u>: 723, 1993.

A40. Mantyh, P.W., Catton, M.D., Ghilardi, J.R., Allen, C.J., Rogers, S.D., Stimson, E.R., Vigna, S.R., and Maggio, J.E.:  β$_2$-Adrenergic, endothelin-B and substance P receptors are expressed by glia *in vivo* after neuronal injury.  Neurotrauma Symp. <u>11</u>: 21, 1993.

Case 3:09-md-02100-DRH-PMF    Document 2096-10    Filed 11/14/11    Page 44 of 45    Page ID
Case 3:09-md-02100-DRH-PMF    Document 2096-8 *SEALED*    Filed 11/14/11    Page 83 of 119
#33678
Page ID #16626

A41.    Walker, L.C., Mantyh, P.W., Wagster, M.V., and Maggio, J.E.: *In vitro* binding of synthetic β-amyloid to endogenous β-amyloid in aged monkeys.  Neurology Abst. 16, 1994.

A42.    Mantyh, C.R., Vigna, S.R., Maggio, J.E., Mantyh, P.W., Sartor, R.B., and Pappas, T.N.: Substance P receptor expression and receptor antagonists in human inflammatory bowel disease (IBD) and rat enterocolitis.  Gastroenterology 106: A728, 1994.

A43.    Li, Y-M., Marnerakis, M., Stimson, E.R., Wingrove, D.H., Strichartz, G.R., and Maggio, J.E.: Mapping peptide binding domains of the substance P (NK-1) receptor with photolabile agonists.  Soc. Neurosci. Abst. 20: 905, 1994.

A44.    Lee, J.P., Stimson, E.R., Ghilardi, J.R., Mantyh, P.W., Lu, Y.-A., Felix, A.M., and Maggio, J.E.: Conformational features of plaque-competent amyloid peptides.  Soc. Neurosci. Abst. 20: 606, 1994.

A45.    Rogers, S.D., Ghilardi, J.R., Allen, C.J., Vigna, S.R., Maggio, J.E., Dysken, M.W., and Mantyh, P.W.: Non-myelin-forming Schwann cells express endothelin-B receptors *in vivo*.  Soc. Neurosci. Abst. 20: 1568, 1994.

A46.    Ghilardi, J.R., Allen, C.J., Rogers, S.D., Vigna, S.R., Maggio, J.E., Kruger, L.R., Raabe, W.A., and Mantyh, P.W.: Trigeminal and dorsal root ganglion neurons express $\alpha_1$, $\alpha_2$, $\beta_1$, $\beta_2$ -adrenergic receptor binding sites in the rat, rabbit, and monkey.  Soc. Neurosci. Abst. 20: 1568, 1994.

A47.    Mantyh, P.W., Ghilardi, J.R., Allen, C.J., Rogers, S.D., Maggio, J.E., Basbaum, A.I., Mantyh, C.R., and Vigna, S.R.: Substance P induces internalization of CNS NK-1 receptors *in vivo*.  Soc. Neurosci. Abst. 20: 905, 1994.

A48.    Hodges-Savola, C.A., Catton, M.D., Ghilardi, J.R., Allen, C.J., Rogers, S.D., Vigna, S.R., Maggio, J.E., Levin, L.A., and Mantyh, P.W.: $\beta_2$-Adrenergic receptors are expressed by glia *in vivo* in the normal and injured rat, rabbit and human CNS.  Soc. Neurosci. Abst. 20: 1497, 1994.

A49.    Rogers, S.D., Ghilardi, J.R., DeMaster, E., Liu, H., Basbaum, A.I., Mantyh, C.R., Vigna, S.R., Strichartz, G.R., Maggio, J.E., Malhotra, A., Simone, D.A., and Mantyh, P.W.: Receptor endocytosis of the substance P receptor and dendrite reshaping in spinal neurons after somatosensory stimulation.  Soc. Neurosci. Abst. 21: 1116, 1995.

A50.    Esler, W.P., Stimson, E.R., Ghilardi, J.R., Lu, Y.-A., Felix, A.M., Vinters, H.V., Lee, J.P., Mantyh, P.W., and Maggio, J.E.: Aggregation and deposition of Aβ in Alzheimer's disease are distinct biochemical processes.  Soc. Neurosci. Abst. 21: 475, 1995.

Case 3:09-md-02100-DRH-PMF   Document 2096-10   Filed 11/14/11   Page 45 of 45   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-9 *SEALED*   Filed 11/14/11   Page 84 of 119
Page ID #16627

John E. Maggio, Ph.D.
Curriculum Vitae

A51.   Walker, L.C., Ghilardi, J., Rogers, S., Catton, M., Maggio, J.E., and Mantyh, P.W.:
       *In vivo* binding of synthetic β-amyloid (Aβ) to endogenous Aβ in aged
       monkeys.  Soc. Neurosci. Abst. 21: 257, 1995.

A52.   Cleary, J. P., O'Hare, E., Weldon, D.T., Esler, W.P., Ghilardi, J.R., Rogers, S.,
       Maggio, J.E., and Mantyh, P.W.:  Distribution, stability and ultimate fate of
       aggregated β-amyloid injected into the rat brain.  Soc. Neurosci. Abst. 21:
       475, 1995.

A53.   Menning, P.M., Rogers, S.D., Ghilardi, J.R., Basbaum, A.I., Maggio, J.E., and
       Mantyh, P.W.:  Monitoring substance P diffusion in the CNS: Substance P
       receptor internalization in the spinal cord after capsaicin stimulation.
       Tachykinins, From Basic Science to Clinical Applications, October, 1995.

A54.   Ghilardi, J.R., Rogers, S.D., Basbaum, A.I., Mantyh, C.R., Vigna, S.R., Simone,
       D.A., Maggio, J.E., and Mantyh, P.W.:  Noxious mechanical, thermal, and
       chemical stimuli in the periphery induce substance P receptor internalization
       in the spinal cord: Imaging peptide action *in vivo*.  Tachykinins, From Basic
       Science to Clinical Applications, October, 1995.

A55.   Rogers, S.D., Ghilardi, J.R., DeMaster, E., Lui, H., Basbaum, A.I., Mantyh, C.R.,
       Vigna, S.R., Maggio, J.E., Malhotra, A., Simone, D.A., and Mantyh, P.W.:
       Receptor endocytosis of the substance P receptor and dendrite reshaping in
       spinal neurons after somatosensory stimulation.  Tachykinins, From Basic
       Science to Clinical Applications, October, 1995.

A56.   Li, Y.-M., Wingrove, D.E., Too, H.-P., Marnerakis, M., Stimson, E.R., Mantyh, P.W.,
       Strichartz, G.R., and Maggio, J.E.:  Substance P binding and signaling are
       inhibited by local anesthetics at clinical concentrations.  Tachykinins, From
       Basic Science to Clinical Applications, October, 1995.

A57.   Li, Y.-M., Blanton, M.P., Marnerakis, M., Stimson, E.R., Wingrove, D.E, Strichartz,
       G.R., Ghilardi, J.R., Mantyh, P.W., Cohen, J.B., and Maggio, J.E.:  Mapping
       the substance P binding regions of target proteins by photoaffinity labeling
       [Invited Talk].  Tachykinins, From Basic Science to Clinical Applications,
       October, 1995.

A58.   Esler, W.P., Stimson, E.R., Ghilardi, J.R., Lu, Y.-A., Felix, A.M., Vinters, H.V.,
       Casey, N., Hassell, D.R.M., Lee, J.P., Mantyh, P.W., and Maggio, J.E.:
       Structure-activity relationships of Aβ analogs for deposition onto Alzheimer's
       disease plaques.  FASEB Summer Research Conference, Amyloid and
       Other Abnormal Protein Assembly Processes, August, 1995.

A59.   Maggio, J.E., Stimson, E.R., Esler, W.P., Jennings, J.M., Ghilardi, J.R., Lu, Y.-A.,
       Felix, A.M., Vinters, H.V., Lee, J.P., and Mantyh, P.W.:  Deposition of
       amyloid peptides onto preformed templates [Invited Talk].  FASEB summer