# EXHIBIT 1

# 3 OF 3

# REDACTED

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 2 of 36   Page ID
#23681
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 85 of 119
Page ID #16628

research conference, Amyloid and other abnormal protein assembly processes, August, 1995.

A60.   Maggio, J.E.:  Biochemical approaches to 7TM receptors [Invited Talk].  Structure, Modeling and Biophysics of G Protein-Coupled Receptors, Philadelphia, PA, December, 1995.

A61.   Husain, S.S., Wilson, C.J., Miller, K.W., and Maggio, J.E.: *p*-(4-Hydroxybenzoyl)phenylalanine: A photoreactive amino acid analog amenable to radioiodination for elucidation of bioactive peptide-receptor interaction [Invited Talk].  Massachusetts General Hospital Research Symposium, January, 1996.

A62.   Esler, W.P., Stimson, E.R., Ghilardi, J.R., Vinters, H.V., Lee, J.P., Mantyh, P.W., and Maggio, J.E.:  Defining a new pharmacological target in Alzheimer's disease.  25th NE Pharmacologists Meeting, February, 1996.

A63.   Lee, J.P., Hassell, D.R.M., Mehr, K.G., Stimson, E.R., Esler, W.P., and Maggio, J.E.:  Estimating differences in the hydrodynamic volume of amyloid peptides from Alzheimer's disease via diffusion measurements.  37th Experimental NMR Conference, Abst. 76, 1996.

A64.   Casey, N., Stimson, E.R., Esler, W.P., Maggio, J.E., and Lee, J.P.:  Comparing the conformational properties of A$\beta$(12-28) and A$\beta$(12-28)F19T in water solution.  Experimental Nuclear Magnetic Resonance Conference, April, 1996.

A65.   Lee, J.P., Zhang, S.S., Hassell, D., Casey, N., Stimson, E.R., Esler, W.P., and Maggio, J.E.:  Forces in the formation of amyloid deposits.  Neurobiol. Aging 17: S131-S132, 1996.

A66.   Biere, A.L., Ostaszewski, B.L., Stimson, E.R., Maggio, J.E., and Selkoe, D.J.:  A$\beta$ is transported on lipoproteins and albumin in human biological fluids. Neurobiol. Aging 17: S189, 1996.

A67.   Weldon, D.T., Cleary, J.P., Esler, W.P., Ghilardi, J.R., O'Hare, E., Rogers, S.D., Giraudo, S.Q., Maggio, J.E., and Mantyh, P.W.:  Neurotoxicity of A$\beta$ peptide: Confocal imaging of cellular changes induced by $\beta$-amyloid in rat CNS *in vivo*.  Soc. Neurosci. Abst. 22: 193, 1996.

A68.   Esler, W.P., Stimson, E.R., Ghilardi, J.R., Felix, A.M., Lu, Y.-A., Tseng, B.P., Casey, N., Vinters, H.V., Karnovsky, M.L., Lee, J.P., Mantyh, P.W., and Maggio, J.E.:  Structure activity analysis of A$\beta$ deposition.  Soc. Neurosci. Abst. 22: 1170, 1996.

A69.   Ghilardi, J.R., Finke, M.P., Rogers, S.D., Stimson, E.R., Esler, W.P., Maggio, J.E. Vinters, H.V., Dysken, M.W., and Mantyh, P.W.:  Template specific deposition of A$\beta^{1-40}$ onto cerebrovascular amyloid and A$\beta^{1-42}$ onto

John E. Maggio, Ph.D.
Curriculum Vitae

parenchymal amyloid in the human Alzheimer disease brain.  Soc. Neurosci. Abst. <u>22</u>: 1171, 1996.

A70.  Podlisny, M.B., Amarante, P., Walsh, D., Stimson, E.R., Maggio, J.E., Teplow, D., and Selkoe, D.:  Aβ aggregation in cell culture: Similar aggregation of $^{125}$I-Aβ and endogenous Aβ and inhibition by Congo red.  Soc. Neurosci. Abst. <u>22</u>: 1171, 1996.

A71.  Wilson, C.J., Husain, S.S., Stimson, E.R., Dangott, L.J., Miller, K.W., Popitz-Bergez, F., and Maggio, J.E.:  $p$-(4-Hydroxybenzoyl)phenylalanine: An iodinatable photoreactive amino acid analog: Application to substance P receptor.  Soc. Neurosci. Abst. <u>22</u>: 1300, 1996.

A72.  Biere, A.L., Ostaszewski, B.L., Stimson, E.R., Hyman, B.T., Maggio, J.E., and Selkoe, D.J.:  Aβ is transported on lipoproteins and albumin in human plasma.  Soc. Neurosci. Abst. <u>22</u>: 1695, 1996.

A73.  Maggio, J.E., Esler, W.P., Stimson, E.R., Ghilardi, J.R., Vinters, H.V., and Mantyh, P.W.:  Effects of apolipoprotein E on Aβ aggregation vs. Aβ deposition *in vitro*: Mechanistic implications for the enhanced amyloid burden in ε4 Alzheimer's disease.  Soc. Neurosci. Abst. <u>22</u>: 2116, 1996.

A74.  Lee, J.P., Peng, J., Stimson, E., Hassell, D., Shang, S.-S., Casey, N., Li, S., Esler, W., Clish, C., and Maggio, J.E.:  The structure of the Alzheimer's peptide suggests that amyloidogenesis is similar to protein folding.  Mass. Alzheimer's Disease Res. Center Symposium <u>10</u>: 29, 1997.

A75.  Zhang, S., Lee, J.P., Stimson, E., Hassell, D., Casey, N., Li, S., Esler, W., Clish, C., and Maggio, J.E.:  Electrostatic property studies of Alzheimer's disease peptides by NMR.  Mass. Alzheimer's Disease Res. Center Symposium <u>10</u>: 30, 1997.

A76.  Walsh, D.M., Lomakin, A., Benedek, G.B., Maggio, J.E., Esler, W., Condron, M., and Teplow, D.B.:  Amyloid β-protein fibrillogenesis: Discovery and partial characterization of a protofibrillar intermediate.  Mass. Alzheimer's Disease Res. Center Symposium <u>10</u>: 31, 1997.

A77.  Podlisny, M.B., Amarante, P., Walsh, D., Stimson, E., Maggio, J.E., Teplow, D., and Selkoe, D.:  Aβ aggregation in cell culture: Similar aggregation of $^{125}$I-Aβ and endogenous Aβ and inhibition by Congo Red.  Mass. Alzheimer's Disease Res. Center Symposium <u>10</u>: 32, 1997.

A78.  Lee, J.P., Li, S., Stimson, E.R., Zhang, S., Maggio, J.E., and Peng, J.W.:  Conformational aspects of amyloid peptides in water solution, mechanistic implications for Alzheimer's disease.  Mass. Alzheimer's Association Res. Center Symposium <u>10</u>: 34, 1997.

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 4 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 87 of 119
#20683
Page ID #16630

A79.   Esler, W.P., Stimson, E.R., Ghilardi, J.R., Felix, A.M., Lu, Y.-A., Tseng, B.P., Casey, N., Vinters, H.V., Lee, J.P., Mantyh, P.W., and Maggio, J.E.: Structure-activity analysis of Aβ deposition.  Keystone Symp. Mol. Cell. Biol., Molec. Mechanisms in Alzheimer's Disease C1: 17, February 1997.

A80.   Ghilardi, J.R., Rogers, S., Maggio, J.E., and Mantyh, P.W.:  Site specific deposition of Aβ40 and Aβ42 in Alzheimer disease brain.  Keystone Symp. Mol. Cell. Biol., Molec. Mechanisms in Alzheimer's Disease C1: 19, February 1997.

A81.   Mantyh, P.W., Rogers, S.D., Ghilardi, J.R., Cleary, J.P., O'Hare, E., Esler, W.P., Maggio, J.E., and Weldon, D.T.: Fibrils of synthetic β-amyloid peptide induce reactive gliosis and glial expression of inducible nitric oxide synthase in the rat CNS in vivo.  Keystone Symp. Mol. Cell. Biol., Molec. Mechanisms in Alzheimer's Disease C1: 23, February 1997.

A82.   Casey, N., Stimson, E., Wilson, C., Zhang, S., Clish, C., Li, S., Esler, W., Maggio, J., and Lee, J.: Formation of dimers of the Alzheimer's Aβ peptide. Keystone Symp. Mol. Cell. Biol., Molec. Mechanisms in Alzheimer's Disease C1: 29, February 1997.

A83.   Lee, J., Peng, J., Stimson, E., Hassell, D., Zhang, S., Casey, N., Li, S., Esler, W., Clish, C., and Maggio, J.:  The structure of the Alzheimer's peptide suggests that amyloidogenesis is similar to protein folding.  Keystone Symp. Mol. Cell. Biol., Molec. Mechanisms in Alzheimer's Disease C1: 30, February 1997.

A84.   Maggio, J.E., Esler, W.P., Stimson, E.R., Ghilardi, J.R., Vinters, H.V., and Mantyh, P.W.: Apolipoprotein E affects Aβ aggregation but not Aβ deposition in vitro: APOε4 as a loss of function mutation in Alzheimer's disease.  Keystone Symp. Mol. Cell. Biol., Molec. Mechanisms in Alzheimer's Disease C1: 35, February 1997.

A85.   Lee, J.P., Zhang, S., Clish, C., Casey, N., Hassell, D.R.M., Stimson, E.R., Esler, W.P., Maggio, J.E., Lu, Y.-A., Felix, A.M., and Peng, J.W.:  Protein folding intermediates and Alzheimer's disease.  The First International Peptide Symposia, Kyoto, Japan, 1997.

A86.   Cleary, J.P., O'Hare, E., Weldon, D.T., Esler, W.P., Ghilardi, J.R., Rogers, S., Maggio, J.E., and Mantyh, P.W.: Behavioral and CNS response to aggregated Aβ injections in rats.  Soc. Neurosci. Abst. 23: 1638, 1997.

A87.   Weldon, D.T., Finke, M.P., Ghilardi, J.R., Rogers, S.D., Esler, W.P., Dysken, M.W., Maggio, J.E., and Mantyh, P.W.:  Injection of fibrillar Aβ(1-40) and Aβ(1-42) induces phagocytosis by microglia, astrocyte hypertrophy and loss of a select population of neurons in the rat brain: Dissecting the cellular cascade that mediates Aβ neurotoxicity in vivo.  Soc. Neurosci. Abst. 23: 1633, 1997.

Case 3:09-md-02100-DRH-PMF    Document 2096-11    Filed 11/14/11    Page 5 of 36    Page ID
Case 3:09-md-02100-DRH-PMF    Document 2096-1 *SEALED*    Filed 11/14/11    Page 88 of 119
Page ID #16631

John E. Maggio, Ph.D.
Curriculum Vitae

A88.  Lee, J.P., Zhang, S., Clish, C., Casey, N., Hassell, D.R., Stimson, E.R., Esler, W.P.,
      Maggio, J.E., and Peng, J.W.:  Mapping hydrophobic patches on the surface
      of the Alzheimer's disease peptide via structural and hydrodynamic
      calculations.  Protein Science 7(Suppl. 1): 173, 1998.

A89.  O'Hare, E., Weldon, D.T., Ghilardi, J.R., Rogers, S.D., Finke, M.P., Esler, W.P.,
      Maggio, J.E., Mantyh, P.W. and Cleary, J.P.:  Bilateral intrahippocampal
      aggregated beta-amyloid injection alters alternating lever cyclic-ratio
      schedule behavior in the rat.  FASEB J. 12: 4359, 1998.

A90.  Lee, J.P., Zhang, S., Heibeck, T., Casey, N., Clish, C., Hassell, D.R., Stimson, E.R.,
      Esler, W., Maggio, J.E., and Peng, J.W.:  The soluble monomeric
      Alzheimer's disease peptide: Toward a molecular hypothesis for amyloidosis.
      Biophys. J. 76: A142, 1999.

A91.  Cogswell III, L.P., Mok, W.M., Parekh, S., Maggio, J.E., Raines, D.E., and
      Strichartz, G.R.:  Development of a novel probe of drug-protein interactions.
      Biophys. J. 76: A111, 1999.

A92.  Cleary, J.P., Ghilardi, J.R., Maggio, J.E., Mantyh, P.W., Hofmeister, M., Fritz, M.,
      Hsiao, K., and O'Hare, E.:  Behavioral deficits and CNS changes in the APP-
      overexpressing transgenic mouse.  Soc. Neurosci. Abst. 25: 1861, 1999.

A93.  Addona, G.H., Maggio, J.E., and Miller, K.W.:  Topographical investigation of the
      substance P antibody binding site by site-directed spin labeling.  Biophys. J.
      78: 218POS, 2000.

A94.  Chu, G., Egnaczyk, G., Macri, J., Loo, R., Rapundalo, S.T., Maggio, J.E., and
      Kranias, E.G.:  Up-regulation and post-translational modification of SCAD in
      hyperdynamic phospholamban knockout mouse hearts.  J. Mol. Cell. Cardiol.
      32: A74, 2000.

A95.  Cogswell III, L.P., Raines, D.E., Parekh, S., Mok, W.M., Maggio, J.E., and
      Strichartz, G.R.:  Development of 2-hydroxy-3,5-diiodo-N-[2-
      (diethylamino)ethyl]benzamide as a novel probe for measuring drug binding
      to human alpha 1-acid glycoprotein.  FASEB J. 14: 914, 2000.

A96.  Maggio, J.E.:  Examining cellular responses by proteomics.  Eur. J. Neurosci.
      12(Suppl.): 69, 2000.

A97.  Marshall, J.R., Esler, W.P., Stimson, E.R., Ghilardi, J.R., Vinters, H.V., Fishman,
      J.B., Mantyh, P.W., and Maggio, J.E.:  Apolipoprotein E affects amyloid
      formation but not amyloid growth *in vitro*: Mechanistic implications for apoE4
      enhanced amyloid burden and risk for Alzheimer's disease.  FASEB Summer
      Research Conference, Amyloid and Other Protein Assembly Processes,
      2000.

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 6 of 36   Page ID
#22685
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 89 of 119
Page ID #16632

A98.   Maggio, J.E.:  Dock and lock growth of Aβ amyloid [Invited Talk].  FASEB Summer
          Research Conference, Amyloid and Other Protein Assembly Processes,
          2000.

A99.   Cleary, J.P., Ghilardi, J.R., Maggio, J.E., Mantyh, P.W., Hofmeister, J.J., Fritz, M.,
          Hsiao Ashe, K., O'Hare, E.:  Immunization against Aβ in APP-overexpressing
          transgenic mice.  Soc. Neurosci. Abst. 26: 497, 2000.

A100.  Egnaczyk, G.F., Pomonis, J.D., Schmidt, J.A., Peters, C.M., Mantyh, P.W., and
          Maggio, J.E.:  Proteomic analysis of endothelin-1 treated astrocytes.  Soc.
          Neurosci. Abst. 26: 1892, 2000.

A101.  Chu, G., Egnaczyk, G.F., Maggio, J.E., and Kranias, E.G.:  2-D mapping of
          phosphoproteins in mouse cardiomyocytes in response to beta-agonists.  J.
          Mol. Cell. Cardiol. 33: A21, 2001.

A102.  Chu, G., Egnaczyk, G.F., Maggio, J.E., and Kranias, E.G.:  Proteomic analysis
          identifies mouse cardiomyocyte phosphoproteins associated with
          hyperdynamic contractility.  Circulation 104 Suppl.: 1510 (#11-314), 2001.

A103.  Chu, G., Egnaczyk, G.F., Maggio, J.E., and Kranias, E.G.:  Proteomic analysis of
          phosphorylation profile in the phospholamban-deficient hypercontractile
          cardiomyocytes.  J. Cardiac Failure 7: 8, 2001.

A104.  Keyser, C.P., Rogers, S.D., Peters, C.M., Sabino, M.C., Luger, N.M., Maggio, J.E.,
          and Mantyh, P.W.:  Long term plasticity induced by chronic pain:
          Proliferation and death of cells in the spinal cord and DRG in a murine model
          of bone cancer pain.  Soc. Neurosci. Abst. 27: 55.1, 2001.

A105.  Maggio, J.E., Stimson, E.R., Egnaczyk, G.F.:  Using unnatural amino acids to probe
          biological function [Invited Talk].  Indian Institute of Science, Bangalore,
          India, 2002.

A106.  Maggio, J.E., Stimson, E.R., Esler, W.P., Egnaczyk, G.F., Marshall, J.R., and Lee,
          J.P.:  Folding and misfolding in neurodegenerative disease: Amyloid, Aβ, and
          Alzheimer's [Invited Talk].  The First Indian Symposium of the Protein
          Society, Mumbai, India, Abst. IL-16, 2002.

A107.  Maggio, J.E., Egnaczyk, G.F., Stimson, E.R., Wilson, C.J.:  Using photoaffinity
          labels to investigate biological interactions [Invited Talk].  Dept. of Organic
          Chemistry, IISc Bangalore, Bangalore, India, 2002.

A108.  Chu, G, Egnaczyk, G.F., Zhao, W., Gerst, M., Maggio, J.E.:  Identification of a novel
          heat shock-like phosphoprotein associated with β-adrenergic signaling in
          mouse cardiomyocytes.  Circulation 106(19): 11-26, 2002.

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 7 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-11 *SEALED*   Filed 11/14/11   Page 90 of 119
Page ID #16633

John E. Maggio, Ph.D.
Curriculum Vitae

A109.  Maggio, J.E.:  Tachykinins and their receptors:  From isolation, to sequence, to function [Invited Talk].  Winter Neuropeptide Conference, Regulatory Peptides 110: 136, 2003.

A110.  Schwei, M.J., Maggio, J.E., Sevcik, M.E., Peters, C.M., Lindsay, T.H., Luger, N.M., Rohrich, H., Goblirsch, M.J., Matthews, W.E., Clohisy, D.R., Ghilardi, J.R., and Mantyh, P.W.:  Radiation and chemotherapy induced neuropathic pain.  Soc. Neurosci. Abst. 29: 178.11, 2003.

A111.  Peters, C.M., Ghilardi, J.R., Lindsay, T.H., Mach, D.B., Rogers, S.D., Roehrich, H., Sevcik, M.A., Schwei, M.J., Maggio, J.E., and Mantyh, P.W.  Morphological and neurochemical plasticity of peripheral glial cells in bone cancer pain.  Soc. Neurosci. Abst. 29: 815.3, 2003.

A112.  Maggio, J.E.:  Protein misfolding and misassembly in disease: A$\beta$, amyloid & Alzheimer's [Invited Talk].  Cornell-Weill College of Medicine (Pharmacology/Neurology), New York, 2004.

A113.  Maggio, J.E.:  Peptide misassembly in neurological disease: A$\beta$ and Alzheimer's disease [Invited Talk].  Temple University School of Medicine (Pharmacology), Philadelphia, 2005.

A114.  Maggio, J.E.:  Protein misfolding and misassembly in disease: A$\beta$, amyloid & Alzheimer's [Invited Talk].  University of Cincinnati College of Medicine, Cincinnati, 2005.

A115.  Maggio, J.E.:  Protein misfolding in disease:  A$\beta$, amyloid and Alzheimer's [Invited Talk].  Temple University School of Medicine (Biochemistry), Philadelphia, 2005.

A116.  Maggio, J.E.:  Protein misassembly and neurological disease:  A$\beta$, amyloid and Alzheimer's disease [Invited Talk].  University of Wyoming (Neuroscience), Laramie, 2005.

A117.  Maggio, J.E.:  Protein misfolding and misassembly in disease:  A$\beta$, amyloid, and Alzheimer's [Invited Talk].  University of Minnesota (Neurology), Minneapolis VA (GRECC), Minneapolis, 2005.

A118.  Maggio, J.E.:  Progress against Alzheimer's disease, 1991-2006 [Keynote Address].  Alzheimer's Disease Summer Symposium, Erlanger, KY, 2006.


## SELECTED AFFILIATIONS

American Chemical Society
Society for Neuroscience

25

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 8 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-7 *SEALED*   Filed 11/14/11   Page 91 of 119
Page ID #16634

American Society for Pharmacology and Experimental Therapeutics
Federation of American Societies for Experimental Biology
Association for Medical School Pharmacology
Association of Medical School Pharmacology Chairs
International Brain Research Organization
American Association for the Advancement of Science
Foundation for Biomedical Research
American Peptide Society
International Neuropeptide Society
Boston Area Neuroscience Group
Protein Society

## COMPETITIVE SUPPORT

[Continuous extramural support since 1976; continuous NIH R01 support since 1985.]

Total competitive research support to JEM as PI by academic year (JEM individual research only; does not include direct support for my students or postdocs; does not include institutional instrumentation and infrastructure grants I wrote or co-wrote).

| | Direct costs | Indirect costs | Total costs | %effort |
|---|---|---|---|---|
| 1976-1980: | $ ≈ 12,800 | $ (unknown) | $ (unknown) | 100% |
| 1981-1985: | $ ≈ 50,000 | $ (unknown) | $ (unknown) | 100% |
| 1986-1990: | $ 706,281 | $ 564,552 | $ 1,270,833 | 80-100% |
| 1991-1995: | $ 1,239,685 | $ 953,485 | $ 2,193,170 | 80-90% |
| 1996-2000: | $ 1,226,282 | $ 722,447 | $ 1,948,729 | 35-90% |
| 2001-2005: | $ 881,357 | $ 421,726 | $ 1,303,083 | 30-40% |
| 1986-2005: | $ 4,053,605 | $ 2,662,210 | $ 6,715,815 | |
| In 2005 dollars[1]: | $ 5,683,278 | $ 3,712,991 | $ 9,396,264 | |

[1]Adjusted for NIH's Biomedical Research and Development Price Index
http://ospp.od.nih.gov/ecostudies/BRDPI_Proj_2005.pdf

| | | | | |
|---|---|---|---|---|
| 2006-2007: | $ 388,000 | $ 205,640 | $ 593,640 | 35% |

| | |
|---|---|
| Dates: | 1985-date |
| Project Title: | Various |
| PI: | Various |
| Source: | Various |
| Type & Number: | Direct support of postdocs or students in my laboratory by training grants, individual awards, federal funds, foreign governments, private sector companies, etc. Various numbers. |
| Direct Costs: | ≈$200,000        Indirect Costs: (unknown) |

| | |
|---|---|
| Dates: | 1985-date |
| Project Title: | Various |

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 9 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 92 of 119
Page ID #16635

| PI: | Various |
|---|---|
| Source: | Various |
| Type & Number: | Institutional instrumentation grants for Harvard Medical School or University of Cincinnati College of Medicine to which I contributed significantly as an author or co-PI, but was not PI. [Typically the PI was a Dean or Dept. Head.] Various numbers. |
| Direct Costs: | ≈$3,000,000          Indirect Costs: (unknown) |

| Dates: | 1985-date |
|---|---|
| Project Title: | Not applicable |
| PI: | Maggio, J.E. |
| Source: | Sundry Donor Accounts from miscellaneous individuals, organizations private sector companies, etc. Unrestricted research support. |
| Type & Number: | Not applicable |
| Direct Costs: | $46,146          Indirect Costs: $3,392 |
| Total Costs: | $49,538 |

Predoctoral Support to JEM:
　　　National Science Foundation (1976-78)
(grant number unknown)          NSF Fellowship
Direct Costs:          ≈$12,800          Indirect Costs: (unknown)

Postdoctoral Support to JEM:
　　　Science and Engineering Research Council, UK (1981-82)
　　　National Science Foundation (1982-83)
　　　North Atlantic Treaty Organization (1982-83)
　　　Muscular Dystrophy Association (1983-84)
(grant numbers unknown)          SERC (UK), NSF/NATO, MDA Fellowships
Direct Costs:          ≈$50,000          Indirect Costs: (unknown)

| Dates: | 1985-1994 |
|---|---|
| Project Title: | Tachykinins and Tachykinin Receptors |
| PI: | Maggio, J.E. |
| Source: | NIH National Institute of Neurological Disorders & Stroke |
| Type & Number: | Research grant          R01-NS22961 -01 thru -09 |
| Direct Costs: | $908,333          Indirect Costs: $731,890 |
| Total Costs: | $1,640,233 |

| Dates: | 1988-1992 |
|---|---|
| Project Title: | Tachykinins and Nociception  (project under Anesthesia Research Center Grant) |
| PI: | Maggio, J.E.  (Center Director: Miller, K.W.) |
| Source: | NIH National Institute of General Medical Sciences |
| Type & Number: | Research project under Center grant P50-GM15904 -22 thru -26 |
| Direct Costs: | $383,668 (Maggio project only)    Indirect Costs: $272,689 |

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 10 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-9 *SEALED*   Filed 11/14/11   Page 93 of 119
Page ID #16636

John E. Maggio, Ph.D.
Curriculum Vitae

Total Costs:           $656,357 (Maggio project only)

Dates:                 1989
Project Title:         Novel Bioactive Peptides
PI:                    Maggio, J.E.
Source:                Milton Fund of Harvard University
Type & Number:         Research grant              (number unknown)
Direct Costs:          $6,000                      Indirect Costs:  (none)
Total Costs:           $6,000

Dates:                 1992-1996
Project Title:         Amyloid Peptides and Alzheimer's Disease Plaques
PI:                    Maggio, J.E.
Source:                Institute of Chemistry in Medicine
Type & Number:         Research grant              (number unknown)
Direct Costs:          $249,000                    Indirect Costs:  149,400
Total Costs:           $398,400

Dates:                 1994-1997
Project Title:         Conformation and Activity of $\beta A4(10\text{-}35)\text{-}NH_2$
PI:                    Maggio, J.E.
Source:                American Health Assistance Foundation
Type & Number:         Research grant              AD 94071
Direct Costs:          $192,873                    Indirect Costs:  (none)
Total Costs:           $192,873

Dates:                 1994
Project Title:         NMR Relaxation Studies of $^{15}$N-labeled Peptides
PI:                    Maggio, J.E.
Source:                Milton Fund of Harvard University
Type & Number:         Research grant              (number unknown)
Direct Costs:          $6,000                      Indirect Costs:  (none)
Total Costs:           $6,000

Dates:                 1995-1997
Project Title:         Tachykinins and Nociception  (project under Anesthesia Research
                           Center Grant)
PI:                    Maggio, J.E.  (Center Director: Miller, K.W.)
Source:                NIH National Institute of General Medical Sciences
Type & Number:         Research project under Center grant P50-GM15904 -28 thru -30
Direct Costs:          $319,502 (Maggio project only)    Indirect Costs:  $251,679
Total Costs:           $571,181 (Maggio project only)

Dates:                 1995-2007
Project Title:         Amyloid Peptide Conformation and Amyloidosis
PI:                    Maggio, J.E.
Source:                NIH National Institute of Aging

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 11 of 36   Page ID
#22699
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 94 of 119
Page ID #16637

John E. Maggio, Ph.D.
Curriculum Vitae

Type & Number:      Research grant                    R01-AG12853 -01 through -12
Direct Costs:       $1,779,200                        Indirect Costs:  $1,116,918
Total Costs:        $2,896,118

Dates:              1997-1998
Project Title:      Faculty Training in Structural Biology
PI:                 Maggio, J.E.
Source:             University of Cincinnati
Type & Number:      Faculty Development Award for Department of Pharmacology and
                    Cell Biophysics          (number unknown)
Direct Costs:       $22,000                           Indirect Costs:  (none)
Total Costs:        $22,000

Dates:              1999-2002
Project Title:      *In vivo* measurement of $\beta$-amyloid deposition
PI:                 Maggio, J.E.
Source:             Alzheimer's Association
Type & Number:      Zenith Award Research grant       ZEN-99-1842
Direct Costs:       $180,331                          Indirect Costs:  $18,033
Total Costs:        $198,364


CURRENT SUPPORT:

Dates:              2007-2008
Project Title:      Structure of A$\beta$ Oligomers in Alzheimer's Disease
PI:                 Maggio, J.E. (100% effort)
Source:             University of Cincinnati Sabbatical Leave
Type & Number:      Sabbatical Research Leave as Visiting Professor of Neurology,
Harvard Medical School, Boston, MA (laboratory of Dennis J. Selkoe)
Direct Costs:       $448,182  for 1 July 2007 thru 31 December 2008
Indirect Costs:     $103,418  for 1 July 2007 thru 31 December 2008
Total Costs:        $551,600  for 1 July 2007 thru 31 December 2008


# DOCTORAL QUALIFYING and PRELIMINARY (CANDIDACY) EXAMINER

Student, Degree:    Eui CHOI, Ph.D.
Program:            Toxicology, Harvard School of Public Health
Date:               1987

Student, Degree:    John DeBIN, Ph.D.
Program:            Pharmacology, Harvard Medical School
Date:               1987

Student, Degree:    Benjamin STANGER, Ph.D.

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 12 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 95 of 119
#20691
Page ID #16638

John E. Maggio, Ph.D.
Curriculum Vitae

| Program: | TRIAD (Interdepartmental), Harvard Medical School |
| Date: | 1991 |

| Student, Degree: | Nidhi WILLIAMS, Ph.D. |
| Program: | TRIAD (Interdepartmental), Harvard Medical School |
| Date: | 1991 |

| Student, Degree: | Roydon PRICE, Ph.D. |
| Program: | TRIAD (Interdepartmental), Harvard Medical School |
| Date: | 1991 |

| Student, Degree: | David GARBER, Ph.D. |
| Program: | TRIAD (Interdepartmental), Harvard Medical School |
| Date: | 1991 |

| Student, Degree: | Matthew ZALNASKY, Ph.D. |
| Program: | TRIAD (Interdepartmental), Harvard Medical School |
| Date: | 1991 |

| Student, Degree: | Dong LIU, Ph.D. |
| Program: | TRIAD (Interdepartmental), Harvard Medical School |
| Date: | 1993 |

| Student, Degree: | Carlos PETOSA, Ph.D. |
| Program: | TRIAD (Interdepartmental), Harvard Medical School |
| Date: | 1993 |

| Student, Degree: | Paul TOLENTINO, Ph.D. |
| Program: | Neuroscience, Harvard Medical School |
| Date: | 1993 |

| Student, Degree: | Martha SOTO, Ph.D. |
| Program: | Neuroscience, University of Cincinnati College of Medicine |
| Date: | 1999 |

| Student, Degree: | Alicia GARDNER, Ph.D. |
| Program: | Pharmacol. Cell Biophys., University of Cincinnati College of Medicine |
| Date: | 1999 |

| Student, Degree: | Craig BOLTE, Ph.D. |
| Program: | Pharmacol. Cell Biophys., University of Cincinnati College of Medicine |
| Date: | 2001 |

| Student, Degree: | Keith GADDIE, Ph.D. |
| Program: | Pharmacol. Cell Biophys., University of Cincinnati College of Medicine |
| Date: | 2005 |

Case 3:09-md-02100-DRH-PMF Document 2096-11 Filed 11/14/11 Page 13 of 36 Page ID
Case 3:09-md-02100-DRH-PMF Document 2096-1 *SEALED* Filed 11/14/11 Page 96 of 119
Page ID #16639

John E. Maggio, Ph.D.
Curriculum Vitae

Student, Degree:    Arturo Maldonado, Ph.D.
Program:            Developmental Biology, University of Cincinnati College of Medicine
Date:               2006


## THESIS ADVISORY COMMITTEES

Student, Degree:    Kee PARK, Ph.D. (not completed)
Program:            Biol. Chem. Molec. Pharmacol., Harvard Medical School
Mentor:             Armen TASHJIAN
Dates:              1985-1986

Student, Degree:    Steven KING, Ph.D.
Program:            Physiology., Harvard Medical School
Mentor:             Tom WILSON
Dates:              1985-1988

Student, Degree:    Michael SCHWARTZCHILD, Ph.D.
Program:            Pharmacology, Harvard Medical School
Mentor:             Richard ZIGMOND
Dates:              1986-1988

Student, Degree:    Mary GROSS, Ph.D.
Program:            Toxicology, Harvard School of Public Health
Mentor:             William TOSCANO
Date:               1986-1989

Student, Degree:    John DeBIN, Ph.D.
Program:            Biol. Chem. Molec. Pharmacol., Harvard Medical School
Mentor:             Gary STRICHARTZ and John MAGGIO
Date:               1986-1992

Student, Degree:    Eui CHOI, Ph.D.
Program:            Toxicology, Harvard School of Public Health
Mentor:             William TOSCANO
Date:               1987-1990

Student, Degree:    Kimberly BIRCH, Ph.D.
Program:            Toxicology, Harvard School of Public Health
Mentor:             Jordan POBER
Date:               1987-1992

Student, Degree:    Kimberly WAGNER, Ph.D.
Program:            Biol. Chem. Molec. Pharmacol., Harvard Medical School
Mentor:             Armen TASHJIAN
Date:               1987-1994

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 14 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 97 of 119
Page ID #16640

John E. Maggio, Ph.D.<br>Curriculum Vitae

| | |
|---|---|
| Student, Degree: | Dale GOAD, Ph.D. |
| Program: | Biol. Chem. Molec. Pharmacol., Harvard Medical School |
| Mentor: | Armen TASHJIAN |
| Dates: | 1989-1995 |

| | |
|---|---|
| Student, Degree: | Michael DUNN, Ph.D. |
| Program: | Biol. Chem. Molec. Pharmacol., Harvard Medical School |
| Mentor: | David MOORE |
| Date: | 1990-1992 |

| | |
|---|---|
| Student, Degree: | Margo UTTERBACK, Ph.D. (did not complete) |
| Program: | Neuroscience, Harvard Medical School |
| Mentor: | Xandra BREAKFIELD |
| Date: | 1992-1993 |

| | |
|---|---|
| Student, Degree: | Paul TOLENTINO, Ph.D. |
| Program: | Neuroscience, Harvard Medical School |
| Mentor: | Lydia VILLA-KOMAROFF |
| Date: | 1993-1994 |

| | |
|---|---|
| Student, Degree: | Raj DASH, Ph.D. |
| Program: | Pharmacol. Cell Biophys., University of Cincinnati College of Medicine |
| Mentor: | Litsa KRANIAS |
| Date: | 1997-1999 |

| | |
|---|---|
| Student, Degree: | Alicia GARDNER, Ph.D. |
| Program: | Pharmacol. Cell Biophys., University of Cincinnati College of Medicine |
| Mentor: | Mark OLAH |
| Date: | 1998-2003 |

| | |
|---|---|
| Student, Degree: | Mark WILLIAMS, Ph.D. |
| Program: | Pharmacol. Cell Biophys., University of Cincinnati College of Medicine |
| Mentor: | Joseph SOLOMKIN |
| Date: | 1998-2000 |

| | |
|---|---|
| Student, Degree: | Shengwen ZHANG, Ph.D. |
| Program: | Neuroscience, University of Cincinnati College of Medicine |
| Mentor: | Lei YU |
| Date: | 1999-2002 |

| | |
|---|---|
| Student, Degree: | Hoa LE, Ph.D. |
| Program: | Pharmacol. Cell Biophys., University of Cincinnati College of Medicine |
| Mentor: | Scott BELCHER |
| Date: | 2002-2003 |

| | |
|---|---|
| Student, Degree: | Alex DVORETSKY |

Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 98 of 119
Page ID #16641

| | |
|---|---|
| Program: | Molec. Genetics, Biochem. Microbiol., University of Cincinnati College of Medicine |
| Mentor: | Paul ROSEVEAR |
| Date: | 1999-2004 |

| | |
|---|---|
| Student, Degree: | Beth CHANEY, Ph.D. |
| Program: | Molec. Genetics, Biochem. Microbiol., University of Cincinnati College of Medicine |
| Mentor: | Mark RANCE |
| Date: | 2001-2005 |

| | |
|---|---|
| Student, Degree: | Eric JOHNSON, Ph.D. |
| Program: | Molec. Genetics, Biochem. Microbiol., University of Cincinnati College of Medicine |
| Mentor: | Mark RANCE |
| Date: | 2001-2005 |

| | |
|---|---|
| Student, Degree: | Keith GADDIE |
| Program: | Pharmacol. Cell Biophys., University of Cincinnati College of Medicine |
| Mentor: | Terry KIRLEY |
| Date: | 2006-date |


## DISSERTATION DEFENSE EXAMINER

| | |
|---|---|
| Student, Degree: | David PRESKY, Ph.D. |
| Program: | Pharmacology, Harvard Medical School. |
| Date: | 1985 |

| | |
|---|---|
| Student, Degree: | Sheridan SWOPE, Ph.D. |
| Program: | Pharmacology, Harvard Medical School |
| Date: | 1986 |

| | |
|---|---|
| Student, Degree: | Michael SCHWARTZCHILD, Ph.D. |
| Program: | Pharmacology, Harvard Medical School |
| Date: | 1988 |

| | |
|---|---|
| Student, Degree: | Timothy TURNER, Ph.D. |
| Program: | Biol. Chem. Molec. Pharmacol., Harvard Medical School |
| Date: | 1988 |

| | |
|---|---|
| Student, Degree: | Steven GREENBERG, M.D. |
| Program: | Medicine (Harvard University-Massachusetts Institute of Technology Program in Health Science and Technology) |
| Date: | 1988 |

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 16 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 99 of 119
Page ID #16642

| | |
|---|---|
| Student, Degree: | Ravi KUMAR, Ph.D. |
| Program: | Chemistry, Harvard University |
| Date: | 1991 |

| | |
|---|---|
| Student, Degree: | John DeBIN, Ph.D. |
| Program: | Biol. Chem. Molec. Pharmacol., Harvard Medical School |
| Date: | 1992 |

| | |
|---|---|
| Student, Degree: | Junping YANG, Ph.D. |
| Program: | Biol. Chem. Molec. Pharmacol., Harvard Medical School |
| Date: | 1993 |

| | |
|---|---|
| Student, Degree: | Peter YORGEY, Ph.D. |
| Program: | Microbiology, Harvard Medical School |
| Date: | 1993 |

| | |
|---|---|
| Student, Degree: | Albert HUNG, Ph.D. |
| Program: | Neurobiology, Harvard Medical School |
| Date: | 1994 |

| | |
|---|---|
| Student, Degree: | Kimberly WAGNER, Ph.D. |
| Program: | Biol. Chem. Molec. Pharmacol., Harvard Medical School |
| Date: | 1994 |

| | |
|---|---|
| Student, Degree: | Dale GOAD, Ph.D. |
| Program: | Biol. Chem. Molec. Pharmacol., Harvard Medical School |
| Date: | 1995 |

| | |
|---|---|
| Student, Degree: | Bomie HAN, Ph.D. |
| Program: | Biol. Chem. Molec. Pharmacol., Harvard Medical School |
| Date: | 1995 |

| | |
|---|---|
| Student, Degree: | Eugene LIT, M.D. |
| Program: | Medicine, Harvard Medical School |
| Date: | 1995 |

| | |
|---|---|
| Student, Degree: | John McHUGH, M.D. |
| Program: | Medicine, Harvard Medical School |
| Date: | 1995 |

| | |
|---|---|
| Student, Degree: | E. Ravi KUMAR, Ph.D. |
| Program: | Chemistry & Life Sciences, IIT Bombay, Powai, India |
| Date: | 1996 |

| | |
|---|---|
| Student, Degree: | Mark WILLIAMS, M.D., Ph.D. |
| Program: | Pharmacol. Cell Biophys., University of Cincinnati College of Medicine |
| Date: | 2000 |

Case 3:09-md-02100-DRH-PMF  Document 2096-11  Filed 11/14/11  Page 17 of 36  Page ID
Case 3:09-md-02100-DRH-PMF  Document 2096-P *SEALED*  Filed 11/14/11  Page 100 of 119
#23696
Page ID #16643

John E. Maggio, Ph.D.
Curriculum Vitae

Student, Degree:    Shengwen ZHANG, Ph.D.
Program:            Neuroscience, University of Cincinnati College of Medicine
Date:               2002

Student, Degree:    Alicia GARDNER, Ph.D.
Program:            Pharmacol. Cell Biophys., University of Cincinnati College of Medicine
Date:               2003

Student, Degree:    Cynthia SONDAG, M.A.
Program:            Biology, University of North Dakota
Date:               2005

Student, Degree:    Beth CHANEY, Ph.D.
Program:            Molec. Genetics, Biochem. Microbiol., University of Cincinnati College
                    of Medicine
Date:               2005

Student, Degree:    Eric JOHNSON, Ph.D.
Program:            Molec. Genetics, Biochem. Microbiol., University of Cincinnati College
                    of Medicine
Date:               2005


## SELECTED INVITED TALKS

[I have not been diligent about keeping records of the invited talks I have given during my
career, so the following list is incomplete, except for 1996.]

1981-1995 (incomplete list):

| | |
|---|---|
| Biochemistry of G-Protein Coupled Receptors Symposium | Philadelphia, PA |
| Boston College (Biochemistry) | Chestnut Hill, MA |
| Boston University (Pharmacology) | Boston, MA |
| Cambridge NeuroScience (Discovery) | Cambridge, MA |
| Children's Hospital (Neurology Research) | Boston, MA |
| Connecticut Mental Health Center (Psychiatry) | New Haven, CT |
| Diatech Diagnostics | Derry, NH |
| Duke University Medical School (Pharmacology) | Durham, NC |
| Eli Lilly (Neurology/Urology) | Indianapolis, IN |
| Gliatech | Cleveland, OH |
| Gordon Conference (Neuroinflammation) | Saxton's River, VT |
| Harvard Medical School (Gastroenterology) | Boston, MA |
| Harvard Medical School (Neurology) | Boston, MA |
| Harvard Medical School (Pharmacology) | Boston, MA |
| Hereditary Disease Foundation | Los Angeles, CA |

Case 3:09-md-02100-DRH-PMF  Document 2096-11  Filed 11/14/11  Page 18 of 36  Page ID
Case 3:09-md-02100-DRH-PMF  Document 2096-7 *SEALED*  Filed 11/14/11  Page 101 of 119
Page ID #16644

John E. Maggio, Ph.D.
Curriculum Vitae

| | |
|---|---|
| Hoffmann-La Roche (Neuroscience Research) | Nutley, NJ |
| International Symposium on Nonmammalian Peptides | Firenze, Italy |
| International Tachykinin Meeting | Montreal, Canada |
| International Tachykinin Meeting | Dublin, Ireland |
| International Tachykinin Meeting | Worcester, MA |
| Lederle/Cyanamid | Pearl River, NY |
| Merck and Co. (Symposium) | Rahway, NJ |
| Merck and Co. (Neuroscience) | West Point, PA |
| Middle East Technical University (Chemistry) | Ankara, TURKEY |
| Ohio State University School of Medicine (Biochemistry) | Columbus, OH |
| Pfizer (Neurological Diseases) | Groton, CT |
| Pharmacia (Oncology) | Milan, Italy |
| Purdue University (Biochemistry) | W. Lafayette, IN |
| Society for Neuroscience (multiple) | various |
| Sterling/Kodak (Nociception) | Rensselaer, NY |
| Tachykinins in the Nervous System Conference | London, UK |
| Tufts University School of Medicine (Anesthesia) | Boston, MA |
| Tufts University School of Medicine (Neuroscience) | Boston, MA |
| UC Davis (Biochemistry) | Davis, CA |
| UC Davis (Neuroscience) | Davis, CA |
| UCLA (Center for Ulcer Research and Education) | Los Angeles, CA |
| UCSF (Medicinal Chemistry) | San Francisco, CA |
| USUHS (Pharmacology) | Betheda, MD |
| University of Alberta (Pharmacology) | Edmonton, Canada |
| University of Alberta (Protein Center) | Edmonton, Canada |
| University of Cambridge (Chemistry) | Cambridge, UK |
| University of Minnesota (Neurology/Dentistry) | Minneapolis. MN |
| University of North Carolina (Biochemistry) | Chapel Hill, NC |
| US Army Research Laboratories (Materials) | Natick, MA |
| Wayne State University (Pharmacology) | Detroit, MI |
| Winter Conference on Brain Research (multiple) | various |
| Wyeth-Ayerst | Pearl River, NY |

<u>1996 (believed complete)</u>:

| | |
|---|---|
| FASEB Conference (Abnormal Protein Folding) | Copper Mountain, CO |
| Roche Bioscience (Analgesia) | Palo Alto, CA |
| University of California, Irvine (Biochemistry) | Irvine, CA |
| University of California, San Francisco (Neurobiology) | San Francisco, CA |
| University of California, Los Angeles (Neurology) | Los Angeles, CA |
| Athena Neurosciences (Alzheimer's Disease Research) | S. San Francisco, CA |
| New York University (Pathology) | New York, NY |
| International Tachykinin Meeting | Firenze, Italy |
| University of Graz (Pharmacology) | Graz, Austria |
| Hoffmann-La Roche (Dementia) | Basel, Switzerland |
| University of Oxford (Pharmacology) | Oxford, UK |
| Merck Harlow (Neuroscience) | Harlow, UK |
| University of Cambridge (Chemistry) | Cambridge, UK |

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 19 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-P *SEALED*   Filed 11/14/11   Page 102 of 119
Page ID #16645

John E. Maggio, Ph.D.
Curriculum Vitae

| | |
|---|---|
| University of Dundee (Neuroscience) | Dundee, UK |
| University of Dundee (Biochemistry) | Dundee, UK |
| SmithKline Beecham (Neuropathology) | Welwyn, UK |
| Society for Neuroscience (Neurological Diseases) | San Diego, CA |
| Texas A&M University (Chemistry/Biochemistry) | College Station, TX |
| George Washington University (Pharmacology) | Washington, DC |
| Massachusetts General Hospital (Anesthesia) | Boston, MA |
| University of Cincinnati (Pharmacology) | Cincinnati, OH |

1997-date (incomplete list):

| | |
|---|---|
| Wright State University School of Medicine (Pharmacology) | Dayton, OH |
| Massachusetts AD Research Symposium | Boston, MA |
| University of Kentucky (Biochemistry) | Lexington, KY |
| University of Cincinnati (Chemistry) (multiple) | Cincinnati, OH |
| Winter Conference on Brain Research (multiple) | various |
| Winter Neuropeptide Conference | Vail, CO |
| Keystone Symposium (Molecular Mechanisms in AD) | Purgatory, CO |
| University of Leiden (Boerhave Symposium) | Leiden, Netherlands |
| University of Cincinnati College of Pharmacy | Cincinnati, OH |
| Society for Neuroscience (multiple) | various |
| FASEB Conference (Amyloid, Protein Assembly Processes) | Copper Mountain, CO |
| Federation of European Neuroscience Societies | Brighton, UK |
| Indian Institute of Science (Organic Chemistry) | Bangalore, India |
| American Society of Neurochemistry | Chicago, IL |
| Northwestern University Medical School (Pharmacology) | Chicago, IL |
| First Indian Symposium of the Protein Society | Mumbai, India |
| Indian Institute of Science (Organic Chemistry) | Delhi, India |
| Cornell-Weill College of Medicine (Pharmacology) | New York, NY |
| University of Cincinnati College of Medicine (Cell Biology) | Cincinnati, OH |
| Medical College of Ohio (Pharmacology) | Toledo, OH |
| Merck and Co. | West Point, PA |
| Amgen (Neuroscience) (multiple) | Thousand Oaks, CA |
| Case Western Reserve University (Neuroscience) | Cleveland, OH |
| Case Western Reserve University (Biochemistry) | Cleveland, OH |
| NSF Membrane Applied Science and Technology Center | Cincinnati, OH |
| Procter and Gamble Pharmaceuticals (multiple) | Mason, OH |
| Temple University School of Medicine (Pharmacology) | Philadelphia, PA |
| American Chemical Society, local chapter (multiple) | SW Ohio (various) |
| University of Cincinnati College of Medicine (Physiology) | Cincinnati, OH |
| Temple University School of Medicine (Biochemistry) | Philadelphia, PA |
| University of Kentucky (Center on Aging) | Lexington, KY |
| University of Wyoming (Neuroscience) | Laramie, WY |
| University of Minnesota (Neurology) / Mpls VA GRECC | Minneapolis, MN |
| Alzheimer's Association Summer Symposium | Erlanger, KY |

John E. Maggio, Ph.D.
Curriculum Vitae

<u>NIH TRAINING PROGRAMS</u>, Harvard Medical School (1985-1997):
    Pharmacological Sciences (Associate)
    Endocrinology (Associate, Executive Committee)
    Neuroscience (Associate, Admissions, Appointments, Steering Committee)
    Developmental Neurology (Associate)
    Molecular Biophysics (Associate)
    Neurological Sciences Academic Development (Associate)
    Biological Sciences in Public Health (Associate)

<u>NIH TRAINING PROGRAMS</u>, University of Cincinnati College of Medicine (1997-date):
    Neuroscience (Associate)
    Cardiovascular Biology (Associate)
    Physician-Scientist (M.D.-Ph.D.) Training Program (Executive Committee)

## <u>SELECTED COMMITTEES</u>

[Student thesis, qualifying, defense, advisory, etc., committees – see above.]
[Judge at many secondary school, undergraduate, graduate, postdoctoral, etc., research or
    poster presentation contests – not listed.]

<u>Departmental Committees</u>

Harvard Medical School, Department of Pharmacology (1985-1987)
    Facilities, Admissions, Instrumentation, Faculty Search

Harvard Medical School, Department of Biological Chemistry and Molecular Pharmacology
(1987-1997)
    Facilities (various), Biopolymers (1989-1997; Chair, 1993), NMR (1987-1989),
Instrumentation, Faculty Search (1990-1995; Chair, 1992-93), Steering (1987-1990),
Course Planning (1991-1994), Curriculum (various)

University of Cincinnati College of Medicine, Department of Pharmacology and Cell
Biophysics (1997-date)
    [As Director (Chair) 1997-2007, I was an *ex officio* member of all department
committees except the Committee on Appointments, Reappointments, Promotions and
Tenure, and an active member of many department committee .]  For 2007-08, I was on
sabbatical leave and serve on no departmental committees.
    Committee on Appointments, Reappointments, Promotions, and Tenure (2009- )
    Committee on Developing MS degree program in Pharmacology and Biotechnology
(2009- )

<u>College Committees</u>

Harvard Medical School (1985-1997)
    Neuroscience Training Program Admissions (1988-1992, 1995-1997)

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 21 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 104 of 119
#36700
Page ID #16647

Neuroscience Training Program Steering (1990-1997)
Biopolymers Committee (1993-4)
Neuroscience Training Program Appointments (1993-1997)
Endocrinology Program Executive Committee (1987-1993)
New Pathway Medical Pharmacology Curriculum Committee (1986-1987)
*Ad Hoc* Advisory Committee on NIH (1994-1997)
Faculty Fellowships Committee (1995-1997)

University of Cincinnati College of Medicine and UC Medical Center (1997-date)
Basic Science Chairs (1997-2007)
Faculty Council (1997-2007)
Faculty Fellowships Committee (1999-2003)
Year II Curriculum Committee (1998-2003, 2006-2007)
Medical Student Promotion Board (1998-2003, 2006-2007)
Medical Center Fund Executive Committee (1998-2007)
Educational Coordinating Committee (1999-2005)
Physician Scientist Training Program (M.D.-Ph.D. Program) Internal Advisory
    Committee (1999-2006)
Expression Technology Steering Committee (1999-2004)
Postdoctoral Scholars Advisory Committee (1999-2004)
College of Medicine Space Committee (2002-2005)
Space Utilization Committee (2003-2004)
Dean's Steering Committee (2000-2005)
LCME (Liaison Committee on Medical Education; accreditation) Task Force
    (2001-2003)
LCME Governance Committee (2001-2003)
LCME Site Visit Committee (2003)
Dean's Discovery Fund Committee (internal grant proposal review), various
    subcommittees (Chair, 2003-2004)
Department/Director Review Committee reviewing the Department of Molecular
    and Cellular Physiology and its Director, David Millhorn (Chair, 2001)
Proteomics/Genomic Report Group (2001)
Research Issues Task Force (1999)
Millennium Planning Committee (1998-2003)
Millennium Planning Committee, Research Subcommittee (Chair, 1999-2000)
Millennium Planning Committee, Growing Our Own Task Force (1999-2000)
Department/Director Review Committee reviewing the Department of Molecular
    Genetics, Biochemistry and Microbiology and its Director, Jerry Lingrel
    (Chair, 2002)
Process and Criteria for Department/Director Reviews Committee (Chair, 2002)
Department/Director Review Committee reviewing the Department of Cell Biology,
    Neurobiology and Anatomy and its Director, Peter Stambrook (2003)
Dean's Education Cabinet (2004)
Search Committee for Director of Medical Center Sponsored Programs (2004)
Bioinformatics Computational Infrastructure Working Group (co-Chair, 2006-7)
Clinical and Translational Research Awards Review Committee (2009)

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 22 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 105 of 119
Page ID #16648

University Committees

Harvard University (1976-1997)
    Division of Medical Sciences Graduate Program Reevaluation Committee
        (1991-1992)
    Conduct of Science Committee (1993-1994)
    T. T. Hoopes Prize Committee (1990-1997)
    T. T. Hoopes Prize, Natural Sciences Subcommittee (1992-1997)
    Molecular Biophysics Committee (1991-1997)
    Biological Sciences in Public Health (1993-1996)

University of Cincinnati (1997-date)
    College of Pharmacy Enhancement Task Force (1998-1999)
    Expression Technology Steering Committee (1998-2004)
    Mass Spectrometry Committee (1999-2001)
    Biomedical Engineering Task Force, Chair (2000)
    Search Committee for Interim Head of Biomedical Engineering, Co-Chair (2000)
    Search Committee for Head of Biomedical Engineering, Co-Chair (2001)
    Search Committee for Senior VP & Provost for Health Affairs (2002-2003)
    Proteomics/Metabolomics Task Force (2005-2006)
    NSF IGERT Program in Bio-Applications of Membrane Science and Technology
        Internal Advisory Committee (2005-date)
    Academic Technology Planning Committee (2006-date)


State/Regional Committees
    Alzheimer's Association (Greater Cincinnati Chapter)
        Professional Advisory Council (1998-date)
        Board of Trustees (1999-date)
            President (2001-2003)
            Vice-President, Research (2004-2005)
            Executive Committee (2001-2005)
            Governance Committee (1999-2005)
            Member (1999-2006)
            Advisory Member (2006-date)
This non-profit serves about three dozen counties in southern Ohio and northern Kentucky.
It has a staff of about thirty and an annual budget of about $1.5m.


National/International Committees

National Institutes of Health (NIH) Study Sections:
    Experimental Cardiovascular Sciences (ECS), April 1987
    Small Business Innovation Research (SSS-7/E), March 1988
    AIDS and Related Research (ARR-5), December 1988
    Neurological Sciences (NLS-1), June 1990

Case 3:09-md-02100-DRH-PMF   Document 2096-11 *SEALED*   Filed 11/14/11   Page 106 of 119
Page ID #16649

Neurological Sciences (NLS-1), October 1990
Neurological Sciences (NLS-1), June 1991
Neurological Sciences (NLS-1), October 1991
Neurological Sciences (NLS-1), October 1992
Neurological Sciences (NLS-1), October 1993
Neurological Sciences (NLS-1), October 1994
Neurology (NEUB-1), June 1995
Molecular, Developmental & Cellular Neuroscience (MDCN-5), October 2000
Brain Disorders and Clinical Neuroscience (BDCN-3), October 2001
Hematology (HEM-2), March 2002
Molecular, Developmental & Cellular Neuroscience, (MDCN-5), March 2002
Structure and Function of Developmental Regulators in the Nervous System
   (MDCN-2), December 2002
Peptide Drug Transport (CVA, Chair), March 2003
Brain Disorders and Clinical Neuroscience (BDCN-3), June 2003
Cell Death and Inflammation in the Nervous System (CDIN), March 2005
Alzheimer Pathology and Therapeutic Approach (BDCN-D), April 2005
Cell Death and Injury in Chronic Neurodegeneration (CDIN-D), June 2005
Assay Development for High Throughput Molecular Screening (Roadmap)
   (ZNS1 SRB-G), March 2006
Cell Death and Inflammation in the Nervous System (CDIN), March 2006
Cell Death in Neurodegeneration (CDIN), October 2006
Cell Death and Injury in Neurodegeneration (CDIN), (ZRG1 CDIN-T 02S)
   June 2007
Cell Death and Injury in Neurodegeneration (CDIN), (ZRG1 CDIN-T 03S)
   October 2007
Fellowships: Biophysical and Physiological Neuroscience (F03B-H (20) L),
   June 2009
Emerging Technologies and Training in Neuroscience (ETTN-A), Challenge
   Grants Panel #12, July 2009

Selected Other National/International Peer Review Service:
   National Science Foundation
   Alzheimer's Association
   American Foundation for Aging Research
   American Health Assistance Foundation
   Institute for Medical Research
   The Israel Science Foundation
   New Zealand Neurological Foundation
   Retirement Research Foundation
   Midwestern Association of Graduate Schools
   Alzheimer's Disease Research Center, University of Kentucky (Lexington)

Alzheimer's Association
   Board of Directors (2005-date)
   Chapter Relations Committee (2006-date)
   Program Committee (2007-date)

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 24 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-8 *SEALED*   Filed 11/14/11   Page 107 of 119
Page ID #16650

Concern and Awareness Workgroup (2007-date)
Governance and Nominating Task Force (2008-date)
This national non-profit, headquartered in Chicago, Illinois, supports research, care and
advocacy for Alzheimer's disease. It has a national staff of about two hundred fifty and an
annual budget of about $120m. In addition, about eighty local chapters (total budgets
about $90m) serve states or regions.

<u>Descriptions of Selected Committee Assignments</u>

Biomedical Engineering Task Force (2000)
     I chaired this group of two dozen faculty and administrators from the East (Medical
Center) and West (Arts and Sciences) Campuses of the University of Cincinnati who
created the new Department of Biomedical Engineering, the first new academic
department at UC in more than two decades. Because the new department belongs to two
Colleges (Engineering and Medicine) on separate campuses under separate Provosts,
creating its governance structure and financial models was challenging. After the Task
Force report was complete and its recommendations reported to the Provosts on both
campuses, I presented the proposal for department creation to Chairs, Faculty Council,
and Deans. After acceptance at these levels, the new department was approved by the
Provosts, President and the Board of Trustees. UCBME opened its doors officially in
2001.
     Later, I chaired or co-chaired the search committees for the interim and permanent
Head of the new department, and assisted with its early faculty recruitment. When the
permanent Head of BME took office (2003), I distanced myself from the department, but
Provosts and Deans still refer to me as "the godfather of BME."

Millennium Plan Committees and Task Forces (1998-2006)
     I was involved in several Millennium Plan committees and subcommittees from the
early planning stages, and chaired the group that developed the original financial models.
I also chaired some of the recruiting groups. The Millennium Plan was an initiative to
double the size of the University of Cincinnati Medical Center's research-active faculty
from 2000 levels.

Department/Director Performance Review Committees (2000-2003)
     I have served on three Department Review / Director's Performance Review
Committees at the University of Cincinnati College of Medicine (Molecular Genetics,
Biochemistry and Microbiology and its Chair, J. Lingrel; Cell Biology, Anatomy and
Neuroscience and its Chair, P. Stambrook; Molecular and Cellular Physiology and its
Chair, D. Millhorn). I chaired the Reviews of two of those departments (Molecular
Genetics; Physiology). These reviews encompass all aspects of the departments under
review; they include outside as well as inside referees, a site visit, and extensive
interviews, as well as crafting a final report to the Dean. I also chaired the committee
which reconsidered and revised the processes and criteria for such reviews at the UC
College of Medicine in 2002.

Provost and Senior Vice-President for Health Affairs Search Committee (2003)

I was appointed by the President of the University to represent the Medical Center department chairs (clinical and basic science) on this committee to select the next director of the Academic Health Center.

## CORE FACILITIES

From 1997-2006, I oversaw two UC College of Medicine Core facilities, one for *ex vivo* working rodent hearts and one for two-dimensional protein separations and proteomics. I started the latter facility in 2003.

## LANGUAGES

English (native), Spanish (read, write, speak), German (scientific reading)

## CONSULTING

government, non-profits, big pharma, biotechnology, patent law, liability law

## SELECTED TEACHING ASSIGNMENTS

### For Undergraduates

*Mathematics Ar.* Introductory Algebra.                    Harvard College
    Teaching Fellow, 1975-1976
        (full responsibility for a daily class of ≈15, and for integration with other sections)

*Biochemistry 10.* Introduction to Biochemistry.                    Harvard College
    Full year introductory course for Biochemistry concentrators, other science concentrators, and premeds.
    Teaching Fellow, 1974-75  (one weekly discussion section of ≈15)
    Head Teaching Fellow, 1976-1977  (one section plus oversight of other Teaching Fellows)
    Instructor, 1979-80  (day to day course management, curriculum and exam oversight for a class of ≈ 120)

Kirkland House, Harvard College
    Resident Tutor in Biochemistry, 1977-1981  (small group discussions, course sections, student advising, etc., within the undergraduate House system)
    Assistant Senior Tutor, Assistant Dean, 1979-81  (administrative responsibility for housing, science programs, student advising, etc., within the undergraduate House system)

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 26 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-5 *SEALED*   Filed 11/14/11   Page 109 of 119
Page ID #16652

John E. Maggio, Ph.D.
Curriculum Vitae

*Chemistry 20*.  Organic Chemistry.                    Harvard College
        Full year introductory course for Chemistry and Biochemistry concentrators,
required for premeds.
        Teaching Fellow, 1976-1977  (one weekly discussion section of ≈15 students)

*Chemistry 99*.  Tutorial, Introduction to Research.            Harvard College
        One-on-one supervision of senior undergraduate research projects.
        Teaching Fellow, 1977-1978


For Graduate Students

*Pharmacology 700*.  Introductory Pharmacology.          Harvard Medical School
        Traditional pathway introductory medical pharmacology for second year medical
students and dental students and first/second graduate students.
        Conference Leader, 1986-1988  (one-two weekly discussion section of ≈12 medical
students and graduate students, or graduate students only)

*Pharmacology 210*.  Neuropharmacology.                Harvard Medical School
        Advanced course in neuropharmacology for ≈15 graduate students.
        Lecturer, 1985-1989
        Course Co-Director (with R. Zigmond), 1987-1989

*Biological Chemistry and Molecular Pharmacology 201*.  Protein Structure and Function.
                                                Harvard Medical School
        Core course for all (≈65) graduate students in interdepartmental (Triad) programs.
        Course Co-Originator (with R. Rando), 1989
        Course Co-Director (with R. Rando), 1989-1992
        Lecturer, 1989-1993

*Biological Chemistry and Molecular Pharmacology 202*.  Membranes, Receptors,
        and Signal Transduction.                Harvard Medical School
        Advanced course; lectures and paper discussions for ≈35 graduate students.
        Course Originator, Course Director, Lecturer, Conference Leader, 1988-89

*Biological Chemistry and Molecular Pharmacology 211*.  Advanced Topics in Membrane
        Structure and Function.                Harvard Medical School
        Advanced course; lectures and paper discussions for ≈12 graduate students.
        Lecturer, Conference Leader, 1993-1997

*Biological Chemistry and Molecular Pharmacology 705*.  Principles of Pharmacology.
                                                Harvard Medical School
        Introductory course (New Pathway) stressing basic pharmacology more than clinical
therapeutics, for ≈160 first year medical students, ≈8 dental students and ≈10 first/second
year graduate students.
        Course Co-Originator (with D. Golan), 1989

44

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 27 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-11 *SEALED*   Filed 11/14/11   Page 110 of 119
Page ID #16653

John E. Maggio, Ph.D.
Curriculum Vitae

Lecturer, 1989-1997

*Division of Medical Sciences xxx.*  Conduct of Science.          Harvard Medical School
Required course for graduate students in all programs.
Conference Leader, Facilitator for a group of ≈8 students, 1993-1996

*Molecular Genetics, Biochemistry and Microbiology 26-MG-719.*
University of Cincinnati College of Medicine
Protein Structure, Function and Engineering
Advanced course; lectures and papers discussions for ≈15 graduate students
Lecturer, 1998-2001

*Neurobiology 206.*  Neuropharmacology.          Harvard Medical School
Advanced neuropharmacology course for ≈15 second year graduate students.
Course Co-Originator (with J. Cohen), 1994
Course Co-Director (with J. Cohen) 1994-1997
Lecturer, 1994-1997

*Pharmacology 26-MCBP-805,806,807.*  Graduate Seminars in Pharmacology
University of Cincinnati College of Medicine
Weekly presentations/discussions of published papers or current research by
graduate students (≈20) and faculty.
Occasional presenter, regular discussant, 1997-2007

*Pharmacology 26-MCBP-823.*  Topics in Molecular and Cellular Pharmacology
University of Cincinnati College of Medicine
Advanced course of lectures and paper discussion for ≈6 first or second year
graduate students.
Lecturer, Facilitator, 1998-2006
JEM topics include proteomics, protein chemistry, mass spectroscopy

*Pharmacology 26-MCBP-831.*  Receptor Pharmacology
University of Cincinnati College of Medicine
Advanced course for 5 to 25 first and second year graduate students.
Lecturer, Facilitator, 1998-date
JEM topics include structural biology methods and applications

*Pharmacology 26-MCBP-903.*  Special Topics in Pharmacology
University of Cincinnati College of Medicine
Advanced topics course for ≈10 first-fourth year graduate students.
Lecturer, Facilitator, 2004-2007
JEM topics include neuropharmacology, neurodegenerative diseases

*Pharmacology 26-MCBP-823.*  Integrated Molecular Pharmacology and Medicine
University of Cincinnati College of Medicine
Advanced course of lectures and paper discussion for ≈6 first or second year
graduate students (5 credits).

Case 3:09-md-02100-DRH-PMF   Document 2096-1 *SEALED*   Filed 11/14/11   Page 111 of 119
Page ID #16654

John E. Maggio, Ph.D.
Curriculum Vitae

Lecturer, Facilitator, 2008-
JEM topics include targeted drug design, drug discovery/development in the Molecular Mechanisms and Contemporary Therapeutics block of the course.

For Medical Students

*Pharmacology xxx*. Hormones and Receptors.                    Harvard Medical School
New Pathway (case-based) small group discussion class on endocrine pharmacology, cases focusing on insulin, diabetes, signaling. For ≈12 first year medical students.
Class Originator, Discussion Leader, 1986-1987

*Pharmacology 700*. Introductory Pharmacology.            Harvard Medical School
Introductory medical pharmacology and therapeutics (Traditional Pathway) for second year medical students dental students and first/second graduate students.
Conference Leader, 1986-1988 (one-two weekly discussion sections of ≈12)

*Biological Chemistry and Molecular Pharmacology 705*. Principles of Pharmacology.
Harvard Medical School
Introductory principles course (New Pathway) stressing basic pharmacology rather than clinical therapeutics, for ≈165 first year medical students and first/second year graduate students.
Course Co-Originator (with D. Golan), 1989
Lecturer, 1989-1997

*Medical Pharmacology and Therapeutics 26-MCBP-841, 842, 843, 844*.
University of Cincinnati College of Medicine
Full-year course in medical pharmacology and clinical therapeutics for ≈160 second year medical students and a few second year graduate students. During my term as Course Director, the student popularity of the course rose from 1.9 (an historic low and an LCME point-of-concern) to 3.8 (exceeding the average of Year II courses) of 5.
Lecturer, 1997-date
Course Director, 1998-2003, 2006-07
Course Co-Director (with R. Millard), 2003-2005
Tutorial Facilitator, 1999-2007
JEM Lecture Topics include: Introduction to Pharmacology; History of Pharmacology, Drug Discovery; FDA and Drug Regulation; Pharmacodynamics (2-3 lectures), ADME; Drug Delivery to Compartments; Pharmacokinetics (2-3 lectures); Autonomic Pharmacology (3-5 lectures); Adrenergic Pharmacology (2-4 lectures); Dopamine Pharmacology and Parkinson's Disease; Introduction to Neuropharmacology; Antidepressants; Antipsychotics; Opioids and Analgesia, Insulin and Oral Antihyperglycemics. During my years as Course Director, Pharmacology was the subject in which UCCOM students scored consistently highest (or top three) on the Step I Boards.

I have won Honorable Mentions (top five) for Golden Apple Awards for medical student teaching at both Harvard Medical School and UC College of Medicine.

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 29 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-P *SEALED*   Filed 11/14/11   Page 112 of 119
#33708
Page ID #16655

## TRAINEES

### Undergraduates, Research Assistants, etc.

| | | |
|---|---|---|
| Name: | Eric LILLY, M.D. | |
| Status/Dates: | Undergraduate (Wake Forest) | 1986 |
| Project/Duties: | Summer Research | |
| Went on to: | graduated Wake Forest (B.A.) | |
| | graduated Duke Medical School (M.D.) | |

| | | |
|---|---|---|
| Name: | José CÓRDOVA, Ph.D. | |
| Status/Dates: | Research Assistant | 1986-1988 |
| Project/Duties: | Tissue Culture, Receptor Binding, Radioimmunoassay | |
| Went on to: | graduated Yale School of Public Health (Ph.D., Tropical Health) | |
| | Faculty Member, University of Chile, Santiago | |

| | | |
|---|---|---|
| Name: | Paul BLANCHARD, M.D. | |
| Status/Dates: | Undergraduate (Univ. Massachusetts, Amherst) | 1987 |
| Project/Duties: | Summer Research | |
| Went on to: | graduated Univ. Pennsylvania Medical School (M.D.) | |
| | Residency at Beth Israel Hospital, Boston | |
| | Private practice, Anesthesia | |

| | | |
|---|---|---|
| Name: | Kay SILVESTRI | |
| Status/Dates: | Undergraduate (M.I.T.) | 1987 |
| Project/Duties: | Summer Research | |
| Went on to: | graduated M.I.T. (B.S.) | |

| | | |
|---|---|---|
| Name: | Susie GRANT | |
| Status/Dates: | Undergraduate (Columbia) | 1989 |
| Project/Duties: | Summer Research | |
| Went on to: | graduated Columbia (B.A.) | |

| | | |
|---|---|---|
| Name: | James CHEN, Ph.D. | |
| Status/Dates: | Undergraduate (Harvard) | 1989 |
| Project/Duties: | Summer Research | |
| Went on to: | graduated Harvard University (Ph.D., Chemistry) | |

| | | |
|---|---|---|
| Name: | Steven POLOMOSCANIK | |
| Status/Dates: | Research Assistant | 1990 |
| Project/Duties: | Immunoassays | |
| Went on to: | Laidlaw, Inc. | |

| | |
|---|---|
| Name: | Al LOCKE |

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 30 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-11 *SEALED*   Filed 11/14/11   Page 113 of 119
Page ID #16656

John E. Maggio, Ph.D.
Curriculum Vitae

| | | |
|---|---|---|
| Status/Dates: | Research Assistant | 1991 |
| Project/Duties: | Tissue Culture, immunochemistry | |
| Went on to: | NE Deaconess Hospital | |
| | | |
| Name: | Maxwell MENG, M.D. | |
| Status/Dates: | Undergraduate (Harvard) | 1991 |
| Project/Duties: | Undergraduate Thesis | |
| Went on to: | graduated Johns Hopkins Medical School (M.D.) | |
| | | |
| Name: | Steven CROWLEY, M.D. | |
| Status/Dates: | Undergraduate (Harvard) | 1991 |
| Project/Duties: | Summer Research | |
| Went on to: | graduated Emory University Medical School (M.D.) | |
| | | |
| Name: | Annie SUH, M.D. | |
| Status/Dates: | Undergraduate (Harvard) | 1991 |
| Project/Duties: | Summer Research | |
| Went on to: | graduated Harvard Medical School (M.D.) | |
| | | |
| Name: | Todd BRENNER | |
| Status/Dates: | Undergraduate (Brandeis) | 1993 |
| Project/Duties: | Undergraduate Thesis | |
| Went on to: | unknown | |
| | | |
| Name: | Joan JENNINGS | |
| Status/Dates: | Research Assistant | 1992-1997 |
| Project/Duties: | Autoradiography, radioimmunoassay | |
| Went on to: | (retired) | |
| | | |
| Name: | Margarita MARNERAKIS | |
| Status/Dates: | Research Assistant | 1992-1994 |
| Project/Duties: | Tissue culture, receptor binding | |
| Went on to: | Tufts University, Ph.D. program | |
| | | |
| Name: | Nina IRANI | |
| Status/Dates: | Undergraduate (M.I.T.) | 1993 |
| Project/Duties: | Summer Research | |
| Went on to: | graduated M.I.T. (B.S.) | |
| | | |
| Name: | Kristina KALAN | |
| Status/Dates: | Undergraduate (Harvard) | 1994 |
| Project/Duties: | Research Tutorial in Chemistry | |
| Went on to: | graduated Harvard College, B.A. in Chemistry | |
| | | |
| Name: | Natalie Campbell | |
| Status/Dates: | Undergraduate (Harvard) | 1995 |
| Project/Duties: | Summer Research | |

48

Case 3:09-md-02100-DRH-PMF  Document 2096-11  Filed 11/14/11  Page 31 of 36  Page ID
Case 3:09-md-02100-DRH-PMF  Document 2096-10 *SEALED*  Filed 11/14/11  Page 114 of 119
Page ID #16657

| Went on to: | unknown |  |
|---|---|---|

| Name: | Bertrand TSENG, Ph.D. | |
|---|---|---|
| Status/Dates: | Undergraduate (Harvard) | 1996 |
| Project/Dates | Summer Research | |
| Went on to: | graduated Scripps, Ph.D. in Marine Biology | |

### PREDOCTORAL TRAINEES:

University Chemical Laboratory, University of Cambridge, Cambridge, UK

| Name: | Carol V. ROBINSON, Ph.D. (née BRADLEY) | |
|---|---|---|
| Status/Dates: | Graduate student (main mentor: D. H. Williams) | 1981-1982 |
| Project: | Isolation, characterization of novel neuropeptides | |
| Went on to: | Postdoc at University of Bristol | |
| | Lecturer in Chemistry at University of Oxford | |
| | Reader in Chemistry at University of Cambridge | |
| | Fellow of the Royal Society of London | |

| Name: | Sitthivett SANTIKARN, Ph.D. | |
|---|---|---|
| Status/Dates: | Graduate student (main mentor: D. H. Williams) | 1981-1982 |
| Project/Duties: | Structure of biologically active peptides | |
| Went on to: | Postdoc at UCSF, postdoc at Harvard School of Public Health | |
| | Corporate CEO, Bangkok, Thailand | |

Dept. of Pharmacology or Dept. of Biological Chemistry and Molecular Pharmacology, Harvard Medical School, Boston, MA

| Name: | John DeBIN, M.D., Ph.D. | |
|---|---|---|
| Status/Dates: | Graduate student (co-mentor: G. R. Strichartz) | 1990-1992 |
| Project/Duties: | Isolation and characterization of chlorotoxin | |
| Went on to: | Medical residency, Albany, NY | |

| Name: | Ivana HUBAÇEK-VESELSKA, M.S. | |
|---|---|---|
| Status/Dates: | Research Associate | 1991-1992 |
| Project/Duties: | Synthesis of photoreactive amino acids | |
| Went on to: | graduate student at ETH, Zurich, Switzerland | |

| Name: | William P. ESLER, Ph.D. | |
|---|---|---|
| Status/Dates: | Graduate Student | 1994-1998 |
| Project/Duties: | Deposition of Alzheimer's disease $A\beta$ peptides | |
| Thesis Title: | Alzheimer's disease beta-amyloid peptide assembly and deposition *in vitro* | |
| Went on to: | Postdoc at Harvard Medical School | |
| | Senior Scientist, Bayer Corporation, West Haven, CT | |

John E. Maggio, Ph.D.
Curriculum Vitae

Rotating graduate students (incomplete list):
Diana COLLAZO (Pharmacology, 1987); Junping YANG (Pharmacology, 1988); Steven SHAMAH (BCMP, 1988); Alec GARRAWAY (BCMP, 1990); Phillip SCHWARTZ (Neuroscience, 1992); Alana O'REILLY (BCMP, 1992); Kelly VAN KOUGHNET (Neuroscience, 1993)

University of Cincinnati College of Medicine, Cincinnati, OH

| | | |
|---|---|---|
| Name: | Gregory F. EGNACZYK, M.D., Ph.D. | |
| Status/Dates: | Graduate Student | 1998-2001 |
| Project/Duties: | Photoaffinity Labeling and Proteomics | |
| Thesis Title: | Biochemical studies of beta-amyloid (Aβ) fibrils | |
| Went on to: | Resident in Cardiology, Massachusetts General Hospital, Boston, MA | |

| | | |
|---|---|---|
| Name: | Jeffrey R. MARSHALL, Ph.D. | |
| Status/Dates: | Graduate Student | 1998-2002 |
| Project/Duties: | Deposition and amyloid imaging using Aβ peptides | |
| Thesis Title: | Kinetics of Aβ peptide deposition: Toward in vivo imaging of Alzheimer's disease amyloid | |
| Went on to: | Marshall Investment Research, Cleveland, OH | |

Rotating Graduate Students (incomplete list):
Alicia Gardner (Pharmacology and Cell Biophysics, 2000), Eric Johnson (PSTP, 2000), Lamar GERBER (Pharmacology and Cell Biophysics, 2001), Rick FLANNERY (Neuroscience (2001), Joshua KOSCHER (Neuroscience, 2002)

POSTDOCTORAL TRAINEES:

Medical Research Council, Cambridge, UK

| | | |
|---|---|---|
| Name: | John C. HUNTER, Ph.D. | |
| Status/Dates: | Postdoc | 1982-1984 |
| Project/Duties: | Pharmacology of novel mammalian tachykinins | |
| Went on to: | Parke-Davis (Cambridge, UK) | |
| | Syntex (Palo Alto, CA) | |
| | Roche Bioscience (Palo Alto, CA) | |
| | Vice President, CNS/CV Biology Research, Schering-Plough Research Institute, Kenilworth, NJ | |

Harvard Medical School, Boston, MA

| | | |
|---|---|---|
| Name: | Werner F. SPILL, M.D. | |
| Status/Dates: | Postdoc | 1988-1989 |
| Project/Duties: | Neuropeptide localization by immunochemistry | |
| Went on to: | Practicing physician, Germany | |

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 33 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-11 *SEALED*   Filed 11/14/11   Page 116 of 119
#20712
Page ID #16659

Name:            Irmgard Th. PERSHA-LIPPE, Ph.D. (née LIPPE)
Status/Dates:    Postdoc                                          1989-1990
Project/Duties:  Neuropeptide receptors on immune cells in culture
Went on to:      Assistant Professor of Pharmacology, University of Graz, Austria
                 Prof. and Vice-Head, Department of Experimental and Clinical
                     Pharmacology, Medical University of Graz, Austria

Name:            Heng-Phon TOO, Ph.D.
Status/Dates:    Postdoc                                          1988-1993
Project/Duties:  Tachykinins, tachykinin receptors in nociception
Went on to:      Associate Professor, Department of Biochemistry, Faculty of
                     Medicine, National University of Singapore, Singapore

Name:            Evelyn R. STIMSON, Ph.D.
Status/Dates:    Senior Research Associate                        1988-date
Project/Duties:  Tachykinins and amyloid peptides
Went on to:      Working in my lab

Name:            Jonathan P. LEE, Ph.D.
Status/Dates:    Research Associate                               1994
Project/Duties:  NMR of labeled amyloid peptides
Went on to:      Assistant Professor of Chemistry, Boston University, Boston, MA

Name:            Yueming LI, Ph.D.
Status/Dates:    Postdoc                                          1992-1994
Project/Duties:  Tachykinin receptor photolabeling
Went on to:      Principal Scientist, Merck & Co., West Point, PA
                 Associate Member, Memorial Sloan-Kettering, New York, NY

Name:            Ping DING
Status/Dates:    Postdoc                                          1995-date
Project/Duties:  Peptide biochemistry
Went on to:      US Army Research Laboratories, Natick, MA

Name:            Clary CLISH, Ph.D.
Status/Dates:    Postdoc (main mentor: J. P. Lee)                 1995-1996
Project/Duties:  Diffusion (MW) measurements by NMR of Aβ peptides
Went on to:      Postdoc, Brigham & Women's Hospital, Boston, MA

Name:            Carol J. WILSON, Ph.D.
Status/Dates:    Postdoc                                          1994-1997
Project/Duties:  Protein chemistry, immunochemistry
Went on to:      Collagenesis, Inc., Waltham, MA
                 Senior Scientist, Akcelis Corporation, Medford, MA

University of Cincinnati College of Medicine, Cincinnati, OH

Case 3:09-md-02100-DRH-PMF  Document 2096-11  Filed 11/14/11  Page 34 of 36  Page ID
Case 3:09-md-02100-DRH-PMF  Document 2096-13 *SEALED*  Filed 11/14/11  Page 117 of 119
Page ID #16660

John E. Maggio, Ph.D.
Curriculum Vitae

| Name: | William P. ESLER, Ph.D. | 1998-2000 |
|---|---|---|
| Status/Dates: | Postdoc | |
| Project/Duties: | Aβ deposition kinetics and mechanism | |
| Went on to: | Postdoc at Harvard Medical School | |
| | Senior Scientist, Bayer Corporation, West Haven, CT | |

## PEER REVIEW EXPERIENCE

NIH Study Sections and other grant application review service:
See above (National/International Committees)

Referee for the following Journals (*ad hoc*):

- Am. J. Pathol.
- Am. J. Physiol.
- Anal. Biochem.
- Anesthesiology
- Biochemistry
- Biochem. Biophys. Acta
- Bioorg. Medic.
- Chem. Lett.
- Brain Res.
- Brit. J. Pharmacol.
- Cancer Res.
- Endocrinology
- Gastroenterology

- Gut
- J. Am. Chem. Soc.
- J. Biol. Chem.
- J. Chem. Neuroanat.
- J. Lab. Clin. Med.
- J. Mol. Biol.
- J. Neurochem.
- J. Neuroimmunol.
- J. Neurosci.
- J. Neurosci. Res.
- J. Receptor Signal Transduction Res.
- J. Struct. Biol.
- Lab. Invest.

- Molec. Pharmacol.
- Nature
- Nature Biotechnol.
- Neurobiol. Aging
- Peptides
- Pharmacol. Rev.
- Proc. Natl. Acad. Sci. USA
- Protein Sci.
- Regul. Peptides

- Trends Neurosci.

## BRIEF PROFESSIONAL BIOGRAPHY

Dr. Maggio's graduate work included research on noncovalent interactions, organic synthesis, reaction mechanisms, biological control, NMR spectroscopy, and protein biochemistry under the mentorship of Nobel laureates Jean-Marie Lehn, Robert B. Woodward, and (principally) Konrad E. Bloch.  He received the Ph.D. in Organic Chemistry from Harvard University in 1981.  His postdoctoral research on various aspects of neuropeptides and neuropeptide receptors was carried out at the Medical Research Council and the University of Cambridge, UK, with Leslie L. Iversen and Dudley H. Williams; and later at Yale University School of Medicine with Robert H. Roth.  He served on the faculty of the Department of Biological Chemistry and Molecular Pharmacology of Harvard Medical School from 1985 to 1997, and is presently the van Maanen Professor of Pharmacology and Experimental Therapeutics at the University of Cincinnati College of Medicine.  From 1997-2007, he was the Director (Chair) of the Department of Pharmacology and Cell Biophysics at the University of Cincinnati College of Medicine.  Dr.

Case 3:09-md-02100-DRH-PMF   Document 2096-11 *SEALED*   Filed 11/14/11   Page 118 of 119
Page ID #16661
John E. Maggio, Ph.D.
Curriculum Vitae

Maggio is currently (2007-2008) on sabbatical leave as Visiting Professor of Neurology at Harvard Medical School.

Under Dr. Maggio's chairmanship, the Department of Pharmacology and Cell Biophysics at the University of Cincinnati College of Medicine had (30 June 2004) approximately: 15 fulltime faculty, 20 graduate students, headcount 75; annual budget $5.3 million, research grant holdings $2.9 million annual direct costs (up from $1.6 million when I arrived in FY98), 20000 nsf wet space, 30000 nsf total space, operated two College of Medicine Core Facilities (working rodent heart; two-dimensional electrophoresis/proteomics). The department was responsible for the education of medical students in pharmacology and therapeutics.


## RESEARCH INTERESTS

The bioactive peptides are the largest and least understood class of intercellular messengers, carrying out a diverse set of functions in a wide variety of systems. Understanding bioactive peptides and their receptors, in the nervous system and elsewhere, is the general research goal in our group.

One system of interest is the tachykinin (substance P) family of peptides and receptors, which are involved in transmission of primary afferents and thus in pain and neurogenic inflammation. As the primary structures of both the ligands and their receptors are known, an excellent model system for peptide-protein interactions in signaling is available. We have identified through photoaffinity labeling regions of the peptide agonist substance P interacting with particular regions of its G-protein-coupled receptor, a protein whose expression is upregulated a thousand-fold in some inflammatory diseases. Radioactive, fluorescent, and antibody probes of these receptors allow studies of expression, desensitization and internalization *in vivo* and *in vitro* in various cell and tissue systems.

A major interest, and a system under active investigation currently, is the process of amyloid formation in Alzheimer's disease (AD) and other amyloidoses. The characteristic lesion of AD is brain senile plaques formed mainly of the human amyloid peptide A$\beta$, a $\approx$ 40-mer which occurs naturally in normal as well as AD brain. By reconstituting plaque growth (deposition of A$\beta$ at physiological concentrations onto authentic plaques) *in vitro*, we can characterize the process and identify conditions and components which enhance or inhibit its kinetics. Structure/activity studies have identified features critical for amyloid deposition and active peptide analogues suitable for high resolution structure determination by nuclear magnetic resonance spectroscopy. The latter studies have further identified conformational elements essential to plaque deposition. High throughput screening methods for drug discovery in this area have also been developed. Kinetic studies are used to assess the role of intermediates and development of agents for *in vivo* imaging. Proteomic and histological methods are employed to assess the responses of cells and tissues to forms of A$\beta$ amyloid. Current sabbatical research project (Harvard Medical School, D. Selkoe laboratory): purification, structural characterization of A$\beta$ oligomers in Alzheimer's disease.

Case 3:09-md-02100-DRH-PMF   Document 2096-11   Filed 11/14/11   Page 36 of 36   Page ID
Case 3:09-md-02100-DRH-PMF   Document 2096-5 *SEALED*   Filed 11/14/11   Page 119 of 119
Page ID #16662

Another interest is the characterization of novel bioactive peptides from natural sources.  A particularly rich source is the skin venom of certain neotropical frogs.  The peptides found here include antibiotics and toxins as well as close analogs of discovered and yet undiscovered mammalian neuropeptides.

REFERENCES  available on request.

*Updated:  July 2009*

A short video of Dr. Maggio dissecting and homogenizing postmortem donated human AD brain, centrifuging homogenates, collecting supernatants, etc., is available on internet at http://www.alzforum.org/res/com/videogallery/default.asp . This is a short selection from the 2009 HBO documentary, *The Alzheimer's Project*. At the website above, choose "Beta-Amyloid Oligomers: Investigating the Culprits" from the available titles below the screen, then play.  See minutes 4:00 to 7:00.

C:\My Documents\CV,biosketch,othersupport\Maggio\JEM-longCV-July2009-complete