**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

------------------------------------------------------------   X

**IN RE YASMIN AND YAZ (DROSPIRENONE)**            **3:09-md-02100-DRH-PMF**
**MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**                         **MDL No. 2100**

------------------------------------------------------------

**This Document Relates to:**                                  **Judge David R. Herndon**

**ALL CASES**


**CASE MANAGEMENT ORDER NUMBER 37.75**

**Amending Deadlines Pertaining to trial picks for**
**Venous Thromboembolism Cases**


**Herndon, Chief Judge**

This matter is before the Court for case management.  Plaintiffs have requested that the trial selection deadlines for the Venous Thromboembolism ("VTE") cases in Case Management Order Number 37 ("CMO 37") (MDL 2100 Doc. 1917) be modified by two weeks. Defendants are not opposed to plaintiffs' request.  Accordingly, the Court hereby modifies the deadlines for VTE cases in CMO 37 by two weeks as follows:

1.  The Parties shall exchange their VTE trial-pool selections on December 16, 2011.

2.  The parties shall exercise any veto on December 20, 2011.

3. The parties shall submit the names of the remaining VTE cases to the Court and shall provide the Court (and each other) with a factual summary concerning each VTE case submitted to the Court on December 28, 2011.

4. The Court will notify the parties of its VTE trial selections on or before January 11, 2012.

**SO ORDERED**

David R. Herndon
2011.12.01
11:30:15 -06'00'

**Chief Judge**
**United States District Court**                    **Date: December 1, 2011**