UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

ALL CASES

**Judge David R. Herndon**

### AMENDED CASE MANAGEMENT ORDER NUMBER 37.75

Amending Deadlines Pertaining to trial picks for
Venous Thromboembolism Cases
(Vacating CMO 37.75 (Doc. 2143))

**Herndon, Chief Judge**

This matter is before the Court for case management. Case Management Order Number 37.75 (Doc. 2143) modified the trial selection deadlines for the Venous Thromboembolism ("VTE") cases in Case Management Order Number 37 ("CMO 37") (MDL 2100 Doc. 1917) by two weeks. The parties have requested an additional extension with regard to the deadline for providing the Court with their summaries of the proposed VTE trial cases. The request is GRANTED. Accordingly, the following deadlines are now in effect for the VTE trial selection process:

1. The Parties shall exchange their VTE trial-pool selections on December 16, 2011.

2. The parties shall exercise any veto on December 20, 2011.

3. The parties shall submit the names of the remaining VTE cases to the Court and shall provide the Court (and each other) with a factual summary concerning each VTE case submitted to the Court by the close of business on January 3, 2012.

4. The Court will notify the parties of its VTE trial selections on or before January 16, 2012.

**SO ORDERED**

David R. Herndon
2011.12.29
12:25:52 -06'00'

**Chief Judge**
**United States District Court**                                   Date: December 29, 2011