**FILED**

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

MAR 0 5 2012

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                          MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–97)**

On October 1, 2009, the Panel transferred 32 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 865 additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 02, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY

By _____
Deputy Clerk

Date  3/5/12

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2100

SCHEDULE CTO–97 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|------|------|---------|--------------|---|
| FLORIDA SOUTHERN | | | | |
| FLS | 9 | 12–80198 | Poonaisingh et al v. Bayer Corporation et al | 12-20012-DRH-PMF |
| NEW JERSEY | | | | |
| NJ | 2 | 11–04309 | BYCROFT v. BAYER CORPORATION et al | 12-20013-DRH-PMF |
| NJ | 2 | 11–04325 | OKOROAFOR et al v. BAYER CORPORATION et al | 12-20014-DRH-PMF |
| NJ | 2 | 11–04345 | CROMARTIE v. BAYER CORPORATION et al | 12-20015-DRH-PMF |
| NJ | 2 | 11–04346 | COOK et al v. BAYER CORPORATION et al | 12-20016-DRH-PMF |
| NJ | 2 | 11–04347 | KIES v. BAYER CORPORATION et al | 12-20017-DRH-PMF |
| NJ | 2 | 11–04348 | KOENIG et al v. BAYER CORPORATION et al | 12-20018-DRH-PMF |
| NJ | 2 | 11–04352 | BARTLETT et al v. BAYER CORPORATION et al | 12-20019-DRH-PMF |
| NJ | 2 | 11–04369 | ISGRO et al v. BAYER CORPORATION et al | 12-20020-DRH-PMF |
| NJ | 2 | 11–04906 | SIMMONS v. BAYER CORPORATION et al | 12-20021-DRH-PMF |
| NJ | 2 | 11–05182 | ROITMAN et al v. BAYER CORPORATION et al | 12-20022-DRH-PMF |
| NJ | 2 | 11–05183 | LEE v. BAYER CORPORATION et al | 12-20023-DRH-PMF |
| NJ | 2 | 11–05328 | INGRAM et al v. BAYER CORPORATION et al | 12-20024-DRH-PMF |
| NJ | 2 | 11–05329 | BIEGEL v. BAYER CORPORATION et al | 12-20025-DRH-PMF |
| NJ | 2 | 11–05330 | ZAHM v. BAYER CORPORATION et al | 12-20026-DRH-PMF |
| NJ | 2 | 11–05331 | COOK v. BAYER CORPORATION et al | 12-20027-DRH-PMF |
| NJ | 2 | 11–05678 | CARTER v. BAYER CORPORATION et al | 12-20028-DRH-PMF |
| NJ | 2 | 11–05680 | WELCH v. BAYER CORPORATION et al | 12-20029-DRH-PMF |
| NJ | 2 | 11–05683 | NAHAY v. BAYER CORPORATION et al | 12-20030-DRH-PMF |
| NJ | 2 | 11–05732 | WELLER v. BAYER CORPORATION et al | 12-20031-DRH-PMF |
| NJ | 2 | 11–05733 | VANHOOSER v. BAYER CORPORATION et al | 12-20032-DRH-PMF |
| NJ | 2 | 11–05734 | EDWARDS v. BAYER CORPORATION et al | 12-20033-DRH-PMF |
| NJ | 2 | 11–05735 | NEPOMUCENO et al v. BAYER CORPORATION et al | 12-20034-DRH-PMF |
| NJ | 2 | 11–05828 | ELLIOTT et al v. BAYER CORPORATION et al | 12-20036-DRH-PMF |
| NJ | 2 | 11–05829 | SAMANIEGO et al v. BAYER CORPORATION et al | 12-20035-DRH-PMF |
| NJ | 2 | 11–05830 | BONHAM et al v. BAYER CORPORATION et al | 12-20037-DRH-PMF |
| NJ | 2 | 11–05831 | MASELLI et al v. BAYER CORPORATION et al | 12-20038-DRH-PMF |

Case 3:09-md-02100-DRH-PMF   Document 2343   Filed 03/05/12   Page 3 of 3   Page ID #25704

| | | | |
|---|---|---|---|
| NJ | 2 | 11-05833 | BARNES v. BAYER CORPORATION et al *12-20039-DRH-PMF* |
| NJ | 2 | 11-06396 | RAMOS et al v. BAYER CORPORATION et al *12-20040-DRH-PMF* |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| TXS | 4 | 12-00503 | Ghods v. Bayer Schering Pharma AG et al *12-20041-DRH-PMF* |