UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

NOV 06 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −120)**

On October 1, 2009, the Panel transferred 32 civil action(s) to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 973 additional action(s) have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R Herndon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 05, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _Catena Simpson_
Deputy Clerk
Date 11/6/12

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                MDL No. 2100

SCHEDULE CTO-120 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

ARIZONA

| AZ | 2 | 12-02271 | Flores v. Bayer Corporation et al |

12-20119-DRH-PMF