UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : 3:09-md-02100-DRH-PMF <br> : MDL No. 2100 <br> : <br> : Judge David R. Herndon |
| This Document Applies To All Actions | : |

---

### CASE MANAGEMENT ORDER NO. 59
**(Negotiating Plaintiff Committee – Gallbladder Resolution Program)**

This Court, in cooperation with the state court Judges in the Pennsylvania, New Jersey and California coordinated proceedings, is appointing members to a Negotiating Plaintiff Committee ("NPC"), which is being established to (a) negotiate terms of a voluntary Gallbladder Resolution Program with counsel for the Bayer defendants with the assistance of Special Master Stephen Saltzburg and (b) work with the Courts, the Special Master and counsel for the Bayer Defendants to implement said program on behalf of plaintiffs. The following attorneys are hereby appointed as members of the NPC:

        Michael S. Burg
        Burg Simpson Eldredge Hersh & Jardine, P.C.
        40 Inverness Drive East
        Englewood, CO  80112
        Phone:  (303) 792-5595
        Fax:  (303) 708-0527

and

- 2 -

Michael A. London
Douglas & London, P.C.
111 John Street
Suite 1400
New York, NY  10038
Phone:  (212) 566-7500
Fax:  (212) 566-7501

So Ordered:

Digitally signed by
David R. Herndon
Date: 2013.03.15
08:05:17 -05'00'

**Chief Judge**  **Date:  March 15, 2013**
**United States District Court**