UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------- X
**IN RE YASMIN AND YAZ**  :  **3:09-md-02100-DRH-PMF**
**(DROSPIRENONE) MARKETING,**  :
**SALES PRACTICES AND RELEVANT**  :  MDL No. 2100
**PRODUCTS LIABILITY LITIGATION**  :
  :
-------------------------------------------------------- :  Hon. David R. Herndon
This Document Applies To All Actions  :
-------------------------------------------------------- X


CASE MANAGEMENT ORDER 63
SUPPLEMENT TO CASE MANAGEMENT ORDER NO. 14
(ESTABLISHING COMMON BENEFIT FEE AND EXPENSE FUND)


This matter having come before the Court on the PSC's Motion to Modify CMO # 14 [Doc. 3315], without having received any opposition, and having been granted by this Court's May 16, 2014 Minute Order, it is now hereby **ORDERED**:


CMO #14 (and all of its terms) shall remain in full effect with only the following modification: the common benefit attorneys' fee assessment and holdback for arterial blood clot ("ATE") cases shall be increased to a 9% assessment and holdback (increased from 4% for early participation) for common benefit attorneys' fees on the Gross Recovery Amount to be applied only to ATE cases, leaving the common benefit costs at its current assessment and holdback

1

rate of 2% and leaving the common benefit attorneys' fees assessment and holdback on any future resolved VTE cases at their current rates.

**IT IS SO ORDERED.**

**Dated: June 23, 2014**

Digitally signed by
David R. Herndon
Date: 2014.06.23
16:16:45 -05'00'

**Honorable David R. Herndon**
**Chief Judge, United States District Court**