UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

The **Member Actions** Subject to the Parties' Stipulation of Dismissal **(MDL 2100 Doc. 3470)** and Identified in Exhibit 1 Attached Thereto **(MDL 2100 Doc. 3470-1)**

<u>ORDER ACKNOWLEDGING STIPULATION OF DISMISSAL</u>

<u>WITH PREJUDICE OF SETTLED ACTIONS</u>

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal (Doc. 3470). The parties inform the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(ii) that all parties consent and stipulate that the member actions identified in Exhibit A to the parties' stipulation of dismissal (Doc. 3470-1) are dismissed in their entirety with prejudice. The Court acknowledges the parties' stipulation and holds that the cases identified in Exhibit 1 to the parties' stipulation of dismissal (Doc. 13470-1) are **DISMISSED in their entirety with prejudice, each party to bear its own attorneys' fees and costs.** The Clerk of the Court is instructed to close the member actions identified in Exhibit 1 to

the parties' stipulation of dismissal (Doc. 3470-1) and to enter judgment accordingly.

**IT IS SO ORDERED**

**September 2, 2014**

Digitally signed by David R. Herndon
Date: 2014.09.02 11:25:26 -05'00'

**Chief Judge**
**United States District Court**