UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Yasmin and YAZ(Drospirenone) Marketing, Sales Practices and Products Liability Litigation | 3:09-md-02100-DRH-SCW<br><br>MDL No. 2100 |

**This Document Relates to:**

*Pamela Schuchert v. Bayer Healthcare Pharmaceuticals, et al.*     10-cv-11979

## MINUTES OF TELEPHONE CONFERENCE

**PRESIDING:** DAVID R. HERNDON, U.S. DISTRICT JUDGE

**DATE:** February 24, 2015         **COURT REPORTER:** Laura Esposito

**PLACE:** East St. Louis, Illinois     **COURTROOM DEPUTY:** Cheryl Ritter

**APPEARING FOR PLAINTIFFS:**   Roger C. Denton, Kristine Kraft

**APPEARING FOR DEFENDANTS:**   Timothy Coon, Rebecca Bacon, Kaspar Stoffelmeyr, Terry Lueckenhoff

**TIME:** 10:00 AM – 10:45 AM

Counsel listed above appear via telephone conference.

Plaintiff reports that the Defendants are not complying with the production of materials from Jennifer Zoellner regarding her communication with Dr. Michael Jessup. The plaintiff requested that this be produced prior to Ms. Zoellner's deposition on 2/23/15 and Dr. Jessup's deposition on 2/25/15. Because of the refusal to comply with this request, Ms. Zoellner's deposition has been rescheduled for 2/28/15.

Plaintiff's Motion to Compel is granted and the defendant is ordered to produce the requested materials. The materials the defendant has in its possession shall be produced by 1:00 pm CST today. The balanced of the materials shall be produced by Friday.

The court will allow the deposition of Ms. Zoellner to be taken out of the time frame ordered in CMO 18.