UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates to:  All Cases

### CASE MANAGEMENT ORDER No. 74
### Gallbladder Lien Resolution

This matter is before the Court for case management. The Gallbladder Settlement Program was announced on March 15, 2013 (Doc. 2739). In September 2013, the Court appointed Garretson Resolution Group as the Lien Resolution Administrator for the Gallbladder Settlement Program (Doc. 3066). It has become evident that the payout to individual plaintiffs has been delayed an unreasonable amount of time due to the inability of Garretson Resolution Group to determine the amount of liens alleged to be perfected against the plaintiffs' claims or alternatively to obtain waivers of those liens. In light of this unreasonable delay, the Court hereby **ORDERS** as follows:

Garretson Resolution Group, the defendants, and the PSC are **ORDERED** to meet and confer, in good faith, to make every reasonable effort to resolve, expedite, facilitate and bring efficiencies to the payout of the compensation agreed to for the gallbladder plaintiffs.

**FURTHER**, the parties and Garretson Resolution Group will report to the

Court at the next status conference on May 21, 2015 – **at which a representative of Garretson Resolution Group will appear personally**.

**IT IS SO ORDERED.**

Signed this 21st day of April, 2015.

Digitally signed by
David R. Herndon
Date: 2015.04.21
10:38:32 -05'00'

**United States District Court**