UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

_____

| | |
|---|---|
| IN RE: YASMIN AND<br>YAZ (DROSPIRENONE) MARKETING,<br>SALES PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

_____

This Document Relates to:   All Cases

### CASE MANAGEMENT ORDER NO. 76A
### ATE Settlement Implementation Modification

The negotiating parties having agreed to a modification of footnotes four and five of the Master Settlement Agreement (MSA) which is attached as Exhibit A to Case Management Order 76, the Court hereby acknowledges the modification which is made a part of the MSA by said further written agreement of the parties and which is attached hereto in three pages containing the relevant signatures.

Accordingly, the Court hereby directs Liaison and Lead Counsel for plaintiffs to distribute this modification to all counsel for dissemination to the plaintiffs in this litigation for their consideration.

**IT IS SO ORDERED.**

This 6th day of August, 2015.

Digitally signed by
David R. Herndon
Date: 2015.08.06
16:39:12 -05'00'

UNITED STATES DISTRICT JUDGE