UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>The Honorable David R. Herndon |
|---|---|
| *This document relates to*:<br><br>**All Actions** | |

## SHOW CAUSE ORDER[1]

This matter comes before the Court for case management concerning outstanding lien resolution matters. The Gallbladder Settlement Program was announced on March 15, 2013 (Doc. 2739). In September 2013, the Court appointed Garretson Resolution Group as the Lien Resolution Administrator for the Gallbladder Settlement Program (Doc. 3066). Attorneys representing Gallbladder Settlement Participants had the option of engaging the Garretson Resolution Group for purposes of lien resolution. Any attorney who did not engage Garretson Resolution Group for this purpose ("Non-Participating Attorneys") retained responsibility for resolving the liens of his or her client.

To date, 102 Gallbladder Settlement Participants represented by 11 Non-Participating Attorneys have unresolved liens. The failure to resolve

---

[1] This Order will be docketed in the MDL 2100 Master Docket. In addition, the Court will email each of the Non-Participating Attorneys (the attorneys that are the subject of this Show Cause Order) a copy of this Order and of Exhibit A.

these liens is an unreasonable delay. Accordingly, the Court hereby **ORDERS** as follows:

The Non-Participating Attorneys (specified below) are **ORDERED** to resolve outstanding liens on or before **May 27, 2016**.

**FURTHER,** the Non-Participating Attorneys must *submit*, via electronic mail to DRHpd@ilsd.uscourts.gov, a Notice of Compliance with the above directive, including proof of compliance, on or before **Noon Central Time on May 27, 2016.**

**FURTHER,** Non-Participating Attorneys who fail to resolve liens as provided for herein (and provide proof thereof as ordered herein) are **ORDERED to appear before Judge David R. Herndon, in the United States District Court for the Southern District of Illinois, East St. Louis, Illinois, on May 31, 2016, at 9:00 a.m**. and **SHOW CAUSE** why they should not be held in contempt for failure to comply with this Court's orders.

This Show Cause Order is directed at the following Non-Participating Attorneys:

| Non-Participating Attorney | Law Firm | Number of Gallbladder Settlement Participants with Unresolved Liens[2] |
|---|---|---|
| Turner Branch | Branch Law Firm | 19 |
| Jasper Ward | Jones Ward | 9 |

---

[2] *See* Exhibit A, filed contemporaneously herewith, for a detailed listing of the Gallbladder Settlement Participants with unresolved liens.

2

| Shawn Khorrami | Khorrami Boucher Sumner Sanguinetti | 15 |
| --- | --- | --- |
| Josh Mankoff | Lopez McHugh | 1 |
| Chip Orr | Mulligan Law Firm | 39 |
| Chris Lapolo | Napoli Bern | 6 |
| Matthew Leckman | Pogust, Braslow Millrood, LLC | 1 |
| David Eichholz and Melissa Post | The Eichholz Law Firm, PC | 2 |
| Mark Sadaka | The Law Offices of Sadaka Associates | 6 |
| Marcus Stevenson | The Stevenson Law Firm, P.C. | 1 |
| Glenn Zuckerman | Weitz Luxenberg, PC | 3 |

**IT IS SO ORDERED.**

**DATED: April 11, 2016**

Digitally signed by Judge David R. Herndon
Date: 2016.04.11 13:10:57 -05'00'

**United States District Court**