# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>The Honorable David R. Herndon |
| *This document relates to*:<br><br>The April 11, 2016 Show Cause Order Doc. 3958 and Mark Sadaka's Response thereto | |

## ORDER REGARDING MARK SADAKA'S RESPONSE TO SHOW CAUSE ORDER[1]

On April 11, 2016, the Court entered a Show Cause Order directed to Mark Sadaka, among others, regarding outstanding lien resolution matters (Doc. 3958). Attorney Mark Sadaka was directed to resolve outstanding liens as to 6 claimants and to provide the Court with proof of the same. On April 11, 2016, a Notice of Compliance was mailed to the Court. The Notice of Compliance demonstrates lien resolution for five of the six claimants (Clayton, Gregory, Helmuth, Niemic, and Smith). However, the documentation attached as to claimant Leesa Kesy does *not* demonstrate lien resolution. The letter merely demonstrates that counsel inquired as to and received notification of the alleged lien amount, which is far in excess of the total amount of the settlement proceeds due Ms. Kesy.

---

[1] This Order will be docketed in the Master Docket and emailed to Attorney Mark Sadaka.

As stated in the Show Cause Order, counsel did not engage the Garretson Resolution Group for purposes of lien resolution. Accordingly, counsel retained responsibility for resolving the liens of his or her client. This does not merely involving making inquiries. Instead, counsel accepted the responsibility of attempting to negotiate with lienholders in order to obtain a favorable result for his client. Accordingly, counsel has yet to comply with this Court's directives relating to claimant Leesa Kesy.

The Court reminds Attorney Mark Sadaka that he has until May 27, 2016, to resolve outstanding liens as to Leesa Kesy and to provide the Court with proof of the same, as directed in the above referenced Show Cause Order.

**IT IS SO ORDERED.**

**DATED:   April 18, 2016**

Digitally signed by Judge David R. Herndon
Date: 2016.04.18 11:03:20 -05'00'

United States District Court