UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>The Honorable David R. Herndon |
| *This document relates to*:<br><br>**All Actions** | |

## SHOW CAUSE ORDER[1]

This matter comes before the Court for case management concerning outstanding lien resolution matters. On April 11, 2016, the Court issued a Show Cause Order directing certain Non-Participating Attorneys to resolve outstanding liens on or before May 27, 2016 (MDL 2100 Doc. 3958). The subject Non-Participating Attorneys were directed to submit proof of compliance to the Court via email. This Order is for informational purposes and provides an update regarding the status of attorney submissions provided, to date, in accord with the Court's April 11, 2016 Show Cause Order (MDL 2100 Doc. 3958).

After reviewing notices of compliance and related correspondence that have been submitted to date, the Court finds that the following

---

[1] This Order will be docketed in the MDL 2100 Master Docket. In addition, the Court will email each of the Non-Participating Attorneys (the attorneys that are the subject of this Show Cause Order) a copy of this Order.

attorneys have resolved outstanding lien obligations relating to the specified plaintiffs' gallbladder injury settlements.

### Matthew Leckman - Pogust, Braslow  Millrood, LLC

Mr. Leckman was directed to resolve outstanding liens as to the following plaintiff:

| Screnci | Nicole |

After reviewing the notice and attached correspondence submitted as to this plaintiff, the Court is satisfied that attorney Leckman has resolved this plaintiff's outstanding lien obligations.

### Mark Sadaka - The Law Offices of Sadaka Associates

Mr. Sadaka was directed to resolve outstanding liens as to the following plaintiffs:

| | |
|---|---|
| Clayton | Joni |
| Gregory | Brooke |
| Helmuth | Mary |
| Kesy | Leesa |
| Niemic | Tricia |
| Smith | Joelle |

After reviewing the notices and attached correspondence submitted as to these plaintiffs, the Court is satisfied that attorney Sadaka has resolved the identified plaintiffs' outstanding lien obligations.

**Josh Mankoff - Lopez McHugh**

Mr. Mankoff was directed to resolve outstanding liens as to the following plaintiff:

| Alfano | Camille |
|--------|---------|

After reviewing the notice and attached correspondence submitted as to this plaintiff, the Court is satisfied that attorney Mankoff has resolved this plaintiff's outstanding lien obligations.

The Court has **NOT** received any submissions from the Non-Participating Attorneys identified below. The Court reminds the attorneys identified below that they have until May 27, 2016 to comply with this Court's Show Cause Order.

| Non-Participating Attorney | Law Firm | Number of Gallbladder Settlement Participants with Unresolved Liens[2] |
|---|---|---|
| Turner Branch | Branch Law Firm | 19 |
| Jasper Ward | Jones Ward | 9 |
| Shawn Khorrami | Khorrami Boucher Sumner Sanguinetti | 15 |

---

[2] *See* Exhibit A, filed contemporaneously herewith, for a detailed listing of the Gallbladder Settlement Participants with unresolved liens.

3

|  |  |  |
|---|---|---|
| Chip Orr | Mulligan Law Firm | 39 |
| Chris Lapolo | Napoli Bern | 6 |
|  |  |  |
| David Eichholz and Melissa Post | The Eichholz Law Firm, PC | 2 |
|  |  |  |
| Marcus Stevenson | The Stevenson Law Firm, P.C. | 1 |
| Glenn Zuckerman | Weitz Luxenberg, PC | 3 |

**IT IS SO ORDERED.**

DATED:   May 16, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.05.16 15:51:56 -05'00'

**United States District Court**