UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>The Honorable David R. Herndon |
| *This document relates to*:<br><br>**All Actions** | |

## ORDER[1]

On April 11, 2016, the Court issued a Show Cause Order directing certain Non-Participating Attorneys to resolve outstanding liens on or before noon central on May 27, 2016 (MDL 2100 Doc. 3958). The following attorneys have failed to comply with the Court's April 11, 2016 Show Cause Order:

- Shawn Khorrami (Khorrami Boucher Sumner Sanguinetti) - 15 unresolved liens

- Chip Orr (Mulligan Law Firm) - 39 unresolved liens

Accordingly, **Shawn Khorrami** and **Chip Orr** are **ORDERED** to appear in person before the undersigned judge on **Tuesday May 31, 2016, at 9:00 a.m**. and show cause, if any, why each should not be held in

---

[1] This Order will be docketed in the MDL 2100 Master Docket. In addition, the Court will email a copy of this order to the attorneys identified herein.

contempt for failure to comply with this Court's April 11, 2016 Show Cause Order.

**IT IS SO ORDERED.**

**DATED: May 27, 2016**

Digitally signed by Judge David R. Herndon
Date: 2016.05.27 14:51:38 -05'00'

**United States District Court Judge**

2